**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| AMGEN INC., | |
| Plaintiff, | |
| v. | C.A. No. 18-956 (MSG) |
| ACCORD HEALTHCARE, INC., | |
| Defendant. | |

## <u>DECLARATION OF DR. ROBERT O. WILLIAMS III</u>

I.      **Introduction**

1.      I, Dr. Robert O. Williams III, have been retained as an expert witness in this case on behalf of the plaintiff, Amgen Inc.

2.      I understand that the Defendant in this case submitted an abbreviated new drug application to the FDA seeking approval to market generic versions of Amgen's Senispar® (cinacalcet HCl) product.  I understand that Amgen sued Defendants for infringement of U.S. Patent No. 9,375,405 ("the '405 patent," Rothman Decl. Ex. 1.)

3.      The '405 patent claims cover pharmaceutical compositions comprising cinacalcet HCl and pharmaceutically acceptable excipients for the treatment of hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium phosphorus product.

4.      I have been asked to provide my opinions regarding certain scientific issues concerning the pharmaceutical compositions claimed in the '405 Patent, which I understand may be relevant to the Court's interpretation of the '405 Patent claims.

II.     **Qualifications**

5.      My educational background, professional activities, and qualifications as an expert in pharmaceutical formulation are set forth in my curriculum vitae, which is attached as Exhibit A.  If called upon to testify, I may testify about any of the qualifications described in my curriculum vitae.  I have also set forth selected relevant experience in the paragraphs that follow.

6.      I received a B.S. in Biology with special honors from Texas A&M University in 1979.  I then received a B.S. in Pharmacy with special honors from the University of Texas at Austin in 1981 and a Ph.D. in pharmaceutics from the University of Texas at Austin in 1986.

7.      I am currently Professor of Pharmaceutics, Johnson & Johnson Centennial Chair, College of Pharmacy at the University of Texas at Austin.  I have been a professor of pharmaceutics since 1995.  I have taught courses in pharmaceutics, advanced product

development, and advanced pharmaceutical processing, among others.  I am also the division head of the Division of Molecular Pharmaceutics and Drug Delivery at the University of Texas at Austin, a position I have held since 2007.  Broadly speaking, pharmaceutics is the science of formulating and characterizing a pharmaceutical dosage form to deliver a drug to a human being.

8.      I supervise a laboratory conducting research in various areas related to pharmaceutical formulation, including novel drug delivery systems and modified release oral dosage forms.  During my time as a professor, I have supervised the research of 58 Ph.D. candidates, visiting scientists, and post-doctoral fellows.

9.      Prior to and during my time as a professor, I have worked for several different companies in the field of pharmaceutical formulation, including as a Group Leader at Eli Lilly and Company, and a Section Manager, Department Manager, and Director at Rhone-Poulenc Rorer.  I founded PharmaForm LLC, a company that provided product development and manufacturing services.  I also founded and served as chief scientist of Enavail LLC, a company that provided particle engineering solutions to the pharmaceutical industry.

10.      I have authored over 450 publications in peer-reviewed scientific journals, abstracts, and book chapters concerning pharmaceutical formulation.  I have also co-edited three books concerning pharmaceutical drug delivery technology.

11.      In addition, I am an inventor of over 35 patents and patent applications concerning pharmaceutical formulation.

12.      A list of the matters in which I have testified as an expert at trial or at deposition in the past four years is attached as Exhibit B.  A list of the materials I considered in forming my opinions in this case is attached as Exhibit C.

III.     **Person of Ordinary Skill in the Art**

13.     For purposes of my analysis in this case, I was instructed to consider the questions posed to me from the perspective of a person of ordinary skill in the art ("POSA") at the time the '405 patent application was filed in 2003 and when the Examiner's Amendment issued on March 25, 2015.

14.     The '405 patent concerns the art of pharmaceutics or pharmaceutical formulation. A pharmaceutical formulator combines substances, including one or more therapeutically active ingredients and (in most cases) one or more inactive ingredients, to create a pharmaceutical composition to deliver the therapeutically active ingredient to a human being.

15.     In my opinion, a POSA would have had a Ph.D. in pharmacy, chemistry, or a related discipline, and at least two years of practical experience in the field of pharmaceutical formulation.  Alternatively, a POSA could have had a lesser degree in one of these disciplines if he or she had at least four years of practical experience in the field of pharmaceutical formulation. In addition, to arrive at the invention of the '405 patent, a POSA would have also had to consider the selection of a particular salt form of a particular compound, namely a hydrochloride salt of cinacalcet, as an active ingredient in a pharmaceutical composition for the treatment of hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium phosphorus product.  (*See, e.g.,* '405 Patent, Rothman Decl. Ex. 1, claim 1.)  Therefore, it is my opinion that the POSA would have also had access to information concerning and/or individuals possessing knowledge and skills in the fields of drug discovery, salt selection, and treatment of hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium phosphorus product.  Such individuals would have included medicinal chemists, nephrologists, oncologists, and other medical doctors.

**IV.   The Binders Listed in Element (c) of Claims 1 and 20 Have Binding Attributes in Common**

16.     Element (c) of claims 1 and 20 reads as follows:  "from about 1% to about 5% by weight of at least one binder selected from the group consisting of povidone, hydroxypropyl methylcellulose, hydroxypropyl cellulose, sodium carboxymethylcellulose, and mixtures thereof."

17.     I was asked to consider, from the perspective of a POSA, whether the excipients listed in claim 1 element (c)—povidone, hydroxypropyl methylcellulose ("HPMC"), hydroxypropyl cellulose ("HPC"), sodium carboxymethylcellulose ("SCMC")—had any attributes in common.

18.     A POSA would have known that orally administered tablets could be formulated using wet techniques, such as wet granulation and spheronization, which are noted in the '405 patent.  ('405 patent, Rothman Decl. Ex. 1, col. 9, ll. 42-45.)

19.     For example, to create a tablet, powdered ingredients are compressed into the shape of tablet.  Very fine powders may not be sufficiently compressible for tableting, and in such cases the powders must be granulated.  Granulation is the process of agglomerating these fine particles into larger "granules."

20.     Wet granulation is one of the most common granulation techniques, and involves adding a liquid solution to powders.  In wet granulation, granules are formed by adding a liquid called a "granulation liquid" or "granulating fluid" to the powder while the powder is agitated by an impeller, fluidized air, or other means.  The agitation and wetting of the powdered components causes the powder to agglomerate into larger "granules."

21.     A POSA would have known that granules can be formed by wet processing (massing) techniques, such as wet granulation, which involve the massing of a mix of dry

primary powder particles using a granulating fluid.  (Aulton, Rothman Decl. Ex. 2, at 366.)  The granulating fluid is usually used as a solvent containing a dissolved adhesive known as a binder.  (*Id.*)  A POSA would also know that such techniques may require experimentation to achieve a desired result.

22.     A POSA would have known that povidone, HPMC, HPC, and SCMC can all function as binders in pharmaceutical formulations prepared using wet processing (massing) techniques.  (Handbook of Pharmaceutical Excipients, Rothman Decl. Ex. 3, at 317-322, 326-329, 581-585, 118-121.)

23.     A POSA would have further understood that povidone, and the cellulose derivatives HPMC, HPC, and SCMC have binding attributes in common when used in tablets formed by wet processing (massing) techniques.  (Aulton, Rothman Decl. Ex. 2, at 368.)

24.     A POSA would have known that one type of binder that can be used in wet processing (massing) techniques is a hardening binder.  Hardening binders function by forming liquid bridges between particles, and then the adhesive hardens or crystallizes on drying to form solid bridges to bind the particles together as the solvent is removed.  (Aulton, Rothman Decl. Ex. 2 at 368).

25.     Povidone, HPMC, HPC, and SCMC all function as hardening binders.  These binders can be included in the granulating solvent or the solvent can be used to mass the powder containing these binders.  In either case, a POSA would have known that these hardening binders all function by forming liquid bridges between particles, and the adhesive will harden or crystallize on drying to form solid bridges to bind the particles as the solvent is removed.  (Aulton, Rothman Decl. Ex. 2 at 368).

## V.    Many Pharmaceutical Excipients Are Multi-Functional

26.    I was also asked to consider whether a POSA would have understood that the excipients (inactive ingredients) listed in claims 1 and 20 of the '405 patent can be multi-functional.

27.    It is my opinion that a POSA would have known that certain inactive ingredients typically used in oral pharmaceutical formulations, including some of those listed in claims 1 and 20, can have multiple functions.

28.    For example, in the Examples provided in the '405 patent, one of the ingredients is pregelatinized starch, which is categorized as a diluent in claim 1.  Pertinent text from column 11 of the '405 patent is provided below:

Three pharmaceutical formulations with target amounts of 30 mg, 60 mg, and 90 mg active pharmaceutical ingredient with the following components were prepared:

| | Weight % (w/w) | 30 mg Tablet Amount (mg) | 60 mg Tablet Amount (mg) | 90 mg Tablet Amount (mg) |
|---|---|---|---|---|
| Cinacalcet HCl | 18.367 | 33.06 | 66.12 | 99.18 |
| Pregelatinized starch (Starch 1500) | 33.378 | 60.08 | 120.16 | 180.24 |
| Microcrystalline cellulose (Avicel PH102) | 6.678 | 12.02 | 24.04 | 36.06 |
| Povidone (Plasdone K29/32) | 2.044 | 3.68 | 7.36 | 11.04 |
| Crospovidone (Polyplasdone XL) | 1.233 | 2.22 | 4.44 | 6.66 |
| Purified Water[1] | — | — | — | — |
| Microcrystalline cellulose (Avicel PH102) | 34.300 | 61.74 | 123.48 | 185.22 |
| Magnesium stearate | 0.500 | 0.90 | 1.80 | 2.70 |
| Colloidal silicon dioxide (Colloidal anhydrous silica) (Cab-O-Sil M5P) | 0.500 | 0.90 | 1.80 | 2.70 |
| Crospovidone (Polyplasdone XL) | 3.000 | 5.40 | 10.80 | 16.20 |
| Core Tablet | 100.000 | 180.00 | 360.00 | 540.00 |
| Purified Water[1] | — | — | — | — |
| Opadry ® II (colored film former) | 4.000 | 7.20 | 14.40 | 21.60 |
| Purified Water[1] | — | — | — | — |
| Opadry ® Clear (clear film former) | 1.500 | 2.70 | 5.40 | 8.10 |
| Carnauba Wax Powder | 0.010 | 0.018 | 0.036 | 0.054 |
| Opacode ® Ink (Black)[2] | — | — | — | — |

[1]The purified Water was removed during processing.
[2]Trace quantities of ink were applied to the coated tablet.

29.     A POSA would have known, however, that pregelatinized starch can have multiple functions.  In addition to functioning as a diluent in a particular formulation it can, for example, also exhibit binding and disintegrating characteristics.  A POSA also would have known that pregelatinized starch may exhibit these multiple functions in the same formulation. (Handbook of Pharmaceutical Excipients, Rothman Decl. Ex. 3, at 691-694).

30.     The same is true, for example, of microcrystalline cellulose, which is included in the Example and is categorized as a diluent in claims 1 and 20.  (Handbook of Pharmaceutical Excipients, Rothman Decl. Ex. 3, at 129-133.)

## VI.     Hydroxypropyl Methylcellulose

31.     Hydroxypropyl methylcellulose ("HPMC"), also known as hypromellose, is a cellulose hydroxypropyl methyl ether, available in grades containing 16.5% to 30.0% of methoxy and 4.0 to 32.0% of hydroxypropoxy groups. (Remington, Rothman Decl. Ex. 4, at 1032; Handbook of Pharmaceutical Excipients, Rothman Decl. Ex. 3, at 326-329).

32.     HPMC is a polymer that has the structural formula depicted below:



where R is H, $CH_3$, or $CH_3CH(OH)CH_2$

(Handbook of Pharmaceutical Excipients, Rothman Decl. Ex. 3, at 326).

33.     A POSA would have known that HPMC is available as both a standalone product consisting of about 100% HPMC, and as products such as "Opadry Green," in which HPMC is pre-mixed with other ingredients.  These products contain HPMC and additional ingredients.

34.     Chemically, there is no difference between the HPMC in a standalone product and the HPMC in a premixed product such as Opadry Green.  The HPMC in premixed products is the same chemical substance as is contained in standalone HPMC products.

35.     A POSA would have understood that "hydroxypropyl methylcellulose" refers to any hydroxypropyl methylcellulose present in a pharmaceutical formulation, regardless of how it was added to the formulation, i.e., regardless of whether it was premixed with other substances before being added to the formulation or not.

Dated: 6/28/2019

Robert O. Williams III

# EXHIBIT A

Curriculum Vitae
Robert O. Williams III
Page 1

CURRICULUM VITAE
Robert O. (Bill) Williams III

**Office Address**

The University of Texas at Austin
College of Pharmacy
Division of Pharmaceutics
2409 University Ave., Room 4.214
1 University Station A1920
Austin, Texas  78712
Office (512)471-4681   Fax (512)471-7474
Email:  Bill.Williams@austin.utexas.edu
Website:  http://sites.utexas.edu/williams/
Publications:  see,
http://www.ncbi.nlm.nih.gov/sites/myncbi/1hUAjikknhsQ8/bibliography/48270711/public/?sort=date&direction=ascending
ORCID:  http://orcid.org/0000-0003-4993-6427

**Home Address**

2305A Westlake Drive
Austin, Texas  78746
(512) 306-8396

I.   <u>Personal</u>

Born September 11, 1956 in Beaumont, Texas.  Citizen of the United States.  Married; two children.

II.   <u>Education</u>

| | |
|---|---|
| May 75 – May 79 | Texas A&M University, College Station, Texas<br>Bachelor of Science in Biology, Graduated with special honors |
| Sep 79 – Dec 81 | University of Texas at Austin, Austin, Texas.<br>Bachelor of Science in Pharmacy, Graduated with special honors<br>Registered Pharmacist – State of Texas |
| Aug 82 – May 86 | University of Texas at Austin, Austin, Texas<br>Doctor of Philosophy, Pharmaceutics<br>Major Professor:  James W. McGinity, Ph.D. |

III.   <u>Positions Held</u>

1. January, 1982 to August, 1982 – Registered, Pharmacist, Walgreen's Pharmacy, Beaumont, TX.
2. August, 1986 to December, 1988 - Group Leader for Eli Lilly and Company, Indianapolis, IN.

Curriculum Vitae
Robert O. Williams III
Page 2

3. January, 1989 to December, 1990 - Director for Duramed Pharmaceuticals, Cincinnati, OH.
4. January, 1991 to April, 1992 - Section Manager for Rhone-Poulenc Rorer Pharmaceuticals, Collegeville, PA.
5. April, 1992 to January, 1993 - Department Manager for Rhone-Poulenc Rorer Pharmaceuticals, Collegeville, PA.
6. January, 1993 to August, 1995 - Director for Rhone-Poulenc Rorer Pharmaceuticals, Collegeville, PA.
7. September, 1995 to August, 1999 - Assistant Professor of Pharmaceutics, College of Pharmacy, University of Texas at Austin, Austin, TX.
8. January, 1996 to January, 2007 – President, PharmaForm LLC, Austin, TX.
9. January, 2007 – June, 2010 – Consultant, PharmaForm LLC, Austin, TX.
10. January, 2007 to June, 2010 – Board of Directors, Akela Pharma, Inc., Montreal, Canada
11. September, 1999 to August, 2004 – Associate Professor of Pharmaceutics, College of Pharmacy, University of Texas at Austin, Austin, TX.
12. September, 2004 to 2013 – Professor of Pharmaceutics, Johnson & Johnson Centennial Professor, College of Pharmacy, University of Texas at Austin, Austin, TX.
13. September, 2007 to present – Division Head, Division of Pharmaceutics, College of Pharmacy, University of Texas at Austin, Austin, TX.
14. 2009-2013, Founder and Chief Scientist, Enavail LLC, Austin, TX.
15. January, 2013 to present – Visiting Professor, University of Chile, Santiago, Chile.
16. September, 2013 to present – Professor of Pharmaceutics, Johnson & Johnson Centennial Chair, College of Pharmacy, University of Texas at Austin, Austin, TX.

IV.   Graduate and Undergraduate Courses Presented

Pharmaceutics, PHR 356C and PHR 156P - UT Austin
Advanced Manufacturing Pharmacy, PGS 381G - UT Austin
Recent Advances in Pharmaceutics, PGS 382R - UT Austin
Advanced Product Development, PGS 381D - UT Austin
Advanced Pharmaceutical Processing, PGS 380Q - UT Austin
Pharmaceutical Entrepreneurship, PHR 261J/PGS 280M – UT Austin

V.   Professional Memberships

American Association of Pharmaceutical Scientists                1985 - present
   (Sections of Pharmaceutical Technology, and Pharmaceutics and
   Drug Delivery)
            Member, Planning Committee, Pharmaceutical
               Technology Section (1997-1998)
            Member, Strategic Planning Committee (1999-2000)
            Reviewer, Pharmaceutical Technology Screening Committee (2003, 2004)
            Co-Chair, Strategic Visioning Process (2003-2004)

| | |
|---|---|
| Reviewer, Annual Meeting and Exposition Abstract Screening Committee (2006) | |
| Member, Pharmaceutical Technology Education Committee (2007) | |
| Controlled Release Society | 1995 - present |
| Association de Pharmacie Galenique Industrielle (APGI) | 1998 - present |
| American Association of Colleges of Pharmacy | 1995 - present |
| Rho Chi (Pharmacy Honor Society) | 1982 - present |
| Kappa Psi (Graduate Chapter, Pharmacy Professional Fraternity), | 1979 - present |
| Grand Council Deputy - President | 1998 – present |
| International Academy of Compounding | 1999 – 2004 |
| European Federation of Biotechnology | 2002 – 2013 |
| Product Quality Research Institute | 2004 – 2005 |
| (AAPS representative on Drug Product Technical Committee) | |
| Center for Microencapsulation and Drug Delivery, | 2003-2013 |
| Texas A&M University (Member – Strategic Advisory Board) | |
| Austin Technology Incubator University Development Portfolio, | 2014-present |
| Member | |
| National Institute for Pharmaceutical Technology and Education | 2015-present |
| Chair, NIPTE Faculty Committee – 2017-2019 | |

VI.   Current Research Interests

1.   Small particle technology to enhance dissolution rates and bioavailability.

2.   Formulation of novel liquid and semisolid drug delivery systems.

3.   Study of novel controlled-release aqueous coating formulations.

4.   Preformulation and formulation of novel delivery systems for pulmonary, nasal and buccal delivery.

5.   Modified release oral dosage forms.

VII.   Honors and Awards

1.   University Undergraduate Honors Fellow, Texas A&M University; 1978

2.   Distinguished Student Award, Texas A&M University; 1979

3.   Lemmon Award, University of Texas at Austin; 1981

4.   Amaric Corporation Pre-doctoral Fellowship, University of Texas at Austin; 1983 - 1985

Curriculum Vitae
Robert O. Williams III
Page 4

5.  Professional Development Award, University of Texas at Austin; 1985

6.  Texas Excellence Teaching Award, University of Texas at Austin; 1998

7.  Phi Lambda Sigma, the Pharmacy Leadership Society, Elected member - 1998

8.  Leadership Fellow, American Association of Colleges of Pharmacy Academic
    Leadership Fellows Program, 2004-2005.

9.  Paper awarded the Penwest Award for Best Scientific Paper, Novel Curing Process for
    Cellulose Acetate Phthalate Coated Beads. Proceedings of the 20th Pharmaceutical
    Technology Conference and Exhibition, Liverpool, UK, April, 2001.

10. Dean's Fellow, College of Pharmacy, University of Texas at Austin, 2004-2005.

11. Paper awarded the Controlled Release Society's Innovative Aspects of Oral Drug
    Delivery and Absorption Graduate/Post-Doc Award, Improved Dissolution Rate and
    Bioavailability Through the Formation of a Highly Miscible Binary Mixture,
    Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.

12. Paper nominated for the Controlled Release Society's Innovative Aspects of Oral Drug
    Delivery and Absorption Graduate/Post-Doc Award, Rapid Release, High Potency
    Itraconazole Formed by Evaporative Precipitation Into Aqueous Solution, Proceedings
    of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.

13. Outstanding Thesis Award, Barbara Jean Hoeben, M.S. (May, 2005) – Thesis Title:
    Comparison of Commercial Itraconazole to Aerosolized Nanoparticle Itraconazole in a
    Murine Model for the Prevention of Invasive Pulmonary Aspergillosis (IPA).

14. Elected "Fellow" of the American Association of Pharmaceutical Scientists, 2006.

15. Elected "Fellow" of the American Institute of Medical and Biological Engineering,
    2008.

16. Received the 2009 William J. Sheffield Outstanding Alumnus Award, Pharmacy
    Alumni Association, The University of Texas at Austin.

17. Invited paper by W. Yang, J. I. Peters and R. O. Williams III was recognized as one of
    the Top-10 most cited articles published in *International Journal of Pharmaceutics*
    during the period 2008-2010 (Elsevier Publishers; September 2010).

18. Received the Teaching Excellence Award (P1), College of Pharmacy, University of
    Texas at Austin, 2014-2015.

19. Received the Inventor of the Year Award, University of Texas at Austin, November
    2017.

Curriculum Vitae
Robert O. Williams III
Page 5

VIII. <u>Committees</u>

Academic Performance Committee - 1996 – present, Chairman and Member
Faculty Retreat Planning Committee, Chair - 1996-1997, 2007, 2011
Committee on Committees - 1995 – 1997, 2004 – 2005, 2006
Pharmacy Honors Course - Coordinator for Pharmaceutics - 1996 - 2001
Honors and Awards Committee - 1995 - 2001
Internship Region Assignment Committee, Chairman, 1998 - 2004
Staff Excellence Awards Committee - 1998 – 2000
Financial Aid Committee – 1999 – 2000
College Accreditation Committee – 2002 – present
Admissions and Registration Committee (University Committee) – 2001 – 2003
Intellectual Property Committee (University Committee) – 2003- 2013
       Co-Chair – Life Sciences    (2004-2005)
Faculty Advisor to:    Kappa Psi Pharmaceutical Fraternity
                Pharmaceutical Association of Compounding
Drug Product Technical Committee, PQRI – representative for AAPS, 2004-2006
Post-Tenure Review Committee – Chairman; 2005-2007
College of Pharmacy, Dean Search Committee – Co-Chairman; 2007
College of Pharmacy, Executive Committee – Chairman; 2008 – 2013
University of Texas at Austin, Office of Technology Commercialization and Associate
      Vice President for Research for Commercialization Search Committee; 2008-
      2010
Graduate Studies Committee, Pharmacy Doctoral Program (1995 – present)
Graduate Studies Committee, Translational Science Doctoral Program (2011- 2013)

IX. <u>Editorial Responsibilities</u>

1. *AAPS PharmSciTech* – Editor-in-Chief (2014 – present)
2. *Journal of Drug Delivery Science and Technology* – member, Editorial Advisory Board (2015-present)
3. *Pharmaceutics* - member, Editorial Advisory Board (2018-present)
4. *Drug Development and Industrial Pharmacy* – Editor-in-Chief (2000 – 2014)
5. *International Journal of Pharmaceutics* – reviewer
6. *Pharmaceutical Research* – reviewer
7. *European Journal of Pharmaceutics and Biopharmaceutics* – reviewer
8. *Journal of the Controlled Release Society* – reviewer
9. *S. T. P. Pharma. Sciences* – reviewer
10. *Pharmaceutical Development and Technology* – reviewer
11. Pharmaceutical Technology Conference - International Advisory Board Member
12. *International Journal of Pharmaceutical Compounding* – reviewer
13. *Journal of Membrane Science* – reviewer
14. *AAPS PharmSciTech* – reviewer

Curriculum Vitae
Robert O. Williams III
Page 6

15.   *Journal of Pharmaceutical Sciences* – reviewer
16.   *Journal of Pharmaceutical and Biomedical Analysis* – reviewer
17.   *Toxicology Letters* – reviewer
18.   National Institutes of Health, National Institute of Allergy and Infectious Diseases, *Pharmaceutical and Chemical Resources for AIDS Drug Development,* invited reviewer.
19.   *The Open Drug Delivery Journal*, Member, Editorial Advisory Board, 2008-present.
20.   *Journal of Pharmaceutical Research & Clinical Practice*, Editorial Advisory Board, 2010-present.
21.   *British Journal of Pharmaceutical Research*, Editorial Advisory Board, 2013-present.


X.   <u>Students Currently Being Supervised</u>

Tamara Tarbox – Ph.D. Candidate
Xiangyu Ma – Ph.D. Candidate
Scott V. Jermain – PharmD/Ph.D. Candidate
Sawittree Sahakijpijam – Ph.D. Candidate
Daniel A. Davis – PharmD/Ph.D.
Mandy Moore – PharmD/Ph.D.
Michael Lowinger – Ph.D. Candidate
Urvi Gala – Ph.D. Candidate
Stephen A. Thompson – Pharm.D./Ph.D.
Yajie Zhang – Ph.D. Candidate

Curriculum Vitae
Robert O. Williams III
Page 7

XI.   Personnel Supervised (and Starting Position; if available)

1.   Mongkol Sriwongjanya, Ph.D. (1996 – 1997; Post-doctoral Research Fellow)
     Senior Research Scientist, Andrx Pharmaceuticals, Fort Lauderdale, FL

2.   Jie Liu, Ph.D. (August, 1998) Senior Research Scientist, Baxter Healthcare, New
     Providence, NJ.  Dissertation Title:  Development, Characterization and Optimization
     of Pressurized Metered-Dose Inhalers Formulated to Delivery Small Organic Drugs or
     Proteins with Hydrofluoroalkane Propellants.

3.   Chengjiu Hu, Ph.D. (August, 1999) Senior Research Scientist, DuPont
     Pharmaceuticals, Garden City, NY.  Dissertation Title:  Investigation of Factors
     Influencing the Development of Pressurized Metered Dose Inhalers.

4.   Melisa K. Barron, Ph.D. (August, 2000) Senior Scientist, Dey Laboratories, Napa,
     CA.  Dissertation Title:  Investigation of Formulation and Processing Technique on
     the Characteristics of Polymeric Powders Produced for Suspension Type Pressurized
     Metered Dose Inhalers Systems.

5.   Jiping Liu, Ph.D. (August, 2001) Research Investigator, Sanofi-Synthelabo,
     Philadelphia, PA.  Dissertation Title:  Applications of Cellulose Acetate Phthalate
     Aqueous Dispersion (Aquacoat CPD) for Enteric Coating.

6.   Bobby J. Truong, M.S. (August, 2001).  Thesis Title:  Development of Insulin
     Pressurized Meter-Dose Inhaler for the Pulmonary Drug Delivery by Spray-Freezing
     into Cryogenic Vapor.

7.   Marazban Sarkari, Ph.D. (2000-2001; Post-doctoral Research Fellow) Senior
     Scientist, RxKINETIX, Boulder, CO

8.   Vorapann Mahaguna, Ph.D. (December, 2001) Senior Research Scientist, DuPont
     Pharmaceuticals, Garden City, NY.  Dissertation Title:  Investigation of Cellulose
     Ether Polymers in Controlled Drug Delivery.

9.   Raouf Ghaderi, Ph.D. (2001-2002; Post-doctoral Research Fellow) Senior Research
     Scientist, KOS Pharmaceuticals, NJ

10.  True L. Rogers, Ph.D. (June, 2002) Senior Research Scientist, The Dow Chemical
     Company, Midland, MI.  Dissertation Title:  A Novel Cryogenic Particle Engineering
     Technology to Micronize Water-Insoluble Drugs and Enhance Their Dissolution
     Properties:  Spray-Freezing Into Liquid.

11.  Jiahui Hu, Ph.D. (July, 2003) – Senior Research Scientist, Forest Laboratories,
     Garden City, NY.  Dissertation Title:  A Nanoparticle Engineering Process:  Spray-
     Freezing into Liquid to Enhance the Dissolution of Poorly Water Soluble Drugs.

Curriculum Vitae
Robert O. Williams III
Page 8

12. Bradi L. Jones, Pharm.D., M.S. (August, 2003) – Pharmacist, University of Texas
    Health Science Center at San Antonio, San Antonio, TX.  Thesis Title – Investigation
    of Pulmonary and Oral Delivery of Itraconazole Produced by Evaporative
    Precipitation into Aqueous Solution and Spray Freezing into Liquid Technology in a
    Murine Model.

13. Thomas W. Leach, Ph.D. (2002-2004) – Post-doctoral Research Fellow) Senior
    Research Scientist, Curagen Inc., New Haven, CT

14. Zhongshui Yu, Ph.D. (July, 2004) – Senior Research Scientist, Hoffmann-La Roche
    Pharmaceuticals, Nutley, NJ.  Dissertation Title:  Spray Freezing into Liquid to
    Produce Protein Microparticles.

15. Xiaoxia Chen, Ph.D. (July, 2004) – Senior Research Scientist, Hoffmann-La Roche
    Pharmaceuticals, Nutley, NJ.  Dissertation Title:  Nanoparticle Engineering
    Processes:  Evaporative Precipitation into Aqueous Solution (EPAS) and Anitsolvent
    Precipitation to Enhance the Dissolution Rates of Poorly Water Soluble Drugs.

16. Thiago Carvoso Carvalho, R.Ph. (July, 2004) – Visiting Scientist, Universidade
    Federal De Minas Gerais, Brazil.

17. Barbara Jean Hoeben, M.S. (May, 2005) – Pharmacist, United States Air Force, San
    Antonio, TX.  Thesis Title:  Comparison of Commercial Itraconazole to Aerosolized
    Nanoparticle Itraconazole in a Murine Model for the Prevention of Invasive
    Pulmonary Aspergillosis (IPA).

18. Jason M. Vaughn, Ph.D. (June, 2005) – Associate Director and Senior Research
    Scientist, PharmaForm LLC, Austin, TX.  Dissertation Title:  Improved
    Bioavailability and Site Specific Delivery of Poorly Water Soluble Drugs through the
    Production of Stabilized Drug Nanoparticles.

19. Jason T. McConville, Ph.D. – (2003-2006; Post-doctoral Research Fellow) –
    Assistant Professor of Pharmaceutics, University of Texas at Austin, Austin, TX.

20. Prapasri Sinswat, Ph.D. (August, 2006) – Assistant Professor of Pharmaceutics,
    Chulalongkorn University, Bangkok, Thailand.  Dissertation Title:  Enhancing the
    Delivery of Poorly Water Soluble Drugs Using Particle Engineering Technologies.

21. Kirk A. Overhoff, Ph.D. (August, 2006) – Senior Pharmaceutical Scientist, Schering
    Corporation, Kenilworth, NJ.  Dissertation Title:  Improved Oral Bioavailability of
    Poorly Water Soluble Drugs Using Rapid Freezing Processes.

22. Josh D. Engstrom, Ph.D. (August, 2007) – Senior Pharmaceutical Scientist, Bristol
    Meyers Squibb, Princeton, NJ.  Dissertation Title:  Stable Submicron Protein
    Particles:  Formation, Properties and Pulmonary Applications.

23. Keat Theng Chow, Ph.D. (2007-2008; Post-doctoral Research Fellow).

24. Masao Nagao, M.S. (2007-2008; Visiting Research Scholar) - Takeda Pharmaceuticals, Japan).

25. Dave A. Miller, Ph.D. (August, 2007) – Senior Pharmaceutical Scientist, Hoffman La Roche, Nutley, NJ.  Dissertation Title:  Improved Oral Absorption of Poorly Water Soluble Drugs by Advanced Solid Dispersion Systems.

26. Michal P. Matteucci, Ph.D. (August, 2007) – Dissertation Title:  Highly Supersaturated Aqueous Solutions by Design of Amorphous Pharmaceutical Nanoparticles.

27. Troy P. Purvis, Ph.D. (August, 2007) – Senior Pharmaceutical Scientist, Azaya Therapeutics, San Antonio, TX.  Dissertation Title:  Nanoparticle Formulations of Poorly Water Soluble Drugs and their Action In Vivo and In Vitro.

28. Yosuhiro Tsutsumi, Ph.D. (2008-2009; Visiting Research Scholar) Daiichi Sankyo Co., Ltd., Pharmaceutical Technology, Japan.

29. Rui Jia, Ph. D. (2008-2009); Visiting Research Scholar; China.

30. Justin A. Tolman, Pharm.D., Ph.D. (January, 2009) – Assistant Professor of Pharmaceutics, School of Pharmacy and Health Professions, Creighton University, Omaha, Nebraska.  Dissertation Title:  Pulmonary Delivery of Aqueous Voriconazole Solution.

31. Alan B. Watts, Ph.D (July 2009) – Senior Scientist, Microdose Inc., Princeton, NJ, Dissertation Title:  Pulmonary Delivery of Tacrolimus for Lung Transplant and Asthma Therapy.

32. Wei Yang, Ph.D. (July 2009) – Senior Scientist, Enavail, LLC, Austin, TX; Dissertation Title:  Improvement of Bioavailability of Poorly Water-Soluble Drug via Pulmonary Delivery of Nanoparticles.

33. James C. DiNunzio (July 2009) – Senior Scientist, PharmaForm LLC, Austin, TX, Dissertation Title:  Formulation and Processing Technologies for Enhanced Oral Bioavailability of Poorly Water Soluble Compounds.

34. Ikumasa Ohno, Ph.D. (2010-2010, Visiting Scholar) Daiichi Sankyo Co., Ltd., Pharmaceutical Technology, Japan.

35. Nicole A. Beinborn, Ph.D. (August 2011) – Senior Scientist, Aptalis, Dayton, OH; Dissertation Title:  Inhaled Voriconazole Formulations for Invasive Fungal Infections in the Lungs.

36. Meimei Zhang (2009-2011) – Visiting Chinese Graduate Student Scholar, (Professor Chuanbin Wu) Department of Pharmaceutics, School of Pharmaceutical Sciences R&D Center of Pharmaceutics, Sun Yat-sen University, Guangzhou, Guangdong, China, Dissertation Title:  Amorphous Fenobibrate Solid Dispersions Prepared by Thin-Film Freezing.

37. Houli Li (2009-2011) – Visiting Chinese Graduate Student Scholar, (Professor Ruichen Guo) Institute of Clinical Pharmacology, Qilu Hospital of Shandong University, Jinan, Shandong, China, Dissertation Title:  Modified Release Carbamazepine Compositions Prepared by Thin-Film Freezing.

38. Kevin P. O'Donnell, Ph.D. (December 2011) – Senior Scientist, The Dow Chemical Company, Midland, MI, Dissertation Title:  Pharmaceutical Technologies for Improving Drug Loading in the Formulation of Solid Dispersions.

39. Helene L. Dugas, Ph.D. (May 2012) – Territory Manager, Laboratory Sales, Wheaton Industries, Houston, TX; Dissertation Title:  Mycophenolate Mofetil Inhaled Formulation for the Prevention of Lung Transplant Rejection.

40. Stephanie Bosselmann, Ph.D. (May 2012) – Senior Scientist, Berlin Chemie, Berlin, Germany, Dissertation Title:  Nanoparticle Engineering for Enhanced Drug Delivery.

41. Javier O. Morales, Ph.D. (November 2012) – Assistant Professor, University of Chile, Santiago, Chile, Dissertation Title:  Mucoadhesive Films for the Buccal Delivery of Insulin.

42. Shih-Fan Jang, Ph.D. (January 2013) – Dissertation Title:  Development of Lower Intestine Targeting Mucoadhesive Platform of Oral Drug Delivery.

43. Bo Lang, Ph.D. (June 2013) – Formulation Scientist, Mylan Pharmaceuticals, Morgantown, WV, Dissertation Title:  Advanced Formulation and Processing Technologies in the Oral Delivery of Poorly Water Soluble Drugs.

44. Yi-Bo Wang, Ph.D. (November 2013) – Reviewer, Food and Drug Administration, Division of Bioequivalence, Washington D.C., Dissertation Title:  Pulmonary Delivery of Brittle Matrix Powders Produced by Thin Film Freezing.

45. Simone Raffa Carvalho, Ph.D. (November 2013) – Principal Scientist, Evonik Industries, Dissertation Title:  Improved Inhalation Therapies of Brittle Powders.

46. Justin M. Keen, Ph.D. (November 2013) – Formulation Scientist, DisperSol Technologies, LLC, Austin, TX. Dissertation Title:  Novel Formulations and Thermal Processes for Bioavailability Enhancement of Soluble and Poorly Soluble Drugs.

47. Ryan C. Bennett, Ph.D. (March 2014) – Pharmaceutical Scientist, Freund-Vector Corporation, Cedar Rapids, IA.  Dissertation Title: Thermal Processing Cyclodextrins

and Thermoplastic Polymers for Bioavailability Enhancement of Poorly Water-Soluble Drugs.

48. Chris Brough, Ph.D. (August 2015) – Pharmaceutical Scientist, Dispersol Technologies, LLC, Georgetown, TX.  Dissertation Title:  Novel Uses of Pharmaceutical Polymers as Enabled by KinetiSol® Dispersing.

49. Sha Liu, Ph.D. (2013-2014, Visiting Scholar) – Assistant Professor, School of Pharmacy, Yantai University, Yantai, China.  Title:  Formulation of a Novel Fixed Dose Combination of Salmeterol Xinafoate and Mometasone Furoate for Inhaled Drug Delivery.

50. Yang Lu, Ph.D. (2015-2016, Visiting Scholar) – Assistant Professor, School of Chinese Material Mecica, Beijing University of Chinese Medicine, Beijing, China.

51. Leena K. Prasad, Ph.D. (July 2016) – Senior Scientist, Ironwood Pharmaceuticals, Inc., Boston, MA.  Title:  Electrostatic Powder Deposition as a Dry Powder Process to Prepare Orodispersible Films.

52. Justin S. LaFountaine, Ph.D. (July 2016) – Life Sciences Specialist, L. E. K. Consulting, Boston, MA.  Title:  Thermokinetic Processing of Supersaturating and Mucoadhesive Amorphous Solid Dispersions.

53. Masataka Hanada, Ph.D. (2016-2018, Visiting Scholar) – Research Scientist, Kyorin Pharmaceuticals, Tochigi, Japan.

54. Hiroyuki Takabe, Ph.D. (2016-2018, Visiting Scholar) – Kaken Pharmaceutical Co., Tokyo, Japan.

55. Soraya Hengsawas Surasarang, Ph.D. (September 2016) – Pharmacist, Professional Level, Department of Medical Sciences, Ministry of Public Health, Bangkok, Thailand.  Title:  Importance of Stability of Pharmaceutical Formulations.

56. Sophie M. Delpon De Vaux (August 2016) – Visiting Pharmacy Student Intern, Universite Paris Sud.  Title:  Formulation of Water Insoluble Active Drugs.

57. Siyuan Huang (January 2017) – Senior Scientist, Eli Lilly & Company, Indianapolis, IN.  Title:  Application of Hot-melt Extrusion in the Manufacturing of Amorphous Solid Dispersions Containing Thermally Labile Drugs.

58. Julien Maincent (August 2017) – Pharmaceutical Scientist, Vertex Pharmaceuticals, Boston, MA.  Dissertation Title:  Modified Release Formulations Manufactured by Hot Melt Extrusion.

59. Daniel Ellenberger (December 2017) – Pharmaceutical Scientist, DisperSol Technologies, LLC, Georgetown, TX.  Dissertation Title:  Processing Challenging

Active Pharmaceutical Ingredients and Polymers by KinetiSol® to Produce Amorphous Solid Dispersions with Improved IN Vitro and In Vivo Performance.

60. Zachary N. Warnken (May 2018) – Post-doctoral Fellow, The University of Texas at Austin, Austin, TX.  Dissertation Title:  Teaching an Old Drug New Tricks: Exploring Formulation and Route of Delivery Methods for Repurposing Drugs to Treat CNS Diseases.

61. Chaeho Moon (April 2019) – Post-doctoral Fellow, The University of Texas at Austin, Austin, TX and Senior Scientist, TFF Pharmaceuticals Inc., Austin, TX. Dissertation Title:  Development of High Potency Voriconazole Nanoaggregates for Dry Powder Inhalation.

62. Johannes Raster (April 2019) – Visiting Pharmacy Student Intern, University of Greifswald, Diploma Title:  Enhancing the Aqueous Dissolution Behavior of Curcumin and Ursolic Acid Utilizing Advanced Formulation Techniques.

63. Hannes Gierke (April 2018) – Visiting Pharmacy Student Intern, University of Greifswald, Diploma Title:  Processability of Different Drug-Polymer Blends by Hot Melt Extrusion.

64. Laura Adam (April 2017) – Visiting Pharmacy Student Intern, University of Greifswald, Diploma Title:  Extrudable Controlled-release Dosage Forms Containing Thermoplastic Polyurethane.

XII.     Publications

1.   R.O. Williams III and J.W. McGinity, The Use of Tableting Indices to Study the Compaction Properties of Powders, *Drug Development and Industrial Pharmacy*, 14(1988) 1823-1844.

2.   R.O. Williams III and J.W. McGinity, Compaction Properties of Microcrystalline Cellulose and Sodium Sulfathiazole in Combination with Talc or Magnesium Stearate, *Journal of Pharmaceutical Sciences*, 78(1989) 1025-1034.

3.   M. Schulze, R.O. Williams III, and J.W. McGinity, Compaction Properties of Acrylic Resin Polymers with Plastic and Brittle Drugs, *Drug Development and Industrial Pharmacy*, 16(1990) 741-754.

4.    R.O. Williams III, J. Dorrell, K. Corti, and M. Connolly, Significance of Interactions of a Novel Anti-Emetic Drug and Packaging Components During Clinical Trials, *Drug Development and Industrial Pharmacy*, 18(1992) 2145-2161.

5.   K. S. Balaji, R.O. Williams III, and E. R. Christensen, Comparison of Milling Process: Ball Mill versus Air Classifying Mill, *Drug Development and Industrial Pharmacy*, 20(1994) 841-851.

6.   S. Li, M. Karth, K. Feld, L. DiPaolo, C. Pendharkar, and R. O. Williams III, Evaluation of Bilayer Tablet Machines — A Case Study, *Drug Development and Industrial Pharmacy*, 21(1995) 571-590.

7.   S. Li, R. Felt, L. DiPaolo, M. Huang, and R.O. Williams III, Development and In Vitro - In Vivo Evaluation of a Multiparticulate Sustained Release Formulation of Diltiazem, *Pharmaceutical Research*, 12(1995) 1338-1342.

8.   R. O. Williams III, M. Sriwongjanya, and J. Liu, An In Vitro Method to Investigate Food Effects on Drug Release From Film Coated Beads, *Pharmaceutical Development and Technology*, 2(1997) 1-9.

9.   R. O. Williams III, M. Sriwongjanya, and M. Barron, Compaction Properties of Microcrystalline Cellulose Using Tableting Indices, *Drug Development and Industrial Pharmacy*, 23(1997) 695-704.

10.  R. O. Williams III, J. Liu, and J. J. Koleng, Influence of Metering Chamber Volume and Water Level on the Emitted Dose of a Suspension-Based pMDI Containing Propellant 134a, Pharm. Res., *Pharmaceutical Research*,14(1997) 438-443.

11.  R. O. Williams III and M. Sriwongjanya, Determination of Benzalkonium Chloride and Nonoxynol-9 by HPLC During a Preformulation Study, *S.T.P. Pharma. Sciences*, 7(1997) 241-247.

12. R. O. Williams III, V. Mahaguna, and M. Sriwongjanya, Determination of Diazolidinyl Urea in a Topical Cream by High-performance Liquid Chromatography, *Journal of Chromatography B, Biomedical Applications*, 696(1997) 303-306.

13. R. O. Williams III and C. Hu, A Study of an Epoxy Aerosol Can Lining Exposed to Hydrofluoroalkane Propellants, *European Journal of Pharmaceutics and Biopharmaceutics*, 44(1997) 195-203.

14. R. O. Williams III and V. Mahaguna, Preformulation studies on Freund's Incomplete Adjuvant Emulsion, *Drug Development and Industrial Pharmacy*, 24(1998) 157-162.

15. R. O. Williams III, M. Repka, and J. Liu, Influence of Propellant Composition on Drug Delivery From a Pressurized Metered-dose Inhaler, *Drug Development and Industrial Pharmacy*, 24(1998) 763-770.

16. R. O. Williams III and M. Barron, Influence of Temperature on the Emitted Dose of an Oral Metered Dose Inhaler, *Drug Development and Industrial Pharmacy*, 24(1998) 1043-1048.

17. R. O. Williams III and J. Liu, Influence of Formulation Additives on the Vapor Pressure of Hydrofluoroalkane Propellants, *International Journal of Pharmaceutics*, 166(1998) 99-103.

18. R. O. Williams III and J. Liu, Formulation of a Protein with Propellant HFA 134a for Aerosol Delivery, *European Journal of Pharmaceutical Sciences*, 7(1998) 137-144.

19. R. O. Williams III, V. Mahaguna and M. Sriwongjanya, Characterization of an Inclusion Complex of Cholesterol and Hydroxypropyl-□□ cyclodextrin, *European Journal of Pharmaceutics and Biopharmaceutics*, 46(1998) 355-360.

20. R. O. Williams III, J. Brown, and J. Liu, Influence of Micronization Method on the Performance of a Suspension TAA pMDI Formulation, *Pharmaceutical Development and Technology*, 4(1999) 167-179.

21. R. O. Williams III, M. K. Barron, M. J. Alonso and C. Remunan-Lopez, Investigation of a pMDI System Containing Chitosan Microspheres and P134a, *International Journal of Pharmaceutics*, 174(1998) 209-222.

22. R. O. Williams III and J. Liu, Influence of Formulation Technique for Hydroxypropyl-beta-cyclodextrin on the Stability of Aspirin in HFA 134a, *European Journal of Pharmaceutics and Biopharmaceutics*, 47(1999) 145-152.

23. R. O. Williams III, T. Rogers, and J. Liu, Study of Solubility of Steroids in Hydrofluoroalkane Propellants, *Drug Development and Industrial Pharmacy*, 25(1999) 1227-1234.

24.   R. O. Williams III, M. A. Repka, and M. K. Barron, Application of Co-Grinding to Formulate a Model pMDI Suspension, *European Journal of Pharmaceutics and Biopharmaceutics*, 48(1999) 131-140.

25.   R. O. Williams III and C. Hu, Moisture Uptake and Its Influence on Pressurized Metered-Dose Inhalers, *Pharmaceutical Development and Technology*, 5(2000) 153-162.

26.   R. O. Williams III, T. A. Wheatley and J. Liu, Influence of Plasticization and Curing Conditions on the Mechanical Properties of Aqueous Based Cellulose Acetate Phthalate Films, *S. T. P. Pharma Sciences*, 9(1999) 545-553.

27.   R. O. Williams III and J. Liu, Influence of Processing and Curing Conditions on Beads coated with an Aqueous Dispersion of Cellulose Acetate Phthalate, *European Journal of Pharmaceutics and Biopharmaceutics*, 49(2000) 243-252.

28.   R. O. Williams III and C. Hu, Investigation of Moisture Scavengers in Pressurized Metered Dose Inhalers, *S. T. P. Pharma Sciences*, 10(2000) 243-250.

29.   R. O. Williams III, A. M. Patel, M. K. Barron and T. L. Rogers, Investigation of Some Commercially Available Spacer Devices for the Delivery of Glucocorticoid Steroids from a pMDI, *Drug Development and Industrial Pharmacy*, 27(2001) 401-412.

30.   R. O. Williams III and J. Liu, The Influence of Plasticizer on Heat-Humidity Curing of Cellulose Acetate Phthalate Coated Beads, *Pharmaceutical Development and Technology*, 6(2001) 607-619.

31.   R. O. Williams III, M. Sykora and V. Mahaguna, Method to Recover a Lipophilic Drug From Hydroxypropyl Methylcellulose Matrix Tablets, *AAPS PharmSciTech*, 2(2001) 1-9.

32.   M. Sarkari, J. Brown, X. Chen, S. Swinnea, R. O. Williams III and K. Johnston, Enhanced Drug Dissolution Using Evaporative Precipitation into Aqueous Solution, *International Journal of Pharmaceutics*, 243(2002) 17-31.

33.   T. L. Rogers, K. Johnston and R. O. Williams III, A Comprehensive Review – Solution Based Particle Formation of Pharmaceutical Powders by Supercritical or Compressed Fluid Carbon Dioxide and Cryogenic Spray-Freezing Technologies, *Drug Development and Industrial Pharmacy*, 27(2001) 1003-1015.

34.   R. O. Williams III, T. D. Reynolds, T. D. Cabelka, M. Sykora and V. Mahaguna, Investigation of Excipient Type and Level on Drug Release from Controlled Release Tablets Containing HPMC, *Pharmaceutical Development and Technology*, 7(2002) 181-193.

35. R. O. Williams III, B. Browne, C. Augustine, B. Stewart, J. Kimble, T. Rogers, and J. Brown, Influence of Propeller Gas Composition on the Delivery of Drug by Air-Jet Nebulization, *S.T.P. Pharma Sciences*,11(2001) 443-448.

36. X. Chen, T. Young, M. Sarkari, R. O. Williams III, and K. Johnston, Preparation of Cyclosporine A Nanoparticles by Evaporative Precipitation into Aqueous Solution, *International Journal of Pharmaceutics*, 242(2002) 3-14.

37. T.L. Rogers, J. Hu, Z. Yu, K. Johnston, and R.O. Williams III, A Novel Particle Engineering Technology:  Spray-Freezing into Liquid, *International Journal of Pharmaceutics*, 242(2002) 93-100.

38. J. Liu and R. O. Williams III, Long-term Stability of Heat-Humidity Cured Cellulose Acetate Phthalate Coated Beads, *European Journal of Pharmaceutics and Biopharmaceutics*, 53(2002) 167-173.

39. Z. Yu, T. Rogers, J. Hu, K. P. Johnston and R. O. Williams III, Preparation and Characterization of Microparticles Containing Peptide Produced by a Novel Process: Spray Freezing Into Liquid, *European Journal of Pharmaceutics and Biopharmaceutics*, 54(2002) 221-228.

40. J. Hu, T. Rogers, J. Brown, T. Young, K. Johnston, and R. O. Williams III, Improvement of Dissolution Rates of Poorly Water Soluble APIs Using the Novel Spray Freezing Into Liquid Technology, *Pharmaceutical Research*, 19(2002) 1278-1284.

41. T. L. Rogers, A. C. Nelson, J. Hu, J. N. Brown, M. Sarkari, T. J. Young, K. P. Johnston and R. O. Williams III, A Novel Particle Engineering Technology to Enhance Dissolution of Poorly Water Soluble Drugs:  Spray-Freezing Into Liquid, *European Journal of Pharmaceutics and Biopharmaceutics*, 54(2002) 271-280.

42. J. Liu and R. O. Williams III, Properties of Heat-Humidity Cured Cellulose Acetate Phthalate Free Films, *European Journal of Pharmaceutical Sciences*, 17(2002) 31-41.

43. T. L. Rogers, K. P. Johnston and R. O. Williams III, Physical Stability of Micronized Powders Produced by Spray-Freezing into Liquid (SFL) to Enhance the Dissolution of an Insoluble Drug, *Pharmaceutical Development and Technology*, 8(2003) 187-197.

44. T. L. Rogers, A. C. Nelsen, M. Sarkari, T. J. Young, K. P. Johnston and R. O. Williams III, Enhanced Aqueous Dissolution of a Poorly Water Soluble Drug by Novel Particle Engineering Technology:  Spray-Freezing into Liquid with Atmospheric Freeze-Drying, *Pharmaceutical Research*, 20(2003) 485-493.

45. T. L. Rogers, K. A. Overhoff, P. Shah, P. Santiago, J. Yacaman, K. P. Johnston and R. O. Williams III, Micronized Powders of a Poorly Water Soluble Drug Produced by

a Spray-Freezing into Liquid Emulsion Process, *European Journal of Pharmaceutics and Biopharmaceutics*, 55(2003) 161-172.

46.    M.K. Barron, T.J. Young, K.P. Johnston and R.O. Williams III, Investigation of Processing Parameters of Spray Freezing Into Liquid to Prepare Polyethylene Glycol Polymeric Particles for Drug Delivery, *AAPS PharmSciTech*, 4(2003) 90-102.

47.    X. Chen, R.O. Williams III and K.P. Johnston, Rapid Dissolution of High Potency Danazol Particles Produced by Evaporative Precipitation from Aqueous Solution, *Journal of Pharmaceutical Sciences*, 93(2004) 1867-1878.

48.    J. Hu, K. P. Johnston and R. O. Williams III, Spray Freezing into Liquid (SFL) Particle Engineering Technology to Enhance Dissolution of Poorly Water Soluble Drugs:  Organic vs. Aqueous-organic Co-solvent Systems, *European Journal of Pharmaceutical Sciences*, 20(2003) 295-303..

49.    V. Mahaguna, R. L. Talbert, J. I. Peters, S. Adams, T. D. Reynolds, F. Y. W. Lam, and R. O. Williams III, Influence of Hydroxypropyl Methylcellulose Polymer on In Vitro and In Vivo Performance of Controlled Release Tablets Containing Alprazolam, *European Journal of Pharmaceutics and Biopharmaceutics*, 56(2003) 461-468.

50.    Z. Yu, A. S. Garcia, K. P. Johnston, and R. O. Williams III, Spray Freezing Into Liquid for Highly Stable Protein Nanostructured Microparticles, *European Journal of Pharmaceutics and Biopharmaceutics*, 58(2004) 529-537.

51.    J. Hu, K. P. Johnston and R. O. Williams III, Rapid Dissolving High Potency Danazol Powders Produced by Spray Freezing into Liquid Process with Organic Solvents, *International Journal of Pharmaceutics*, 271(2004) 145-154.

52.    J. Hu, K. P. Johnston and R. O. Williams III, Rapid Release Tablet Formulation of Micronized Danazol Powder Produced by Spray Freezing into Liquid, *Journal of Drug Delivery Science and Technology*, 14(2004)305-311.

53.    J. Hu, K. P. Johnston and R. O. Williams III, Stable Amorphous Danazol Nanostructured Powders with Rapid Dissolution Rates Produced by Spray Freezing into Liquid, *Drug Development and Industrial Pharmacy*, 30(2004)695-704.

54.    X. Chen, Z. Benhayoune, R. O. Williams III, and K. P. Johnston, Rapid Dissolution of High Potency Itraconazole Particles Produced by Evaporative Precipitation into Aqueous Solution, *Journal of Drug Delivery Science and Technology*, 14(2004)299-304.

55.    W. T. Leach, D. Simpson, T. N. Val, E. C. Anuta, Z. Yu, R. O. Williams III, and K. P. Johnston, Uniform Encapsulation of Stable Protein Nanoparticles by Spray Freezing

for the Reduction of Burst Release, *Journal of Pharmaceutical Sciences*, 94(2005)56-69.

56.   J. Hu, K. P. Johnston, and R. O. Williams III, Nanoparticle Engineering Processes for Enhancing the Dissolution Rates of Poorly Water Soluble Drugs – A Review, *Drug Development and Industrial Pharmacy*, 30(2004)247-258.

57.   Z. Yu, K. P. Johnston and R. O. Williams III, Spray Freezing into Liquid Versus Spray Freeze Drying:  Influence of Atomization on Protein Aggregation and Biological Activity, *European Journal of Pharmaceutical Sciences*, 27(2006)9-18.

58.   P. Sinswat, X. Gao, M. J. Yacaman, R. O. Williams III and K. P. Johnston, Stabilizer Choice for Rapid Dissolving High Potency Itraconazole Particles Formed by Evaporative Precipitation into Aqueous Solution, *International Journal of Pharmaceutics*, 302(2005)113-124.

59.   J. M. Vaughn, K. Gao, M.-J. Yacaman, K. P. Johnston, and R. O. Williams III, Comparison of Powder Produced by Evaporative Precipitation into Aqueous Solution (EPAS) and Spray Freezing into Liquid (SFL) Processes Using Novel Z-Contrast STEM and Complimentary Techniques, *European Journal of Pharmaceutics and Biopharmaceutics*, 60(2005)81-89.

60.   X. Chen, C. Y-L Lo, M. Sarkari, R. O. Williams III, and K. P. Johnston, Ketoprofen Nanoparticle Gels Formed by Evaporative Precipitation into Aqueous Solution, *AIChE Journal*, 52(2006)2428-2435.

61.   T. W. Leach, R. O. Williams III, and K. P. Johnston, Encapsulation of Protein Nanoparticles into Uniform-Sized Microspheres Formed in a Spinning Oil Film, *AAPS PharmSciTech*, 6(2005)605-617.

62.   J. T. McConville, T. C. Carvalho, A. N. Iberg, R. L. Talbert, D. Burgess, J. I. Peters, K. P. Johnston and R. O. Williams III, Design and Evaluation of a Restraint-free Small Animal Inhalation Dosing Chamber, *Drug Development and Industrial Pharmacy*, 31(2005)35-42.

63.   J. M. Vaughn, J. T. McConville, M. T. Crisp, K. P. Johnston, R. O. Williams III, Supersaturation Produces High Bioavailability Amorphous Danazol Particles Formed by Evaporative Precipitation into Aqueous Solution and Spray Freezing into Liquid Technologies, *Drug Development and Industrial Pharmacy*, 32(2006)559-568.

64.   B. J. Hoeben, D. S. Burgess, J. T. McConville, L. K. Najvar, R. L. Talbert, N. P. Wiederhold, B. L. Frei, J. I. Peters, J. R. Graybill, R. Bocanegra, K. A. Overhoff, P. Sinswat, K. P. Johnston and R. O. Williams III, In vivo Efficacy of Aerosolized Nanostructured Itraconazole for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 50(2006)1552-1554.

Curriculum Vitae
Robert O. Williams III
Page 19

65. J. T. McConville, K. A. Overhoff, P. Sinswat, J. M. Vaughn, B. L. Frei, D. S. Burgess, R. L. Talbert, J. I. Peters, K. P. Johnston and R. O. Williams III, Targeted High Lung Concentrations of Itraconazole Using Nebulized Dispersions in the Murine Model, *Pharmaceutical Research*, 23(2005)901-911.

66. J. M. Vaughn, J. T. McConville, D. Burgess, J. I. Peters, K. P. Johnston, R. L. Talbert and R. O. Williams III, Single Dose and Multiple Dose Studies of Itraconazole Nanoparticles, *European Journal of Pharmaceutics and Biopharmaceutics*, 63(2006)95-102.

67. J. M. Vaughn, N. Wiederhold, J. T. McConville, J. Coalson, R. L. Talbert, D. S. Burgess, K. P. Johnston, R. O. Williams III and J. I. Peters, Murine Airway Histology and Intracellular Uptake of Inhaled Amorphous Itraconazole, *International Journal of Pharmaceutics*, 338(2007)219-224.

68. T. Purvis, J. M. Vaughn, T. L. Rogers, X. Chen, K. A. Overhoff, P. Sinswat, J. Hu, J. T. McConville, K. P. Johnston and R. O. Williams III, Cryogenic Liquids, Nanoparticles and Microencapsulation, *International Journal of Pharmaceutics*, 324(2006)43-50.

69. T. Purvis, M. E. Matteucci, M. Todd Crisp, K. P. Johnston and R. O. Williams III, Rapidly Dissolving Repaglinide Powders Produced by the Ultra-Rapid Freezing Process, *AAPS Pharm Sci Tech*, 8(2007)Article 58.

70. K. A. Overhoff, J. D. Engstrom, B. Chen, B. D. Scherzer, T. E. Milner, K. P. Johnston and R. O. Williams III, Novel Ultra-rapid Freezing Particle Engineering Process for Enhancement of Dissolution Rates of Poorly Water Soluble Drugs, *European Journal of Pharmaceutics and Biopharmaceutics*, 65(2007)57-67.

71. D. A. Miller, M. Gamba, D. Sauer, T. P. Purvis, N. T. Clemens and R. O. Williams III, Evaluation of the USP Dissolution Test Method A for Enteric Coated Articles by Planar Laser Induced Fluorescence, *International Journal of Pharmaceutics*, 330(2007)61-72.

72. M. Matteucci, R. O. Williams III, and K. P. Johnston, Drug Nanoparticles by Anti-solvent Precipitation:  Mixing Energy Versus Surfactant Stabilization, *Langmuir*, 22(2006)8951-8959.

73. P. Sinswat, M. E. Matteucci, K. P. Johnston and R. O. Williams III, Dissolution Rates and Supersaturation Behavior of Amorphous Repaglinide Particles Produced by Controlled Precipitation, *Journal of Biomedical Nanotechnology*, 3(2007)18-27.

74. M. T. Crisp, C. J. Tucker, R. L. Rogers, R. O. Williams III and K. P. Johnston, Turbidimetric Measurement and Prediction of Dissolution Rates of Poorly Soluble Drug Nanocrystals, *Journal of Controlled Release*, 117(2007)351-359.

75. D. A. Miller, J. T. McConville, W. Yang, R. O. Williams III and J. W. McGinity, Hot-Melt Extrusion for Enhanced Delivery of Drug Particles, *Journal of Pharmaceutical Sciences*, 96(2007)361-376.

76. J. Engstrom, D. Simpson, R. O. Williams III and K. P. Johnston, Morphology of Protein Particles Produced by Spray Freezing of Concentration Solutions, *European Journal of Pharmaceutics and Biopharmaceutics*, 65(2007)149-162.

77. J. Engstrom, D. T. Simpson, C. Cloonan, E. S. Lai, R. O. Williams III, G. B. Kitto and K. P. Johnston, Stable High Surface Area Lactate Dehydrogenase Particles Produced by Spray Freezing into Liquid Nitrogen, *European Journal of Pharmaceutics and Biopharmaceutics*, 65(2007)163-174.

78. C. A. Alvarez, N. P. Wiederhold, J. T. McConville, J. I. Peters, L. K. Najvar, J. R. Graybill, D. Marks, R. L. Talbert, D. S. Burgess, R. Bocanegra, K. P. Johnston and R. O. Williams III, Aerosolized Nanostructured Itraconazole as Prophylaxis Against Pulmonary Aspergillosis, *Journal of Infection,* 55(2007)68-74.

79. K. A. Overhoff, A. Moreno, D. A. Miller, K. P. Johnston and R. O. Williams III, Solid Dispersions of Itraconazole and Enteric Polymers Made by Ultra-rapid Freezing, *International Journal of Pharmaceutics*, 336(2007)122-132.

80. P. Sinswat, K. A. Overhoff, J. T. McConville, K. P. Johnston and R. O. Williams III, Nebulization of Nanoparticulate Amorphous or Crystalline Tacrolimus – Single Dose Pharmacokinetic Study in Mice, *European Journal of Pharmaceutics and Biopharmaceutics*, 69(2008)1057-1066.

81. M. E. Matteucci, B. K. Brettmann, T. L. Rogers, E. J. Elder, R. O. Williams III and K. P. Johnston, Design of Potent Amorphous Drug Nanoparticles for Rapid Generation of Highly Supersaturated Media, *Molecular Pharmaceutics*, 4(2007)782-793.

82. J. Tam, J. T. McConville, R. O. Williams III and K. P. Johnston, Amorphous Cyclosporine A Nanodispersions for Enhanced Pulmonary Deposition and Dissolution, *Journal of Pharmaceutical Sciences*, 97(2008)4915-4933.

83. J. D. Engstrom, E. S. Lai, B. Ludher, B. Chen, T. E. Milner, R. O. Williams III, G. B. Kitto and K. P. Johnston, Formation of Stable Submicron Particles by Thin Film Freezing, *Pharmaceutical Research*, 25(2008)1334-1346.

84. K. A. Overhoff, J. T. McConville, W. Yang, K. P. Johnston and R. O. Williams III, Effect of Stabilizer on the Maximum Degree and Extent of Supersaturation and Oral Absorption of Tacrolimus Made By Ultra-Rapid Freezing, *Pharmaceutical Research*, 25(2008)167-175.

85.   D. A. Miller, J. C. DiNunzio and R. O. Williams III, Advanced Formulation Design: Improving Drug Therapies for the Management of Severe and Chronic Pain, *Drug Development and Industrial Pharmacy*, 34(2008)117-133.

86.   J. C. DiNunzio, J. W. McGinity and R. O. Williams III, A Review of Development and Design Technology for Next Generation Dry Powder Inhalers, *Drug Delivery Technologies*, 7(2007)22-34. (invited)

87.   D. A. Miller, J. C. DiNunzio, W. Yang, J. W. McGinity and R. O. Williams III, Enhanced In Vivo Absorption of Itraconazole via Stabilization of Supersaturation Following Acidic-to-Neutral pH Transition, *Drug Development and Industrial Pharmacy*, 34(2008)890-902.

88.   D. A. Miller, J. C. DiNunzio, W. Yang J. W. McGinity and R. O. Williams III, Targeted Intestinal Delivery of Supersaturated Itraconazole for Improved In Vivo Absorption, *Pharmaceutical Research*, 25(2008)1450-1459.

89.   W. Yang, J. Tam, D. A. Miller, J. Zhou, J. T. McConville, K. P. Johnston and R. O. Williams III, High Bioavailability from Nebulized Itraconazole Nanoparticle Dispersions with Biocompatible Stabilizers, *International Journal of Pharmaceutics*, 361(2008)177-188.

90.   W. Yang, J. I. Peters and R. O. Williams III, Inhaled Nanoparticles – A Current Review, *International Journal of Pharmaceutics*, 356(2008)239-247. (invited; recognized as one of Top-10 most cited articles published in IJP during the period 2008-2010)

91.   J. C. DiNunzio and R. O. Williams III, CNS Disorders – Current Treatment Options and the Prospects for Advanced Therapies, *Drug Development and Industrial Pharmacy*, February, 34(2008)1141-1167.

92.   A. B. Watts, J. T. McConville and R. O. Williams III, Current Therapies and Technological Advances in Aqueous Aerosol Drug Delivery, *Drug Development and Industrial Pharmacy*, 34(2008)918-922. (invited)

93.   J. C. DiNunzio, D. A. Miller, W. Yang, J. W. McGinity and R. O. Williams III, Amorphous Compositions Using Concentration Enhancing Polymers for Improved Bioavailability of Itraconazole, *Molecular Pharmaceutics*, 5(2008)968-980. (invited)

94.   A. B. Watts, J. I. Peters and R. O. Williams III, Recent Developments in Drug Delivery to Prolong Survival in Lung Transplant Patients, *Drug Development and Industrial Pharmacy,* 35(2009)259-271.

95.   J. C. DiNunzio, D. A. Miller, J. W. McGinity and R. O. Williams III, Formulating Compositions to Achieve Enhanced Oral Bioavailability Through Supersaturation, *Drug Delivery Technologies*, 8(2008)25-33. (invited)

96.  W. Yang, N. P. Wiederhold and R. O. Williams III, Drug Delivery Strategies for Improved Azole Antifungal Action, *Expert Opinion on Drug Delivery*, 5(2008)119-121. (invited)

97.  J. A. Tolman, N. A. Nelson, Y. J. Son, S. Bosselmann, N. P. Wiederhold, J. I. Peters, J. T. McConville and R. O. Williams III, Characterization and Pharmacokinetic Analysis of Aerosolized Aqueous Voriconazole Solution, *European Journal of Pharmaceutics and Biopharmaceutics*, 72(2009)199-205.

98.  M. E. Matteucci, J. C. Paguio, M. A. Miller, R. O. Williams III and K. P. Johnston, Flocculated Amorphous Nanoparticles for Highly Supersaturated Solutions, *Pharmaceutical Research*, 25(2008)2477-2487.

99.  K. A. Overhoff, K. P. Johnston, J. Tam, J. Engstrom and R. O. Williams III, Use of Thin Film Freezing to Enable Drug Delivery:  A Review, *Journal of Drug Delivery Science and Technology*, 19(2009)89-98. (invited)

100.  M. E. Matteucci, M. A. Miller, R. O. Williams III and K. P. Johnston, Highly Supersaturated Solutions of Amorphous Drugs Approaching Predictions from Configurational Thermodynamic Properties, *Journal of Physical Chemistry B*, 112(2008)16675-16681.

101.  J. D. Engstrom, J. M. Tam, M. A. Miller, R. O. Williams III and K. P. Johnston, Templated Open Flocs of Nanorods for Enhanced Pulmonary Delivery with Pressurized Metered Dose Inhalers, *Pharmaceutical Research*, 26(2009)101-117.

102.  J. A. Tolman, N. P. Wiederhold, J. T. McConville, L. K. Najvar, R. Bocanegra, J. I. Peters, J. J. Coalson, J. R. Graybill, T. F. Patterson and R. O. Williams III, Inhaled Voriconazole for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 53(2009)2613-2615.

103.  J. A. Tolman, N. A. Nelson, S. Bosselmann, J. I. Peters, J. J. Coalson, N. P. Wiederhold and R. O. Williams III, Dose Tolerability of Chronically Inhaled Voriconazole Solution in Rodents, *International Journal of Pharmaceutics*, 379(2009)25-31.

104.  J. A. Tolman and R. O. Williams III, Advances in Pulmonary Delivery of Poorly Water Soluble Drugs:  Influence of Solubilization on Pharmacokinetic Properties, *Drug Development and Industrial Pharmacy*, 36(2010)1-30.

105.  M. E. Matteucci, J. C. Paguio, M. A. Miller, R. O. Williams III and K. P. Johnston, Highly Supersaturated Solutions from Dissolution of Amorphous Itraconazole Microparticles at pH 6.8, *Molecular Pharmaceutics*, 6(2009)375-385.

106. A. B. Watts, K. P. O'Donnell, R. L. Talbert, J. J. Coalson, J. I. Peters and R. O. Williams III, Preclinical Evaluation of Inhaled Tacrolimus Colloidal Dispersion – Formulation Stability and 28-Day Safety in a Rodent Model, *European Journal of Pharmaceutics and Biopharmaceutics*, 77(2011)207-215.

107. X. Chen, M. E. Matteucci, C. Y. Lo, R. O. Williams III and K. P. Johnston, Flocculation of Polymer Stabilized Nanocrystal Suspensions to Produce Redispersible Powders, *Drug Development and Industrial Pharmacy*, 35(2009)283-296.

108. J. C. DiNunzio, Chris Brough, Dave A. Miller, Robert O. Williams III and James W. McGinity, Fusion Processing of Itraconazole Solid Dispersions by Kinetisol Dispersing:  A Comparative Study to Hot Melt Extrusion, *Journal of Pharmaceutical Sciences*, 99(2010)1239-1253.

109. J. C. DiNunzio, C. Brough, D. A. Miller, R. O. Williams III and J. W. McGinity, Applications of KinetiSol Dispersing for the Production of Plasticizer Free Amorphous Solid Dispersions, *European Journal of Pharmaceutical Sciences,* 40(2010)179-187.

110. J. C. DiNunzio, C. Brough, J. R. Hughey, R. O. Williams III and J. W. McGinity, Fusion Processing of Solid Dispersions Containing a Heat Sensitive Active Ingredient by Hot Melt Extrusion and KinetiSol Dispersing, *European Journal of Pharmaceutics and Biopharmaceutics*, 74(2010)340-351.

111. J. C. DiNunzio, J. R. Hughey, C. Brough, D. A. Miller, R. O. Williams III and J. W. McGinity, Production of Advanced Solid Dispersions for Enhanced Bioavailability of Itraconazole Using KinetiSol Dispersing, *Drug Development and Industrial Pharmacy*, 36(2010)1064-1078.

112. W. Yang, K. P. Johnston and R. O. Williams III, Comparison of Bioavailability of Amorphous versus Crystalline Itraconazole Nanoparticles via Pulmonary Administration in Rats, *European Journal of Pharmaceutics and Biopharmaceutics,* 75(2010)33-41.

113. W. Yang, K. T. Chow, B. Lang, N. P. Wiederhold, K. P. Johnston and R. O. Williams III, In Vitro Characterization and Pharmacokinetics in Mice Following Pulmonary Delivery of Itraconazole as Cyclodextrin Solubilized Solution, *European Journal of Pharmaceutical Sciences,* 39(2010)336-347.

114. A. B. Watts, A. M. Cline, A. R. Saad, G. Hsiung, S. B. Johnson, J. I. Peters and R. O. Williams III, Characterization and Pharmacokinetic Analysis of Tacrolimus Dispersion for Nebulization in a Lung Transplanted Rodent Model, *International Journal of Pharmaceutics* 385(2010)46-52.

115. J. M. Tam, J. D. Engstrom, D. Ferrer, R. O. Williams III and K. P. Johnston, Templated Open Flocs of Anisotropic Particles for Pulmonary Delivery with

Pressurized Metered Dose Inhalers, *Journal of Pharmaceutical Sciences,* 99(2010)3150-3165.

116. J. R. Hughey, J. C. DiNunzio, R. C. Bennett, C. Brough, D. A. Miller, H. Ma, R. O. Williams III and J. W. McGinity, Dissolution Enhancement of a Drug Exhibiting Thermal and Acidic Decomposition Characteristics by Fusion Processing:  A Comparative Study of Hot Melt Extrusion and KinetiSol® Dispersing, *AAPS PharmSciTech*, 11(2010)760-774.

117. K. P. O'Donnell and R. O. Williams III, Nanoparticle Systems for Oral Drug Delivery to the Colon, *International Journal of Nanotechnology*, 8(2011)4-20.  (invited)

118. S. Bosselmann, D. E. Owens III, R. L. Kennedy, M. J. Herpin and R. O. Williams III, Novel Plasma Deposited Stability Enhancement Coating for Amorphous Ketoprofen, *European Journal of Pharmaceutics and Biopharmaceutics*, 78(2011)67-74.

119. W. Yang, Donald E. Owens, Jay I. Peters and R. O. Williams III, Improved Bioavailability of Engineered Amorphous Nanostructured Compositions of Poorly Water-Soluble Drugs by Rapid Freezing Particle Engineering Technology, *Drug Delivery Technologies*, 11(2011)22-31.

120. T. C. Carvalho, J. I. Peters and R. O. Williams III, Influence of Particle Size on Regional Lung Deposition – What Evidence is There? *International Journal of Pharmaceutics*, 406(2011)1-10. (invited)

121. S. Bosselmann and R. O. Williams III, Has Nanotechnology Led to Improved Therapeutic Outcomes? *Drug Development and Industrial Pharmacy*, 38(2012)158-170.

122. J. O. Morales, J. I. Peters and R. O. Williams III, Surfactants-Their Critical Role in Enhancing Drug Delivery to the Lungs, *Therapeutic Delivery*, 5(2011)623-641. (invited)

123. K. P. O'Donnell and R. O. Williams III, Pulmonary Dispersion Formulations:  The Impact of Dispersed Powder Properties on Pressurized Metered Dose Inhaler Stability, *Drug Development and Industrial Pharmacy*, 39(2013)413-424.

124. M. A. Miller, J. DiNunzio, M. E. Matteucci, B. S. Ludher, R. O. Williams III and K. P. Johnston, Flocculated Amorphous Itraconazole Nanoparticles for Enhanced *in vitro* Supersaturation and *in vivo* Bioavailability, *Drug Development and Industrial Pharmacy*, 38(2012)557-570.

125. K. P. O'Donnell, Z. Cai, P. Schmerler and R. O. Williams III, Atmospheric Freeze Drying for the Reduction of Powder Electrostatics of Amorphous, Low Density, High

Curriculum Vitae
Robert O. Williams III
Page 25

Surface Area Pharmaceutical Powders, Dr*ug Development and Industrial Pharmacy*, 39(2013)205-217.

126. M. Zhang, H. Li, B. Lang, K. P. O'Donnell, H. Zhang, Z. Wang, Y. Dong, C. Wu and R. O. Williams III, Formulation and Delivery of Improved Amorphous Fenofibrate Solid Dispersions Prepared by Thin Film Freezing, *European Journal of Pharmaceutics and Biopharmaceutics*, 82(2012)534-544.

127. S. Bosselmann, M. Nagao, K. T. Chow and R. O. Williams III, Influence of Formulation and Processing Variables on Properties of Itraconazole Nanoparticles Made by Advanced Evaporative Precipitation into Aqueous Solution, *AAPS PharmSciTech*, 13(2012)949-960.

128. N. A. Beinborn, H. L. Lirola, R. O. Williams III, Effect of Process Variables on Morphology and Aerodynamic Properties of Voriconazole Formulations Produced by Thin Film Freezing, *International Journal of Pharmaceutics*, 429(2012):46-57.

129. N. A. Beinborn, J. Du, N. P. Widerhold, H. D. C. Smyth and R. O. Williams III, Dry Powder Insufflation of Crystalline and Amorphous Voriconazole Formulations Produced by Thin Film Freezing to Mice, *European Journal of Pharmaceutics and Biopharmaceutics*, 81(2012)600-608.

130. A. B. Watts, Y. Wang K. P. Johnston and R. O. Williams III, Respirable Low-Density Microparticles Formed In Situ from Aerosolized Brittle Matrices, *Pharmaceutical Research*, 30(2012)813-825.

131. H. L. Dugas, J. I. Peters and R. O. Williams III, Nebulization of Mycophenolate Mofetil Inhalation Suspension:  Comparison with Oral and Pulmonary Administration of Cellcept®, *International Journal of Pharmaceutics*, 441(2013)19-29.

132. D. A. Miller, J. C. DiNunzio, J. Hughey, R. O. Williams III and J. W. McGinity, KinetiSol:  A New Processing Paradigm for Amorphous Solid Dispersion Systems, *Drug Delivery Technologies*, 12(2012)1-10. (Invited)

133. J. W. McGinity, R. O. Williams III, J. R. Hughey, J. C. DiNunzio and D. A. Miller, Kinetisol: A Novel Process for the Production of Pharmaceutical Solid Dispersion Systems, Bulletin Technique Gattefosse, No. 106(2012)68-78. (Invited)

134. J. Leleux and R. O. Williams III, Recent Advances in Mechanical Reduction Methods:  Particulate Systems, *Drug Development and Industrial Pharmacy*, 40(2014)289-300.

135. J. M. Keen, J. W. McGinity and R. O. Williams III, Enhancing Bioavailability Through Thermal Processing, *International Journal of Pharmaceutics*, 450(2013)185-196 (invited paper).

136. C. Brough and R. O. Williams III, Amorphous Solid Dispersions and Nano-crystal Technologies for Poorly Water-soluble Drug Delivery, *International Journal of Pharmaceutics*, 453(2013)157-166. (invited paper).

137. P. Shivshankar, H. Payan, C. Calhoun, J. I. Peters, R. O. Williams III and Claude J. LeSaux, Inhaled Tacrolimus Protects Mice from Bleomycin-Induced Lung Fibrosis, *Journal of Drug Delivery Science and Technology*, 24(2014)469-477.

138. B. Lang, K. T. Chow and R. O. Williams III, Thin Film Freezing-Template Emulsion of Itraconazole to Improve the Dissolution Properties of Poorly Water-Soluble Drugs, *Journal of Drug Delivery Science and Technology*, 24(2014)205-211.

139. B. Lang, J. W. McGinity and R. O. Williams III, Dissolution Enhancement of Itraconazole by Hot-Melt Extrusion Alone and the Combination of Hot-Melt Extrusion and Rapid Freezing – Effect of Formulation and Processing Variables, *Molecular Pharmaceutics*, 11(2014)186-196.

140. B. Lang, J. W. McGinity and R. O. Williams III, Hot-Melt Extrusion – Basic Principles and Pharmaceutical Applications, *Drug Development and Industrial Pharmacy*, 40(2014)1133-1155, DOI: 10.3109/03639045.2013.838577.

141. R. C. Bennett, C. Brough, D. A. Miller, K. P. O'Donnell, J. M. Keen, J. R. Hughey, R. O. Williams III and J. W. McGinity, Preparation of Amorphous Solid Dispersions by Rotary Evaporation and KinetiSol® Dispersing:  Approaches to Enhance Solubility of a Poorly Water Soluble Gum Extract, *Drug Development and Industrial Pharmacy*, 41(2015)382-397.

142. Y. B. Wang, A. B. Watts, J. I. Peters and R. O. Williams III, The Impact of Pulmonary Diseases on the Fate of Inhaled Medicines – A Review, *International Journal of Pharmaceutics*, 461(2014)112-128 (invited).

143. Y. W. Naguib, B. L. Rodriguez, X. Li, S. D. Hursting, R. O. Williams III and Z. Cui, Solid Lipid Nanoparticle Formulations of Docetaxel Prepared with High Melting Point Triglycerides:  *In Vitro* and *In Vivo* Evaluation, *Molecular Pharmaceutics,* 11(2014)1239-1249.

144. Y. B. Wang, A. B. Watts, J. I. Peters, S. Liu, A. Batra and R. O. Williams III, In Vitro and In Vivo Performance of Dry Powder Inhalation Formulations:  Comparison of Particles Prepared by Thin Film Freezing and Micronization, *AAPS PharmSciTech*, 15(2014)981-993, 10.1208/s12249-014-0126-7. (Invited).

145. S. Raffa Carvalho, A. B. Watts, S. Liu, S. Hengsawas, J. I. Peters, S. Escotet and R. O. Williams III, Characterization and Pharmacokinetics Comparison Analysis of Crystalline Versus Amorphous Rapamycin Dry Powder Via Pulmonary

Administration to Rats, *European Journal of Pharmaceutics and Biopharmaceutics*, 88(2014)136-147.

146. Y. B. Wang, A. B. Watts and R. O. Williams III, Effect of Processing Parameters on the Physicochemical and Aerodynamic Properties of Respirable Brittle Matrix Powders, *Journal of Drug Delivery Science and Technology*, 24(2014)390-396.

147. J. O. Morales, S. Wang, R. O. Williams III and J. T. McConville, Films Loaded with Insulin-coated Nanoparticles as Potential Platforms for Peptide Buccal Delivery, *Colloids and Surfaces B:  Biointerfaces*, 122(2014)38-45, http://dx.doi.org/doi:10.1016/j.colsurfb.2014.05.025.

148. X. Li, G. Thakkar, T. Ruwona, R. O. Williams III and Z. Cui, A Method of Lyophilizing Vaccines Containing Aluminum Salts into a Dry Powder Without Causing Particle Aggregation or Decreasing the Immunogenicity Following Reconstitution, *Journal of Controlled Release*, 204(2015)38-50. (Recognized for excellence – chosen as Cover Story for issue)

149. B. Lang, S. Liu, J. W. McGinity and R. O. Williams III, Effect of Hydrophilic Additives on the Properties of Itraconazole-Enteric Polymer Hot-Melt Extrusion Formulations, *Drug Development and Industrial Pharmacy*, 42(2016)429-445.

150. S. Liu, A. B. Watts, J. Du, A. Bui, S. Hengsawas and R. O. Williams III, Formulation of a Novel Fixed Dose Combination of Salmeterol Xinafoate and Mometasone Furoate for Inhaled Drug Delivery, *European Journal of Pharmaceutics and Biopharmaceutics*, 96(2015)132-142, http://dx.doi.org/10.1016/j.ejpb.2015.07.017.

151. L. K. Prasad, J. M, Keen, J. S. LaFountaine, J. Maincent, R. O. Williams III and J. W. McGinity, Electrostatic Powder Deposition to Prepare Films for Drug Delivery, *Journal of Drug Delivery Science and Technology*, 30(2015)501-510. (invited)

152. D. A. Miller, J. M. Keen, M. Cisneros, D. Ellenberger, R. O. Williams III and J. W. McGinity, Bioavailability Enhancement of a BCS IV Compound via an Amorphous Combination Product Containing Ritonavir, *Journal of Pharmacy and Pharmacology*, October 2015, DOI: 10.1111/jphp.12478.

153. J. S. LaFountaine, D. A. Miller, L. K. Prasad, J. W. McGinity and R. O. Williams III, Thermal Processing of PVP- and HPMC-based Amorphous Solid Dispersions, *AAPS PharmSciTech*, 17(2016)120-132, DOI: 10.1208/s12249-015-0417-7. (invited)

154. J. S. LaFountaine, J. W. McGinity and R. O. Williams III, Challenges and Strategies in Thermal Processing of Amorphous Solid Dispersions, *AAPS PharmSciTech*, 17(2016)43-55, DOI: 10.1208/s12249-015-0393-y. (invited)

155. S. Huang, K. P. O'Donnell, J. M. Keen, M. A. Rickard, J. W. McGinity and R. O. Williams III, A New Extrudable Form of Hypromellose:  AFFINISOL® HPMC

HME, *AAPS PharmSciTech*, 17(2016)106-119, DOI: 10.1208/s12249-015-0395-9 (invited).

156. C. Brough, D. A. Miller, J. M. Keen, S. A. Kucera, D. Lubda and R. O. Williams III, New Use of Polyvinyl Alcohol as a Solubility Enhancing Polymer for Poorly Water-Soluble Drug Delivery (Part 1), *AAPS PharmSciTech*, 17(2016)167-179, DOI: 10.1208/s12249-015-0458-y. (invited)

157. C. Brough, D. A. Miller, J. M. Keen, S. A. Kucera, D. Lubda and R. O. Williams III, New Use of Polyvinyl Alcohol as a Solubility Enhancing Polymer for Poorly Water-Soluble Drug Delivery (Part 2), *AAPS PharmSciTech*, 17(2016)180-190, DOI: 10.1208/s12249-015-0458-y. (invited)

158. Z. N. Warnken, H. D. C. Smyth, A. B. Watts, S. Weitman, J. G. Kuhn and R. O. Williams III, Formulation and Device Design to Increase Nose to Brain Drug Delivery, *Journal of Drug Delivery Science and Technology*, 36(2016)213-222. (invited).

159. L. K. Prasad, J. W. McGinity and R. O. Williams III, Electrostatic Powder Coatings: Principles and Pharmaceutical Applications, *International Journal of Pharmaceutics*, 505(2016)289-302.

160. L. K. Prasad, J. LaFountaine, R. O. Williams III and J. W. McGinity, Influence of Process Parameters in Electrostatic Powder Deposition of Pharmaceutical Films, *International Journal of Pharmaceutics*, 515(2016)94-103.

161. J. Maincent, L. Najvar, W. Kirkpatrick, S. Huang, T. Patterson, N. Wiederhold, J. Peters and R. O. Williams III (2016), Modified Release Itraconazole Amorphous Solid Dispersion to Treat *Aspergillus Fumigatus*: Importance of the Animal Model Selection, *Drug Development and Industrial Pharmacy*, DOI: 10.1080/03639045.2016.1236811.

162. S. H. Surasarang, J. Keen, S. Huang, F. Zhang, J. W. McGinity and R. O. Williams III (2016), Hot Melt Extrusion versus Spray Drying: Hot Melt Extrusion degrades Albendazole, *Drug Development and Industrial Pharmacy*, DOI: 10.1080/03639045.2016.1220577.

163. J. S. LaFountaine, L. K. Prasad, Dave A. Miller, James W. McGinity and R. O. Williams III, Mucoadhesive Amorphous Solid Dispersions for Sustained Release of Poorly Water Soluble Drugs, *European Journal of Pharmaceutics and Biopharmaceutics*, 113(2017)157-167.

164. S. Huang, C. Mao, R. O. Williams III and C-Y. Yang, Solubility Advantage (and Disadvantage) of Pharmaceutical Amorphous Solid Dispersions, *Journal of Pharmaceutical Sciences*, 105(2016)3549-3561. (Paper selected for Virtual Issue: Most Original and Significant Scientific Findings; January 4, 2017)

165. S. G. Thakkar, T. B. Ruwona, R. O. Williams III and Z. Cui, The Immunogenicity of Thin-Film Freeze-Dried, Aluminum Salt-adjuvanted Vaccine When Exposed to Different Temperatures, *Human Vaccines & Immunotherapeutics* 13(2017)936-946, DOI: 10.1080/21645515.2016.1259042.

166. J. LaFountaine, S. V. Jermain,, L. Prasad, C. Brough, D. Miller, J. W. McGinity and R. O. Williams III, Enabling Thermal Processing of Ritonavir-Polyvinyl Alcohol Amorphous Solid Dispersions by KinetiSol ® Dispersing, *European Journal of Pharmaceutics and Biopharmaceutics*, 101(2016) 72-81.

167. S. Huang, K. P. O'Donnell, S. Delpon De Vaux, J. O'Brien, J. Stutzman, R. O. Williams III, Processing Thermally Labile Drugs by Hot Melt Extrusion:  The Lesson with Gliclazide, *European Journal of Pharmaceutics and Biopharmaceutics*, DOI: 10.1016/j.ejpb.2017.05.014.

168. S. H. Surasarang, G. Florova, A. A. Komissarov, S. Shetty, S. Idell and R. O. Williams III, Optimization of Formulation for a Novel Inhaled Candidate Therapeutic for Idiopathic Fibrosis, *Drug Development and Industrial Pharmacy*, http://dx.doi.org/10.1080/03639045.2017.1371736.

169. S. Huang and R. O. Williams III, Effects of the Preparation Process on the Properties of Amorphous Solid Dispersions, *AAPS PharmSciTech*, 19(2018)1971-1984, DOI: 10.1208/s12249-017-0861-7.  (invited theme issue paper)

170. G. Florova, S. H. Surasarang, R. Idell, R. Girard, M. Chamiso, C. Nelson, Enkhbaatar, R. O. Williams III, M. R. Wolfson, T. H. Shaffer, S. Idell, and A. A. Komissarov, Modeling Of Pulmonary Delivery Of Nebulized Fibrinolysins By Mechanical Ventilation: Effects Of Humidifier And Oxygen On Yield, and Specific Activity. *American Journal of Critical Care Medicine*, 195:2017, A3698.

171. Xu Liu, Xin Feng, R. O. Williams III, and Feng Zhang, Characterization of Amorphous Solid Dispersions, *Journal of Pharmaceutical Investigation*, 48(2018)19-41.

172. S. V. Jermain, C. Brough and R. O. Williams III, Amorphous Solid Dispersions and Nano-crystal Technologies for Poorly Water-soluble Drug Delivery – An Update, *International Journal of Pharmaceutics*, DOI: 10.1016/j.ijpharm.2017.10.051 (invited paper).

173. J. Maincent and R. O. Williams III, Sustained Release Amorphous Solid Dispersions, *Drug Delivery and Translational Research*, DOI:  10.1007/s13346-018-0494-8. (invited paper)

174. Z. Warnken, H. D. C. Smyth, D. Davis, J. Kuhn, S. Weitman and R. O. Williams III, Personalized Medicine in Nasal Delivery:  The Use of Patient-specific Administration

Parameters to Improve Nasal Drug Targeting Using 3D Printed Nasal Replica Casts, *Molecular Pharmaceutics*, DOI: 10.1021/acs.molpharmaceut.7b00702.

175. X. Ma and R. O. Williams III, Polymeric Nanomedicines for Poorly Soluble Drugs in Oral Delivery Systems: *An Update, Journal of Pharmaceutical Investigation*, September 2017, DOI: 10.1007/s40005-017-0372-2. (in press)

176. D. J. Ellenberger, D. A. Miller, S. U. Kucera and R. O. Williams III, Improved Vemurafenib Dissolution and Pharmacokinetics as an Amorphous Solid Dispersion Produced by KinetiSol® Processing, *AAPS PharmSciTech*, April 2018, DOI: 10.1208/s12249-018-0988-1. (invited theme issue paper).

177. D. J. Ellenberger, D. A. Miller and R. O. Williams III, Expanding the Application and Formulation Space of Amorphous Solid Dispersions with KinetiSol®: A Review, *AAPS PharmSciTech*, April 2018, DOI: 10.1208/s12249-018-1007-2 (invited theme issue paper).

178. D. J. Ellenberger, D. A. Miller, S. U. Kucera and R. O. Williams III, Generation of a Weakly Acidic Amorphous Solid Dispersion of the Weak Base Ritonavir with Equivalent In-Vitro and In-Vivo Performance to Norvir Tablet, *AAPS PharmSciTech*, 19(2018)1985-1997. (invited theme issue paper).

179. T. Tarbox, Z. Cui and Robert O. Williams III, An Update on Coating/Manufacturing Techniques of Microneedles, *Drug Delivery and Translational Research*, December 2017, DOI: 10.1007/s13345-017-0466-4.

180. S. Surasarang, S. Sahakijpijarn, G. Florva, A. A. Komissarov, C. L. Nelson, P. Enkhbaatar, S. Fukuda, M. R. Wolfson, R. H. Shaffer, S. Idell and R. O. Williams III, Nebulization of Single-Chain Tissue-Type and Single-Chain Urokinase Plasminogen Activator for Treatment of Inhalational Smoke-Induced Acute Lung Injury, *Journal of Drug Delivery Science and Technology*, April 2018, DOI: 10.1016/j.jddst.2018.04.013.

181. J. Maincent, F. Zhang and R. O. Williams III, Hot-melt Extruded Tablets for Controlled-release Amorphous Solid Dispersions, *Drug Development and Industrial Pharmacy,* April 2018. (TBD)

182. S. G. Thakkar, Z. Warnken, R. Alzhrani, S. A. Valdes, A. M. Aldayel, R. O. Williams III and Z. Cui, Intranasal Immunization with Aluminum Salt-adjuvanted Dry Powder Vaccine, *Journal of Controlled Release*. 2018, DOI: 10.1016/j.jconrel.2018.10.020.

183. D. Real, D. Leonardi, R. O. Williams III, M. A. Repka and C. J. Salomon, Solving the Delivery Problems of Triclabendazole Using Cyclodextrins, *AAPS PharmSciTech*, 2018, DOI: 10.1208/s12249-018-1057-5.

184. M. Hanada, S. V. Jermain and R. O. Williams III, Enhanced Dissolution of a Porous Carrier-Containing Ternary Amorphous Solid Dispersion System Prepared by a Hot Melt Method, *Journal of Pharmaceutical Sciences*, 107(2018)362-372, DOI: 10.1016/j.xphs.2017.09.025.

185. H. Takabe, Z. N. Warnken, Y. Zhang, D. A. Davis, H. D. C. Smyth, J. G. Kuhn, S. Weitman and R. O. Williams III, Repurposed Drug for Brain Cancer – Enhanced Atovaquone Amorphous Solid Dispersion, *Pharmaceutics*, 10(2018)1-20, DOI:10.3390/pharmaceutics10020060. (invited theme issue)

186. M. Lowinger, S. Barrett, F. Zhang and R. O. Williams III, Sustained Release Drug Delivery Applications of Polyurethanes, *Pharmaceutics*, 10(2018)1-19, DOI: 10.3390/pharmaceutics10020055. (invited theme issue)

187. C. Moon, A. B. Watts and R. O. Williams III, Thin-film Freezing for production of an amorphous mannitol/lysozyme formulation for inhalation:  A Comparison of Freezing Techniques.  *Respiratory Drug Deliv*ery, 3(2016)611-616.

188. M. Hanada, S. V. Jermain, X. Lu, Y. Su and R. O. Williams III, Predicting Physical Stability of Ternary Amorphous Solid Dispersion Using Specific Mechanical Energy in a Hot Melt Extrusion Process, *International Journal of Pharmaceutics*, DOI: 10.1016/j.ijpharm.2018.07.029; 2018.

189. D. Moraga, Z. Warnken, A. Moore, R. O. Williams III and H. D. C. Smyth, A Modified USP Induction Port to Characterize Nasal Spray Plume Geometry and Predict Turbinate Deposition Under Flow, *International Journal of Pharmaceutics*, DOI:  10.1016/j.ijpharm.2018.06.058.  June, 2018.

190. S. Fukuda, P. Enkhbaatar, C. Nelson, R. A. Cox, M. R. Wolfson, T. H. Shaffer, R. O. Williams III, S. H. Surasarang, S. Sawitree, G. Florova, A. A. Komissarov, K. Koenig, K. Sarva, H. T. Ndetan, K. P. Singh and S. Idell, Lack of Durable Protection Against Cotton Smoke-induced Acute Lung Injury in Sheep by Nebulized Single Chain Urokinase Plasminogen Activator or Tissue Plasminogen, *Clinical and Translational Medicine*, 18(2018)1-13.  DOI:  10.1186/s40169-018-0196-3.

191. S. V. Jermain, D. Miller and R. O. Williams III, The Case for Continued Innovation – Novel Amorphous Solid Dispersion Technologies for an Increasing Insoluble Drug Problem, *AAPS Newsmagazine*, 21(2018)14-18. (invited cover story)

192. C. Moon, H. D. C. Smyth, A. B. Watts and R. O. Williams III, Delivery Technologies for Orally Inhaled Products:  An Update, *AAPS PharmSciTech*, DOI: 10.1208/s12249-019-1314-2; 2019.

193. X. Lu, W. Xu, M. Hanada, S. V. Jermain, R. O. Williams III and Y. Su, Solid-state NMR Analysis of Crystalline and Amorphous Indomethacin:  Experimental Protocol

for Full Resonance Assignments, *Journal of Pharmaceutical and Biomedical Analysis*, DOI: 10.1016.j.jpba.2018.11.001; 2019.

194. C. Moon, A. B. Watts, X. Lu, Y. Su and R. O. Williams III, Enhanced Aerosolization of High Potency Nanoaggregates of Voriconazole by Dry Powder Inhalation, *Molecular Pharmaceutics*, DOI:  10.1021/acs.molpharmaceut.8b00907; 2019.

195. M. B. Lowinger, Y. Su, X. Lu, Robert O. Williams III and F. Zhang, Can Drug Release Rate from Implants be Tailored Using Poly(urethane) Mixtures?, *International Journal of Pharmaceutics*, DOI: 10.1016/j.ijpharm.2018.11.067; 2019.

196. S. V. Jermain, D. A. Miller, Y. Su, X. Lu and R. O. Williams III, Homogeneity of Amorphous Solid Dispersions – An Example with KinetiSol, *Drug Development and Industrial Pharmacy*, January 2019, DOI.org/10.1080/13639045.2019.1569037.

197. X. Ma and R. O. Williams III, Characterization of Amorphous Solid Dispersions:  An Update, *Journal of Drug Delivery Science and Technology*, (2019) DOI.org/10.1016/j.jddst.2019.01.017.

198. X. Ma, S. Huang, M. B. Lowinger, X. Liu, X. Lu, Y. Su and R. O. Williams III, Nifedipine Amorphous Solid Dispersions Prepared by Hot Melt Extrusion: Preparation and Physical Stability, *International Journal of Pharmaceutics*, DOI.org/10.1016/j.ijpharm.2019.03.014; 2019.

199. M. Lowinger, J. D. Ormes, Y. Su, J. H. Small, R. O. Williams III, and F. Zhang, How Broadly Can Poly(urethane)-based Implants be Applied to Drugs of Varied Properties?, *International Journal of Pharmaceutics*, June 2019 (Submitted).


XIII.    Published Abstracts

1.  An Investigation of Compressibility of Some Direct Compression Excipients, Abstracts of the Southwest Pharmaceutics Research Interest Group, Austin, TX, March, 1983.
2.  Application of Tableting Indices to Study Compaction Properties of Powders, Abstracts of the Academy of Pharmaceutical Sciences Meeting, Philadelphia, PA, November, 1984.
3.  A Study of Powders Using the Hiestand Indices, Abstracts of the Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October, 1985.
4.  A Study of the Influence of Magnesium Stearate or Talc on the Compaction Properties of Direct Compression Excipients Using Tableting Indices, Proceedings of the Fifth Pharmaceutical Technology Conference, Harrogate, England, April, 1986.
5.  The Use of Tableting Indices to Study Compaction Properties of Powders, Eli Lilly and Company, Tippecanoe Laboratories, October, 1986.
6.  A Study of the Effects of Magnesium Stearate or Talc on the Compaction Properties of Some Medicaments Using Tableting Indices, Proc. First American Association of Pharmaceutical Scientists, Washington, DC, November, 1986.

Curriculum Vitae
Robert O. Williams III
Page 33

7.  Influence of Mixing Time on the Compaction Properties of Compacts Continuing Avicel PH101 and Magnesium Stearate, JUC Pharm. Sci. 1987 Meeting, Honolulu, Hawaii, December, 1987.

8.  Compaction Properties of Acrylic Polymers in Combination with Plastic and Brittle Drugs, JUC Pharm. Sci. 1987 Meeting, Honolulu, Hawaii, December, 1987.

9.  The Characterization of Fenoprofen Calcium Using Tableting Indices, Pharmaceutics Series, The University of Texas at Austin, Austin, TX, April, 1989.

10. Interaction of RG-12915A with Polyvinyl Chloride Infusion Bags, Proc. Sixth Annual Meeting, American Association of Pharmaceutical Scientists, Washington, DC, November, 1991.

11. Process Improvement/Thyroid Milling, Science Expo 1992, Rhone-Poulenc Rorer, Collegeville, PA, October, 1992.

12. Formulation and Characterization of Water-In-Oil Emulsions, Science Expo 1992, Rhone-Poulenc Rorer, Collegeville, PA, October, 1992.

13. Formulation and Characterization of Water-In-Oil Emulsions.  Seventh Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 1992.

14. Utilization of Sodium Chloride, Fructose, and Urea to Modify the Surface Tension of RG-12915A Solutions, Seventh Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 1992.

15. Intravenous and Intradermal In Vivo Assays for Screening Local Tolerance of Injectable. Seventh Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 1992.

16. Evaluation of Effect of Film Coating Formulations on the Quality of Tablet Printing: Solvent versus Aqueous In Systems, Science Expo 1993, Rhone-Poulenc Rorer, Collegeville, PA, October, 1993.

17. Influence of Loading Temperature of the Metering Chamber on Product Performance of a pMDI, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

18. Comparison of Bonding Indices of Different Microcrystalline Cellulose Products, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

19. Investigation of Water Uptake into Metered-Dose Inhaler Products, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

20. Minimization of Food Effect on Drug Release From Aquacoat Coated Pellets, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

21. A Method For Detection of Residual Tween 80 From Aerosol Componentry Using Thin-Layer Chromatography, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

22. Formulation Aspects of Freund's Incomplete Adjuvant Emulsion, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

23. The Influence of Metering Chamber Volume on the Dose Delivery and the Aerodynamic Particle Size Distribution from a pMDI Formulated with P-134a Propellant, Proceedings of the 16th Pharmaceutical Technology Conference, Athens, Greece, April, 1997.

24. The Influence of Water on the Emitted Dose of a pMDI Containing P-134a Propellant, Proceedings of the 16th Pharmaceutical Technology Conference, Athens, Greece, April, 1997.

25. Optimization of Drug Delivery From a MDI with Propellants 134a and 227, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, June, 1997.

26. Influence of Food Effects on Drug Release From Aquacoat Coated Beads, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, June, 1997.

27. Influence of Micronization Technique on the Delivery of Drug From a Metered-Dose Inhaler Formulation Using Propellant HFA 134a. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

28. Characterization of Chitosan Microspheres as Protein Carriers for Lung Delivery. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

29. Pulmonary Delivery of Proteins by Inhalation Aerosols Formulated with HFA 134a Propellant. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

30. Influence of Temperature on the Integrity of Aerosol Can Linings Following Exposure to Hydrofluoroalkane Propellants. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

31. Influence of Propellant Type on the Solubility of Triamcinolone Acetonide and Beclomethasone Dipropionate. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

32. Formulation and Characterization of an Inclusion Complex of Cholesterol and Hydroxypropyl-beta-cyclodextrin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

33. Optimization of a Matrix Tablet Formulation Containing a Liquid Active Ingredient Using HPMC. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

34. Optimization of Granulations Containing Nonoxynol-9 Using Hydroxypropyl-methylcellulose.  Proceedings of the 17th Pharmaceutical Technology Conference, Dublin, Ireland, March, 1998.

35. Influence of Hydroxypropyl-beta-cyclodextrin on the Chemical Stability of Aspirin in HFA 134a.  Proceedings of the Respiratory Drug Delivery VI Conference, Hilton Head, South Carolina, May, 1998.

36. Modeling the Stability of Aspirin in a pMDI Formulation Containing HFA 134 and Hydroxypropyl-beta-cyclodextrin.  Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics, and Pharmaceutical Technology, Paris, France, May, 1998.

37. Influence of Propellant Type on Drug Solubility.  Proceedings of the 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, NV, June, 1998.

38. Optimization of a Matrix Tablet Formulation Containing a Liquid Active Ingredient Using Cellulose Ethers. Proceedings of the 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, NV, June, 1998.

39. Evaluation of the Impact of Eudragit Enteric Resin Coating Systems on the Pharmacokinetic Characteristics of Diltiazem Extended-Release Tablets.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

40. Chitosan Microspheres for Mucosal Delivery of Insulin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

41. Influence of Co-Grinding of Drug and a Polymeric Surfactant on Performance of a Pressurized Metered Dose Inhaler Suspension Formulation.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

42. Investigation of Some Commercially Available Spacer Devices on the Delivery of a Glucocorticoid Steroid from a Pressurized Metered Dose Inhaler.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

43. Aerosol Delivery of Insulin via a Pressurized Metered Dose Inhaler Formulated with HFA 134a.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

44. Study of Solubility of Steroids in Hydrofluoroalkane Propellants. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

45. Influence of Curing Conditions on Drug Release from Ethylcellulose Coated Matrix Bead Formulations.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

46. Use of Cellulose Ethers in a Vaginal Tablet Containing Nonoxynol-9.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

47. Moisture Uptake and its Effect on the Performance of pMDIs.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

48. Effect of Plasticizers and Curing Conditions on the Mechanical Properties of Aqueous Based Cellulose Acetate Phthalate Films.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

49. Chitosan Microspheres for Mucosal Delivery of Insulin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

50. Co-processing and its Influence on a Model pMDI Formulation Containing Triamcinolone Acetonide and Pluronic F77, Proceedings of the 26th International Symposium on Controlled Release of Bioactive Materials, Boston, MA, June, 1999.

51. Feasibility Study of Buccal Delivery of Insulin Using Propellant-Driven Metered-Dose Applicators.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

52. Development of Moisture Scavenger Systems for Controlling the Water Level in pMDIs. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

53. Influence of Coating Variables on Drug Release from Beads Coated with Cellulose Acetate Phthalate Aqueous Dispersion. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

54. Influence of Processing Parameters on Drug Release from Ethylcellulose Coated Matrix Bead Formulations. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

55. Use of Heliox to Deliver Albuterol by Nebulization – An In Vitro Evaluation. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

56. Cryogenic Spray Process for the Preparation of Microparticles. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

57. Development and Validation of a Reverse-Phase HPLC Stability-Indicating Assay for Insulin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

58. Investigation of Excipient Type on the Release of Alprazolam from Hydrophilic Matrix Tablets. Proceedings of the Pharmacy Student Research Conference, Denver, CO, June, 2000.

59. Investigation of the Use of Pore Formers to Modify Drug Release from Ethylcellulose Coated Beads. Proceedings of the Pharmacy Student Research Conference, Denver, CO, June, 2000.

60. Method to Recover a Lipophilic Drug from Hydroxypropyl Methylcellulose Matrix Tablets. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

61. Use of Pore Formers to Modify Drug Release from Ethylcellulose Coated Beads. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

62. Investigation of Excipient type and Level on Drug Release from HPMC Controlled Release Tablets. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

63. Influence of Plasticizers on Heat-Humidity Curing of Cellulose Acetate Phthalate. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

64. Buccal Delivery of Insulin Using Perosulin Pressurized Metered-Dose Applicator. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

65. Comparison of the Aerodynamic Particle Size Distribution of pMDIs Obtained Using the Aerosizer and Andersen Cascade Impactor. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

66. Novel Curing Process for Cellulose Acetate Phthalate Coated Beads. Proceedings of the 20th Pharmaceutical Technology Conference and Exhibition, Liverpool, UK, April, 2001.

    a. Received the Penwest Award for best scientific paper

67. Buccal Delivery of Insulin to Type I Diabetic Patients with Perosulin Formulation. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

68. Stabilization of a Ketoprofen/PLO Formulation. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

69. Utilization of a Novel Cryogenic Spray-freezing into Liquid Process to Enhance the Dissolution of Danazol. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

70. Improvement of Dissolution Rate of Poorly Water Soluble Drugs Using the Novel Spray-freezing into Liquid Technology. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

71. Evaporative Precipitation into Aqueous Solutions (EPAS) – A New Technology to Enhance Bioavailability for Poorly Water Soluble Drugs. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

72. Amorphous Nifedipine Nanoparticles for Enhanced Bioavailability Formed by Evaporative Precipitation into Aqueous Solution (EPAS). Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

73. Pharmacodynamics of Alprazolam Formulated in HPMC Controlled Release Tablets. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

74. Formulation Development and Pharmacokinetics Study of Alprazolam Contained in HPMC Controlled Release Tablets. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

75. Comparison of Cascade Impaction and Time-of-flight Methods for Characterizing Nebulizer Output. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

76. A Process for the Production of Protein Loaded Microparticles Using a Novel Cryogenic Process. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

77. Properties of Heat-Humidity Cured Cellulose Acetate Phthalate Free Films Prepared by the Spray Method. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

78. Enteric Release Stability of Heat-Humidity Cured Cellulose Acetate Phthalate Coated Beads. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

79. Particle Design for Enhanced Dissolution Rates of Poorly Water Soluble Drugs. Proceedings of the 76th Colloid and Surface Science Symposium, University of Michigan, Ann Arbor, MI, June, 2002.

80. Evaporative Precipitation into Aqueous Solution to Enhance Dissolution of Poorly Water Soluble Drugs. Proceedings of the 4th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Florence, Italy, April, 2002.

81. Utilization of a Novel Spray-Freezing Into Liquid (SLF) and Atmospheric Freeze Drying (ATMFD) Particle Engineering Technology to Enhance the Dissolution of a Poorly Water Soluble Model Drug. Proceedings of the 4th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Florence, Italy, April, 2002.

82. A Novel Particle Engineering Technology:  Spray Freezing into Liquid To Enhance the Dissolution of Poorly Water Soluble Drugs. Proceedings of the Controlled Release Society Meeting, Seoul, South Korea, July, 2002.

83. A New Process for the Production of Protein Loaded Microparticles Using a Novel Cryogenic Process. Proceedings of the Controlled Release Society Meeting, Seoul, South Korea, July, 2002.

84. A Novel Technique to Enhance Dissolution of Poorly Water Soluble Compounds: Evaporative Precipitation into Aqueous Solution (EPAS). Proceedings of the Controlled Release Society Meeting, Seoul, South Korea, July, 2002.

85. Particle Design for Enhanced Dissolution Rates of Water Insoluble Drugs. Proceedings of the American Institute for Chemical Engineering, Indianapolis, IN, November, 2002.

86. Novel Spray Freezing Process for the Production of Protein Loaded Microparticles. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

87. Novel Process to Prepare Microparticles for Depot Delivery:  Spray Freezing Double Emulsion Into Liquid. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

88. Formulation of Danazol Micronized by Evaporative Precipitation Into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

89. Enhanced Aqueous Dissolution of a Poorly Water Soluble Drug by Novel Particle Engineering Technologies:  Spray-Freezing into Liquid Dried by Atmospheric Freeze-Drying. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

90. A Novel Cryogenic Spray Process to Enhance Dissolution of Poorly Water Soluble Drug: Organic Solvent vs. Aqueous-Organic Co-solvent Systems. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

91. High Potency Danazol with Enhanced Dissolution Rates by Evaporative Precipitation into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

92. Release Mechanism of Alprazolam from Controlled Release Tablets Containing HPMC and Various Excipients. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

93. Quantitation of Plasticizers from Cellulose Acetate Phthalate Films by High-Performance Liquid Chromatography (HPLC) – Separation. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

94. High Potency Danazol with Enhanced Dissolution Rates by Evaporative Precipitation into Aqueous Solution. Proceedings of the Controlled Release Society, Winter Meeting, Salt Lake City, UT, March 2003.

95. Improvement of Dissolution Rate of Poorly Water Soluble Drug Utilizing a Novel Spray Freezing into Liquid Process:  Organic Solvent vs. Aqueous-Organic Co-solvent Systems. Proceedings of the Controlled Release Society, Winter Meeting, Salt Lake City, UT, March 2003.

96. A Novel Particle Engineering Technology:  Spray Freezing Into Liquid to Enhance the Dissolution of Poorly Water Soluble Drugs. Proceedings of the 21st Pharmaceutical Technology Conference, Dublin, Ireland, March 2003.

97. Enhancement of Danazol Potency by Spray Freezing into Liquid (SFL) Using Organic Solvents. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

98. Enhanced Dissolution by Evaporative Precipitation into Aqueous Solution and Formulation of the Processed Dispersions. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

99. Spray Freezing into Liquid for Protein Microparticle Preparation: Influence of Process Parameters on Physicochemical Stability of Protein. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

100. Encapsulation of Protein Solids Produced by Spray Freezing into Liquid into Biodegradable Microparticles for Controlled Release. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

101. Micronized Powders of a Poorly Water Soluble Drug Produced by a Spray Freezing into Liquid Emulsion Process. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

102. Protein Processing via Spray Freezing into Liquid to Achieve Low Burst During Protein Delivery from Biodegradable Polymeric Microspheres. Proceedings of the American Institute for Chemical Engineering, San Francisco, CA, November, 2003.

103. Physicochemical Properties of Itraconazole Produced by Spray-Freezing into Liquid Process. Proceedings of the First EUFEPS Conference, Versailles, France, October, 2003.

104. Stability of Amorphous Danazol Powders Produced by Spray Freezing Into Liquid Technology: Influence of Excipient Type and Glass Transition Temperature. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

105. Low Burst Biodegradable Microspheres Using Protein Solids Prepared Via Spray Freezing Into Liquid Technology. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

106. The Stability of Protein Powder: Spray Freezing Into Liquid Versus Spray Freeze Drying. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

107. The Influence of Process Parameters on the Stability of Protein Nanoparticles Produced by Spray Freezing Into Liquid. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

108. Nebulization of a Suspension Containing Itraconazole Prepared by Evaporative Precipitation Into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

109. Spray Freezing Into Liquid of Itraconazole for Pulmonary Delivery. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

110. High Potency Itraconazole with Enhanced Dissolution Rates Produced by Evaporative Precipitation Into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

111. Influence of Stabilizer Type on Dissolution Properties of Itraconazole Produced by Evaporative Precipitation Into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

112.    Rapid Release High Potency Danazol Powders Produced by Spray Freezing Into Liquid (SFL) – Organic Solvent Process.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

113.    Controlling Particle Characteristics of Itraconazole Powders Produced by Spray-Freezing Into Liquid – Organic Solution Versus Emulsion Liquid Feed Solutions. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

114.    Evaporative Precipitation Into Aqueous Solution Process:  Investigation of Processing Parameters to Enhance Dissolution of Danazol.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

115.    Stability and Delivery of Protein Powders Prepared by the Spray Freezing into Liquid Nitrogen Technology, Abstracts of Papers, 227th American Chemical Society Meeting, Anaheim, CA, March, 2004.

116.    Comparison of Particle Formation Processes, Spray Freezing into Liquid and Evaporative Precipitation into Aqueous Solution:  How Particle Formation Impacts Morphology and Performance, Proceedings of the 30th Controlled Release Society Meeting, Honolulu, HI, June, 2004.

117.    Enhanced Solubility and Dissolution of Itraconazole Prepared by the Spray Freezing into Liquid Technique, Proceedings of the 30th Controlled Release Society Meeting, Honolulu, HI, June, 2004.

118.    Stable Amorphous Danazol Nanostructured Powders Produced by Spray Freezing into Liquid Technology, Proceedings of the 30th Controlled Release Society Meeting, Honolulu, HI, June, 2004.

119.    Homogenous Encapsulation of Protein Nanoparticles into Uniform Size Microspheres, Proceedings of the National Biotechnology Meeting, Boston, MA, June 2004.

120.    Controlled Precipitation of Naproxen Nanoparticles, Proceedings of the American Institute of Chemical Engineers Meeting, Austin, TX, November, 2004.

121.    Spray Freezing into Liquid Versus Spray Freeze Drying:  The Influence of Atomization on Protein Aggregation and Biological Activity, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

122.    Insulin Loaded Polymeric Microparticles:  Formulation, Characterization, and Release Characteristics, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

123.    The Use of Antioxidants to Stabilize Ethyl Lactate, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

124.    Ultrarapid Freezing to Micronize Water Insoluble Drugs – A Comparison to Spray Freezing into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

125.    Design of a Restraint-Free Small Animal Dosing Chamber for Inhalation and Investigation of Drug Distribution Within the Chamber, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

126.    Comparison of Powder Produced by Evaporative Precipitation into Aqueous Solution and Spray Freezing into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

127.   Rapid Release Tablet Formulation Containing Micronized Danazol Powder Produced by Spray Freezing into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

128.   Morphology of Poorly Water Soluble Drug Nanoparticles by a Cryogenic SEM Technique, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

129.   Miscibility of Hydrophilic Polymers and Surfactants with Polyethylene Oxide in Hot-melt Extruded Tablets Containing Poorly Water Soluble Drug, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

130.   Influence of Processing on Stability of Insulin – Spray Freezing Into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

131.   Delivery of Poorly Water Soluble Drugs Using Nebulization, Proceedings of the15th Drug Delivery to the Lungs Conference, Aerosol Society, London, England, December, 2004.

132.   Comparison of Commercial Itraconazole to Aerosolized Nanoparticle Itraconazole in a Murine Model for the Prevention of Invasive Pulmonary Aspergillus, Proceedings of Alcalde XIX Southwest Leadership Conference, Austin, Texas, April, 2005.

133.   Novel Treatment of Pulmonary Aspergillosis Using Nebulized Itraconazole Nanoparticles in the Murine Model, Proceedings of the Respiratory Drug Delivery – Europe 2005 Conference, Paris, France, May, 2005.

134.   Improved Dissolution Rate and Bioavailability Through the Formation of a Highly Miscible Binary Mixture, Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.
    a.   Paper awarded the Controlled Release Society's Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award

135.   Rapid Release, High Potency Itraconazole Formed by Evaporative Precipitation Into Aqueous Solution, Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.
    a.   Paper nominated for the Controlled Release Society's Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award

136.   Particle Engineering for Rapid Dissolution Rates of Poorly Water Soluble Drugs, Proceedings of the American Institute of Chemical Engineers 2005 Annual Meeting, Cincinnati, OH, October, 2005.

137.   Cryogenic Liquids, Nanoparticles and Microencapsulation, Proceedings of the 15th Symposium on Microencapsulation, Parma, Italy, September, 2005.
    a.   Invited Speaker

138.   Improved Danazol Supersaturation and Oral Bioavailability via Formulation into an Amorphous Solid Solution, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

139.   Characterization of Nebulized Itraconazole Nanoparticles and Delivery to the Murine Lung, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

140.   Treatment of Acute Pulmonary Aspergillosis with Nebulized Itraconazole in the Murine Model, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

141. Poorly Water Soluble Drug Nanoparticles by Anitsolvent Precipitation:  Mixing Energy Versus Surfactant Stabilization, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

142. On-Line Turbidimetric Dissolution Rates of Poorly Water Soluble Drug Nano-structured Particles, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

143. Improvement of Dissolution Rate of Repaglinide Using Controlled Precipitation, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

144. Novel Processes for the Enteric Coating of Empty Gelatin Capsules, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

145. Rapid Dissolving Repaglinide Powders Produced by Ultra-Rapid Freezing Process, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

146. Investigation of Dissolution Properties of Microcrystalline or Stabilized Amorphous Particles of Itraconazole in Melt Extruded Solid Dispersions, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

147. In vivo Efficacy of Aerosolized Nano-structured Itraconazole Formulations for the Prevention of Invasive Pulmonary Aspergillosis, Proceedings of the 45th Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, D.C., December 2005.

148. Murine Airway Histology and Alveolar Macrophage Uptake of Inhaled Amorphous Itraconazole, Proceedings of the American Thoracic Society Meeting, San Diego, CA, May, 2006.

149. Particle Engineering and Formulation for Enhanced Bioavailability of Poorly Water Soluble Drugs, Proceedings of Particles 2006, Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May 2006.

150. Single Dose Variability and Multi-Dose Studies of Nebulized Itraconazole in a Murine Model, Proceedings of Respiratory Drug Delivery X, Boca Raton, FL, April 2006.

151. Poorly Water Soluble Drug Nanoparticles by Anitsolvent Precipitation:  Mixing Energy Versus Surfactant Stabilization, Proceedings of the Controlled Release Society Meeting, Vienna, Austria, July 2006.

152. Sustained Lung Concentrations of Itraconazole Using Nebulized Dispersions in a Murine Model, Proceedings of the Controlled Release Society Meeting, Vienna, Austria, July 2006.

153. Evaluation of the USP Enteric Test Method A for Delayed-Release Dosage Forms Using PLIF, Proceedings of the Controlled Release Society Meeting, Vienna, Austria, July 2006.

154. Evaluation of the USP Dissolution Test Method A for Enteric Coated Articles by Planer Laser Induced Fluorescence, Proceedings of the World Congress of Pharmacy and Pharmaceutical Sciences 2006, 66th International Congress of FIP, Salvatore, Brazil, August 2006.

155.    Aerosolized Itraconazole (ITZ) as Prophylaxis Against Invasive Pulmonary Aspergillosis (IPA) Due to *Aspergillus fumigatus*, Proceedings of the Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 2006.

156.    Aerosolized Itraconazole as Prophylaxis Against Invasive Pulmonary Aspergillosis Due to Aspergillus Fumigatus, Proceedings of the American College of Clinical Pharmacy, St. Louis, MO, October, 2006.

157.    In-vitro and In-vivo Comparison of Melt Extruded Particulate Dispersions of PVP and HPMC-Stabilized Nano-Structured Amorphous Particles of Itraconazole, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

158.    Formation of Stable Submicron Protein Particles by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

159.    Anti-solvent Precipitation of Cyclosporin A Nanoparticles for Enhanced Pulmonary Delivery, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

160.    In-vitro and In-vivo Validation of a High Concentration Preclinical Rodent Dosing Apparatus for Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

161.    Development of a Modified Release System Containing Itraconazole Using the Ultra-Rapid Freezing Technology, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

162.    Stable Supersaturated Solutions from Nanoparticle Dissolution, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

163.    Evaluation of the USP Dissolution Test Method A for Enteric-Coated Articles by Planar Laser Induced Fluorescence, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

164.    Optimization of Rapidly Disintegrating and Dissolving Tablets Containing Itraconazole Nanoparticles Formed by Evaporative Precipitation Into Aqueous Solution, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

165.    Immunological Response and Alveolar Macrophage Uptake of Inhaled Amorphous ITZ, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

166.    Engineered Particles for Targeted Drug Delivery, Proceedings 15th International Symposium on Microencapsulation, Lexington, Kentucky, September 2007.

167.    In Vitro Efficacy and In Vivo Safety of Inhaled Nanoparticles of Tacrolimus, Proceedings of the American College of Chest Physicians, Chicago, IL, October, 2007.

168.    Effect of Stabilizer on the Maximum Degree and Extent of Supersaturation and Oral Absorption of Tacrolimus Nanoparticles Made by Ultra-rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

169.    Improved Bioavailability of Itraconazole via Pulmonary Administration of Nanoparticles Produced by Ultra-rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

170. Preformulation and Formulation Studies of Rapidly Dissolving Powders of Sirolimus Produced by the Ultra-Rapid Freezing Process, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

171. Multiple Dose Pharmacokinetic Study of Tacrolimus Nanoparticles Delivered by Nebulization to Mice, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

172. The Influence of Hydrophilic and Enteric Polymers in Targeting *In Vitro* Supersaturation of Itraconazole from Engineered Particles, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

173. Influence of Cyclodextrin on Viscosity and Aerosolization by Nebulization, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

174. Amphotericin B Formulation Containing Insoluble Aggregates Dispersed in a Lyoprotectant Carrier for Pulmonary Delivery, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

175. Supersaturation of Itraconazole in Neutral pH from Engineered Particles and Enteric Dispersions of Engineered Particles Produced by Hot-Melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

176. Design of Pharmaceutical Nanoparticles for Enhanced Therapies, Proceedings of the American Institute of Chemical Engineering Meeting, Salt Lake City, UT, November, 2007.

177. Suspension of Protein and Poorly Water Soluble Drug Particles for High Dosages with Pressurized Metered Dose Inhalers, Proceedings of the Respiratory Drug Delivery Conference, Scottsdale, AZ, May, 2008.

178. K. P. Johnston, J. Engstrom, J. Tam, M. Matteucci, A. Mazuski, L. Ma, Robert O. Williams III, T. Milner and M. Feldman, Design of Pharmaceutical Nanoparticles for Drug Delivery, Proceedings of the National American Chemical Society Meeting, Philadelphia, PA, August, 2008.

179. A. R. Saad, A. Cline, A. B. Watts, G. Hsiung, J. I. Peters, L. Angel, R. O. Williams III and S. B. Johnson, Nanoparticle Tacrolimus Inhalation in Rat Lung Transplant Model, Proceedings of the American College of Chest Physicians, Philadelphia, PA, October, 2008.

180. J. A. Tolman, N. P. Wiederhold, J. T. McConville, L. K. Najvar, J. R. Graybill, J. J. Coalson, R. Bocanegra, T. F. Patterson and R. O. Williams III, Aerosolized Voriconazole (VRC) as Prophylaxis Against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*, Proceedings of the Interscience Conference on Antimicrobial  Agents and Chemotherapy, Washington D.C., October 2008.

181. M. A. Mazuski, M. E. Matteucci, R. O. Williams III and K. P. Johnston, Flocculated Amorphous Nanoparticles for Enhanced Bioavailability of Poorly-Water Soluble Drugs: In Vitro and In Vivo Studies, American Institute of Chemical Engineering, Philadelphia, PA, November 2008.

182. J. D. Engstrom, J. Tam, M. A. Mazuski, R. O. Williams III and K. P. Johnston, Stable Suspensions of Protein and Poorly Water Soluble Drug Particles for High Dosages with Pressurized Metered Dose Inhalers, American Institute of Chemical Engineering, Philadelphia, PA, November 2008.

183.    N. A. Nelson, N. P. Wiederhold, R. O. Williams III and Cr. R. Frei, Incidence and Clinical Relevance of Viral Co-infection Among Patients with Invasive Aspergillosis (IA) in the United States, 48th Annual ICAAC/IDSA 46th Annual Meeting, Washington, DC, October, 2008.

184.    S. Bosselmann, R. O. Williams III, N. P. Wiederhold and C. R. Frei, Regional and Seasonal Variations in Invasive Aspergillosis in the United States over the Last Decade, 48th Annual ICAAC/IDSA 46th Annual Meeting, Washington, DC, October, 2008.

185.    W. Yang, K. P. Johnston and R. O. Williams III, Comparison of Bioavailability of Amorphous Versus Crystalline Nanoparticulate Itraconazole Via Pulmonary Administration in Rats, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

186.    J. DiNunzio, C. Brough, R. O. Williams III and J. W. McGinity, Production of Plasticizer Free Itraconazole Solid Dispersions for Enhanced Solid State Properties Using KinetiSol Dispersion, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

187.    J. DiNunzio, C. Brough, A. Brown, R. O. Williams III and J. W. McGinity, Fusion Processing of Itraconazole and Griseofulvin Solid Dispersions by a Novel High Energy Manufacturing Technology – KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

188.    Y. Tsutsumi, K. T. Chow, W. Yang and R. O. Williams III, Preparation and Characterization of Solid Dispersions of Itraconazole and Enteric Polymers Made by Spray Freezing into Liquid Technology, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

189.    K. O'Donnell, R. O. Williams III, C. Wah and J. T. McConville, Investigation of Nebulized Dose and Inhaled Dose of Itraconazole Dispersions in a Nose Only Rodent Dosing Chamber, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

190.    J. Tam, J. Engstrom, M. Mazuski, R. O. Williams III, and K. P. Johnston, Stable Suspensions of Protein and Poorly Water Soluble Drug Particles for High Dosages with Pressurized Metered Dose Inhalers, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

191.    A. B. Watts, A. Saad, A. Cline, G. Hsiung, S. Johnson, J. I. Peters and Robert O. Williams III, Pulmonary Administration of a Novel Amorphous Tacrolimus Formulation in a Lung Transplanted Rat Model, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

192.    K. T. Chow, W. Yang and R. O. Williams III, Dissolution Enhancement of Itraconazole Prepared by a Modified Spray Freezing into Liquid Process with Template Emulsion, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

193.    M. Nagao, S. Bosselmann and R. O. Williams III, Preparation of Itraconazole Nanoparticles by Advanced Evaporative Precipitation into Aqueous Solution, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

194.    J. Tolman, N. Nelson, S. Bosselmann, N. Wiederhold and R. O. Williams III, Pharmacokinetic Profile Following Multiple Doses of Inhaled Voriconazole Solution in

Mice, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

195.    J. Tolman, Y. Son, N. Wiederhold, J. T. McConville and R. O. Williams III, Aerosol Characterization and Single Dose Pharmacokinetic Analysis of Nebulized Voriconazole Solution, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

196.    J. C. DiNunzio, C. Brough, R. O. Williams III and J. W. McGinity, In Vitro Characterization of Concentration Enhancing Polymer Solid Dispersions Containing Itraconazole Produced by KinetiSol Dispersing, Proceedings of the Controlled Release Society, Copenhagen, Denmark, July, 2009.

197.    Y. Tsutsumi, J. C. DiNunzio, K. T. Chow, W. Yang and R. O. Williams III, Preparation and Characterization of Solid Dispersions of Itraconazole and Enteric Polymers Made by Spray Freezing Into Liquid Technology, Proceedings of the 17th International Society of Microencapsulation, Nagoya, Japan, September, 2009.

198.    S. Bosselmann, D. Owens, M. Herpin, R. Kennedy and R. O. Williams III, Enhanced Stability of Itraconazole Hot-Melt Extrudates Through the Deposition of a Hydrophobic Plasma-Polymerized Film, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

199.    K. O'Donnell, R. O. Williams III, H. Lirola and J. T. McConville, Investigation of Nebulized Itraconazole Dispersions:  In-Vitro-In-Vivo Comparison of Dose Administered to Mice in a Nose-only Dosing Apparatus, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

200.    A. Watts, Y. Son, J. T. McConville and R. O. Williams III, Nanostructured Tacrolimus Produced by Ultra-rapid Freezing for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

201.    W. Yang, K. Chow, B. Lang, K. P. Johnston and R. O. Williams III, Pharmacokinetic Study of Inhaled Nebulized Itraconazole as Cyclodextrin Solubilized Solution or Colloidal Dispersion in Mice, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

202.    K. Chow, W. Yang, Y. Tsutsumi and R. O. Williams III, Particle Engineering Studies for Solubility Enhancement of Itraconazole Using Fine Emusion Templating and Cosolvent Approaches with Ultra-rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

203.    J. DiNunzio, C. Brough, J. Hughey, R. O. Williams III and J. W. McGinity, Solid Dispersion Production Containing a Temperature Sensitive Drug via Hot Melt Extrusion and KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

204.    S. Bosselmann,, D. E. Owens III, R. L. Kennedy, M. J. Herpin and R. O. Williams III, Enhanced Stability of Amorphous Ketoprofen Made by Rapid Freezing Through the Deposition of Hydrophobic Plasma-Polymerized Films, Proceedings of Particles 2010: Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May, 2010.

205.    S. Bosselmann, M. Nagao, K. T. Chow and R. O. Williams III, Formulation and Characterization of Itraconazole Nanoparticles Made by Advanced Evaporative Precipitation Into Aqueous Solution, Proceedings of Particles 2010:

Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May, 2010. (Invited)

206.    B. Windsor, D. E. Owens III, W. Yang, A. B. Watts and R. O. Williams III, Benefits of Nanostructured Compositions Made by Rapid Freezing to Drug Delivery, Proceedings of Particles 2010:  Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May, 2010. (Invited)

207.    W. Yang and R. O. Williams III, Comparison of Bioavailability of Engineered Amorphous Nanoparticles Versus Crystalline Nanoparticles and Cyclodextrin Encapsulated Itraconazole Compositions via Pulmonary Administration in Rodents, Proceedings of the Respiratory Drug Delivery Conference, Orlando, FL, April, 2010. (Invited)

208.    S. Bosselmann, D. E. Owens III, R. L. Kennedy, M. J. Herpin and R. O. Williams III, Novel Plasma Deposited Stability Enhancement Coating for Amorphous Ketoprofen, Proceedings of the 240th American Chemical Society Meeting (Polymeric Materials: Science and Engineering), Boston, MA, August, 2010.  (Invited)

209.    K. P. O'Donnell, P. Schmerler and R. O. Williams III, Investigation of a Novel Solvent Removal Technique, Atmospheric Freeze Drying, on the Physico-chemical Properties of Pharmaceutical Powders, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

210.    W. Yang, D. Owens, B. Lang and R. O. Williams III, Production and Characterization of Nano-structured Beclomethasone Dipropionate Powders Prepared by Rapid Freezing for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

211.    N. Beinborn, H. Lirola and R. O. Williams III, Effect of Process Variables on Morphology of Voriconazole Formulations Produced by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

212.    H. Li, M. Zhang, B. Lang, K. P. O'Donnell and R. O. Williams III, Modified Release Carbamazepine Compositions Prepared by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

213.    R. Bennett, J. Hughey, C. Brough, R. O. Williams III and J. W. McGinity, Solid Dispersion Comparisons of Griseofulvin in Eudragit L100-55 Carrier Processed by Hot Melt Extrusion and KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

214.    J. Hughey, J. DiNunzio, R. Bennett, C. Brough, D. Miller, H. Ma, R. O. Williams III and J. W. McGinity, The Preparation of Enteric Solid Dispersions of a Chemically Unstable BCS Class II Compound by Hot Melt Extrusion and KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

215.    B. Lang and R. O. Williams III, Influence of Excipient Type on Itraconazole Compositions Made by Thin Film Freezing-Emulsion Process, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

216.    B. Lang and R. O. Williams III, Engineered Itraconazole Compositions by Thin Film Freezing:  Emulsion vs. Cosolvent Solution Process, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

217.   S. Bosselmann, K. Chow, M. Nagao and R. O. Williams III, Enhanced Dissolution of Amorphous Itraconazole Nanoparticles Produced by Advanced Evaporative Precipitation into Aqueous Solution, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

218.   J. D. Simmons, N. A. Das, A. M. Cline, Y. B. Wang, K. P. O'Donnell, D. T. DeArmond, C. E. Baisden, J. J. Coalson, E. G. Brooks, J. H. Calhoon, R. O. Williams III, J. I. Peters and S. B. Johnson, The Efficacy of Inhaled Nanoparticle Tacrolimus in Preventing Rejection in an Orthotopic Rat Lung Transplant Model, Proceedings of the 37th Annual J. Bradley Aust Surgical Society Meeting, San Antonio, TX, June 2011.

219.   S. M. Levine, H. Singh, K. P. O'Donnell, B. Lang, W. Yang, A. Anzueto, R. O. Williams III and J. I. Peters, Safety and Tolerability of Single Dose Inhaled Tacrolimus in Healthy Subjects, Proceedings of the American College of Chest Physicians, Honolulu, Hawaii, CHEST 2011, October, 2011.

220.   J. D. Simmons, A. M. Cline, Y-B. Wang, K. P. O'Donnell, C. E. Baisden, J. J. Coalson, E. G. Brooks, J. H. Calhoon, R. O. Williams III, J. I. Peters and S. B. Johnson, The Efficacy of Inhaled Nanoparticle Tacrolimus in Preventing Rejection in an Orthotopic Rat lung Transplant Model, Proceedings of the American Association for Thoracic Surgery, San Francisco, CA, May 2012.

221.   H. Lirola and R. O. Williams III, Development and Validation of HPLC Method for the Separation of Mycophenolate Mofetil, Mycophenolic Acid and Mycophenolic Acid Glucuronide, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

222.   H. Lirola, B. Rodriguez, Z. Cui and R. O. Williams III, Hydrolysis of Mycophenolate Mofetil in Human Lung Epithelial Cells, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

223.   K. P. O'Donnell, J. Morales, S. Raffa Carvalho, L. Hudson, R. Goodall, J. T. McConville and R. O. Williams III, Investigation of Sustained Drug delivery Through a Novel Implantable Personalized Molecular Drug Delivery System in the Presence of Particulate Matter, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

224.   I. Ohno, S. Bosselmann and R. O. Williams III, Modified Evaporative Precipitation into Aqueous Solution Process to Prepare Mefenamic Acid Nanoparticle Compositions, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

225.   S. Bosselmann, N. Yanasarn, X. Li, Z. Cui and R. O. Williams III, Preparation and Evaluation of Docetaxel Nanoparticles for Intravenous Administration, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

226.   B. Lang and R. O. Williams III, Itraconazole Compositions Prepared by Thin Film Freezing Combined with Hot-melt Extrusion to Improve Dissolution, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

227.   K. P. O'Donnell, J. Morales, S. Raffa Carvalho, L. Hudson, R. Goodall, J. T. McConville, R. O. Williams III, E. Tuzun, T. Fossum and J. Grinde, Pilot Investigation of Sustained Leuprolide Delivery Through a Novel Implantable Personalized Molecular Drug Delivery System with 3-nanometer Nanochannels, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

228.    R. Bennett, C. Brough, K. P. O'Donnell, J. Hughey, J. Keen, R. O. Williams III and J. W. McGinity, Preparation of Solid Dispersions by KinetiSol Dispersing:  An Approach to Enhance Solubility of a Poorly Water Soluble Plant Extract, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

229.    J. Hughey, J. Keen, K. P. O'Donnell, C. Brough, T. L. Rogers, R. Schmitt, R. O. Williams III and J. W. McGinity, Preparation of Itraconazole Solid Dispersions containing METHOCEL Cellulose Ethers by KinetiSol Dispersing:  Effect of Chemistry and Molecular Weight on Supersaturation, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

230.    M. Zhang, H. Li, B. Lang, K. P. O'Donnell, Y. Wang, C. Wu and R. O. Williams III, Amorphous Fenofibrate Solid Dispersions Prepared by Thin-film Freezing Combined with Template Emulsion, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

231.    A. B. Watts, Y. Wang and R. O. Williams III, Aerosolized Brittle Matrices for Pulmonary Delivery, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

232.    Y. Wang, J. I. Peters, S. Levine, H. Singh, W. Yang, K. P. O'Donnell and R. O. Williams III, In Vitro and In Vivo Study of Inhaled Tacrolimus Colloidal Dispersion in Healthy Human Volunteers, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

233.    N. Beinborn and R. O. Williams III, Effect of Process Variables on Aerodynamic Properties of Voriconazole Formulations Produce by Thin Film Freezing for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

234.    N. Beinborn, J. Du, H. Smyth and R. O. Williams III, Dry Powder Insufflation of Crystalline and Amorphous Voriconazole Formulations Produced by Think Film Freezing to Mice, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

235.    H. Li, M. Zhang, B. Lang, K. P. O'Donnell, R. Guo and R. O. Williams III, Modified Release Carbamazepine Compositions Prepared by Thin-Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, Washington D.C., October 2011.

236.    P. Shivshankar, H. Payan, C. Calhoun, J. I. Peters, R. O. Williams III and Claude J. LeSaux, Inhaled Tacrolimus Protects Mice from Bleomycin-Induced Lung Fibrosis, Proceedings of the American Thoracic Society International Conference, May, 2012.

237.    A. B. Watts, Y. B. Wang, S. M. Levine, J. I. Peters and R. O. Williams III, Development of Inhaled Tacrolimus:  Human Safety and Formulation Improvements. Proceedings of the Respiratory Drug Delivery Meeting, Phoenix, AZ, May, 2012.

238.    J. D. Simmons, N. A. Das, A. M. Cline, Y. B. Wang, K. P. O'Donnell, D. T. DeArmond, C. E. Baisden, J. J. Coalson, E. G. Brooks, J. H. Calhoon, R. O. Williams III, J. I. Peters and S. B. Johnson, The Efficacy of Inhaled Nanoparticle Tacrolimus in Preventing Rejection in an Orthotopic Rat Lung Transplant Model, Proceedings of the American College of Surgeons 98th Annual Clinical Congress, Chicago, IL, September, 2012.

239.    J. Bayer, N. A. Das, C. E. Baisden, M. Rani, M. G. Schwacha, R. O. Williams III, J. I. Peters and S. B. Johnson, Effect of Inhaled Tacrolimus on Ischemia Reperfusion Injury in

Rat Lung Transplant Model, Proceedings of the 49th Annual Meeting of the Society of Thoracic Surgeons, Los Angeles, CA, May, 2013.

240.     J. W. McGinity, R. O. Williams III, J. R. Hughey, J. C. DiNunzio and D. A. Miller, Kinetisol:  A Novel Process for the Production of Pharmaceutical Solid Dispersion Systems, Proceedings of the Gattfossee Meeting, St. Remy, France, June 2012.

241.     P. Du, R. O. Williams III and H. Smyth, Engineered Lactose with Various Physicochemical Properties by Ultra Rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, Chicago, IL, October 2012.

242.     Y. Wang, A. B. Watts and R. O. Williams III, Brittle Matrices for Pulmonary Delivery of Tacrolimus, Proceedings of the American Association of Pharmaceutical Scientists, Chicago, IL, October 2012.

243.     H. Dugas, J. I. Peters and R. O. Williams III, Pulmonary Bioavailability of an Inhaled Mycophenolate Mofetil Suspension:  Comparison with the Nebulization of IV Cellcept Solution, Proceedings of the American Association of Pharmaceutical Scientists, Chicago, IL, October 2012.

244.     B. Lang, J. W. McGinity and R. O. Williams III, Ternary Solid Dispersions Comprising Itraconazole and Surfactants to Improve the Dissolution Rate and the Degree of Supersaturation, Proceedings of the American Association of Pharmaceutical Scientists, Chicago, IL, October 2012.

245.     B. Lang, J. W. McGinity and R. O. Williams III, Dissolution Enhancement of Itraconazole by Hot-Melt Extrusion Alone and the Combination of Hot-melt Extrusion and Rapid Freezing – Identification of Critical Formulation and Process Attributes and Composition Optimization, Proceedings of the American Association of Pharmaceutical Scientists, Chicago, IL, October 2012.

246.     A. B. Watts, Yi-Bo Wang, S. Carvalho, Jay I. Peters and R. O. Williams III, A DPI Platform for Delivery of Small Molecules and Biologics (ID 39297), Proceedings of the American Thoracic Society Meeting, Philadelphia, PA, May 2013.

247.     R. O. Williams III, B. Lang, J. W. McGinity and D. A. Miller, Thermal Processing for the Delivery of Water-Insoluble Drugs:  Hot-Melt Extrusion and Kinetisol® Dispersing, Proceedings of the American Institute of Chemical Engineering Annual Meeting 2013, November 2013 (invited presentation).

248.     N. A. Das, J. Simmons, A. Cline, Y. Wang, K. O'Donnell, J. I. Peters, S. Johnson, and R. O. Williams III, Efficacy of Inhaled Nanoparticle Tacrolimus in Preventing Rejection in an Orthotopic Rat Lung Transplant Model, Proceedings of the Society of Thoracic Surgeons 50th Annual Meeting, January 2014 (accepted as podium presentation).

249.     R. C. Bennett, C. Brough, D. A. Miller, J. M. Keen, R. O. Williams III and J. W. McGinity, Comparison of Physical Stability of Solid Dispersions Containing an Insoluble Plant Extract Prepared by Rotary Evaporation, Hot Melt Extrusion, and KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Antonio, TX, November 2013.

250.     Y-B. Wang, A. B. Watts and R. O. Williams III, Brittleness Assessment of Inhalation Powders Produced by Think Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Antonio, TX, November 2013.

251.     S. Carvalho, M. Do, A. B. Watts and R. O. Williams III, Influence of Thin Film Freezing Parameters on Aerosolization of Rapamycin Formulation, Proceedings of the

American Association of Pharmaceutical Scientists Meeting, San Antonio, TX, November 2013.

252. S. Carvalho, A. B. Watts, M. Do and R. O. Williams III, Use of Thin Film Freezing to Produce Aerosolized Brittle Matrices of Rapamycin for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Antonio, TX, November 2013.

253. Y. B. Wang, A. B. Watts and R. O. Williams III, Brittleness Assessment of Inhalation Powders Produced by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Antonio, TX, November 2013.

254. S. Hengsawas, J. Keen, S. Huang, J. W. McGinity and R. O. Williams III, Miscibility Modeling of Amorphous Solid Dispersions, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2014.

255. S. Huang, K. P. O'Donnell, J. Keen and R. O. Williams III, Evaluation of an Extrudable Form of Hypromellose – Affinisol HPMC HME, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2014.

256. S. Thakkar, X. Li, R. o. Williams III and Z. Cui, A Method of Preparing Dry Powder Vaccines Adjuvanted with Aluminum Salts, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2014.

257. J. Maincent, S. Huang, L. Najvar, W. Kirkpatrick, T. Patterson, N. Wiederhold, J. Peters and R. O. Williams III, Enteric Polymer and Hydrophilic Additive Processed by Hot-Melt Extrusion to Improve Bioavailability of Itraconazole, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2014.

258. J. LaFontaine, L. Prasad, C. Brough, K. Ford, R. O. Williams III and J. W. McGinity, Processing and Characterization of PVP- and HPMC-Based Amorphous Solid Dispersions: A Comparison of Hot Melt Extrusion and KinetiSol® Dispersing, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2014.

259. A. B. Watts, S. R. Carvalho, S. Liu, J. I. Peters and R. O. Williams III, Brittle Matrices as a DPI Platform for Combination Therapies, Proceedings of the Respiratory Drug Delivery Meeting, Nice, France, May 2015. (Chosen as "Posters on the Podium" special recognition).

260. J. Maincent, L. K. Najvar, W. R. Kirkpatrick, T. F. Patterson, N. P. Wiederhold, Jay I. Peters and R. O. Wiilams III, Administration of a Melt Extruded Itraconazole Amorphous Solid Dispersion: Criticality of the Animal Model Selection, Proceedings of the 3rd International TB-Meeting, Inhaled Therapies for Tuberculosis and Other Infectious Diseases, Parma, Italy, October 2015.

261. J. Maincent, L. Prasad, J. S. LaFountaine, S. Hengsawas and R. O. Williams III, Extrudable Felodipine Solid Dispersions with Enteric Polymers, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

262. S. Thakkar, R. O. Williams III and Z. Cui, Stability of Aluminum Salt-Adjuvanted Vaccine Dry Powder, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

263.    L. Prasad, J. S. LaFountaine, J. Maincent, J. M. Keen, R. O. Williams III, Electrostatic Powder Deposition to Manufacture Free Films for Drug Delivery, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

264.    S. Hengsawas and R. O. Williams III, Degradation of Albendazole during Hot Melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

265.    J. S. LaFountaine, L. Prasad, C. Brough, D. Miller, D. Lubda, J. W. McGinity and R. O. Williams III, Processing and Characterization of Ritonavir-Polyvinyl Alcohol Amorphous Solid Dispersions by KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

266.    C. Moon, Y. Zhang, A. B. Watts and R. O. Williams III, Thin Film Freezing for Production of an Amorphous Mannitol/Lysozyme Formulation for Inhalation:  A Comparison of Freezing Techniques, Proceedings of the Respiratory Drug Delivery Meeting, Phoenix, AZ, April 2016.

267.    H. D. C. Smyth, L. A. Heersema, C. Moon, A. B. Watts and R. O. Williams III, Amorphous or Crystalline? Evaluating Particle Engineering Approaches for Inhalation Products, Proceedings of the Respiratory Drug Delivery Meeting, Goa, India, November 2016.

268.    S. H. Surasarang, G. Florova, A. A. Komissarov, S. Shetty, S. Idell and R. O. Williams III, Optimization of Formulation for Novel Inhaled Anti-Idiopathic Pulmonary Fibrosis Therapeutics, Proceedings of the American Thoracic Society, November 2016.

269.    J. S. LaFountaine, D. J. Ellenberger, D. A. Miller, L. K. Prasad, B. Sinko, E. Borbas, R. Lingamaneni, J. W. McGinity and R. O. Williams III, Mucoadhesive Amorphous Solid Dispersions, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

270.    T. N. Tarbox, E. Seminerio, A. Rossi, F. Buttini, A. B. Watts, P. Colombo and R. O. Williams III, Preparation and Characterization of Spray-Dried Powders of Voriconazole and Calcium Phosphate Nanoparticles for Pulmonary Administration, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

271.    Z. Warnken, D. Moraga-Espinoza, R. O. Williams III and H. D. C. Smyth, Shadow Motion Analysis:  Analyzing *in vivo* Relevant Foam Stability by Image Analysis, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

272.    J. Maincent, L. Adam and R. O. Williams III, Affinisol ™ HPMC Melt-extruded Matrix Tablet for Controlled Release of Soluble Drugs, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

273.    C. Moon, Y. Zhang, A. B. Watts and R. O. Williams III, Stability of Freeze-thawed and Freeze-dried Lysozyme by Different Freezing Techniques, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

274.    C. Moon, A. B. Watts and R. O. Williams III, Development of Aerosolized Voriconazole Formulations for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

275.     S. Huang, K. P. O'Donnell, J. O'Brien, J. Stutzman, S. M. Delpon DeVaux and R. O. Williams III, Processing of a Thermally Labile Active Ingredient by Hot-melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

276.     S. Huang, A. Miller, F. Zhang and R. O. Williams III, Solvent-Assist Hot-melt Extrusion Technique Minimizes Thermal-labile Drug Degradation, Proceedings of the American Association of Pharmaceutical Scientists Annual Meeting, Denver, CO, November 2016.

277.     C. Moon, A. B. Watts and R. O. Williams III, Novel Inhaled Voriconazole Formulation for Pulmonary Aspergillosis, Proceedings of the International Society of Aerosols in Medicine Meeting, Sante Fe, NM, June 2017.

278.     S. Fukuda, P. Enkhbaatar, C. L. Nelson, S. Hengsawas, R. O. Williams III, A. A. Komissarov, G. Florova, K. P. Singh, T. H. Shaffer, M. R. Wolfson and S. Idell, Comparison of Nebulized Plasminogen Activators for Management of Inhalational Smoke Induced Acute Lung Injury in Sheep: Impact on Physiological Profile, Procedddings of the American Thoracic Society, May 2018. (submitted)

279.     C. Moon, A. B. Watts and R. O. Williams III, Dissolution Tests for Voriconazole Powders Intended for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

280.     Z. Warnken, H. D. C. Smyth and R. O. Williams III, 3D Printed Nasal Casts for Analyzing the Effect of Personalized Administration Angles on the Targeting of Nasal Spray Deposition in Pediatrics and Adults, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

281.     S. Sahakijpijarn, A. A. Komissarov, G. Florova, S. Shetty, S. Idell and R. O. Williams III, Development of CSP7 Nebulized Peptide Treatment for Idiopathic Pulmonary Fibrosis, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

282.     H. Takabe, Z. Warnken, D. Davis and R. O. Williams III, Atovaquone Amorphous Solid Dispersions Improved by Combining SEDDS and Hot Melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

283.     M. Hanada, S. V. Jermain and R. O. Williams III, Assessment of Extrudability of Amorphous Solid Dispersions Containing Insoluble Carriers in a Ternary Mixture with Drug and Polymer, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

284.     X. Ma, S. Huang and R. O. Williams III, Influence of Energy Input Type on the Physical Stability of Nifedipine Amorphous Solid Dispersion Prepared by Hot Melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

285.     S. V. Jermain, S. A. Thompson and R. O. Williams III, Necessity of Evaluating Drug Stability During Pre-Formulation Assessment When Preparing Amorphous Solid Dispersions, Proceedings of the 11th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Granada Spain, March 19-22, 2018.

286.     G. Florova, K. Koenig, K. Sarva, P. Enkhbatar, S. Fukuda, C. Nelson, M. R. Wolfson, T. H. Shaffer, R. O. Williams III, S. H. Surasarang, S. Sahakijpijarn, S. Idell and A. A. Komissarov, Delivery Matters: A Biochemical Analysis of the Effects of

Nebulized Plasminogen Activators on Smoke Induced Acute Lung Injury in Sheep, Proceedings of the American Thoracic Society Annual Meeting, San Diego, CA, May 18-23, 2018. (ATS A7222/P1306)

287.     Y. Zhang, J. J. Koleng, A. B. Watts and R. O. Williams III, Excipient Free Dry Powder for Inhalation of Caveolin-1 Scaffolding Domain Peptide, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

288.     C. Moon, A. B. Watts and R. O. Williams III, Development of Surface-modified High Potency Nanoaggregates of Voriconazole Powders for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

289.     U. Gala, D. A. Miller and R. O. Williams III, Enhancing Bioavailability of Abiraterone Through Use of KinetiSol Technology, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

290.     S. Sahakijpijarn, S. H. Surasarang, G. Florova, A. A. Komissarov, C. L. Nelson, P. Erkhbaatar, S. Fukuda, Mr. R. Wolfson, T. H. Shaffer, S. Idell and R. O. Williams III, Effects of Lyophilization and Nebulization on Activity and Stability of Single-Chain Tissue-Type and Single-Chain Urokinase Plasminogen Activator for Treatment of Inhalational Smoke-Induced Acute Lung Injury, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

291.     M. Hanada, S. V. Jermain, X. Lu, Y. Su and R. O. Williams III, Predicting Stability of Ternary Amorphous Solid Dispersion Using Specific Mechanical Energy Input from Hot Melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

292.     X. Ma, S. Huang, M. Lowinger, X. Liu and R. O. Williams III, Influence of Mechanical and Thermal Energies on Nifedipine Amorphous Solid Dispersion Prepared by Hot Melt Extrusion. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

293.     S. V. Jermain, D. A. Miller and R. O. Williams III, KinetiSol Dispersing Enables Homogeneous Dispersion of Amorphous API in a Polymeric Carrier, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

294.     Z. Warnken, D. Davis, H. Takabe, Y. Zhang and R. O. Williams III Repurposing Atovaquone for Glioblastoma Multiforme Treatment by Combining a Spontaneously Emulsifying Component with a Hot Melt Extruded Solid Dispersion, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018.

295. XIV.　　Invited Talks

1. Proprietes de Compaction de Poudres, Servier Laboratories, Orleans, France, June, 1985.

2. A Study of the Influence of Magnesium Stearate or Talc on the Compaction Properties of Aspirin and Sodium Sulfathiazole Using Tableting Indices, Proceedings of the Fourth International Conference on Pharmaceutical Technology, Paris, France, June, 1986.

3. Tableting - An Industrial Viewpoint, Pharmaceutics Series, University of Cincinnati, Cincinnati, OH, October, 1990.

4. Utilization of Sodium Chloride, Fructose, and Urea to Modify the Surface Tension of RG-12915A Solutions, The University of Texas at Austin, Austin, TX, September, 1991.

5. Tableting Indices in Compaction Studies, Proc. Midwest Regional Meeting, American Association of Pharmaceutical Scientists, Chicago, IL, May, 1992.

6. Theory and Practical Applications of Tableting Indices in Compaction Studies, Proc. Fifth Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Las Vegas, NV, November, 1990.
    a.　Invited Speaker

7. Current Issues and Trends in Technology Transfer, Sixth International Congress for Pharmaceutical Engineering, International Society for Pharmaceutical Engineering, Philadelphia, PA, May, 1994.
    a.　Invited Speaker

8. Simulated Food Effects on Drug Release from Film Coated Pellets, Proceedings of the 15th Pharmaceutical Technology Conference, Oxford, England, March, 1996.

9. Optimization of Metered-Dose Inhaler Suspension Formulations, Fachbereich Pharmazie, Freie Universitat Berlin, Berlin, Germany, March, 1996.

10. Formulation and Stability of a Three Component Suspension, Horizon Pharmaceuticals, Louisville, KY, May, 1996.

11. Optimization of a Matrix Tablet Formulation Containing Nonoxynol-9 Using Cellulose Ethers, The Dow Chemical Company, Cellulosics Division, Midland, MI, November, 1997.

12. Delivering Steroids to the Nose Using an Aqueous Based Pump System, Honduran Medical Association, Tegucigalpa, Honduras, Central America, October, 1998.
    a.　Invited Plenary Speaker

13. Preparation of Chitosan Microspheres for Nasal and Pulmonary Release of Therapeutic Macromolecules, Proceedings of the Association of Pharmaceutical Technology Professors of Spain, Santiago, Spain, February, 1999.

14. The Effect of Co-Grinding Drug and a Polymeric Surfactant on a Model pMDI Suspension, Proceedings of the 18th Pharmaceutical Technology Conference, Utrecht, The Netherlands, April, 1999.
     a. Invited Speaker

15. Buccal Delivery of Insulin Via Aerosol Spray, Proceedings of the Third World Meeting On Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Berlin, Germany, April, 2000.
     a. Session Chair – Scientific Program

16. Introduction to Pharmaceutical Development and Technology, Invited Short Course, International Society of Pharmaceutical Engineers, Philadelphia, PA, May, 2001.
     a. Invited Speaker

17. Utilization of a Novel Cryogenic Spray-freezing Into Liquid (SFL) Process to Encapsulate Danazol, Proceedings of the 13th International Symposium on Microencapsulation, Angers, France, September, 2001.
     a. Session Chair – Scientific Program

18. Austin's Road to Bio:  Where We Are and Where We're Going – Drug Delivery and Nanotechnology.  Austin Chamber of Commerce, Austin, TX, January, 2003.
     a. Invited Expert Panel – Speaker

19. Improvement of Dissolution Rates of Poorly Water Soluble Drugs Using A New Particle Engineering Technology – Spray Freezing into Liquid.  Proceedings of the American Chemical Society, Polymeric Drug Delivery:  Science and Application, New York, NY, September, 2003.
     a. Invited Speaker
     b. Session Chair – Engineered Drug Particles

20. Enabling Technologies Helping to Expand Drug Delivery in the Pharmaceutical Industry: Nanotechnology.  International Conference on Drug Development, Austin, Texas, February, 2004.
     a. Invited Speaker

21. Novel Processes to Enhance Dissolution and Bioavailability of Poorly Water Soluble Drugs, Barnett International Conference on Strategies for Improving Solubility, Philadelphia, PA, June 2004.
     a. Invited Speaker

22. Recent Advances in Particle Engineering Processes – Precipitation and Freezing, Short Course, Advances in Controlled Release and Drug Delivery Technologies, The Center for Microencapsulation & Drug Delivery, College Station, TX, October 2004.
    a. Invited Speaker

23. Solid Dispersions and Nanotechnology Systems for Poorly Water Soluble Drugs, Second Annual Anthony P. Simonelli Conference in Pharmaceutical Sciences, Long Island University, New York, NY, June, 2005.
    a. Invited Speaker

24. Cryogenic Liquids, Nanoparticles and Microencapsulation, 15th International Symposium on Microencapsulation, Parma, Italy, September 2005.
    a. Invited Lecture

25. Nanoparticles for Pharmaceutical Applications, DPT Laboratories, LTD., San Antonio, TX, October 2005.
    a. Invited Lecture

26. Texas Life Sciences:  More Than Just Your Medicine Cabinet, Proceedings of the Bio Texas Summit 06 Meeting, Austin, TX, February, 2006.
    a. Invited Lecture and Panelist

27. Enabling Technologies Helping to Expand Drug Delivery in the Pharmaceutical Industry:  Nanotechnology, Committee of Emerging Technology and Telecommunications, City of Austin, Austin, TX, July 2006.
    a. Invited Lecture

28. Manufacturing Challenges for Production of Nanoparticles.  Proceedings of the World Congress of Pharmacy and Pharmaceutical Sciences 2006, 66th International Congress of FIP, Salvatore, Brazil, August 2006.
    a. Invited Lecture

29. An Alternative Route of Delivery for Antifungal Drugs to Treat Fungal Infections – Pulmonary Drug Delivery.  Asuragen Inc., Austin, TX, January 2007.
    a. Invited Lecture

30. Positioning Investors for the Nest Wave in Pain Management, Fentanyl Taifun – Inhaled Fentanyl for Breakthrough Pain, Oppenheimer Healthcare, New York City, NY, March, 2007.
    a. Invited Lecture

31. Advances in Pulmonary Drug Delivery – Inhaled Nanoparticles, Distinguished Faculty Seminar, Celebrating Research Achievements, University of Texas at Austin, College of Pharmacy, Austin, Texas, April, 2007.
    a. Invited Lecture

32. Pharmaceutical Development in a Collaborative Setting:  A Successful Formula, Proceedings of the International Biotechnology Congress and Exhibition: BioMonterrey 08, Monterrey, Mexico, October 2008.
     a.   Invited Lecture

33. Pulmonary Delivery of Itraconazole Nanoparticles to Treat Life Threatening Fungal Infections, School of Pharmacy, University of Kansas, Lawrence, KS, April 2009.
     a.   Invited Lecture

34. Formulation and Characterization of Itraconazole Nanoparticles Made by Advanced Evaporative Precipitation Into Aqueous Solution, Proceedings of Particles 2010, Orlando, FL, May, 2010.
     a.   Invited Lecture

35. Novel Plasma Deposited Stability Enhancement Coating for Amorphous Ketoprofen, Proceedings of the 240th American Chemical Society Meeting (Polymeric Materials: Science and Engineering), Boston, MA, August, 2010.
     a.   Invited Lecture – Stephanie Bosselmann

36. Novel Particle Engineering Technologies for Enhancing Bioavailability, February, 2010
     a.   Merck & Company, Kenilworth, NJ
     b.   Hoffmann LaRoche, Nutley, NJ
     c.   Columbia Laboratories, Inc., Livingston, NJ
     d.   ThePharmaNetwork, West Orange, NJ

37. Steps to Getting Published in a Research Journal, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November, 2014.

38. J. Maincent, J. I. Peters and R. O. Williams III, Evolution of Inhaled Antifungals for Targeted Lung Delivery, Proceedings of the 3rd International TB-Meeting, Inhaled Therapies for Tuberculosis and Other Infectious Diseases, Parma, Italy, October, 2015. (invited talk)

39. R. O. Williams III, Closing the Gap Between Academia and Life Science Community, Austin Technology Council, Life Sciences Summit 2015, Austin, TX, October, 2015. (invited talk)

40. R. O. Williams III, Responding to Manuscript Reviews, Steps to Getting Published in a Research Journal, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

41. R. O. Williams III, Responding to Manuscript Reviews, Manuscript Review: Writing, Receiving and Responding, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Orlando, FL, November 2015.

42. R. O. Williams III, Thermal Processing for Drug Delivery, University of Chile, Santiago, Chile, August 2016.

43. R. O. Williams III, How to Publish and Review in the Pharmaceutical Sciences, University of Chile, Santiago, Chile, August 2016.

44. R. O. Williams III, Thermal Processing Enhances Oral Drug Delivery, International Pharmaceutical Technology Conference 2016, The Engineering and Physical Sciences Research Council, EHDA Network, Leicester, United Kingdom, November 4, 2016.

45. R. O. Williams III, Development of Poorly Water-Soluble Drugs – A Technology Timeline, University of Houston, College of Pharmacy, October 12, 2017.

46. R. O. Williams III, Kinetisol Overview, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

47. R. O. Williams III, 5-Ways to Not Get Published:  Following Instructions and Improving Your Writing Skills, Proceedings of the American Association of Pharmaceutical Scientists Meeting, San Diego, CA, November 2017.

48. R. O. Williams III, Technologies to Enhance Delivery of Poorly Water Soluble Drugs, Proceedings of the 11th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Granada Spain, March 19-22, 2018. (Invited Plenary Speaker)

49. S. V. Jermain, D. J. Ellenberger and R. O. Williams III, KinetiSol Dispersing Improves In Vitro and In Vivo Dissolution of Vemurafenib, Proceedings of the 11th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Granada Spain, March 19-22, 2018.

50. R. O. Williams III, Formulating Poorly Water Soluble Drugs – Importance of Process Selection, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Washington DC, November 2018. (invited plenary talk).

51. R. O. Williams III, Formulating Poorly Water Soluble Drugs – Choosing the Right Process, Proceedings of the 12th Chinese Pharmaceutical Conference 2018, Guangzhou, China, November 2018 (invited plenary talk).

Curriculum Vitae
Robert O. Williams III
Page 60

XV.     Book Reviews

1.     R. O. Williams III.  Solubility and Solubilization in Aqueous Media.  By Samuel H.
       Yalkowsky (University of Arizona).  Oxford University Press: New York.  1999. xvi
       + 464 pp., J. Am. Chem. Soc. (2000), 122(40) 9882.

XVI.    Invited Book Chapters and Books

1.     V. Mahaguna, R. O. Williams III and T. C. Hardin, Trends in Antifungal Research.  In
       P. Jolles (ed.), *New Approaches to Drug Development*, Birkhauser Publishers,
       Boston, (2000) 55-68.

2.     R. O. Williams III and V. Mahaguna, Coatings. In A. Gennar (ed.), *FMC Problem
       Solver and Reference Manual*, Published by FMC Corporation, Princeton, 2000.

3.     J. M. Vaughn and R. O. Williams III, Pharmaceutical Calculations and Compounding.
       In D. Ginsberg (ed.), *ASHP's PharmPrep, Second Edition*.  Published by the
       American Society of Health-System Pharmacists, Bethesda, MD, 2003.

4.     K. A. Overhoff, K. P. Johnston and R. O. Williams III, Improvement of Dissolution
       Rate of Poorly Water Soluble Drugs Using a New Particle Engineering Process –
       Spray Freezing Into Liquid. In S. Svenson (ed.), *Polymeric Drug Delivery Volume II –
       Polymeric Matrices and Drug Particle Engineering*, Published by ACS Symposium
       Series, Vol. 924, American Chemical Society, Washington, D.C., 2005.

5.     K. A. Overhoff, A. Moreno, D. A. Miller, K. P. Johnston and R. O. Williams III,
       Advances in Drug Delivery Technologies for Nanoparticulates. In J. Zach Hilt, J.
       Brock Thomas and N. A. Peppas (eds.), *Nanotechnology in Therapeutics:  Current
       Technology and Applications*, Published by Horizon Scientific Press, Norwich,
       United Kingdom, 2007.

6.     J. M. Vaughn, K. R. Vaughn and R. O. Williams III, Pharmaceutical Calculations and
       Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Third Edition*.  Bethesda:
       American Society of Health-System Pharmacists, Bethesda, 2007.  Online version:
       updated annually, 2007, 2008, 2009.  www.pharmpreponline.com.

7.     J. M. Vaughn, K. P. O'Donnell and R. O. Williams III, Pharmaceutical Calculations
       and Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Fourth Edition*.
       Bethesda: American Society of Health-System Pharmacists, Bethesda.  Online
       version:  updated 2010.  www.pharmpreponline.com.

8.     J. M. Vaughn and R. O. Williams III, Nanoparticle Engineering. In J. Swarbrick (ed.),
       *Encyclopedia of Pharmaceutical Technology, Third Edition*.  Published by Marcel
       Dekker Inc., New York, NY, 2006, 2384-2398.

9.      P. Sinswat and R. O. Williams III, Recent Advances in Nanoparticle-Based Drug
        Delivery Technologies and Their Applications for Particulate Drug Delivery Systems,
        MNV Ravi Kumar (ed.), *Handbook of Particulate Drug Delivery*.  Published by
        American Scientific Publishers, Inc., Stevenson Ranch, CA, 2006.

10.     R. O. Williams III and J. N. Brown, Dissolution of Modified-Release Oral Dosage
        Forms, V. Gray (ed.), *Dissolution Theory, Methodology and Testing*.  Published by
        Dissolution Technologies, Inc., Hockessin, DE, 2007.

11.     J. M. Vaughn, K. R. Vaughn and R. O. Williams III, Pharmaceutical Calculations and
        Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Online Edition*.  Published
        by the American Society of Health-System Pharmacists, Bethesda, MD, 2008.

12.     T. Purvis, K. A. Overhoff, P. Sinswat and R. O. Williams III, Immunosuppressant
        Drugs, R. O. Williams II, D. R. Taft and J. T. McConville (eds.), *Advanced Drug
        Formulation Design to Optimize Therapeutic Outcomes*.  Published by Informa
        Healthcare, New York City, NY, 2008.

13.     D. A. Miller, J. W. McGinity and R. O. Williams III, Solid Dispersion Technologies,
        R. O. Williams II, D. R. Taft and J. T. McConville (eds.), *Advanced Drug
        Formulation Design to Optimize Therapeutic Outcomes*.  Published by Informa
        Healthcare, New York City, NY, 2008.

14.     R. O. Williams III, D. R. Taft and J. T. McConville, *Advanced Drug Formulation
        Design to Optimize Therapeutic Outcomes*. In Drugs and the Pharmaceutical Sciences
        v. 172 series. ISBN-13:  978-1-4200-4387-7.  510 pages.  Published by Informa
        Healthcare, New York City, NY, 2008.

15.     N. A. Beinborn and R. O. Williams III, Polymeric Biomaterials in Pulmonary Drug
        Delivery.  S. Dumitriu (ed.) In *Polymeric Biomaterials, Third Edition, Volume II,
        Medicinal and Pharmaceutical Applications of Polymers*.  Published by CRC
        Press/Taylor & Francis Group, Inc., 2012 (invited).

16.     A. B. Watts and R. O. Williams III, Formulation and Production Strategies for
        Enhancing Bioavailability of Poorly Absorbed Drugs.  M. C. Rogge and D. R. Taft
        (eds.) In *Preclinical Drug Development, Second Edition*.  Published by Informa
        Healthcare, New York City, NY, 2009 (invited).

17.     A. B. Watts and R. O. Williams III, Nanoparticles for Pulmonary Delivery, H. Smyth
        and A. Hickey (eds.) In *Advances in Delivery Science and Technology Series:
        Controlled Pulmonary Drug Delivery*.  Published by Springer Publishing, New York,
        NY, 2011 (invited).

18. B. Lang, J. M. Vaughn and R. O. Williams III, Nanoparticle Engineering in J. Swarbrick (ed.), *Encyclopedia of Pharmaceutical Technology, Fourth Edition*. Published by Marcel Dekker Inc., New York, NY, 2011 (in press, 2011)(invited).

19. Y. Wang and R. O. Williams III, Powders in L. V. Allen (ed.), *Remington: The Science and Practice of Pharmacy, 22nd Edition* by Pharmaceutical Press, London, England (invited).

20. H. Lirola and R. O. Williams III, Respiratory Drugs in L. V. Allen (ed.), *Remington: The Science and Practice of Pharmacy, 22nd Edition* by Pharmaceutical Press, London, England (invited).

21. R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 3. ISBN 978-1-4614-1143-7. 731 pages, 187 illus., 52 in color. Published by Springer and AAPS Press, New York City, NY, 2012, eCite: http://dx.doi.org/10.1007/978-1-4614-1144-4. (Ranked one of top 50% most downloaded eBooks from Springer with 7,577 total chapter downloads between 2011-2013).

22. K. P. O'Donnell, D. A. Miller and R. O. Williams III, Preformulation and Analytical Characterization Relevant to Poorly Water Soluble Drugs in R. O. Williams III, A. B. Watts and D. A. Miller (eds.), *Formulating Poorly Water Soluble Drugs,* AAPS Advances in the Pharmaceutical Sciences Series 3, DOI 10.1004/978-1-4614-1144-4_2, American Association of Pharmaceutical Scientists, New York City, NY, 2012. (Ranked one of top 50% most downloaded eBooks from Springer with 7,577 total chapter downloads between 2011-2013).

23. S. Bosselmann and R. O. Williams III, Route Specific Challenges for Delivery of Poorly Water Soluble Drugs in R. O. Williams III, A. B. Watts and D. A. Miller (eds.), *Formulating Poorly Water Soluble Drugs,* AAPS Advances in the Pharmaceutical Sciences Series 3, DOI 10.1004/978-1-4614-1144-4_1, American Association of Pharmaceutical Scientists, New York City, NY, 2012. (Ranked one of top 50% most downloaded eBooks from Springer with 7,577 total chapter downloads between 2011-2013).

24. J. R. Hughey and R. O. Williams III, Solid-State Techniques for Improving Solubility in R. O. Williams III, A. B. Watts and D. A. Miller (eds.), *Formulating Poorly Water Soluble Drugs,* AAPS Advances in the Pharmaceutical Sciences Series 3, DOI 10.1004/978-1-4614-1144-4_3, American Association of Pharmaceutical Scientists, New York City, NY, 2012. (Ranked one of top 50% most downloaded eBooks from Springer with 7,577 total chapter downloads between 2011-2013).

25. W. Yang, D. E. Owens III and R. O. Williams III, Pharmaceutical Cryogenic Technologies in R. O. Williams III, A. B. Watts and D. A. Miller (eds.), *Formulating Poorly Water Soluble Drugs,* AAPS Advances in the Pharmaceutical Sciences Series 3, DOI 10.1004/978-1-4614-1144-4_11, American Association of Pharmaceutical

Scientists, New York City, NY, 2012.  (Ranked one of top 50% most downloaded eBooks from Springer with 7,577 total chapter downloads between 2011-2013).

26.    H. L. Dugas and R. O. Williams III, Nanotechnology for Pulmonary and Nasal Drug Delivery, J. L. Arias (ed.) in *Nanotechnology and Drug Delivery*, Science Publishers/CRC Press, Taylor and Francis Group, New York City, NY, 2014. (invited)

27.    S. R. Carvalho, A. B. Watts, J. I. Peters and R. O. Williams III, Dry Powder Inhalation for Pulmonary Delivery:  Recent Advances and Continuing Challenges, A. Nokhodchi and G. Martin (eds.) in *Pulmonary Drug Delivery:  Advances and Challenges*, John Wiley and Sons Publishing, New York City, NY (in press; 2014; invited).

28.    R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages. Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9.

29.    Z. Warnken, H. D. C. Smyth and R. O. Williams III, Route-Specific Challenges in the Delivery of Poorly Water-Soluble Drugs in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_1.

30.    D. Ellenberger, K. P. O'Donnell and R. O. Williams III, Optimizing the Formulation of Poorly Water-Soluble Drugs in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_2.

31.    J. R. Hughey, S. Huang and R. O. Williams III, Solid-State Techniques for Improving Solubility in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_3.

32.    S. Hengsawas Surasarang and R. O. Williams III, Co-solvent and Complexation Systems in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_5.

33.    J. LaFountaine, P. Gao and R. O. Williams III, Lipid-Based formulations in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_7.

34.    S. Hengsawas Surasarang and R. O. Williams III, Pharmaceutical Cryogenic Technologies in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_11.

35.    J. Maincent and R. O. Williams III, Precipitation Technologies for Nanoparticle Production in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_12.

36.    L. Kumari Prasad, J. R. Hughey, J. W. McGinity, D. A. Miller and R. O. Williams III, Emerging Technologies to Increase the Bioavailability of Poorly Water-Soluble Drugs in R. O. Williams III, A. B. Watts and D. A. Miller, *Formulating Poorly Water Soluble Drugs (Second Edition)*, in AAPS Advances in the Pharmaceutical Sciences Series, Vol. 22. ISBN 978-3-319-420607-5 (ISBN 978-3-31-42609-9 eBook).  779 pages.  Published by Springer and AAPS Press, New York City, NY, 2012, eCite DOI: 10.1007/978-3-319-42609-9_13.

37.    Z. Warnken, Y. Lu, H.D.C. Smyth, R.O. Williams III. Nose-to-brain drug delivery enabled by nanocarriers. in *Nanomedicines for brain drug delivery* (eds. J.O. Morales and P.J. Gaillard) *Accepted* (Springer, 2017).

38.    S. Sahakijpijarn, J. I. Peters and R. O. Williams III. Drug Delivery in Pulmonary Aspergillosis. In *Inhalation Aerosols Physical and Biological Basis for Therapy (3rd Edition)*, in Lung Biology in Health and Disease Series (eds. H. M. Mansour and A. Hickey) Informa Healthcare/CRC Press/Taylor & Francis, 2019, ISBN 9781138064799 – CAT# K33394, Chapter 10.

39.    Z. Warnken, Y. J. Kim, H. M. Mansour, R. O. Williams III and H. D. C. Smyth, Fundamentals in Nasal Drug Delivery in Inhalation Aerosols Physical and Biological Basis for Therapy, Third Edition (eds. H. M. Mansour and A. Hickey), Informa Healthcare/CRC Press/Taylor & Francis, 2019, ISBN 9781138064799 – CAT# K33394, Chapter 22.

XVII.  <u>Patents (updated list provided on request; does not include foreign patent filings)</u>

1.  R. O. Williams III and Keith P. Johnston, X. Chen and T. Young, Preparation of Drug Particles Using Evaporative Precipitation Into Aqueous Solutions, Publication Issue Date:  June 29, 2004, US Patent 6,756,062 (of provisional application no. 20020081334 filed March 2001).

2.  R. O. Williams III, J. J. Koleng, F. Zhang, G. W. Pasternak and Y. A. Kolesnikov, Methods and Compositions for Treating Pain of the Mucous Membrane, Publication Issue Date: January 21, 2003, US Patent 6,509,028 (of provisional application no. 10/172,455 filed June 17, 2002).

3.  R. O. Williams, K. P. Johnston, T. Young, M. Barron, T. Rogers, Z. Yu, and J. Hu, Process for Production of Nanoparticles and Microparticles by Spray-Freezing Into Liquid, Publication Issue Date:  March 8, 2005, US Patent 6,862,890 (of provisional patent application 06/264,988 filed January 30, 2002).

4.  R. O. Williams, K. P. Johnston, T. Young, M. Barron Z. Yu J. Hu, and T. Rogers, Production of Particles, Nanoparticles and Microparticles by Spray Freezing into Liquid, PCT Publication 2002/02984, January 30, 2002.

5.  R. O. Williams, K. P. Johnston, T. Young, M. Barron, T. Rogers, Z. Yu, and J. Hu, Process for Production of Nanoparticles and Microparticles by Spray-Freezing Into Liquid, PCT Publication WO 02/060411 A2, publication date August 8, 2002.

6.  R. O. Williams III, K. P. Johnston, T. Young and X. Chen, Preparation of Drug Particles Using Evaporative Precipitation Into Aqueous Solutions, PCT Publication WO 02/47659 A2, publication date June 20, 2002, EPO 1,335,705.

7.  R. O. Williams III, K. P. Johnston and J. Vaughn, The Use of Fluid Bed Processing as a Method to Formulate EPAS Processed API, Provisional Patent Application, US Serial No. 60/417,052, filed October 8, 2002.

8.  K. P. Johnston, R. O. Williams III and X. Chen, Preparation of Drug Particles Using Evaporation Precipitation Into Aqueous Solutions, Publication Issue Date:  October 8, 2013, US Patent 8,551,526.

9.  R. O. Williams III, K. P. Johnston, T. J. Young, T. L. Rogers, M. K. Barron, Z. Yu, and J. Hu, Process for Production of Nanoparticles and Microparticles by Spray Freezing Into Liquid, Continuation-In-Part (of US provisional applications 60/345,473 and 60/264,988; and of PCT application PCT/US02/02894), filed October 18, 2002.

10.  R. E. McCoy, R. O. Williams III and M. A. Libbey, Formulation and System for Intra-oral Delivery of Pharmaceutical Agents.  Publication Issue Date:  December 17, 2002,

US Patent 6,495,120 (of provisional application number 60/119,923 filed February 12, 1999).

11.   R. E. McCoy, R. O. Williams III and M. A. Libbey, Formulation and system for intra-oral delivery of pharmaceutical agents.  Publication Issue Date:  December 17, 2002, US Patent 6,495,120. PCT Int. Appl. (2000), 32 pp., WO 0047203 A1 20000817, CAN 133:182984, AN 2000:573662.

12.   R. E. McCoy, M.  A. Libbey, J. Liu and R. O. Williams III, Formulations Comprising Dehydrated Particles of Pharmaceutical Agents and Process for Preparing the Same. Publication Issue Date:  November 26, 2002, US Patent 6,485,706 (of provisional application number 09/502,871 filed February 11, 2000).

13.   R. O. Williams III, F. Zhang, J. J. Koleng, G. W. Pasternak, and Y. Kolesnikov, Methods and Compositions for Treating Pain of the Mucous Membrane, Publication Issue Date:  January 21, 2003, US Patent 6,509,028.

14.   R. O. Williams III and F. Zhang, Topical Compositions and Methods for Treating Pain, Publication Issue Date:  October 28, 2003, US Patent 6,638,981.

15.   J. E. Hitt, T. L. Rogers, B. D. Scherzer, I. B. Gillespie, P. C. Garcia, N. S. Beck, C. J. Tucker, T. J. Young, D. A. Hayes, R. O. Williams III, K. P. Johnston, J. T. McConville and J. I. Peters, Enhanced Delivery of Drug Compositions to Treat Life Threatening Infections, (UT Austin 2802 WIL) Issued as US 9,061,027.

16.   J. E. Hitt, T. L. Rogers, B. D. Scherzer, I. B. Gillespie, P. C. Garcia, N. S. Beck, C. J. Tucker, T. J. Young, D. A. Hayes, R. O. Williams III, K. P. Johnston, J. T. McConville and J. I. Peters, Enhanced Delivery of Drug Compositions to Treat Life Threatening Infections, (UT Austin 2802 WIL) Issued as US 9,724,344.

17.   Dave A. Miller, Jason T. McConville, James W. McGinity, R. O. Williams III, Stabilized Hot Melt Extrusion Compositions with Small Drug Particles, US Patent 9,504,658, US Patent 9,730,894, PCT/US2005/040535, CA2598204. (UT-Austin 2940 WIL)

18.   R. O. Williams III, F. Zhang, J. J. Koleng, G. W. Pasternak, and Y. Kolesnikov, Compositions for Treating Pain of the Mucous Membrane, European Patent Application filed June, 2001 as 05004444.5; U.S. Serial 12/522,774 filed on 07/10/2009.

19.   R. O. Williams III, Jay I. Peters, Robert Talbert, Keith P. Johnston, Jason T. McConville and Prapasri Sinswat, Enhanced Delivery of Immunosuppressive Drug Compositions for Pulmonary Delivery, Provisional Patent Application filed January 10, 2007 as 60/884,383, issued as US 9,044,391 on June 2, 2015; issued as CA 2,678,455 on February 12, 2019.  (UT Austin 5175 WIL)

20.  R. O. Williams III, Jay I. Peters, Jason T. McConville, Robert Talbert, Keith P. Johnston, Kirk A. Overhoff, Immediate Release of Tacrolimus Composition for Increased Bioavailability, Provisional Patent Application filed April 19, 2007 (Abandoned.)

21.  C. Brough, D. Miller, G. Yaniv, J. DiNunzio, R. O. Williams III and J. W. McGinity, Thermokinetic Mixing for Pharmaceutical Applications, Provisional Patent Application filed August 21, 2007 as 60/957,044, published as US2009/0053315 on February 26, 2009, Patent issued as US 8,486,423 on July 16, 2013.  Patent issued as US 10,022,385 on July 17, 2018.

22.  R. O. Zimmerer, R. O. Williams III, J. T. McConville, J. A. Tolman, N. P. Wiederhold, and J. I. Peters, Treatment of Pulmonary Fungal Infection with Voriconazole via Inhalation, Provisional Patent Application filed May 6, 2008, published as WO/2009/137611 on November 12, 2009.  PCT Application published as PCT/US2009/043027.

23.  R. O. Williams III and Keat Chow Theng, Improved Emulsion Template method to Form Small Particles of Hydrophobic Agents with Surface Enriched Hydrophilicity by Ultra Rapid Freezing, Provisional Patent Application filed November 9, 2009 as 61/259,237.

24.  K. P. Johnston, J. Tam, J. Engstrom, A. B. Watts and R. O. Williams III, Templated Open Flocs of Anisotropic Particles for Enhanced Pulmonary Delivery, Provisional Patent Application filed as 12/371,573; CA Patent Application No. 2,691,531; PCT/US2008/067766; European Application No. 08771657.7 and JP Application No. 2010-513468.

25.  K. P. Johnston, J. Tam, J. Engstrom, A. B. Watts and R. O. Williams III, Templated Open Flocs of Anisotropic Particles for Enhanced Pulmonary Delivery, PCT Patent Application filed as 2009/034162.

26.  K. P. Johnston, J. Tam, J. Engstrom, A. B. Watts and R. O. Williams III, Compositions and Methods of Making Brittle-Matrix Particles Through Blister Pack Freezing, Provisional Patent Application filed May 12, 2010 as 12/778,795, published as US 2010/0221343 on September 2, 2010 (Continuation-in-part of 12/371,573), issued as US 10,092,512 on October 9, 2018. (5408 JOH)

27.  R. O. Williams III and W. Yang, Production and Characterization of Nano-Structured Powders, Provisional Patent Application filed January 28, 2011 as 61/437,134 (filed January 27, 2012 as 61/591,585).

28.  K. P. Johnston, J. Engstrom and R. O. Williams III, Formation of Stable Peptide or Protein Particles by Thin Film Freezing as PCT/US 08/67766.  (USPTO Application 12/665,386 Notice of Allowance dated 10/23/2014), Issued as US 8,968,786 on March 3, 2015; Issued as EP 2,179,283 on January 9, 2019; Issued as US 10,285,945

on May 14, 2019; USPTO Application 16/410,189 filed on May 13, 2019. (5254 JOH)

29.   K. P. Johnston, J. Engstrom and R. O. Williams III, Formation of Stable Peptide or Protein Particles by Thin Film Freezing Issued as US 9,622,974 on April 18, 2017.

30.   Z. Cui, R. O. Williams and X. Li, Vaccines Having Aluminum-Containing Adjuvants in the Dry Solid Form that are Suitable for Reconstitution, and Their Methods of Preparing.  (U.S. Provisional Patent Application 14/941,323 filed May 16, 2013; 16/156,511 filed October 10, 2018). (6272 CUI).

31.   J. I. Peters, C. Jourdan-Le Saux, C. J. Orihuela and R. O. Williams III, Macrocyclic Lactones as Novel Treatment Method (U. S. Provisional Patent Application 2012-0608 filed June 6, 2012).

32.   C. Brough, J. W. McGinity, D. A. Miller, J. C. DiNunzio and R. O. Williams III, Thermo-kinetic Mixing for Pharmaceutical Applications (U. S. Provisional Patent Application 13/942,199 filed July 15, 2013).

33.   C. Brough, R. O. Williams III, J. W. McGinity and D. A. Miller, Pharmaceutical Formulations of Acetyl-11-Keto-B-Boswellic Acid, Diindolymethane, and Curcumin for Pharmaceutical Applications (PCT/U. S. Patent Application 12/26407 filed February 23, 2012).

34.   R. O. Williams III, B. Lang and J. W. McGinity, Pharmaceutical Compositions for Improved Oral Absorption of Drugs and Method of Preparing the Same (U. S. Patent Application 61/866254 filed August 15, 2013)(6237 WIL).

35.   R. O. Williams III and S. Idell, Compositions and Methods for Administration of an Enzyme to a Subject's Airway (U.S. Patent Application 61/899,739 filed November 4, 2013)(6390 WIL).

36.   J. M. Keen, J. W. McGinity, J. R. Hughey, and R. O. Williams III, Method for Preparing Films (U. S. Patent Application 61/934,287 filed January 31, 2014)(6364 KEE).

37.   F. Zhang and R. O. Williams III, Amorphous Solid Dispersions (U. S. Patent Applications 62/052,563 filed September 19, 2014)(6438 ZHA).

38.   R. O. Williams III and Steven Idell, Polypeptide Therapeutics and Uses Thereof (U. S. Patent Application 62/126,039 filed May 6, 2015), published as WO 2016/138413 on September 1, 2016 (6607 WIL).

39.   R. O. Williams III, Alan B. Watts and Jay I. Peters, Multidrug Brittle Matrix Compositions (U. S. Patent Application 62/156,052 filed on May 1, 2015)(6677 WIL).

Curriculum Vitae
Robert O. Williams III
Page 69

40.     F. Zhang, A. Miller, S. Huang and R. O. Williams III, Methods of Preparing
        Extrudates (U.S. Patent Application 14/858,410 filed September 18, 2015)(6438
        ZHA).

41.     E. Van Oort, B. Hoxha, A. K. Vajargah, R. O. Williams III, H. D. C. Smyth and S.
        Ferrati, Methods for Increasing Wellbore Strength (Provisional Patent Application
        62/334,002 filed May 10, 2016; 16/300,123 filed November 9, 2018;
        PCT/US2017/031885 filed May 10, 2017) (6736 VAN).

42.     H. D. C. Smyth, R. O. Williams III, Z. Warnken and Y. Lu, Compositions and
        Devices to Administer Pharmaceutical Compositions Nasally (Provisional Patent
        Application 62/404,928 filed October 6, 2016; Application 16/339,922 filed on April
        5, 2019)(6828 SMY).

43.     R. O. Williams III, H. Takabe, D. A. Davis and Z. Warnken, Compositions for the
        Improved Delivery of Drugs, UTSB.P1175US.P1 filed on September 11, 2017;
        PCT/US2018/050319 filed September 11, 2018; WO 2019/051437 published on
        March 14, 2019 (7174 WIL).

44.     R. O. Williams III, M. Hanada and S. V. Jermain, Drug Compositions Containing
        Porous Carriers Made by Thermal or Fusion-Based Processes, USSN 62/556,954,
        UTSB.P1176US.P1 filed on September 11, 2017; PCT/US2018/050323 filed
        September 11, 2018 (7181 WIL).

45.     R. O. Williams III, A.B. Watts and C. Moon, Compositions of Surface Modified
        Therapeutically Active Particles by Ultra-Rapid Freezing, 62/702,674 filed on July
        24, 2018 (7314 WIL).

46.     R. O. Williams III, A. B. Watts, Y. Zhang, S. Sahakijpijarn, J. J. Koleng and D.
        Christensen, Dry Powder Formulation of Caveolin-1 Peptides and Methods of Use
        Thereof, UTSB.P1188PSC filed September 10, 2018 as 62/729,010 (7231 WIL).


XVII.  Professional Courses Offered
       1.  Robert O. Williams III and Scott V. Jermain, Overview and Selection of
           Solubilization Techniques, in Formulation Strategies for Oral Delivery of Poorly
           Soluble Drugs, AAPS eCourse, American Association of Pharmaceutical Scientists,
           May, 2017.

# EXHIBIT B

Robert O. (Bill) Williams III, Ph.D.
Testimony by Deposition and/or Trial
2015-2019 (as of April 2019)

Notation:

D – Deposition(s)
Trial or Hearing


Leydig, Voit & Mayer, Ltd.
Ms. Brenda L. Danek
On behalf of Horizon US and Jagotec v. Watson Laboratories Inc. et al, (C.A. 2:13-cv-05124)
2014-2015 (case settled)
Consultant
E, D


Williams & Connolly LLP
Ms. Martha Kidd
On behalf of Pfizer Inc. v. Fresenius Kabi USA, LLC (Tygacil ANDA Litigation)
C.A. No. 13-1893 (SLR) (SRF)
2013-2015 (case settled)
Consultant
D, Trial


Baker Botts
Mr. Stephen Hash
On behalf of Horizon, AstraZeneca and Pozen
Dr. Reddy's (CA 110cv-02317-JAP-DEA)
Lupin (CA 11-cv-04275-JAP-DEA)
Actavis (CA 3:130cv-03038-JAP-DEA)
Mylan (CA 3:13-cv-04022-JAP-DEA)
2014-2017 (case concluded)
Consultant
D, Trial


Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Mr. Justin Hasford
On behalf of Senju Pharmaceutical Co., LTE., Bausch & Lomb Inc, Bausch & Lomb Pharma Holdings Corp., vs. Lupin, Innopharma Licensing and Mylan Pharmaceuticals (14-cv-0067-JBS-KMW; 14:cv-04149-JBS-KMW; 14-cv-15144-

JBS-KMW; 15-cv-00335-JBS-KMW; 14-cv-06893-JBS-KMW and 15-cv-03240-JBS-KMW)
2015-2016 (case concluded)
Consultant
D, Hearing, Trial


Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Mr. Justin Hasford
On behalf of Valeant vs. Actavis and Taro (US 8,288,434; Onexton) (C. A. No. 2:16-cv-01105-SRC-CLW and 2:16-cv-00217-SRC-CLW)
2016-present
Consultant
D


Fitzpatrick, Cela, Harper & Scinto
James Tyminski
On behalf of Sanofi (for Multaq (dronedarone) product) vs. Glenmark Generics Inc. USA et al. - No. 14-cv-00264-RGA
2015-2016 (case settled)
Consultant
D


Bartlit Beck Herman Palenchar & Scott LLP
Mr. Nevin Gewertz
On behalf of Endo Pharmacueticals and Bayer IP vs. Paddock laboratories and Perrigo Company (Case No. 1:14-cv-01422)
2015-2016 (Case concluded)
Consultant
D, Trial


Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Mr. Justin Hasford
On behalf of Valeant Pharmaceuticals, Salix Pharmaceuticals, Progenics Pharmaceuticals and Wyeth vs. Mylan Pharmaceuticals (C.A. No. 2:15-cv-08180-SRC-CLW) (Relistor)
2016 - present
Consultant
D

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Mr. Justin Hasford
On behalf of Valeant Pharmaceuticals, Salix Pharmaceuticals, Progenics Pharmaceuticals and Wyeth vs. Actavis Laboratories FL., Inc. (C.A. No. 2:16-cv-9038 (SRC)(CLW)) (Relistor)
2016 - present
Consultant
D, Trial


Williams & Connolly LLP
Ms. Martha Kidd
On behalf of Pfizer Inc. v. Mylan (Tygacil ANDA Litigation)  C.A. No. 15-26 (SLR)
2016 (case settled)
Consultant
D, Trial


Fitzpatrick, Cella, Harper & Scinto
Mr. Joshua I. Rothman
On behalf of Amgen Inc. (issues relating to Sensipar ® (Cincalcet))
Amgen Inc, v. Aurobindo Pharma Ltd. Et al (C. A. No. 16-853 (GMS) Consolidated
2016 - present
Consultant
D


Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Mr. Justin Hasford
On behalf of Valeant Pharmaceuticals, Actavis (C.A. No. 2:16-cv-04344-JLL-JAD) (Carac)
2017-2018 (case settled)
Consultant
D

**Exhibit C**
**Materials Considered**

| Rothman Decl. Exhibit | Document |
|---|---|
| 1 | U.S. PAT. NO. 9,375,405 ("the '405 patent") |
| 2 | PHARMACEUTICS: THE SCIENCE OF DOSAGE FORM DESIGN, 366-368, 406-408, Michael E. Aulton ed. (2nd ed. 2002) ("Aulton"). |
| 3 | HANDBOOK OF PHARMACEUTICAL EXCIPIENTS, Raymond C. Rowe et al. eds., 118-121, 129-133, 317-322, 326-329, 581-585. 691-694 (6th ed. 2009) ("Handbook of Pharmaceutical Excipients"). |
| 4 | REMINGTON:  THE SCIENCE AND PRACTICE OF PHARMACY, Alfonso R. Gennaro ed., 1032 (20th ed. 2000)("Remington"). |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 28, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 28, 2019, upon the following in the manner indicated:

Benjamin J. Schladweiler, Esquire                               *VIA ELECTRONIC MAIL*
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Accord Healthcare, Inc.*

Aaron F. Barkoff, Esquire                                       *VIA ELECTRONIC MAIL*
Alejandro Menchaca, Esquire
Rajendra A. Chiplunkar, Esquire
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
*Attorneys for Defendant Accord Healthcare, Inc.*


*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)