**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 18-956 (MSG) |
| v. | ) | |
| | ) | |
| ACCORD HEALTHCARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JOSHUA I. ROTHMAN IN SUPPORT OF PLAINTIFF'S
OPENING CLAIM CONSTRUCTION BRIEF**

Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff Amgen Inc.*

OF COUNSEL:

John D. Murnane
Joshua I. Rothman
Alicia A. Russo
VENABLE | FITZPATRICK
Venable LLP, 1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100
JDMurnane@venable.com
JRothman@venable.com
ARusso@venable.com

Wendy A. Whiteford
Lois M. Kwasigroch
Eric M. Agovino
Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

June 28, 2019

I, Joshua I. Rothman, an attorney duly admitted to practice law in the State of New York, hereby declare that the following is true to the best of my knowledge:

1.      I am a Partner at Venable LLP (formerly Fitzpatrick, Cella, Harper & Scinto), 1290 Avenue of the Americas, New York, New York 10104, and counsel for Plaintiff Amgen Inc. ("Amgen") in the instant action.  I am fully familiar with the facts and circumstances of this matter.

2.      I submit this declaration in support of Amgen's Opening Claim Construction Brief.

3.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,375,405.

4.      Attached hereto as Exhibit 2 is a true and correct copy of PHARMACEUTICS:  THE SCIENCE OF DOSAGE FORM DESIGN, 366-368, 406-408, Michael E. Aulton ed. (2nd ed. 2002).

5.      Attached hereto as Exhibit 3 is a true and correct copy of HANDBOOK OF PHARMACEUTICAL EXCIPIENTS, Raymond C. Rowe et al. eds., 118-121, 129-133, 317-322, 326-329, 581-585. 691-694 (6th ed. 2009).

6.      Attached hereto as Exhibit 4 is a true and correct copy of REMINGTON: THE SCIENCE AND PRACTICE OF PHARMACY, Alfonso R. Gennaro ed., 1032 (20th ed. 2000).

7.      Attached hereto as Exhibit 5 is a true and correct copy of the December 10, 2015 Notice of Allowability with Bates Range Numbers SENS-AMG00001587-1596.

8.      Attached hereto as Exhibit 6 is a true and correct copy of the October 18, 2015 Notice of Allowability with Bates Range Numbers SENS-AMG00001064-1070.

9.      Attached hereto as Exhibit 7 is a true and correct copy of the April 6, 2016

Notice of Allowability with Bates Range Numbers SENS-AMG00001643-1650.


Dated: June 28, 2019                                    By:      /s/ Joshua I. Rothman
                                                                 Joshua I. Rothman

# EXHIBIT 1



U 7629975

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 06, 2017

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *9,375,405*
ISSUE DATE: *June 28, 2016*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

R GLOVER
Certifying Officer

US009375405B2

(12) **United States Patent**
Lawrence et al.

(10) **Patent No.:** US 9,375,405 B2
(45) **Date of Patent:** *Jun. 28, 2016

(54) **RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND**

(75) Inventors: **Glen Gary Lawrence**, Thousand Oaks, CA (US); **Francisco J. Alvarez**, Newbury Park, CA (US); **Hung-Ren H. Lin**, Oak Park, CA (US); **Tzuchi R. Ju**, Vernon Hills, IL (US)

(73) Assignee: **Amgen, Inc.**, Thousand Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1190 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/942,646**

(22) Filed: **Nov. 9, 2010**

(65) **Prior Publication Data**

US 2011/0136915 A1     Jun. 9, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 10/937,870, filed on Sep. 10, 2004, now Pat. No. 7,829,595.

(60) Provisional application No. 60/502,219, filed on Sep. 12, 2003.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/135* | (2006.01) |
| *A61K 31/137* | (2006.01) |
| *A61K 31/00* | (2006.01) |
| *A61K 9/20* | (2006.01) |
| *A61K 9/28* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *A61K 31/00* (2013.01); *A61K 9/2077* (2013.01); *A61K 31/135* (2013.01); *A61K 31/137* (2013.01); *A61K 9/2866* (2013.01)

(58) **Field of Classification Search**
CPC ........................... A61K 31/135; A61K 31/137
USPC ................. 514/275, 579, 607, 614, 646, 649; 424/434, 464, 465, 476, 490
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,931,286 A | 6/1990 | Johnson et al. | |
| 5,126,145 A | 6/1992 | Evenstad et al. | |
| 5,162,117 A | 11/1992 | Stupak et al. | |
| 5,861,179 A | 1/1999 | Hiskett et al. | |
| 5,879,706 A | 3/1999 | Carter et al. | |
| 5,981,599 A | 11/1999 | Moe et al. | |
| 6,001,884 A | 12/1999 | Nemeth et al. | |
| 6,011,068 A | 1/2000 | Nemeth et al. | |
| 6,031,003 A | 2/2000 | Nemeth et al. | |
| 6,172,091 B1 | 1/2001 | Cohen et al. | |
| 6,211,244 B1* | 4/2001 | Van Wagenen et al. ...... | 514/649 |
| 6,224,909 B1 | 5/2001 | Opitz et al. | |
| 6,228,807 B1 | 5/2001 | Kuchikata et al. | |
| 6,277,788 B1 | 8/2001 | Wright | |
| 6,313,146 B1 | 11/2001 | Van Wagenen et al. | |
| 6,316,460 B1* | 11/2001 | Creekmore et al. ........... | 514/275 |

| | | | |
|---|---|---|---|
| 6,342,532 B1 | 1/2002 | Moe et al. | |
| 6,363,231 B1 | 3/2002 | Manzer et al. | |
| 6,387,404 B2 | 5/2002 | Oshlack et al. | |
| 6,399,100 B1 | 6/2002 | Clancy et al. | |
| 6,419,954 B1 | 7/2002 | Chu et al. | |
| 6,432,656 B1 | 8/2002 | Del Mar et al. | |
| 6,447,809 B1 | 9/2002 | Krumhar et al. | |
| 6,495,165 B1 | 12/2002 | Thosar et al. | |
| 6,525,084 B2 | 2/2003 | Rasmussen et al. | |
| 6,656,492 B2* | 12/2003 | Kajiyama et al. .............. | 424/434 |
| 6,733,780 B1 | 5/2004 | Tyler et al. | |
| 8,703,196 B2 | 4/2014 | Babcock et al. | |
| 2001/0051636 A1 | 12/2001 | Black et al. | |
| 2002/0015735 A1 | 2/2002 | Hedden et al. | |
| 2002/0022649 A1 | 2/2002 | Rasmussen et al. | |
| 2002/0107406 A1 | 8/2002 | Sakai et al. | |
| 2002/0123459 A1 | 9/2002 | Ault et al. | |
| 2003/0035836 A1 | 2/2003 | Shanghvi et al. | |
| 2003/0054041 A1 | 3/2003 | Lemmens et al. | |
| 2005/0147670 A1* | 7/2005 | Hsu et al. ...................... | 424/464 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2004565 A1 | 5/1990 |
| EP | 0 933 354 | 8/1999 |
| EP | 1319409 A1 | 6/2003 |
| EP | 1321142 A1 | 6/2003 |
| EP | 1 203 761 B1 | 1/2005 |
| JP | 11-130737 | 5/1999 |
| WO | WO 93/04373 | 3/1993 |

(Continued)

OTHER PUBLICATIONS

Japanese Pharmaceutical Excipients Directory by Yakuji Nippo, Ltd., 1994, 1st Ed., pp. 9 and 10.
Japanese Pharmaceutical Excipients, Supplement by Yakuji Nippo, Ltd., 1995, 1st Ed, p. 42.
Japanese Pharmaceutical Excipients, Supplement by Yakuji Nippo, Ltd., 1995, 1st Ed, p. 47.
Japanese Pharmaceutical Excipients, Supplement by Yakuji Nippo, Ltd., 1994, 1st Ed, p. 46.
Japanese Pharmaceutical Excipients, Supplement by Yakuji Nippo, Ltd., 1994, 1st Ed, p. 726.
Handbook of Pharmaceutical Excipients by Maruzen Co., Ltd., 1989, pp. 115-118.
The Notice of Rejection received in the related Japanese Patent Application No. 2006-526096, dated Jan. 11, 2011.
Amgen News Release, Internet Article "Amgen Submitted New Drug Application for Cinecalcet HC1", XP002313388, UR:: http://www.amgen.com/news/news03/pressRelease030908a.pdf, Sep. 8, 2003, 2 pages.

(Continued)

*Primary Examiner* — Michael G Hartley
*Assistant Examiner* — Jagadishwar Samala
(74) *Attorney, Agent, or Firm* — Fitzpatrick, Cella, Harper & Scinto

(57) **ABSTRACT**

The present invention relates to a pharmaceutical composition comprising a therapeutically effective amount of a calcium receptor-active compound and at least one pharmaceutically acceptable excipient, wherein the composition has a controlled dissolution profile. The present invention further relates to a method of manufacturing the pharmaceutical composition, as well as a method of treating a disease using the pharmaceutical composition.

**23 Claims, 1 Drawing Sheet**

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

Page 2

(56)            References Cited

FOREIGN PATENT DOCUMENTS

WO      WO 94/18959      9/1994
WO      WO 95/11221      4/1995
WO      WO 96/12697      5/1996
WO      WO 97/41090      11/1997
WO      WO 01/34562      5/2001
WO      2004056365 A3    7/2004

OTHER PUBLICATIONS

Berge et al., "Pharmaceutical Salts," J. Pharm. Sci., Jan. 1917, pp. 1-19, vol. 66, No. 1.

Drugs in R&D, "Cinecalcet: AMG 073, Calcimimetics—Amgen/ NPS Pharmaceuticals, KRN 1493, NPS 1493," 2003, pp. 349-351, vol. 4, No. 6.

Goodman et al., "The Calcimimetic Agent AMG 073 Lowers Plasma Parathyroid Hormone Levels in Hemodialysis Patients with Secondary Hyperparathyroidism," J. Am. Soc. Nephrol, Apr. 2002, pp. 1017-1024, vol. 13.

Nemeth et al., Pharmacodynamics of the Type II Calcimimetic Compound Cinacalcet HCl, J. Pharmacol. Exp Therapeutics, Feb. 2004, pp. 627-635, vol. 308, No. 2.

NPS Pharmaceuticals, Internet Article: "NPS Drug Development: Product Development Pipeline," XP-002313391, www.npsp.com/ drug-development/pipline.php, Sep. 8, 2003, 2 pages, (retrieved by EPO Searching Authority on Jan. 12, 2005).

Pattaragarn et al., "Effect of the Calcimimetic NPS R-467 on Furosemide-Induced Nephrocalcinosis in the Young Rat," Kidney Internationa, 2004, pp. 1684-1689, vol. 65.

RxList, Inc., Internet Article: "Sensipar (Cinacalcet HCl) Tablets," XP-002313390, www.rxlist.com/cgi/generic3/sensipar.htm), Aug. 12, 2004, 2 pages, (retrieved by EPO Searching Authority on Jan. 10, 2015).

U.S. Food and Drug Administration, Internet Article: "FDA Approves First in a New Class of Drugs to Treat Hyperparathyroidism Associated with Renal Failure and in Patients with Parathyroid Cancer," FDA Talk Paper, XP-002313389, http://www.fda.gov/bbs/ topics/ANSWERS/2004/ANS01282.html), Mar. 8, 2004, 1 page, (retrieved by EPO Searching Authority on Jan. 11, 2005).

European Patent No. EP1663182, Opposition document, Communication of a Notice of Opposition, dated Oct. 28, 2013—1 page.

European Patent No. EP1663182, Opposition document, Communication of a Notice of Opposition, dated Oct. 23, 2013—1 page.

European Patent No. EP1663182, Opposition document, Communication of a Notice of Opposition, dated Oct. 22, 2013—1 page.

European Patent No. EP1663182, Opposition document, Authorisation of Representative, Opponent: Rafarm S.A, dated Oct. 15, 2013—3 pages.

European Patent No. EP1663182, Opposition document, Letter Concerning Fees and Payment, Opponent: Rafarm S.A, dated Oct. 17, 2013—1 page.

European Patent No. EP1663182, Opposition document, Notice of Opposition, Opponent: Rafarm S.A, dated Oct. 17, 2013—8 pages.

European Patent No. EP1663182, Opposition document, Notice of Opposition, EPO Form 2300E, Opponent: Rafarm S.A., dated Oct. 15, 2013—12 pages.

European Patent No. EP1663182, Opposition document, Payment of Fees and Costs, Opponent: Rafarm S.A, dated Oct. 17, 2013—4 pages.

European Patent No. EP1663182, Opposition document, Acknowledgement of Receipt, Opponent: ZBM Patents, S.L., dated Oct. 16, 2013—2 pages.

European Patent No. EP1663182, Opposition document, Annex 1 "Grounds and Arguments filed by ZBM Patents, S.L. for the Opposition against the European Patent EP1663182-B1 (App. No. 04781429.8) having Amgen Inc. as patentee, and Relating to a Rapid Dissolution Formulation of Cinacalcet Hydrochloride", dated Oct. 16, 2013—26 pages.

European Patent No. EP1663182, Opposition document, Notice of Opposition, EPO Form 2300E, Opponent: ZBM Patents, S.L., dated Oct. 16, 2013—6 pages.

European Patent No. EP1663182, Opposition document, Acknowledgement of Receipt, Opponent: Actavis Group PTC ehf, dated Oct. 14, 2013—2 pages.

European Patent No. EP1663182, Opposition document, Citation in Opposition Proceeding, "Scientific Discussion" filed Oct. 14, 2013—39 pages.

European Patent No. EP1663182, Opposition document, Notice of Opposition, Opponent: Actavis Group PTC ehf, dated Oct. 14, 2013—1 page.

European Patent No. EP1663182, Opposition document, Statement of Opposition, Opponent: Actavis Group PTC ehf, dated Oct. 14, 2013—15 pages.

European Patent No. EP1663182, Opposition document, Notice of Opposition, EPO Form 2300E, Opponent: Actavis Group PTCe ehf, dated Oct. 14, 2013— 6 pages.

European Patent No. EP1663182, Opposition document, Patent Document Cited during Opposition Procedure on Oct. 14, 2013, "Decision of the Technical Board of Appeal 3.3.02 of Dec. 17, 2009", *Tecnimede Sociedade Tecnico-Medicinal, S.A. and Ratiopharm GmbH v. Sanofi-Aventis*, Case No. T 0788/06-3.3.02, Application No. 96304291.6, Publication No. 0747050, dated Dec. 17, 2009—24 pages.

European Patent No. EP1663182, Opposition document, Patent Document Cited during Opposition Procedure, Marked up Application No. PCT/US2004/026732, Publication No. WO 2005/034928, dated Nov. 11, 2010—42 pages.

Handbook of Pharmaceutical Excipients (1986) 2nd Ed. (1994) 483-487; 84-87; 143-144; 280-282; 392-399; 424-427; 491-493.

Handbook of Pharmaceutical Excipients (1986) 6th Ed. (2009) 129-131; 185-186; 208; 404; 581-582; 691-692.

Handbook of Pharmaceutical Excipients (1986) 3rd Ed. (2000) 528-529; 102-103; 433; 163-164; 305-306; 143; "Lactose"; "Calcium Phosphate, Dibasic Anhydrous" 324; 515; "Hydroxyproply Methylcellulose" 87; 244.

Goodman WG, et al. "The Calcimimetic Agent AMG 073 Lowers Plasma Parathyroid Hormone Levels in Hemodialysis Patients with Secondary Hyperparathyroidism", J Am Soc Nephrol (2002) 13: 1017-1024.

Franceschini N, et al. "Cinacalcet HCl: A Calcimimetic Agent for the Management of Primary and Secondary Hyperparathyroidism" Expert Opin Investig. Drugs (2003) 12(8): 1413-1421.

Lee K "Overview of Drug Product Development" Current Protocols in Phamacology (2001) 7.3.1-7.3.10.

Remington: The Science and Practice of Pharmacy (1885), 19th Ed. (1995) 595.

Remington: The Science and Practice of Pharmacy (1885), 20th Ed. (2000) 704-705, 858-893.

Lantz Jr. R "Size Reduction" Pharmaceutical Dosage Forms, Tablets, 2nd Ed. vol. 2, 107-112.

Banakar UV Pharmaceutical Dissolution Testing, (1992) 136-137; 144-145.

The Pharmaceutical Codex, 12th Ed. Principles and Practice of Pharmaceutics (1994) 2-23, 198-204.

Gibaldi M "Biopharmiceutics and Clinical Pharmacokinetics" (1991) 4th Ed. 51.

"Pharmaceuticals Necessities", Chap. 55 1047-1048.

Pharmaceutical Dosage Forms: Tablets vol. 1, 2nd Ed. (1989) 136, 149, 1-24.

The Theory and Practice of Industrial Pharmacy 3rd Ed. (1986) 221-222, 188-190, 301-303, 321, 324-329, 354-359.

Pharmaceutics the Science of Dosage Form Design (2002) 404-408.

European Patent No. EP1663182, Appeal document, EPO Form F3204 Communication of the File Number to the Parties, dated May 29, 2015—4 pages.

European Patent No. EP1663182, Appeal document, Processing of an Appeal, dated May 22, 2015—2 pages.

European Patent No. EP1663182, Appeal document, Letter Accompanying Subsequently Filed Items, dated May 20, 2015—1 page.

European Patent No. EP1663182, Appeal document, Notice of an Appeal, dated May 20, 2015—2 pages.

## US 9,375,405 B2
Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

European Patent No. EP1663182, Appeal document, Payment of Fees and Costs, dated May 20, 2015—1 page.
European Patent No. EP1663182, Opposition document, Opponent 1's Request to Revoke Patent, dated Mar. 12, 2015—10 pages.
European Patent No. EP1663182, Opposition document, Decision to Revoke the European Patent, dated Feb. 23, 2015—26 pages.
European Patent No. EP1663182, Opposition document, Minutes of the Oral Proceeding, Conclusion of the Proceedings, dated Feb. 12, 2015—2 pages.
European Patent No. EP1663182, Opposition document, Minutes of the Oral Proceeding, Introduction of the Parties—dated Feb. 12, 2015—1 page.
European Patent No. EP1663182, Opposition document, Provision of the minutes in accordance with Rule 124(4) EPC, dated Mar. 12, 2015—1 page.
European Patent No. EP1663182, Opposition document, Annex 2, "Claims for 3rd Auxiliary Request", dated Feb. 12, 2015—3 pages.
European Patent No. EP1663182, Opposition document, Annex 3, "Claims for 4th Auxiliary Request", dated Feb. 12, 2015—2 pages.
European Patent No. EP1663182, Opposition document, Annex 1, "Auxiliary Request 2", dated Feb. 12, 2015—4 pages.
European Patent No. EP1663182, Opposition document, Communication from Party Regarding Non-attendance of Oral Hearing, dated Feb. 6, 2016—2 pages.
European Patent No. EP1663182, Opposition document, Information from EPO Regarding Oral Proceeding, dated Feb. 2, 2015—1 page.
European Patent No. EP1663182, Opposition document, Actavis Group Submission, dated Dec. 12, 2014—17 pages.
European Patent No. EP1663182, Opposition document, Acknowledgement of Receipt of Submission from Actavis, dated Dec. 11, 2014—1 page.
European Patent No. EP1663182, Opposition document, Letter from Actavis Group's Counsel Requesting Interpreter during Oral Hearing, dated Dec. 11, 2014—3 pages.
European Patent No. EP1663182, Opposition document, Letter from Amgen Inc.'s Counsel Requesting Interpreter during Oral Hearing, dated Dec. 11, 2014—3 pages.
European Patent No. EP1663182, Opposition document, Submission from Amgen Inc.'s Counsel in Preparation of Oral Proceeding, dated Nov. 21, 2014—15 pages.
European Patent No. EP1663182, Opposition document, Annex to an Opposition Letter, "Experimental Report II", filed Nov. 21, 2014—2 pages.
European Patent No. EP1663182, Opposition document, "Claims for New 5th Auxiliary Request", filed Nov. 11, 2014—3 pages.
European Patent No. EP1663182, Opposition document, "Claims for New 5th Auxiliary Request" (Redlined version), filed Nov. 11, 2014—4 pages.
European Patent No. EP1663182, Opposition document, Letter from Opponent 3 Advising of Non-attendance at Oral Proceedings, dated Oct. 20, 2014—6 pages.
European Patent No. EP1663182, Opposition document, Acknowledgement of Receipt of Submission from ZBM, dated Oct. 20, 2014—1 page.
European Patent No. EP1663182, Opposition document, Letter from Hoffmann Eitle, dated Sep. 26, 2014—2 pages.
European Patent No. EP1663182, Opposition document, Summary of Facts and Submissions, dated Jul. 18, 2014—5 pages.
European Patent No. EP1663182, Opposition document, Information Document from EPC Regarding Interpretation of Oral Proceeding, dated Jul. 18, 2014—3 pages.
European Patent No. EP1663182, Opposition document, Summons to Attend Oral Proceeding, dated Jul. 18, 2014—4 pages.
European Patent No. EP1663182, Opposition document, Preparation for Oral Proceedings—Instructions to Support Service, dated Jul. 2, 2014—2 pages.

European Patent No. EP1663182, Opposition document, Brief Communication Regarding Receipt of "Letter from the Proprietor of the Patent of May 28, 2014", dated Jun. 12, 2014—3 pages.
European Patent No. EP1663182, Opposition document, Annex to an Opposition Letter "Experimental Report", filed Jun. 3, 2014—1 page.
European Patent No. EP1663182, Opposition document, Annex to an Opposition Letter "Cited Documents", filed Jun. 3, 2014—3 pages.
European Patent No. EP1663182, Opposition document, "Claims for 1st Auxiliary Request", filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, "Claims for 2nd Auxiliary Request", filed Jun. 3, 2014—3 pages.
European Patent No. EP1663182, Opposition document, "Claims for 3rd Auxiliary Request", filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, "Claims for 4th Auxiliary Request", filed Jun. 3, 2014—3 pages.
European Patent No. EP1663182, Opposition document, "Claims for 5th Auxiliary Request", filed Jun. 3, 2014—2 pages.
European Patent No. EP1663182, Opposition document, "Claims for 6th Auxiliary Request", filed Jun. 3, 2014—2 pages.
European Patent No. EP1663182, Opposition document, "Claims for 1st Auxiliary Request" (Redlined Version), filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, "Claims for 2nd Auxiliary Request" (Redlined Version), filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, "Claims for 3rd Auxiliary Request" (Redlined Version), filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, "Claims for 4th Auxiliary Request" (Redlined Version), filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, "Claims for 5th Auxiliary Request" (Redlined Version), filed Jun. 3, 2014—3 pages.
European Patent No. EP1663182, Opposition document, "Claims for 6th Auxiliary Request" (Redlined Version), filed Jun. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, Reply of the Patent Proprietor to the Notice of Opposition, dated May 28, 2014—17 pages.
European Patent No. EP1663182, Opposition document, Brief Communication Regarding Form 2548 and Amendment to Representation, dated Mar. 3, 2014—4 pages.
European Patent No. EP1663182, Opposition document, Brief Communication Regarding EPO Form 2944C of Mar. 31, 2014, dated Mar. 3, 2014—3 pages.
European Patent No. EP1663182, Opposition document, Grant of Extension of Time Limit, dated Mar. 31, 2014—1 page.
European Patent No. EP1663182, Opposition document, Invitation to File an Authorisation, dated Mar. 26, 2014, 1 page.
European Patent No. EP1663182, Opposition document, Letter Regarding Change of Representation, dated Mar. 21, 2014—1 page.
European Patent No. EP1663182, Opposition document, Request for Change of Applicant's Representative, dated Mar. 14, 2014—1 page.
European Patent No. EP1663182, Opposition document, Amended Data Concerning Representation, dated Mar. 21, 2014—1 page.
European Patent No. EP1663182, Opposition document, Communication of a Notice of Opposition and Request to File Other Observances, dated Nov. 20, 2013—1 page.
European Patent No. EP1663182, Opposition document, Communication of Further Notices of Opposition Pursuant to Rule 79(2) EPC, dated Nov. 20, 2013—3 pages.
International Preliminary Report on Patentability issued in the International Application No. PCT/US2004/026732, dated Mar. 13, 2006 (8 pages).
The Pharmaceutical Codex: Principles and Practice of Pharmaceutics (12th Ed.) (1994) pp. 178-197.
Kibbe, Arthur H., "Handbook of Pharmaceutical Excipients" (3rd Ed.) (2000) pp. 102-105, 143-145, 162-163, 305-308, 433-439, 522-527.
Ansel, Howard C., et al. "Pharmaceutical Dosage Forms and Drug Delivery Systems" (7th Ed.) (1999), pp. 87-92, 179-228.

## US 9,375,405 B2

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

Lieberman Herbert, Al, et al. "Pharmaceutical Dosage Forms: Tablets" (2nd Ed.) (1989) vol. 1, pp. 5-9, 75-130, 229-244.
Lieberman Herbert, Al, et al. "Pharmaceutical Dosage Forms: Tablets" (2nd Ed.) (1989) vol. 2, pp. 174-178, Figure 53.
"New Agent Reduces PTH Levels in Hemodialysis Patients with Secondary Hyperparathyroidism" Formulary (Apr. 2003) vol. 38, p. 197.
Chaumeil, J.C., "Micronization: A Method of Improving the Bioavailability of Poorly Soluble Drugs", Meth. Find. Exp. Clin. Pharmacol. (1998) pp. 211-215.
Dollery, Sir Colin "Therapeutic Drugs" (1991) vol. 2, pp. S85.
McInnes, Gordon T., et al. "Effect of Micronization on the Bioavailability and Pharmacologic Activity of Spironolactone", J. Clin. Pharmacol. 22 (1982), pp. 410-417.
"Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations", Patent and Exclusivity Search Results from query on Appln. No. 021688 Product 001 in OB_RX list: http://www.accessdata.fda.gov/scripts/cder/ob/docs/patexclnew.
cfm?Appl_No=021688&Product_No=001&table1=OB_Rx.
Armando, Negri et al., "Agentes calciomimeticos en el traramiento del hiperparatirodidismo secundario a la insuficiencia renal cronica" Medicina (Buenos Aires) 2003; 63 pp. 165-171.
Ritschel Wolfgang: "Der Pharmazeutische Betrieb" Jan. 1, 2002, Editio Cantor Verlag, Aulendorf vol. 7, pp. 68-89, 122-127.
Frazao, Joao M., et al., "The calcimimetic agents: Perspectives for treatment", Kidney International, vol. 61, Supp. 80, 2002, pp. S149-S154.

Jounela, A.J., et al., "Effect of Particle Size on the Bioavailability of Digoxin", Eur. J. Clin. Pharmacol., vol. 8 No. 5, 1975, pp. 365-370.
Ridolfo, AS et al., "Benoxaprofen, a New Anti-Inflammatory Agent: Particle-Size Effect on Dissolution Rate and Oral Absorption in Humans". J. Pharm. Sci., vol. 68 No. 7 (1979) pp. 850-852.
Particle Size—U.S. Sieve Series and Tyler Mesh Series Equivalents (2002; updated 2013), found at www.azom.com/article.aspx?ArticleID=1417, pp. 1-2.
Petition for Inter Partes Review of U.S. Pat. No. 7,829,595, dated Oct. 26, 2015.
Declaration of Walter G. Chambliss, Ph.D., dated Aug. 18, 2015.
Akizawa, Tadao et al., "Management of secondary hyperparathyroidism of dialysis patients", Nephrology 2003, 8, pp. S53-S57.
IPR 2015-00562 (Exhibit 1022).
A.R. Gennaro, "Remington: The Science and Practice of Pharmacy", Ed. by Lippincott Williams & Wilkins, 20th ed., published Dec. 15, 2000, pp. 848-857.
"Handbook of Pharmaceutical Excipients", 1st ed., 1986, p. 239.
"Handbook of Pharmaceutical Excipients", 4th ed., edited by Raymond C. Rowe, Paul J. Shesky & Paul J. Weller, p. 161.
Howard C. Ansel et al., Pharmaceutical Dosage Forms and Drug Delivery Systems, (7th ed. 1999), pp. 109-110.
Decision Denying Institution for Inter Partes Review of U.S. Pat. No. 7,829,595, Case IPR2016-00085, entered Apr. 13, 2016.
Petitioners Request for Rehearing of Decision Denying Institution for Inter Partes Review of U.S. Pat. No. 7,829,595, Case IPR2016-00085, filed May 13, 2016.

* cited by examiner

**U.S. Patent**                    **Jun. 28, 2016**              **US 9,375,405 B2**



| Equipment | Components | Unit Operation | Critical Process Controls |
|---|---|---|---|
| PMA 800L granulator | purified water and intra-granular components[a] | granulation[b] | water level, impeller speed, water spray rate |
| Comil (In-line) | | wet mill | |
| Aeromatic MP6 | | fluid bed dry | |
| Quadro Mill 196S (Comil) | | dry mill | |
| Gallay tote blender (650 L) | extra-granular components[c] | pre-blend | |
| Gallay tote blender (1000 L) | combine granulation mix A and B and extra-granular mix | final blend | blend time |
| Gallay tote blender (1000 L) | magnesium stearate | lubrication | |
| Unipress 27 | | compression[d] | tablet press speed, tablet weight, thickness, hardness, friability, disintegration time |
| 3 X Vector Hi-Coater pan (3 spray guns) delivery (peristaltic pump) | color coat (Opadry® II), clear coat (Opadry® Clear), carnauba Wax | film coating and wax | spray rate, exhaust temperature |
| Ackley ink-based offset printer | Opacode® black | print | |

[a] cinacalcet HCl, pregelatinized starch, microcrystalline cellulose, povidone, and crospovidone
[b] The granulation step to dry milling step is repeated to generate 2 bowls of wet granulation (Mix A and B).
[c] Extra-granular components are microcrystalline cellulose, crospovidone, and colloidal silicon dioxide
[d] Tooling dimension is dependent on tablet size and strength, (30 mg; 0.2372" x 0.3800" oval shape plain, 60 mg; 0.3000" x 0.4800" modified oval (double radius) plain, 90 mg; 0.3420" x 0.5480" modified oval (double radius) plain)

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

<div style="columns:2">

1

## RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

This application claims the benefit of priority of U.S. Provisional Patent Application No. 60/502,219, filed Sep. 12, 2003.

Calcium receptor-active compounds are known in the art. One example of a calcium receptor-active compound is cinacalcet HCl, which is described, for example, in U.S. Pat. No. 6,001,884. Such calcium receptor-active compounds may be insoluble or sparingly soluble in water, particularly in their non-ionized state. For example, cinacalcet has a solubility in water of less than about 1 µg/mL at neutral pH. The solubility of cinacalcet can reach about 1.6 mg/mL when the pH ranges from about 3 to about 5. However, when the pH is about 1, the solubility decreases to about 0.1 mg/mL. Such limited solubility can reduce the number of formulation and delivery options available for these calcium receptor-active compounds. Limited water solubility can also result in low bioavailability of the compounds.

There is therefore a need to maximize the dissolution of the calcium receptor-active compound from a dosage form, and potentially during in vivo exposure. There is also a need to improve the bioavailability of the calcium receptor-active compound during in vivo exposure.

One aspect of the present invention provides a pharmaceutical composition comprising at least one calcium receptor active compound in combination with at least one pharmaceutically acceptable carrier. Certain embodiments of the present invention are directed to a pharmaceutical composition with a defined dissolution profile.

The invention also provides a method of manufacturing the pharmaceutical composition to achieve the desired dissolution profile, as well as a method of treating a disease using the pharmaceutical composition. In addition, certain embodiments of the present invention are directed to a method for controlling dissolution rate of a formulation comprising the pharmaceutical composition.

According to one aspect of the invention, the invention provides a pharmaceutical composition comprising an effective dosage amount of at least one calcium receptor-active compound and at least one pharmaceutically acceptable excipient, wherein the composition has a dissolution profile in 0.05 N HCl, measured according to a dissolution test conducted in United States Pharmacopeia (USP)—National Formulary (NF) (USP 26/NF 21), chapter 711 using a USP 2 apparatus at a temperature of 37° C.±0.5° C., and at a rotation speed of 75 r.p.m., which comprises from about 50% to about 125% of a target amount of the calcium receptor-active compound being released from the composition no later than about 30 minutes from the start of the test.

According to another aspect of the invention, the invention provides a pharmaceutical composition comprising an effective dosage amount of at least one calcium receptor-active compound and at least one pharmaceutically acceptable excipient, wherein the composition has a dissolution profile in 0.05 N HCl, measured according to a dissolution test conducted in USP 26/NF 21, chapter 711 using a USP 2 apparatus at a temperature of about 37° C., and at a rotation speed of about 75 r.p.m., which comprises from about 50% to about 125% of a target amount of the calcium receptor-active compound being released from the composition no later than about 30 minutes from the start of the test.

The invention also provides a method of controlling the dissolution rate of a formulation comprising an effective dosage amount of a calcium receptor-active compound and at least one pharmaceutically acceptable excipient, the method

2

comprising producing the formulation in a granulator which has a volume ranging from about 1 L to about 2000 L, and contains water in a granulation level ranging from about 10% to about 50% relative to the weight of the dry powders in the granulator.

The calcium receptor-active compound useful in the claimed invention may be a calcimimetic compound or a calcilytic compound. As used herein, the term "calcimimetic compounds" refers to compounds that bind to a calcium receptor, and induce a conformational change that reduces the threshold for calcium receptor activation by the endogenous ligand $Ca^{2+}$, thereby reducing parathyroid hormone ("PTH") secretion. These calcimimetic compounds can also be considered allosteric modulators of the calcium receptor. As used herein, the term "calcilytic compounds" refers to compounds that act as calcium receptor antagonists, and stimulate PTH secretion.

The calcimimetic compounds and calcilytic compounds useful in the present invention include those disclosed in, for example, European Patent No. 933 354; International Publication Nos. WO 01/34562, WO 93/04373, WO 94/18959, WO 95/11221, WO 96/12697, WO 97/41090; U.S. Pat. Nos. 5,981,599, 6,001,884, 6,011,068, 6,031,003, 6,172,091, 6,211,244, 6,313,146, 6,342,532, 6,363,231, 6,432,656, and U.S. Patent Application Publication No. 2002/0107406. The calcimimetic compounds and/or calcilytic compounds disclosed in these patents and published applications are incorporated herein by reference.

In certain embodiments, the calcium receptor-active compounds are chosen from compounds of formula (I) and pharmaceutically acceptable salts thereof



(I)

wherein:

$X_1$ and $X_2$, which may be identical or different, are each a radical chosen from $CH_3$, $CH_3O$, $CH_3CH_2O$, Br, Cl, F, $CF_3$, $CHF_2$, $CH_2F$, $CF_3O$, $CH_3S$, OH, $CH_2OH$, $CONH_2$, CN, $NO_2$, $CH_3CH_2$, propyl, isopropyl, butyl, isobutyl, t-butyl, acetoxy, and acetyl radicals, or two of $X_1$ may together form an entity chosen from fused cycloaliphatic rings, fused aromatic rings, and a methylene dioxy radical, or two of $X_2$ may together form an entity chosen from fused cycloaliphatic rings, fused aromatic rings, and a methylene dioxy radical; provided that $X_2$ is not a 3-t-butyl radical;

n ranges from 0 to 5;

m ranges from 1 to 5; and

the alkyl radical is chosen from C1-C3 alkyl radicals, which are optionally substituted with at least one group chosen from saturated and unsaturated, linear, branched, and cyclic C1-C9 alkyl groups, dihydroindolyl and thiodihydroindolyl groups, and 2-, 3-, and 4-piperid(in)yl groups; and the stereoisomers thereof.

Calcium receptor-active compounds useful in the present invention can be used in the form of pharmaceutically acceptable salts derived from inorganic or organic acids. The salts include, but are not limited to, the following: acetate, adipate, alginate, citrate, aspartate, benzoate, benzenesulfonate, bisulfate, butyrate, camphorate, camphorsulfonate, digluconate, cyclopentanepropionate, dodecylsulfate, ethanesulfonate,

</div>

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

3

glucoheptanoate, glycerophosphate, hemisulfate, heptanoate, hexanoate, fumarate, hydrochloride, hydrobromide, hydroiodide, 2-hydroxy-ethanesulfonate, lactate, maleate, mandelate, methanesulfonate, nicotinate, 2-naphthalenesulfonate, oxalate, palmoate, pectinate, persulfate, 2-phenylpropionate, picrate, pivalate, propionate, salicylate, succinate, sulfate, tartrate, thiocyanate, tosylate, mesylate, and undecanoate. When compounds of the invention include an acidic function such as a carboxy group, then suitable pharmaceutically acceptable salts for the carboxy group are well known to those skilled in the art and include, for example, alkaline, alkaline earth, ammonium, quaternary ammonium cations and the like. For additional examples of "pharmacologically acceptable salts," see infra and Berge et al., *J. Pharm. Sci.* 66:1 (1977). In certain embodiments of the invention salts of hydrochloride and salts of methanesulfonic acid can be used.

In some embodiments of the present invention, the calcium-receptor active compound can be chosen from cinacalcet, i.e., N-(1-(R)-(1-naphthyl)ethyl)-3-[3-(trifluoromethyl) phenyl]-1-aminopropane, cinacalcet HCl, and cinacalcet methanesulfonate. The cinacalcet HCl and cinacalcet methanesulfonate can be in various forms, such as amorphous powders, crystalline powders, and mixtures thereof. For example, the crystalline powders can be in forms including polymorphs, psuedopolymorphs, crystal habits, micromerics, and particle morphology.

The therapeutically effective amount of the calcium receptor-active compound in the compositions disclosed herein ranges from about 1 mg to about 360 mg, for example from about 5 mg to about 240 mg, or from about 20 mg to about 100 mg. As used herein, the "therapeutically effective amount" is an amount that changes in a desired manner at least one of the calcium level, the phosphorus level, the PTH level, and the calcium phosphorus product in a subject. In some embodiments, the therapeutically effective amount of cinacalcet HCl in the composition disclosed herein can be chosen from about 5 mg, about 15 mg, about 30 mg, about 50 mg, about 60 mg, about 75 mg, about 90 mg, about 120 mg, about 150 mg, about 180 mg, about 210 mg, about 240 mg, about 300 mg, or about 360 mg.

While it may be possible to administer a compound of the invention alone, the compound administered will normally be present as an active ingredient in a pharmaceutical composition. Thus, a pharmaceutical composition of the invention may comprise a therapeutically effective amount of at least one calcium receptor-active compound, or an effective dosage amount of at least one calcium receptor-active compound.

As used herein, an "effective dosage amount" is an amount that provides a therapeutically effective amount of the at least one calcium receptor active compound when provided as a single dose, in multiple doses, or as a partial dose. Thus, an effective dosage amount of the at least one calcium receptor active compound of the invention includes an amount less than, equal to or greater than an effective amount of the compound; for example, a pharmaceutical composition in which two or more unit dosages, such as in tablets, capsules and the like, are required to administer an effective amount of the compound, or alternatively, a multidose pharmaceutical composition, such as powders, liquids and the like, in which an effective amount of the at least one calcium receptor-active compound is administered by administering a portion of the composition.

Alternatively, a pharmaceutical composition in which two or more unit dosages, such as in tablets, capsules and the like, are required to administer an effective amount of the at least one calcium receptor active compound may be administered

4

in less than an effective amount for one or more periods of time (i.e., a once-a-day administration, and a twice-a-day administration), for example to ascertain the effective dose for an individual subject, to desensitize an individual subject to potential side effects, to permit effective dosing readjustment or depletion of one or more other therapeutics administered to an individual subject, and/or the like.

The effective dosage amount of the pharmaceutical composition disclosed herein ranges from about 1 mg to about 360 mg from a unit dosage form, for example about 5 mg, about 15 mg, about 30 mg, about 50 mg, about 60 mg, about 75 mg, about 90 mg, about 120 mg, about 150 mg, about 180 mg, about 210 mg, about 240 mg, about 300 mg, or about 360 mg from a unit dosage form.

In some embodiments of the present invention, the compositions disclosed herein comprise a therapeutically effective amount of cinacalcet HCl for the treatment of hyperparathyroidism, such as primary hyperparathyroidism and secondary hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium-phosphorus product. For example, in certain embodiments, the cinacalcet HCl can be present in an amount ranging from about 1% to about 70%, such as from about 5% to about 40%, from about 10% to about 30%, or from about 15% to about 20%, by weight relative to the total weight of the composition.

The compositions of the invention may contain one or more active ingredients in addition to the calcium receptor-active compound. The additional active ingredient may be another calcium receptor-active compound, or it may be an active ingredient having a different therapeutic activity. Examples of such additional active ingredients include, for example, vitamins and their analogs, such as vitamin D and analogs thereof, antibiotics, and cardiovascular agents.

The cinacalcet HCl or other calcium receptor-active compound that can be used in the composition is typically present in the form of particles. These particles can have a particle $D_{50}$ of, for example, less than or equal to about 50 μm. As used herein, the "particle $D_{50}$" is the particle size of the active pharmaceutical ingredient at the 50th percentile of a particle size distribution. According to certain embodiments of the invention, the active pharmaceutical ingredient in the formulation has a particle $D_{50}$ that is less than the granule $D_{50}$ of the formulation, discussed in detail below.

The particle $D_{50}$ of the cinacalcet HCl particles can be determined by one of ordinary skill in the art using known light scattering techniques. In one embodiment of the invention, the particle $D_{50}$ of the cinacalcet HCl particles is determined by using a particle size analyzer, such as a Malvern Mastersizer analyzer, that uses a laser to scan a suspension of particles. The particles diffract the incoming light to detectors: smaller particles diffract light at larger angles, while larger particles diffract light at smaller angles. The light intensities observed at each detector are translated into a particle size distribution based on the diameter of a sphere that has an equivalent volume to that of the measured particles.

Specifically, the particle size distribution of the active pharmaceutical ingredient, for example, cinacalcet HCl, can be determined according to the following procedure. The following instrument conditions in a Malvern Mastersizer particle size analyzer are specified in its software:

| | |
|---|---|
| Refractive Index Sample | 1.630 |
| Absorptive Index | 0.1 |
| Refractive Index Dispersant | 1.375 |
| Analysis model | General purpose spherical |
| Calculation sensitivity | Enhanced |

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

**5**

-continued

| Measurement snaps and time | 20,000 snaps over 20 seconds |
| Background snaps and time | 20,000 snaps over 20 seconds |
| Stir speed | 1750 rpm |

While stirring, about 170 mL of a dispersion of about 0.1% sorbitan trioleate (for example Span 85®, available from Kishida Chemical) in hexane ("dispersant-B"), is added to the sampling unit, and the laser is aligned to take a background measurement of the dispersant-B.

The entire suspension containing the cinacalcet HCl is added until a suitable obscuration range ranging from about 10 to about 20% is obtained. The sample is measured after the obscuration value has stabilized. After the measurement, the system is drained and rinsed once with about 170 mL of dispersant-B, the dispersant-B is drained, and the sampling unit is refilled with about 170 mL of dispersant-B. The measurement are repeated two more times with different riffled fractions. The riffling is performed on large samples to obtain small representative particle size fractions about 15 mg in size.

The Obscuration, D(v,0.1), D(v,0.5), D(v,0.9) values are then calculated from these measurements. The average, standard deviation, and relative standard deviation (RSD) of the D(v,0.1), D(v,0.5), D(v,0.9) values is also calculated. The RSD (%) is calculated as follows:

$$RSD \ (\%) = \frac{100}{\overline{X}} \left[ \frac{\sum_{i=1}^{N} (X_i - \overline{X})^2}{N-1} \right]^{\frac{1}{2}}$$

where, $X$, is an individual measurement in a set of N measurements and is the arithmetic mean of the set.

The composition disclosed herein can be in various forms, for example, in granular form. The granules that can be used in the present invention can have a granule $D_{50}$ ranging from about 50 μm to about 150 μm, such as from about 80 μm to about 130 μm. As defined herein, the "granule $D_{50}$," is the particle size of the composition at the 50th percentile of a particle size distribution. The granule $D_{50}$ can readily be determined by one of ordinary skill in the art using sieve analysis techniques. Specifically, the granule $D_{50}$ is determined according to the following procedure.

Approximately 100 g of sample is added to sieve shaker equipped with 40 mesh, 60 mesh, 80 mesh, 100 mesh, 140 mesh, 200 mesh, 325 mesh, and the bottom pan. The sieve shaker is then turned on for about 10 minutes to separate the sample according to particle size. Each sieve is weighed to determine the amount of sample retained on the sieve and the bottom pan. The individual sieve weight is normalized to generate sieve weight fraction. The individual sieve weight fraction is calculated by dividing each sieve weight with the sum of all sieve weights.

$$Weight \ Fraction \ of \ each \ sieve = \frac{Weight \ of \ each \ sieve}{Sum \ of \ all \ sieves}$$

Before the particle size calculation, the mean size range must be determined for each sieve and the bottom pan. This mean size of each sieve screen represents the mean particle size retained on the screen. The mean size of each sieve screen

**6**

is determined by the hole size of the screen (lower limit) and one sieve size larger (upper limit). In the case of the 40 mesh sieve screen, the hole size of about 1410 μm is used as an upper limit. Table 1 set forth below shows the particle size range of any retained material on each screen and the mean of the particle size range.

TABLE 1

| Screens | Hole size of each screen (μm) | Particle size range of retained material on each screen (μm) | Median particle size of the screen (μm) |
|---|---|---|---|
| 40 mesh | 425 | 425-1410 | 918 |
| 60 mesh | 250 | 250-424 | 337 |
| 80 mesh | 180 | 180-249 | 215 |
| 100 mesh | 150 | 150-179 | 165 |
| 140 mesh | 106 | 106-149 | 128 |
| 200 mesh | 75 | 75-105 | 90 |
| 325 mesh | 45 | 45-74 | 60 |
| Bottom pan | 0 | 1-44 | 23 |

The weight fraction of each sieve is added to generate cumulative frequency distribution starting from the bottom pan to 40 mesh screen. Once the cumulative frequency distribution is generated, the corresponding particle size at 10 percentile ($D_{10}$), 50-percentile ($D_{50}$), and 90-percentile ($D_{90}$) are determined. The particle size of the corresponding percentile is determined by linear interpolation between two consecutive data from the cumulative frequency distribution. For example, particle size of 50-percentile ($D_{50}$) is interpolated by,

$$D_{50}(\mu m) = \frac{[(50 - X_n) * d_{n+1} + (X_{n+1} - 50) * d_n]}{(X_{n+1} - X_n)}$$

where,

$X_n$=cumulative quantity of sample that is just below 50-percentile (in %);

$d_n$=mean of the particle size range from the sieve screen where $X_n$ occurs (in mm);

$X_{n+1}$=next cumulative quantity of sample that is above 50-percentile (in %).

$d_{n+1}$=mean of the particle size range from the sieve screen where $X_{n+1}$ occurs (in mm).

According to all embodiments of the present invention, the particle size of active pharmaceutical ingredient is measured according to light scattering techniques, and the particle size of the granules of composition is measured according to sieve analysis.

The compositions disclosed herein can be in a form chosen from, for example, tablets, capsules, and powders. The tablets can be made by pressing the granules into the form of tablets. The capsules can also be made using the granules.

The at least one pharmaceutically acceptable excipient can be chosen from, for example, diluents such as starch, microcrystalline cellulose, dicalcium phosphate, lactose, sorbitol, mannitol, sucrose, methyl dextrins; binders such as povidone, hydroxypropyl methylcellulose, dihydroxy propylcellulose, and sodium carboxyl methylcellulose; and disintegrants such as crospovidone, sodium starch glycolate, croscarmellose sodium, and mixtures of any of the foregoing. The at least one pharmaceutically acceptable excipient can further be chosen from lubricants such as magnesium stearate, calcium stearate, stearic acid, glyceryl behenate, hygrogenated vegetable oil,

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

**7**

glycerine fumarate and glidants such as colloidal silicon dioxide, and mixtures thereof. In some embodiments of the present invention, the at least one pharmaceutically acceptable excipient is chosen from microcrystalline cellulose, starch, talc, povidone, crospovidone, magnesium stearate, colloidal silicon dioxide, sodium dodecyl sulfate, and mixtures of any of the foregoing. The excipients of the present invention, can be intragranular, intergranular, or mixtures thereof.

In some embodiments of the present invention, the composition and/or the granules within the composition can comprise microcrystalline cellulose and starch in a weight ratio ranging from about 1:1 to about 15:1. For example, in the composition, the weight ratio of the microcrystalline cellulose and starch can range from about 1:1 to about 15:1, such as about 10:1, and in the granules within the composition, the weight ratio of the microcrystalline cellulose and starch can range from about 1:1, such as about 5:1.

The microcrystalline cellulose can be present in an amount ranging from about 25% to about 85%, for example from about 50% to about 80%, or from about 60% to about 75% by weight relative to the total weight of the composition. The starch can be present in an amount ranging from about 5% to about 35%, for example, from about 5% to about 25%, or from about 5% to about 10% by weight relative to the total weight of the composition.

The compositions disclosed herein can further comprise at least one ingredient chosen from coating materials that are known in the art such as, for example, hydroxypropyl methylcellulose.

Certain compositions can comprise:

(a) from about 10% to about 40% by weight of a calcium receptor-active compound chosen from cinacalcet HCl and cinacalcet methanesulfonate;

(b) from about 45% to about 85% by weight of at least one diluent;

(c) from about 1% to about 5% by weight of at least one binder; and

(d) from about 1% to about 10% by weight of at least one disintegrant;

wherein the percentage by weight is relative to the total weight of the composition. The compositions can further comprise from about 0.05% to about 5% by weight, relative to the total weight of the composition, of at least one additive chosen from glidants, lubricants, and adherents. The composition can additionally comprise from about 1% to about 6% by weight of at least one coating material, relative to the total weight of the composition.

In another embodiment, the composition disclosed herein comprises:

(a) from about 10% to about 40% by weight of cinacalcet HCl;

(b) from about 5% to about 10% by weight of starch;

(c) from about 40% to about 75% by weight of microcrystalline cellulose;

(d) from about 1% to about 5% by weight of povidone; and

(e) from about 1% to about 10% by weight of crospovidone;

wherein the percentage by weight is relative to the total weight of the composition.

The povidone can be present in an amount ranging from about 1% to about 5%, for example, from about 1% to about 3% by weight relative to the total weight of the composition. The crospovidone can be present in an amount ranging from about 1% to about 10%, for example from about 3% to about 6%, by weight relative to the total weight of the composition.

**8**

The composition can further comprise from about 0.05% to about 5% by weight, relative to the total weight of the composition, of at least one additive chosen from colloidal silicon dioxide, magnesium stearate, talc, and the like, and mixtures of any of the foregoing. In certain embodiments of the invention, the composition comprises from about 0.05% to about 1.5% of colloidal silicon dioxide, from about 0.05% to about 1.5% of magnesium stearate, from about 0.05% to about 1.5% of talc, or mixtures of any of the foregoing. The composition can even further comprise from about 1% to about 6% by weight of at least one coating material, relative to the total weight of the composition.

As mentioned above, the compositions of certain embodiments of the present invention have a dissolution profile that results in about 50% to about 125% of a target amount of the calcium receptor-active compound being released from the composition no later than about 30 minutes from the start of a dissolution test that is conducted in 0.05 N HCl in a U.S.P. 2 apparatus at a temperature of 37° C.±0.5° C. at a rotation speed of 75 r.p.m. The dissolution test is conducted using a USP 2 apparatus, and according to the dissolution protocol described in USP 26/NF 21, chapter 711, which is incorporated herein by reference. According to this embodiment using this dissolution protocol, a stated volume of the dissolution medium (±1%) is placed in the vessel of the USP 2 apparatus, the apparatus is assembled, the dissolution medium is equilibrated to 37° C.±0.5° C., the thermometer is removed, the dosage form is placed in the vessel, and the amount of active pharmaceutical ingredient that is released as a function of time is measured.

According to another embodiment of the invention, a stated volume of the dissolution medium is placed in the vessel of the USP 2 apparatus, the apparatus is assembled, the dissolution medium is equilibrated to about 37° C., the thermometer is removed, the dosage form is placed in the vessel, and the amount of active pharmaceutical ingredient that is released as a function of time is measured.

The dissolution profile represents the percentage of the active pharmaceutical ingredient released based on a target amount of the active pharmaceutical ingredient in the formulation. As used herein "target amount" refers to the amount of active pharmaceutical ingredient in each formulation. In certain embodiments, the target amount refers to the label amount and/or label claim.

USP 26/NF 21, chapter 905, defines a protocol used to determine the dosage-unit conformity according to the present invention, and this content uniformity protocol is incorporated herein by reference. According to this protocol, the content uniformity is determined by measuring the amount of active pharmaceutical ingredient in 10 dosage unit samples, and calculating whether the amount of active pharmaceutical ingredient in all the dosage unit samples falls within a range of 85% to 115% of the target amount. If one dosage unit sample is outside the range of 85% to 115% of the target amount and no unit is outside a range of 75% to 125% of the target amount, or if the Relative Standard Deviation (RSD), which is the sample standard deviation expressed as a percentage of the mean, is not greater than 6%, then 20 additional dosage unit samples are tested. After treating at least 30 dosage units, the content uniformity requirement is met if not more than one dosage unit sample is outside the range of 85% to 115% of the target amount, and no unit is outside a range of 75% to 125% of the target amount, and the RSD of the at least 30 dosage units does not exceed 7.8%.

In certain embodiments, the dissolution profile of the compositions disclosed herein can result in, for example, at least about 50%, at least about 70%, at least about 75%, or at least

US 9,375,405 B2

9

about 85%, of the target amount of the calcium receptor-active compound being released from the composition no later than about 30 minutes from the start of the test. In certain embodiments, the dissolution profile of the compositions disclosed herein can comprise at most about 125%, for example at most about 115%, at most about 110%, or at most about 100% of the target amount of the calcium receptor-active compound being released from the composition no later than about 30 minutes from the start of the test. In additional embodiments, the dissolution profile of the compositions disclosed herein can comprise from about 50% to about 125%, for example from about 70% to about 110%, of the target amount of the calcium receptor-active compound being released from the composition no later than about 30 minutes from the start of the test.

Other embodiments of the present invention are directed to a method of making a pharmaceutical composition comprising:

(a) forming a granule comprising a calcium receptor-active compound and at least one pharmaceutically acceptable excipient as disclosed herein; and

(b) controlling the particle size of the granule such that from about 50% to about 125% of a target amount of calcium receptor-active compound is released from the composition no later than about 30 minutes from the start of a test in 0.05 N HCl according to a dissolution test conducted in a USP 2 apparatus at a temperature of 37° C.±0.5° C., and a rotation speed of 75 r.p.m.

Further embodiments of the present invention are directed to a method of making a pharmaceutical composition comprising:

(b) forming a granule comprising a calcium receptor-active compound and at least one pharmaceutically acceptable excipient as disclosed herein; and

(b) controlling the particle size of the granule such that from about 50% to about 125% of a target amount of calcium receptor-active compound is released from the composition no later than about 30 minutes from the start of a test in 0.05 N HCl according to a dissolution test conducted in a USP 2 apparatus at a temperature of about 37° C., and a rotation speed of about 75 r.p.m.

The granule can be formed by any known process, such as high wet shear granulation, low wet shear granulation, fluid bed granulation, rotary granulation, extrusion-spheronization, dry granulation, roller compaction, and the like.

The particle size of the granule of the composition can be controlled by various factors. In certain embodiments of the present invention, the particle size of the granule of the composition can be controlled by the amount of water added to the materials present in a granulator. For example, a desired particle size of the granule can be achieved when the granulator has a volume ranging from about 1 L to about 1200 L, such as from about 65 L to about 1200 L, or from about 300 L to about 800 L, and the amount of water added ranges from about 20% to about 40%, such as from about 30% to about 36%, relative to the amount of dry powders present in the granulator to form the granules.

The granulator's impeller tip speed can also affect the particle size of the granules. In some embodiments, the impeller tip speed, measured in meters per second (m/s), can range from about 5 m/s to about 10 m/s, such as from about 7 m/s to about 9 m/s.

Other embodiments of the present invention are directed to a method of making a pharmaceutical composition comprising

(a) forming a composition comprising a therapeutically effective amount of particles of a calcium receptor-active

10

compound and at least one pharmaceutically acceptable excipient as disclosed herein; and

(b) controlling the particle size of the calcium receptor-active compound such that from about 50% to about 125% of a target amount of the calcium receptor-active compound is released from the composition no later than about 30 minutes from the start of a test in 0.05 N HCl according to a dissolution test conducted in a USP 2 apparatus at a temperature of 37° C.±0.5° C., and a rotation speed of 75 r.p.m.

Additional embodiments of the present invention are directed to a method of making a pharmaceutical composition comprising

(a) forming a composition comprising a therapeutically effective amount of particles of a calcium receptor-active compound and at least one pharmaceutically acceptable excipient as disclosed herein; and

(b) controlling the particle size of the calcium receptor-active compound such that from about 50% to about 125% of a target amount of the calcium receptor-active compound is released from the composition no later than about 30 minutes from the start of a test in 0.05 N HCl according to a dissolution test conducted in a USP 2 apparatus at a temperature of about 37° C., and a rotation speed of about 75 r.p.m.

The size of the particles is controlled during the production of the active pharmaceutical ingredient, for example, by use of a milling step, or a controlled crystallization process. For example, the active pharmaceutical ingredient can be milled using a stainless steel hammer mill with 5 mm screen and 12 hammers forward at a mill speed of 8100±100 rpm, with the feed speed is set at 90±10 rpm.

Yet other embodiments of the present invention are directed to a method for the treatment of a disease or disorder that can be treated by altering a subject's calcium receptor activity. In some embodiments, a method for the treatment of a disease chosen from hyperparathyroidism, such as primary hyperparathyroidism and secondary hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium-phosphorus product comprises administering to a patient, such as human, an effective dosage amount of a pharmaceutical composition comprising a calcium receptor-active compound and at least one pharmaceutically acceptable excipient as disclosed herein, wherein the composition has a dissolution profile in 0.05 N HCl, measured according to a dissolution test conducted in a USP 2 apparatus at a temperature of 37° C.±0.5° C., and at a rotation speed of 75 r.p.m., which comprises from about 50% to about 125% of a target amount of the calcium receptor-active compound being released from the composition in no later than about 30 minutes from the start of the test.

A further embodiment of the present invention is directed to a method for the treatment of a disease chosen from hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium-phosphorus product comprises administering to a patient, such as human, an effective dosage amount of a pharmaceutical composition comprising a calcium receptor-active compound and at least one pharmaceutically acceptable excipient as disclosed herein, wherein the composition has a dissolution profile in 0.05 N HCl, measured according to a dissolution test conducted in a USP 2 apparatus at a temperature of about 37° C., and at a rotation speed of about 75 r.p.m., which comprises from about 50% to about 125% of a target amount of the calcium receptor-active compound being released from the composition in no later than about 30 minutes from the start of the test.

Reference will now be made to the following examples which are not intended to limit the invention. To the contrary,

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

**11**

it will be appreciated that various alternatives, modifications, and equivalents may be included within the spirit and scope of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1: A process Flow diagram showing a process by which 30-, 60- and 90-mg tablets of active pharmaceutical ingredient are prepared.

### EXAMPLES

Three pharmaceutical formulations with target amounts of 30 mg, 60 mg, and 90 mg active pharmaceutical ingredient with the following components were prepared:

| | Weight % (w/w) | 30 mg Tablet Amount (mg) | 60 mg Tablet Amount (mg) | 90 mg Tablet Amount (mg) |
|---|---|---|---|---|
| Cinacalcet HCl | 18.367 | 33.06 | 66.12 | 99.18 |
| Pregelatinized starch (Starch 1500) | 33.378 | 60.08 | 120.16 | 180.24 |
| Microcrystalline cellulose (Avicel PH102) | 6.678 | 12.02 | 24.04 | 36.06 |
| Povidone (Plasdone K29/32) | 2.044 | 3.68 | 7.36 | 11.04 |
| Crospovidone (Polyplasdone XL) | 1.233 | 2.22 | 4.44 | 6.66 |
| Purified Water[1] | — | — | — | — |
| Microcrystalline cellulose (Avicel PH102) | 34.300 | 61.74 | 123.48 | 185.22 |
| Magnesium stearate | 0.500 | 0.90 | 1.80 | 2.70 |
| Colloidal silicon dioxide (Colloidal anhydrous silica) (Cab-O-Sil M5P) | 0.500 | 0.90 | 1.80 | 2.70 |
| Crospovidone (Polyplasdone XL) | 3.000 | 5.40 | 10.80 | 16.20 |
| Core Tablet | 100.000 | 180.00 | 360.00 | 540.00 |
| Purified Water[1] | — | — | — | — |
| Opadry ® II (colored film former) | 4.000 | 7.20 | 14.40 | 21.60 |
| Purified Water[1] | — | — | — | — |
| Opadry ® Clear (clear film former) | 1.500 | 2.70 | 5.40 | 8.10 |
| Carnauba Wax Powder | 0.010 | 0.018 | 0.036 | 0.054 |
| Opacode ® Ink (Black)[2] | — | — | — | — |

[1] The purified Water was removed during processing.
[2] Trace quantities of ink were applied to the coated tablet.

The wet granulation process was conducted in a PMA 800 L high-shear granulator with water serving as the granulation fluid. The cinacalcet HCl and the intra-granulation excipients (pregelatinized starch, microcrystalline cellulose, povidone, and crospovidone) were dry-mixed for 1 to 2 minutes with an impeller speed set point at 116±10 rpm, followed by granulation with 30.0% to 36.0% w/w water (based on intra-granular lot size; target was 34.9% w/w) with an impeller speed set point at 116±10 rpm and at a slow or fast chopper speed (target was slow speed). During the granulation process water was delivered at 9.8±0.5 kg/min.

Following granulation, the mixture was wet-milled using an in-line Comil equipped with a 0.375" (0.953 cm) opening screen and an impeller speed set point at 1400±50 rpm. The mixture was then discharged into a fluid-bed dryer.

After completion of the wet-milling process, the granulation mixture was dried in an Aeromatic MP6 fluid bed dryer with an inlet temperature set point at 70°±5° C. When the outlet temperature reached 37° C. to 41° C., samples were taken to determine moisture levels by loss on drying (LOD). The granules were dried until the average moisture levels reached 1.0% to 2.5%.

**12**

The dried granulation mixture was milled through a Quadro Mill 196S (Comil) equipped with a 0.055" (0.140 cm) opening screen at an impeller speed of 1650±50 rpm into a 1000 L Gallay tote.

Except for magnesium stearate, the extra-granular excipients were blended in a 650 L Gallay tote blender for 7±1 minutes at 12±1 rpm. This mixture was further blended with the dry-milled granulation in a 1000 L Gallay tote blender for 15±5 minutes at 12±1 rpm, and then for 6±1 minutes at 12±1 rpm after magnesium stearate was added for lubrication.

The final lubricated blend was compressed into tablets containing 30-, 60-, or 90 mg of the free base equivalent of active cinacalcet HCl using a Unipress 27 tablet press set to a speed of 2000±300 tablets per minute and equipped with a force feeder. Throughout the compression operation, individual tablet weights (target weights of 180, 360, and 540 mg for 30-, 60-, and 90-mg tablets, respectively), the average weight of 10 tablets, tablet hardness and thickness were monitored at pre-determined intervals.

The color-coating suspension and clear-coating solution were prepared by slowly adding either the Opadry® II (green) or Opadry® Clear into purified water while mixing until uniform (≥45 minutes). The color suspension and clear solution deaerated for ≥45 minutes before the spraying process began, and were used within a pre-determined time limit.

Each lot was film-coated with color and clear coats in a Vector Hi-Coater 48" pan. The color-coating suspension was applied onto a moving core tablet bed (pan speed=4 to 7 rpm) and a spray rate of 250±50 grams per minute per 3 guns. The distance between the spray guns and the tablet bed was approximately 8" (20 cm) to 11" (28 cm), and the air volume was 600±200 ft³ per minute (17.1±5.7 m³ per minute) with a pan pressure differential maintained between −0.1" (−0.25 cm) to −0.3" (−0.76 cm) of water. Supply air temperature was adjusted to 80±10° C. to maintain an exhaust temperature of 41±3° C.

When the clear-coating application was completed, the heater and the air supply was turned off and the wax was spread evenly over the moving tablet bed (after it reached ≤37° C.) with a pan speed of 4 to 7 rpm. The tablets were rotated for 5±1 minutes, and after the supply air and exhaust fan were turned on, the tablets were rotated for an additional 5±1 minutes with a pan speed of 4 to 7 rpm and supply air of 600±200 ft³ per minute (17.1±5.7 m³ per minute). The pan was jogged until the tablet bed temperature reached ≤30° C.

An Ackley ink-based offset printer was used to produce 2-sided printed tablets.

The dissolution profile of the three formulations was measured according to the dissolution protocol described in the USP 26/NF 21, chapter 711 using a USP 2 apparatus at a temperature of about 37° C., and at a rotation speed of about 75 r.p.m. The dissolution profile of the formulations in which at least about 75% of the cinacalcet HCl was released from the composition in no later than about 30 minutes from the start of the test is set forth in Table 2.

### TABLE 2

| Time (min) | 30 mg Tablet | 60 mg Tablet | 90 mg Tablet |
|---|---|---|---|
| 15 | 85.3 | 81.9 | 80.8 |
| 30 | 95.2 | 93.8 | 93.4 |
| 45 | 97.7 | 97.7 | 97.9 |
| 60 | 98.7 | 98.8 | 99.8 |

The content uniformity of the three formulations were measured in accordance with USP 26/NF 21, chapter 905,

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

US 9,375,405 B2

**13**

described in detail above. The content uniformity and for each of the three formulations is set forth in Table 3.

TABLE 3

| | 30 mg Tablet | | 60 mg Tablet | | 90 mg Tablet | |
|---|---|---|---|---|---|---|
| Container | Mean (10 tablets) | % RSD | Mean (10 tablets) | % RSD | Mean (10 tablets) | % RSD |
| 1 (beg.) | 98.5 | 0.8 | 96.7 | 1.6 | 99.7 | 1.2 |
| 5 | 98.8 | 0.8 | 98.5 | 0.8 | 100.7 | 0.9 |
| 11 | 98.5 | 0.6 | 98.3 | 1.0 | 99.9 | 0.7 |
| 16 | 98.3 | 0.8 | 97.6 | 1.3 | 99.9 | 0.5 |
| 22 | 98.3 | 1.0 | 96.3 | 1.8 | 100.7 | 0.9 |
| end | 98.0 | 0.6 | 95.8 | 1.9 | 99.3 | 0.8 |

What is claimed is:

1. A pharmaceutical composition comprising:
(a) from about 10% to about 40% by weight of cinacalcet HCl in an amount of from about 20 mg to about 100 mg;
(b) from about 45% to about 85% by weight of a diluent selected from the group consisting of microcrystalline cellulose, starch, dicalcium phosphate, lactose, sorbitol, mannitol, sucrose, methyl dextrins, and mixtures thereof,
(c) from about 1% to about 5% by weight of at least one binder selected from the group consisting of povidone, hydroxypropyl methylcellulose, hydroxypropyl cellulose, sodium carboxymethylcellulose, and mixtures thereof; and
(d) from about 1% to 10% by weight of at least one disintegrant selected from the group consisting of crospovidine, sodium starch glycolate, croscarmellose sodium, and mixtures thereof,
wherein the percentage by weight is relative to the total weight of the composition, and wherein the composition is for the treatment of at least one of hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium phosphorus product.

2. The composition according to claim 1, further comprising at least one excipient selected from the group consisting of lubricants and clear and color coating materials.

3. The composition according to claim 1, further comprising from about 1% to about 6% by weight of at least one coating material selected from the group consisting of clear and color coating materials wherein the percentage by weight is relative to the total weight of the composition.

4. The composition according to claim 1, further comprising from about 0.05% to about 5% of at least one additive selected from the group consisting of glidants, lubricants and adherents, wherein the percentage by weight is relative to the total weight of the composition.

5. The composition according to claim 1, wherein the at least one binder is povidone.

6. The composition according to claim 1, wherein the at least one disintegrant is crospovidone.

7. The composition according to claim 6 wherein the form of the cinacalcet HCl is selected from the group consisting of needle-shape particles, rod-shape particles, plate-shaped particles, and mixtures thereof.

8. The composition according to claim 1, wherein the cinacalcet HCl is in a form selected from the group consisting of amorphous powders, crystalline particles, and mixtures thereof.

9. The composition according to claim 8 wherein the particle $D_{50}$ of the cinacalcet HCl particles is less than or equal to about 50 μm.

**14**

10. The composition according to claim 9, wherein the granules have a granule $D_{50}$ measured using a sieve analysis ranging from about 50 μm to about 150 μm.

11. The composition according to claim 9, wherein the granules have a granule $D_{50}$ measured using a sieve analysis ranging from about 80 μm to about 130 μm.

12. The composition according to claim 11, wherein the crospovidone is present intergranularly.

13. The composition according to claim 11, wherein the crospovidone is present intragranularly.

14. The composition according to claim 9, wherein the disintegrant is crospovidone and the crospovidone is present intergranularly, intragranularly, or a combination thereof.

15. The composition according to claim 1 wherein the composition comprises granules.

16. The composition according to claim 1 further comprising from about 0.05% to about 1.5% by weight of colloidal silicon dioxide relative to the total weight of the composition.

17. The composition according to claim 1 further comprising from about 0.05% to about 1.5% by weight of magnesium stearate relative to the total weight of the composition.

18. The composition according to claim 1, wherein the hyperparathyroidism is primary hyperparathyroidism or secondary hyperparathyroidism.

19. The composition according to claim 1, wherein the diluent is microcrystalline cellulose or starch.

20. A pharmaceutical composition comprising:
(a) from about 10% to about 40% by weight of cinacalcet HCl in an amount of from about 20 mg to about 100 mg;
(b) from about 45% to about 85% by weight of a diluent selected from the group consisting of microcrystalline cellulose, starch, dicalcium phosphate, lactose, sorbitol, mannitol, sucrose, methyl dextrins, and mixtures thereof,
(c) from about 1% to about 5% by weight of at least one binder selected from the group consisting of povidone, hydroxypropyl methylcellulose, hydroxypropyl cellulose, sodium carboxymethylcellulose, and mixtures thereof; and
(d) from about 1% to 10% by weight of at least one disintegrant selected from the group consisting of crospovidine, sodium starch glycolate, croscarmellose sodium, and mixtures thereof,
wherein the disintegrant is at least present intragranularly and wherein the composition is for the treatment of at least one of hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium phosphorus product.

21. A pharmaceutical composition comprising:
(a) from about 10% to about 40% by weight of cinacalcet HCl in an amount of from about 20 mg to about 100 mg;
(b) from about 5% to about 10% by weight of starch;
(b) from about 40% to about 75% by weight of microcrystalline cellulose,
(c) from about 1% to about 5% by weight of povidone, and
(d) from about 1% to 10% by weight of crospovidone,
wherein the percentage by weight is relative to the total weight of the composition, and wherein the composition is for the treatment of at least one of hyperparathyroidism, hyperphosphonia, hypercalcemia, and elevated calcium phosphorus product.

22. The composition according to claim 21 further comprising from about 0.05% to about 1.5% by weight of colloidal silicon dioxide relative to the total weight of the composition.

US 9,375,405 B2

15 16

23. The composition according to claim 21 further comprising from about 0.05% to about 1.5% by weight of magnesium stearate relative to the total weight of the composition.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 04/05/2017

# EXHIBIT 2

# Pharmaceutics
## The Science of Dosage Form Design

Edited by

**Michael E. Aulton** BPharm PhD FAAPS MRPharmS
Professor of Pharmaceutical Technology,
School of Pharmacy,
De Montfort University,
Leicester, UK

SECOND EDITION


CHURCHILL
LIVINGSTONE

EDINBURGH  LONDON  NEW YORK  PHILADELPHIA  ST LOUIS  SYDNEY  TORONTO  2002

CHURCHILL LIVINGSTONE
An imprint of Harcourt Publishers Limited

© Harcourt Publishers Limited 2002

 is a registered trademark of Harcourt Publishers Limited

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system, or transmitted in any
form or by any means, electronic, mechanical, photocopying,
recording or otherwise, without either the prior permission of
the publishers (Harcourt Publishers Limited, Harcourt Place,
32 Jamestown Road, London NW1 7BY), or a licence
permitting restricted copying in the United Kingdom issued
by the Copyright Licensing Agency, 90 Tottenham Court
Road, London W1P 0LP.

First published 1988
Second Edition 2002

Standard edition ISBN 0 443 05517 3

International Student Edition ISBN 0 443 05550 5

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British
Library

**Library of Congress Cataloging in Publication Data**
A catalog record for this book is available from the Library of
Congress

**Note**
Medical knowledge is constantly changing. As new
information becomes available, changes in treatment,
procedures, equipment and the use of drugs become
necessary. The editor, contributors and the publishers have
taken care to ensure that the information given in this text is
accurate and up to date. However, readers are strongly
advised to confirm that the information, especially with
regard to drug usage, complies with the latest legislation and
standards of practice.

The
publisher's
policy is to use
paper manufactured
from sustainable forests

Printed in Spain

### To improve the flow properties of the mix

Many powders, because of their small size, irregular shape or surface characteristics, are cohesive and do not flow well. Poor flow will often result in a wide weight variation within the final product owing to variable fill of tablet dies etc. Granules produced from such a cohesive system will be larger and more isodiametric, both factors contributing to improved flow properties.

### To improve the compaction characteristics of the mix

Some powders are difficult to compact even if a readily compactable adhesive is included in the mix, but granules of the same formulation are often more easily compacted and produce stronger tablets. This is associated with the distribution of the adhesive within the granule and is a function of the method employed to produce the granule. Often solute migration (see Chapter 26) occurring during the postgranulation drying stage results in a binder-rich outer layer to the granules. This in turn leads to direct binder–binder bonding, which assists the consolidation of weakly bonding materials.

### Other reasons

The above are the primary reasons for the granulation of pharmaceutical products, but there are other reasons that may necessitate the granulation of powdered material:

1. The granulation of toxic materials will reduce the hazard associated with the generation of toxic dust that may arise when handling powders. Suitable precautions must be taken to ensure that such dust is not a hazard during the granulation process. Thus granules should be non-friable and have a suitable mechanical strength.
2. Materials which are slightly hygroscopic may adhere and form a cake if stored as a powder. Granulation may reduce this hazard, as the granules will be able to absorb some moisture and yet retain their flowability because of their size.
3. Granules, being denser than the parent powder mix, occupy less volume per unit weight. They are therefore more convenient for storage or shipment.

### Methods of granulation

Granulation methods can be divided into two types: **wet** methods, which use a liquid in the

process, and **dry** methods in which no liquid is used.

In a suitable formulation a number of different excipients will be needed in addition to the drug. The common types used are diluents, to produce a unit dose weight of suitable size, and disintegrating agents, which are added to aid the break-up of the granule when it reaches a liquid medium, e.g. on ingestion by the patient. Adhesives in the form of a dry powder may also be added, particularly if dry granulation is employed. These ingredients will be mixed before granulation.

### Dry granulation

In the dry methods of granulation the primary powder particles are aggregated under high pressure. There are two main processes. Either a large tablet (known as a '**slug**') is produced in a heavy-duty tabletting press (a process known as '**slugging**') or the powder is squeezed between two rollers to produce a sheet of material ('**roller compaction**'). In both cases these intermediate products are broken using a suitable milling technique to produce granular material, which is usually sieved to separate the desired size fraction. The unused fine material may be reworked to avoid waste. This dry method may be used for drugs that do not compress well after wet granulation, or those which are sensitive to moisture.

### Wet granulation (involving wet massing)

Wet granulation involves the massing of a mix of dry **primary powder particles** using a **granulating fluid**. The fluid contains a solvent which must be volatile so that it can be removed by drying, and be non-toxic. Typical liquids include water, ethanol and isopropanol, either alone or in combination. The granulation liquid may be used alone or, more usually, as a solvent containing a dissolved **adhesive** (also referred to as a **binder** or **binding agent**) which is used to ensure particle adhesion once the granule is dry.

Water is commonly used for economical and ecological reasons. Its disadvantages as a solvent are that it may adversely affect drug stability, causing hydrolysis of susceptible products, and it needs a longer drying time than do organic solvents. This increases the length of the process and again may affect stability because of the extended exposure to heat. The primary advantage of water is that it is non-flammable, which means that expensive safety precautions such as the use of flameproof equipment need not be taken. Organic solvents are used when

water-sensitive drugs are processed, as an alternative to dry granulation, or when a rapid drying time is required.

In the traditional wet granulation method the wet mass is forced through a sieve to produce wet granules which are then dried. A subsequent screening stage breaks agglomerates of granules and removes the fine material, which can than be recycled. Variations of this traditional method depend on the equipment used, but the general principle of initial particle aggregation using a liquid remains in all of the processes.

### Effect of granulation method on granule structure

The type and capacity of granulating mixers significantly influences the work input and time necessary to produce a cohesive mass, adequate liquid distribution and intragranular porosity of the granular mass. The method and conditions of granulation affect intergranular and intragranular pore structure by changing the degree of packing within the granules. It has been shown that precompressed granules, consisting of compressed drug and binder particles, are held together by simple bonding during compaction. Granules prepared by wet massing consist of intact drug particles held together in a sponge-like matrix of binder. Fluidized-bed granules are similar to those prepared by the wet massing process, but possess greater porosity and the granule surface is covered by a film of binding agent. With spray-dried systems the granules consist of spherical particles composed of an outer shell and an inner core of particles. Thus the properties of the granule are influenced by the manufacturing process.

## GRANULATION MECHANISMS

### Particle-bonding mechanisms

To form granules, bonds must be formed between powder particles so that they adhere and these bonds must be sufficiently strong to prevent breakdown of the granule to powder in subsequent handling operations.

There are five primary bonding mechanisms between particles:

1. Adhesion and cohesion forces in the immobile liquid films between individual primary powder particles;

2. Interfacial forces in mobile liquid films within the granules;
3. The formation of solid bridges after solvent evaporation;
4. Attractive forces between solid particles;
5. Mechanical interlocking.

Different types of mechanism were identified in each group and the ones discussed below are those that are relevant to pharmaceutical granulations.

### Adhesion and cohesion forces in immobile films

If sufficient liquid is present in a powder to form a very thin, immobile layer, there will be an effective decrease in interparticulate distance and an increase in contact area between the particles. The bond strength between the particles will be increased because of this, as the van der Waals forces of attraction are proportional to the particle diameter and inversely proportional to the square of the distance of separation.

This situation will arise with adsorbed moisture and accounts for the cohesion of slightly damp powders. Although such films may be present as residual liquid after granules prepared by wet granulation have been dried, it is unlikely that they contribute significantly to the final granule strength. In dry granulation, however, the pressures used will increase the contact area between the adsorption layers and decrease the interparticulate distance, and this will contribute to the final granule strength.

Thin, immobile layers may also be formed by highly viscous solutions of adhesives, and so the bond strength will be greater than that produced by the mobile films discussed below. The use of starch mucilage in pharmaceutical granulations may produce this type of film.

### Interfacial forces in mobile liquid films

During wet granulation liquid is added to the powder mix and will be distributed as films around and between the particles. Sufficient liquid is usually added to exceed that necessary for an immobile layer and to produce a mobile film. There are three states of water distribution between particles, which are illustrated in Figure 25.2.

At low moisture levels, termed the *pendular state,* the particles are held together by lens-shaped rings of liquid. These cause adhesion because of the surface tension forces of the liquid/air interface and the hydrostatic suction pressure in the liquid bridge. When all the air has been displaced from between



**Fig. 25.2** Water distribution between particles of a granule during formation and drying.

the particles the **capillary state** is reached, and the particles are held by capillary suction at the liquid/air interface, which is now only at the granule surface. The **funicular state** represents an intermediate stage between the pendular and capillary states. Moist granule tensile strength increases about three times between the pendular and the capillary state.

It may appear that the state of the powder bed is dependent upon the total moisture content of the wetted powders, but the capillary state may also be reached by decreasing the separation of the particles. In the massing process during wet granulation, continued kneading/mixing of material originally in the pendular state will densify the wet mass, decreasing the pore volume occupied by air and eventually producing the funicular or capillary state without further liquid addition.

In addition to these three states, a further state, the droplet, is illustrated in Figure 25.2. This will be important in the process of granulation by spray-drying of a suspension. In this state, the strength of the droplet is dependent upon the surface tension of the liquid used.

These wet bridges are only temporary structures in wet granulation because the moist granules will be dried. They are, however, a prerequisite for the formation of solid bridges formed by adhesives present in the liquid, or by materials that dissolve in the granulating liquid.

### Solid bridges

These can be formed by:

1. partial melting
2. hardening binders
3. crystallization of dissolved substances.

*Partial melting*   Although not considered to be a predominant mechanism in pharmaceutical materials, it is possible that the pressures used in dry granulation methods may cause melting of low melting-point materials where the particles touch and high pressures are developed. When the pressure is relieved, crystallization will take place and bind the particles together.

*Hardening binders*   This is the common mechanism in pharmaceutical wet granulations when an adhesive is included in the granulating solvent. The liquid will form liquid bridges, as discussed above, and the adhesive will harden or crystallize on drying to form solid bridges to bind the particles. Adhesives such as polyvinylpyrrolidone, the cellulose derivatives (such as carboxymethylcellulose) and pregelatinized starch function in this way.

*Crystallization of dissolved substances*   The solvent used to mass the powder during wet granulation may partially dissolve one of the powdered ingredients. When the granules are dried, crystallization of this material will take place and the dissolved substance then acts as a hardening binder. Any material soluble in the granulating liquid will function in this manner, e.g. lactose incorporated into dry powders granulated with water.

The size of the crystals produced in the bridge will be influenced by the rate of drying of the granules: the slower the drying time, the larger the particle size. It is therefore important that the drug does not dissolve in the granulating liquid and recrystallize, because it may adversely affect the dissolution rate of the drug if crystals larger than that of the starting material are produced.

### Attractive forces between solid particles

In the absence of liquids and solid bridges formed by binding agents, there are two types of attractive force that can operate between particles in pharmaceutical systems.

Electrostatic forces may be important in causing powder cohesion and the initial formation of agglomerates, e.g. during mixing. In general they do not contribute significantly to the final strength of the granule.

Van der Waals forces, however, are about four orders of magnitude greater than electrostatic forces and contribute significantly to the strength of granules produced by dry granulation. The magnitude of these forces will increase as the distance between

Case 1:18-cv-00956-MSG   Document 71   Filed 06/28/19   Page 25 of 103 PageID #: 1638

procedure. The degree of crystallinity will affect the physical and technical properties of the particles, e.g. in terms of hygroscopicity and powder compactability.

Microcrystalline cellulose is prepared by hydrolysis of cellulose followed by spray drying. The particles thus formed are aggregates of smaller cellulose fibres. Depending on the preparation conditions, aggregates of different particle size can be prepared which have different flowabilities.

A final important example of a common filler is an inorganic substance, dicalcium phosphate dihydrate. This is insoluble in water and non-hygroscopic but is hydrophilic, i.e. easily wetted by water. The substance can be obtained both in a fine particulate form, mainly used in granulation, and in an aggregated form. The latter possesses good flowability and is used in tablet production by direct compaction. Calcium phosphate is slightly alkaline and may thus be incompatible with drugs sensitive to alkaline conditions.

## Disintegrant

A disintegrant is included in the formulation to ensure that the tablet, when in contact with a liquid, breaks up into small fragments, which promotes rapid drug dissolution. Ideally, the tablet should break up into individual drug particles in order to obtain the largest possible effective surface area during dissolution.

The disintegration process for a tablet occurs in two steps. First, the liquid wets the solid and penetrates the pores of the tablet. Thereafter, the tablet breaks into smaller fragments. The actual fragmentation of the tablet can also occur in steps, i.e. the tablet disintegrates into aggregates of primary particles which subsequently deaggregate into their primary drug particles. A deaggregation directly into primary powder particles will set up conditions for the fastest possible dissolution of the drug. A scheme for the release of the drug from a disintegrating tablet is shown in Fig. 27.7.

Several mechanisms of action of disintegrants have been suggested, such as swelling of particles, exothermic wetting reaction, particle repulsion and particle deformation recovery. However, as two main processes are involved in the disintegration event, disintegrants to be used in plain tablets are here classified into two types:

1. *Disintegrants that facilitate water uptake.* These disintegrants act by facilitating the transport of liquids into the pores of the tablet, with the consequence that the tablet may break into fragments. One obvious type of substance that can promote liquid penetration are surface active agents. Such substances are used to make the drug particle surfaces more hydrophilic and thus promote the wetting of the solid and the penetration of the liquid into the pores of the tablet. It has also been suggested that other substances can promote the liquid penetration using capillary forces to suck water into the pores of the tablet.

2. *Disintegrants that will rupture the tablet.* Rupturing of tablets can be caused by swelling of the disintegrant particles during sorption of water. However, it has also been suggested that non-swelling disintegrants can break the tablet, and different mechanisms have been suggested. One such concerns a repulsion of particles in contact with water and another the recovery of deformed particles to their original shape in contact with water, i.e. particles which have been deformed during compaction.

The most traditionally used disintegrant in conventional tablets is starch, among which potato, maize and corn starches are the most common types used. The typical concentration range of starch in a tablet formulation is up to 10%. Starch particles swell in contact with water and this swelling can subsequently disrupt the tablet. However, it has also been suggested that starch particles may facilitate disintegration by particle–particle repulsion.

The most common and effective disintegrants act via a swelling mechanism and a series of effective swelling disintegrants have been developed which can swell dramatically during water uptake and thus quickly and effectively break the tablet. These are normally modified starch or modified cellulose. High-swelling disintegrants are included in the formulation at relatively low concentrations, typically 1–5% by weight.

Disintegrants can be mixed with other ingredients prior to granulation and thus be incorporated within the granules (intragranular addition). It is also common for the disintegrant to be mixed with the dry granules before the complete powder mix is compacted (extragranular addition). The latter procedure will contribute to an effective disintegration of the tablet into smaller fragments. Disintegrants may also be incorporated as both an intragranular and an extragranular portion.

A third group of disintegrants functions by producing gas, normally carbon dioxide, in contact with water. Such disintegrants are used in effervescent tablets and normally not in tablets that should be swallowed as a solid. The liberation of carbon dioxide



**Fig. 27.7**   Mechanistic representation of the drug release process from a tablet by disintegration and dissolution. From Wells, J.I. and Rubinstein, M.W. (1976) *Pharm. J.* **217**, 629.

obtained by the decomposition of bicarbonate or carbonate salts in contact with acidic water. The acidic pH is accomplished by the incorporation of a weak acid in the formulation, such as citric acid and tartaric acid.

## Binder

A binder (also sometimes called adhesive) is added to a drug–filler mixture to ensure that granules and tablets can be formed with the required mechanical

strength. Binders can be added to a powder in different ways:

- As a dry powder which is mixed with the other ingredients before wet agglomeration. During the agglomeration procedure the binder might thus dissolve partly or completely in the agglomeration liquid;
- As a solution which is used as agglomeration liquid during wet agglomeration. The binder is here often referred to as a *solution binder*.
- As a dry powder which is mixed with the other ingredients before compaction (slugging or tabletting). The binder is here often referred to as a *dry binder*.

Both solution binders and dry binders are included in the formulation at relatively low concentrations, typically 2–10% by weight. Common traditional solution binders are starch, sucrose and gelatin. More commonly used binders today, with improved adhesive properties, are polymers such as polyvinyl-pyrrolidone and cellulose derivatives (in particular hydroxypropyl methylcellulose). Important examples of dry binders are microcrystalline cellulose and crosslinked polyvinylpyrrolidone.

Solution binders are generally considered the most effective, and this is therefore the most common way of incorporating a binder into granules; the granules thus formed are often referred to as binder–substrate granules. It is not uncommon, however, for a dry binder to be added to the dry binder–substrate granules before tabletting in order to further improve the compactability of the granulation.

## Glidant

The role of the glidant is to improve the flowability of the powder. This is especially important during tablet production at high production speeds and during direct compaction. However, because the requirement for adequate flow is high, a glidant is often also added to a granulation before tabletting.

Traditionally, talc has been used as a glidant in tablet formulations, in concentrations of about 1–2% by weight. Today, the most commonly used glidant is probably colloidal silica, added in very low proportions (about 0.2% by weight). Because the silica particles are very small they adhere to the particle surfaces of the other ingredients and improve flow by reducing interparticulate friction. Magnesium stearate, normally used as a lubricant, can also promote powder flow at low concentrations (< 1% by weight).

## Lubricant

The function of the lubricant is to ensure that tablet formation and ejection can occur with low friction between the solid and the die wall. High friction during tabletting can cause a series of problems, including inadequate tablet quality (capping or even fragmentation of tablets during ejection, and vertical scratches on tablet edges) and may even stop production. Lubricants are thus included in almost all tablet formulations.

Lubrication is achieved by mainly two mechanisms: *fluid lubrication* and *boundary lubrication* (Fig. 27.8). In fluid lubrication a layer of fluid is located between and separates the moving surfaces of the solids from each other and thus reduces the friction. Fluid lubricants are seldom used in tablet formulations. However, liquid paraffin has been used, such as in formulations for effervescent tablets.

Boundary lubrication is considered as a surface phenomenon, as here the sliding surfaces are separated by only a very thin film of lubricant. The nature of the solid surfaces will therefore affect friction. In boundary lubrication the friction coefficient and wear of the solids are higher than with fluid lubrication. All substances that can affect interaction between sliding surfaces can be described as boundary lubricants, including adsorbed gases. The lubricants used in tablet formulations acting by boundary lubrication are fine particulate solids.

A number of mechanisms have been discussed for these boundary lubricants, including that lubricants are substances that show a low resistance towards shearing. The most effective of the boundary lubricants are stearic acid or stearic acid salts, primarily



**Fig. 27.8** Schematic illustration of lubrication mechanisms by fluid and boundary lubrication.

# EXHIBIT 3

# Handbook of Pharmaceutical Excipients

## Sixth edition

Edited by
**Raymond C Rowe, Paul J Sheskey and Marian E Quinn**



Pharmaceutical Press

APhA

# Handbook of Pharmaceutical Excipients

# Handbook of Pharmaceutical Excipients

## SIXTH EDITION

*Edited by*

**Raymond C Rowe** BPharm, PhD, DSC, FRPharmS, FRSC, CPhys, MInstP

**Chief Scientist**
*Intelligensys Ltd, Stokesley, North Yorkshire, UK*

**Paul J Sheskey** BSc, RPh

**Application Development Leader**
*The Dow Chemical Company, Midland, MI, USA*

**Marian E Quinn** BSc, MSc

**Development Editor**
*Royal Pharmaceutical Society of Great Britain, London, UK*





London • Chicago   Pharmaceutical Press

**Published by the Pharmaceutical Press**
An imprint of RPS Publishing

1 Lambeth High Street, London SE1 7JN, UK
100 South Atkinson Road, Suite 200, Grayslake, IL 60030-7820, USA

**and the American Pharmacists Association**
2215 Constitution Avenue, NW, Washington, DC 20037-2985, USA

© Pharmaceutical Press and American Pharmacists Association 2009

 is a trade mark of RPS Publishing

RPS Publishing is the publishing organisation of the Royal Pharmaceutical Society of Great Britain

First published 1986
Second edition published 1994
Third edition published 2000
Fourth edition published 2003
Fifth edition published 2006
Sixth edition published 2009

Typeset by Data Standards Ltd, Frome, Somerset
Printed in Italy by L.E.G.O. S.p.A.

ISBN 978 0 85369 792 3 (UK)
ISBN 978 1 58212 135 2 (USA)

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system, or transmitted in any
form or by any means, without the prior written permission
of the copyright holder.
   The publisher makes no representation, express or implied,
with regard to the accuracy of the information contained in
this book and cannot accept any legal responsibility or
liability for any errors or omissions that may be made.

*A catalogue record for this book is available from the British Library*



material. However, as with other cellulose derivatives, oral consumption of large amounts of carboxymethylcellulose calcium may have a laxative effect.

*See also* Carboxymethylcellulose Sodium.

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Carboxymethylcellulose calcium may be irritant to the eyes; eye protection is recommended.

## 16   Regulatory Status

Included in the FDA Inactive Ingredients Database (oral, capsules and tablets). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17   Related Substances

Carboxymethylcellulose sodium; croscarmellose sodium.

## 18   Comments

Carboxymethylcellulose calcium is one of the materials that have been selected for harmonization by the Pharmacopeial Discussion Group. For further information see the General Information Chapter <1196> in the USP32–NF27, the General Chapter 5.8 in PhEur 6.0, along with the 'State of Work' document on the PhEur EDQM website, and also the General Information Chapter 8 in the JP XV.

## 19   Specific References

1   Khan KA, Rooke DJ. Effect of disintegrant type upon the relationship between compressional pressure and dissolution efficiency. *J Pharm Pharmacol* 1976; **28**(8): 633–636.
2   Kitamori N, Makino T. Improvement in pressure-dependent dissolution of trepibutone tablets by using intragranular disintegrants. *Drug Dev Ind Pharm* 1982; **8**(1): 125–139.
3   Roe TS, Chang KY. The study of Key-Jo clay as a tablet disintegrator. *Drug Dev Ind Pharm* 1986; **12**(11–13): 1567–1585.
4   Ozeki T *et al.* Design of rapidly disintegrating oral tablets using acid-treated yeast cell wall: a technical note. *AAPS Pharm Sci Tech* 2003; **4**(4): E70.

## 20   General References

Doelker E. Cellulose derivatives. *Adv Polym Sci* 1993; **107**: 199–265.
European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–143. http://www.edq-m.eu/site/-614.html (accessed 3 February 2009).

## 21   Author

JC Hooton.

## 22   Date of Revision

3 February 2009.

---

# ℰⓊ Carboxymethylcellulose Sodium

## 1   Nonproprietary Names

BP: Carmellose Sodium
JP: Carmellose Sodium
PhEur: Carmellose Sodium
USP: Carboxymethylcellulose Sodium

## 2   Synonyms

*Akucell*; *Aqualon CMC*; *Aquasorb*; *Blanose*; *Carbose D*; carmellosum natricum; *Cel-O-Brandt*; cellulose gum; *Cethylose*; CMC sodium; E466; *Finnfix*; *Glykocellan*; *Nymcel ZSB*; SCMC; sodium carboxymethylcellulose; sodium cellulose glycolate; *Sunrose*; *Tylose CB*; *Tylose MGA*; *Walocel C*; *Xylo-Mucine*.

## 3   Chemical Name and CAS Registry Number

Cellulose, carboxymethyl ether, sodium salt  [9004-32-4]

## 4   Empirical Formula and Molecular Weight

The USP 32 describes carboxymethylcellulose sodium as the sodium salt of a polycarboxymethyl ether of cellulose.

## 5   Structural Formula



Structure shown with a degree of substitution (DS) of 1.0.

**C**

**SEM 1:** Excipient: carboxymethylcellulose sodium; manufacturer: Buckeye Cellulose Corp.; lot no.: 9247 AP; magnification: 120×; voltage: 10 kV.



100 µm

**SEM 2:** Excipient: carboxymethylcellulose sodium; manufacturer: Ashland Aqualon Functional Ingredients; lot no.: 21 A-1 (44390); magnification: 600×; voltage: 10 kV.



20 µm

## 6  Functional Category

Coating agent; stabilizing agent; suspending agent; tablet and capsule disintegrant; tablet binder; viscosity-increasing agent; water-absorbing agent.

## 7  Applications in Pharmaceutical Formulation or Technology

Carboxymethylcellulose sodium is widely used in oral and topical pharmaceutical formulations, primarily for its viscosity-increasing properties. Viscous aqueous solutions are used to suspend powders intended for either topical application or oral and parenteral administration.[1,2] Carboxymethylcellulose sodium may also be used as a tablet binder and disintegrant,[3–6] and to stabilize emulsions.[7,8]

Higher concentrations, usually 3–6%, of the medium-viscosity grade are used to produce gels that can be used as the base for applications and pastes; glycols are often included in such gels to

prevent them drying out. Carboxymethylcellulose sodium is also used in self-adhesive ostomy, wound care,[9] and dermatological patches as a muco-adhesive and to absorb wound exudate or transepidermal water and sweat. This muco-adhesive property is used in products designed to prevent post-surgical tissue adhesions;[10–12] to localize and modify the release kinetics of active ingredients applied to mucous membranes; and for bone repair. Encapsulation with carboxymethylcellulose sodium can affect drug protection and delivery.[6,13] There have also been reports of its use as a cyto-protective agent.[14,15]

Carboxymethylcellulose sodium is also used in cosmetics, toiletries,[16] surgical prosthetics,[17] and incontinence, personal hygiene, and food products.

See Table I.

**Table I:** Uses of carboxymethylcellulose sodium.

| Use | Concentration (%) |
| --- | --- |
| Emulsifying agent | 0.25–1.0 |
| Gel-forming agent | 3.0–6.0 |
| Injections | 0.05–0.75 |
| Oral solutions | 0.1–1.0 |
| Tablet binder | 1.0–6.0 |

## 8  Description

Carboxymethylcellulose sodium occurs as a white to almost white, odorless, tasteless, granular powder. It is hygroscopic after drying. See also Section 18.

## 9  Pharmacopeial Specifications

See Table II. See also Section 18.

**Table II:** Pharmacopeial specifications for carboxymethylcellulose sodium.

| Test | JP XV | PhEur 6.0 | USP 32 |
| --- | --- | --- | --- |
| Identification | + | + | + |
| Characters | + | + | — |
| pH (1% w/v solution) | 6.0–8.0 | 6.0–8.0 | 6.5–8.5 |
| Appearance of solution | + | + | — |
| Viscosity | — | + | — |
| Loss on drying | ⩽10.0% | ⩽10.0% | ⩽10.0% |
| Heavy metals | ⩽20 ppm | ⩽20 ppm | ⩽0.002% |
| Chloride | ⩽0.640% | ⩽0.25% | — |
| Arsenic | ⩽10 ppm | — | — |
| Sulfate | ⩽0.960% | — | — |
| Silicate | ⩽0.5% | — | — |
| Sodium glycolate | — | ⩽0.4% | — |
| Starch | + | — | — |
| Sulfated ash | — | 20.0–33.3% | — |
| Assay (of sodium) | 6.5–8.5% | 6.5–10.8% | 6.5–9.5% |

## 10  Typical Properties

**Density (bulk)**  0.52 g/cm³
**Density (tapped)**  0.78 g/cm³
**Dissociation constant**  p$K_a$ = 4.30
**Melting point**  Browns at approximately 227°C, and chars at approximately 252°C.
**Moisture content**  Typically contains less than 10% water. However, carboxymethylcellulose sodium is hygroscopic and absorbs significant amounts of water at temperatures up to 37°C at relative humidities of about 80%. See Section 11. See also Figure 1.
**NIR spectra**  see Figure 2.
**Solubility**  Practically insoluble in acetone, ethanol (95%), ether, and toluene. Easily dispersed in water at all temperatures,

C



**Figure 1:** Sorption–desorption isotherm of carboxymethylcellulose sodium.



**Figure 2:** Near-infrared spectrum of carboxymethylcellulose sodium measured by reflectance.

**Table III:** Viscosity of aqueous carboxymethylcellulose sodium 1% w/v solutions. (Measurements made with a Brookfield LVT viscometer at 25°C.)

|  | Grade | Viscosity (mPa s) | Spindle | Speed |
|---|---|---|---|---|
| Low viscosity | Akucell AF 0305 | 10–15 | #1 | 60 rpm |
| Medium viscosity | Akucell AF 2785 | 1500–2500 | #3 | 30 rpm |
| High viscosity | Akucell AF 3085 | 8000–12000 | #4 | 30 rpm |

forming clear, colloidal solutions. The aqueous solubility varies with the degree of substitution (DS). *See* Section 18.

*Viscosity*   Various grades of carboxymethylcellulose sodium are commercially available that have differing aqueous viscosities; *see* Table III. Aqueous 1% w/v solutions with viscosities of 5–2000 mPa s (5–2000 cP) may be obtained. An increase in concentration results in an increase in aqueous solution viscosity.[16] Prolonged heating at high temperatures will depolymerize the gum and permanently decrease the viscosity. The viscosity of sodium carboxymethylcellulose solutions is fairly stable over a pH range of 4–10. The optimum pH range is neutral. *See* Section 11.

## 11   Stability and Storage Conditions

Carboxymethylcellulose sodium is a stable, though hygroscopic material. Under high-humidity conditions, carboxymethylcellulose sodium can absorb a large quantity (>50%) of water. In tablets, this has been associated with a decrease in tablet hardness and an increase in disintegration time.[18]

Aqueous solutions are stable at pH 2–10; precipitation can occur below pH 2, and solution viscosity decreases rapidly above pH 10. Generally, solutions exhibit maximum viscosity and stability at pH 7–9.

Carboxymethylcellulose sodium may be sterilized in the dry state by maintaining it at a temperature of 160°C for 1 hour. However, this process results in a significant decrease in viscosity and some deterioration in the properties of solutions prepared from the sterilized material.

Aqueous solutions may similarly be sterilized by heating, although this also results in some reduction in viscosity. After autoclaving, viscosity is reduced by about 25%, but this reduction is less marked than for solutions prepared from material sterilized in the dry state. The extent of the reduction is dependent on the molecular weight and degree of substitution; higher molecular weight grades generally undergo a greater percentage reduction in viscosity.[19] Sterilization of solutions by gamma irradiation also results in a reduction in viscosity.

Aqueous solutions stored for prolonged periods should contain an antimicrobial preservative.[20]

The bulk material should be stored in a well-closed container in a cool, dry place.

## 12   Incompatibilities

Carboxymethylcellulose sodium is incompatible with strongly acidic solutions and with the soluble salts of iron and some other metals, such as aluminum, mercury, and zinc. It is also incompatible with xanthan gum. Precipitation may occur at pH < 2, and also when it is mixed with ethanol (95%).

Carboxymethylcellulose sodium forms complex coacervates with gelatin and pectin. It also forms a complex with collagen and is capable of precipitating certain positively charged proteins.

## 13   Method of Manufacture

Alkali cellulose is prepared by steeping cellulose obtained from wood pulp or cotton fibers in sodium hydroxide solution. The alkaline cellulose is then reacted with sodium monochloroacetate to produce carboxymethylcellulose sodium. Sodium chloride and sodium glycolate are obtained as by-products of this etherification.

## 14   Safety

Carboxymethylcellulose sodium is used in oral, topical, and some parenteral formulations. It is also widely used in cosmetics, toiletries, and food products, and is generally regarded as a nontoxic and nonirritant material. However, oral consumption of large amounts of carboxymethylcellulose sodium can have a laxative effect; therapeutically, 4–10 g in daily divided doses of the medium- and high-viscosity grades of carboxymethylcellulose sodium have been used as bulk laxatives.[21]

The WHO has not specified an acceptable daily intake for carboxymethylcellulose sodium as a food additive since the levels necessary to achieve a desired effect were not considered to be a hazard to health.[22–25] However, in animal studies, subcutaneous administration of carboxymethylcellulose sodium has been found to cause inflammation, and in some cases of repeated injection fibrosarcomas have been found at the site of injection.[26]

Hypersensitivity and anaphylactic reactions have occurred in cattle and horses, which have been attributed to carboxymethylcellulose sodium in parenteral formulations such as vaccines and penicillins.[27–30]

LD$_{50}$ (guinea pig, oral): 16 g/kg[31]
LD$_{50}$ (rat, oral): 27 g/kg

## 15  Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Carboxymethylcellulose sodium may be irritant to the eyes. Eye protection is recommended.

## 16  Regulatory Status

GRAS listed. Accepted as a food additive in Europe. Included in the FDA Inactive Ingredients Database (dental preparations; intra-articular, intrabursal, intradermal, intralesional, and intrasynovial injections; oral drops, solutions, suspensions, syrups and tablets; topical preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17  Related Substances

Carboxymethylcellulose calcium.

## 18  Comments

Carboxymethylcellulose sodium is one of the materials that have been selected for harmonization by the Pharmacopeial Discussion Group. For further information see the General Information Chapter <1196> in the USP32–NF27, the General Chapter 5.8 in PhEur 6.0, along with the 'State of Work' document on the PhEur EDQM website, and also the General Information Chapter 8 in the JP XV.

A number of grades of carboxymethylcellulose sodium are commercially available, such as *Accelerate*. These have a degree of substitution (DS) in the range 0.7–1.2. The DS is defined as the average number of hydroxyl groups substituted per anhydroglucose unit and it is this that determines the aqueous solubility of the polymer. Thermal crosslinking reduces solubility while retaining water absorption, therefore producing materials suitable for water absorption.

Grades are typically classified as being of low, medium, or high viscosity. The degree of substitution and the maximum viscosity of an aqueous solution of stated concentration should be indicated on any carboxymethylcellulose sodium labeling.

Carboxymethylcellulose sodium has been reported to give false positive results in the LAL test for endotoxins.[32]

The PubChem Compound ID (CID) for carboxymethylcellulose sodium is 23706213.

## 19  Specific References

1 Hussain MA *et al*. Injectable suspensions for prolonged release nalbuphine. *Drug Dev Ind Pharm* 1991; **17**(1): 67–76.
2 Chang JH *et al*. Radiographic contrast study of the upper gastro-intestinal tract of eight dogs using carboxymethylcellulose mixed with a low concentration of barium sulphate. *Vet Rec* 2004; **154**(7): 201–204.
3 Khan KA, Rhodes CT. Evaluation of different viscosity grades of sodium carboxymethylcellulose as tablet disintegrants. *Pharm Acta Helv* 1975; **50**: 99–102.
4 Shah NH *et al*. Carboxymethylcellulose: effect of degree of polymerization and substitution on tablet disintegration and dissolution. *J Pharm Sci* 1981; **70**(6): 611–613.
5 Singh J. Effect of sodium carboxymethylcelluloses on the disintegration, dissolution and bioavailability of lorazepam from tablets. *Drug Dev Ind Pharm* 1992; **18**(3): 375–383.
6 Dabbagh MA *et al*. Release of propanolol hydrochloride from matrix tablets containing sodium carboxymethylcellulose and hydroxypropyl-methylcellulose. *Pharm Dev Technol* 1999; **4**(3): 313–324.
7 Oza KP, Frank SG. Microcrystalline cellulose stabilized emulsions. *J Disper Sci Technol* 1986; **7**(5): 543–561.
8 Adeyeye MC *et al*. Viscoelastic evaluation of topical creams containing microcrystalline cellulose/sodium carboxymethylcellulose as stabilizer. *AAPS Pharm Sci Tech* 2002; **3**(2): E8.
9 Fletcher J. The benefits if using hydrocolloids. *Nurs Times* 2003; **99**(21): 57.
10 Yelimlies B *et al*. Carboxymethylcellulose coated on visceral face of polypropylene mesh prevents adhesion without impairing wound healing in incisional hernia model in rats. *Hernia* 2003; **7**(3): 130–133.
11 Hay WP *et al*. One percent sodium carboxymethylcellulose prevents experimentally induced adhesions in horses. *Vet Surg* 2001; **30**(3): 223–227.
12 Liu LS, Berg RA. Adhesion barriers of carboxymethylcellulose and polyethylene oxide composite gels. *J Biomed Mater Res* 2002; **63**(3): 326–332.
13 Marschutz MK *et al*. Design and *in vivo* evaluation of an oral delivery system for insulin. *Pharm Res* 2000; **17**(12): 1468–1474.
14 Ahee JA *et al*. Decreased incidence of epithelial defects during laser *in situ* keratomileusis using intraoperative nonpreserved carboxymethylcellulose sodium 0.5% solution. *J Cateract Refract Surg* 2002; **28**(9): 1651–1654.
15 Vehige JG *et al*. Cytoprotective properties of carboxymethylcellulose (CMC) when used prior to wearing contact lenses treated with cationic disinfecting agents. *Eye Contact Lens* 2003; **29**(3): 177–180.
16 Mombellet H, Bale P. Sodium carboxymethylcellulose toothpaste. *Manuf Chem* 1988; **59**(11): 47, 49, 52.
17 Valeriani M *et al*. Carboxymethylcellulose hydrogel mammary implants: our experience. *Acta Chir Plast* 2002; **44**(3): 77–79.
18 Khan KA, Rhodes CT. Water-sorption properties of tablet disintegrants. *J Pharm Sci* 1975; **64**(6): 447–451.
19 Chu PI, Doyle D. Development and evaluation of a laboratory-scale apparatus to simulate the scale-up of a sterile semisolid and effects of manufacturing parameters on product viscosity. *Pharm Dev Technol* 1999; **4**(4): 553–559.
20 Banker G *et al*. Microbiological considerations of polymer solutions used in aqueous film coating. *Drug Dev Ind Pharm* 1982; **8**(1): 41–51.
21 Wapnir RA *et al*. Cellulose derivatives and intestinal absorption of water and electrolytes: potential role in oral rehydration solutions. *Proc Soc Exp Biol Med* 1997; **215**(3): 275–280.
22 FAO/WHO. Evaluation of certain food additives and contaminants. Thirty-fifth report of the joint FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1990: No. 789.
23 Til HP, Bar A. Subchronic (13-week) oral toxicity study of gamma-cyclodextrin in dogs. *Regul Toxicol Pharmacol* 1998; **27**(2): 159–165.
24 Diebold Y *et al*. Carbomer- versus cellulose-based artificial-tear formulations: morphological and toxicologic effects on a corneal cell line. *Cornea* 1998; **17**(4): 433–440.
25 Ugwoke MI *et al*. Toxicological investigations of the effects of carboxymethylcellulose on ciliary beat frequency of human nasal epithelial cells in primary suspension culture and *in vivo* on rabbit nasal mucosa. *Int J Pharm* 2000; **205**(1–2): 43–51.
26 Teller MN, Brown GB. Carcinogenicity of carboxymethylcellulose in rats. *Proc Am Assoc Cancer Res* 1977; **18**: 225.
27 Schneider CH *et al*. Carboxymethylcellulose additives in penicillins and the elucidation of anaphylactic reactions. *Experientia* 1971; **27**: 167–168.
28 Aitken MM. Induction of hypersensitivity to carboxymethylcellulose in cattle. *Res Vet Sci* 1975; **19**: 110–113.
29 Bigliardi PL *et al*. Anaphylaxis to the carbohydrate carboxymethylcellulose in parenteral corticosteroid preparations. *Dermatology* 2003; **207**(1): 100–103.
30 Montoro J *et al*. Anaphylactic shock after intra-articular injection of carboxymethylcellulose. *Allergol Immunopathol* 2000; **28**(6): 332–333.
31 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn.  New York: Wiley, 2004; 3236.
32 Tanaka S *et al*. Activation of a limulus coagulation factor G by (1→3)-β-D-glucans. *Carbohydr Res* 1991; **218**: 167–174.

## 20  General References

Doelker E. Cellulose derivatives. *Adv Polym Sci* 1993; **107**: 199–265.
European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–153. http://www.edqm.eu/site/-614.html (accessed 3 February 2009).

## 21  Author

JC Hooton.

## 22  Date of Revision

3 February 2009.

## 14   Safety

Hydrogenated castor oil is used in oral and topical pharmaceutical formulations and is generally regarded as an essentially nontoxic and nonirritant material.

Acute oral toxicity studies in animals have shown that hydrogenated castor oil is a relatively nontoxic material. Irritation tests with rabbits show that hydrogenated castor oil causes mild, transient irritation to the eye.

$LD_{50}$ (rat, oral): >10 g/kg

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled.

## 16   Regulatory Status

Accepted in the USA as an indirect food additive. Included in the FDA Inactive Ingredients Database (oral capsules, tablets, and sublingual tablets).

Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17   Related Substances

Castor oil;  vegetable oil, hydrogenated.

## 18   Comments

Various different grades of hydrogenated castor oil are commercially available, the composition of which may vary considerably.

*Sterotex K* (Karlshamns Lipid Specialities), for example, is a mixture of hydrogenated castor oil and hydrogenated cottonseed oil. *See* Vegetable Oil, hydrogenated for further information.

The EINECS number for hydrogenated castor oil is 232-292-2.

## 19   Specific References

1   Kline CH. Thixcin R-thixotrope. *Drug Cosmet Ind* 1964; **95**(6): 895–897.
2   Yonezawa Y *et al.* Release from or through a wax matrix system. III: Basic properties of release through the wax matrix layer. *Chem Pharm Bull (Tokyo)* 2002; **50**(6): 814–817.
3   Vergote GJ *et al.* An oral controlled release matrix pellet formulation containing microcrystalline ketoprofen. *Int J Pharm* 2002; **219**: 81–87.
4   Danish FQ, Parrott EL. Effect of concentration and size of lubricant on flow rate of granules. *J Pharm Sci* 1971; **60**: 752–754.
5   Hölzer AW, Sjögren J. Evaluation of some lubricants by the comparison of friction coefficients and tablet properties. *Acta Pharm Suec* 1981; **18**: 139–148.

## 20   General References

—

## 21   Author

RT Guest.

## 22   Date of Revision

11 February 2009.

# ⊞ Cellulose, Microcrystalline

## 1   Nonproprietary Names

BP: Microcrystalline Cellulose
JP: Microcrystalline Cellulose
PhEur: Cellulose, Microcrystalline
USP-NF: Microcrystalline Cellulose

## 2   Synonyms

*Avicel PH*; *Cellets*; *Celex*; cellulose gel; hellulosum microcristallinum; *Celphere*; *Ceolus KG*; crystalline cellulose; E460; *Emcocel*; *Ethispheres*; *Fibrocel*; *MCC Sanaq*; *Pharmacel*; *Tabulose*; *Vivapur*.

## 3   Chemical Name and CAS Registry Number

Cellulose [9004-34-6]

## 4   Empirical Formula and Molecular Weight

$(C_6H_{10}O_5)_n$    $\approx$36 000
where $n \approx$ 220.

## 5   Structural Formula



## 6   Functional Category

Adsorbent; suspending agent; tablet and capsule diluent; tablet disintegrant.

C

SEM 1: Excipient: microcrystalline cellulose; manufacturer: JRS Pharma LP; lot no.: 98662; magnification: 100×.



SEM 2: Excipient: microcrystalline cellulose (*Avicel PH-101*); manufacturer: FMC Biopolymer. magnification: 200×; voltage: 3 kV.



SEM 3: Excipient: microcrystalline cellulose (*Avicel PH-102*); manufacturer: FMC Biopolymer. magnification: 200×; voltage: 3 kV.



SEM 4: Excipient: microcrystalline cellulose (*Avicel PH-105*); manufacturer: FMC Biopolymer. magnification: 500×; voltage: 3 kV.



SEM 5: Excipient: microcrystalline cellulose (*Avicel PH-200*); manufacturer: FMC Biopolymer. magnification: 200×; voltage: 3 kV.



SEM 6: Excipient: microcrystalline cellulose (*Avicel PH-302*); manufacturer: FMC Biopolymer. magnification: 200×; voltage: 3 kV.



## 7   Applications in Pharmaceutical Formulation or Technology

Microcrystalline cellulose is widely used in pharmaceuticals, primarily as a binder/diluent in oral tablet and capsule formulations where it is used in both wet-granulation and direct-compression processes.[1–7] In addition to its use as a binder/diluent, microcrystalline cellulose also has some lubricant[8] and disintegrant properties that make it useful in tableting.

Microcrystalline cellulose is also used in cosmetics and food products; *see* Table I.

## 8   Description

Microcrystalline cellulose is a purified, partially depolymerized cellulose that occurs as a white, odorless, tasteless, crystalline powder composed of porous particles. It is commercially available in different particle sizes and moisture grades that have different properties and applications.

**Table I:** Uses of microcrystalline cellulose.

| Use | Concentration (%) |
| --- | --- |
| Adsorbent | 20–90 |
| Antiadherent | 5–20 |
| Capsule binder/diluent | 20–90 |
| Tablet disintegrant | 5–15 |
| Tablet binder/diluent | 20–90 |

## 9   Pharmacopeial Specifications

*See* Table II. *See also* Section 18.

**Table II:** Pharmacopeial specifications for microcrystalline cellulose.

| Test | JP XV | PhEur 6.3 | USP32–NF27 |
| --- | --- | --- | --- |
| Identification | + | + | + |
| Characters | + | + | — |
| pH | 5.0–7.5 | 5.0–7.5 | 5.0–7.5 |
| Bulk density | — | — | + |
| Loss on drying | ⩽7.0% | ⩽7.0% | ⩽7.0% |
| Residue on ignition | ⩽0.1% | — | ⩽0.1% |
| Conductivity | + | + | + |
| Sulfated ash | — | ⩽0.1% | — |
| Ether-soluble substances | ⩽0.05% | ⩽0.05% | ⩽0.05% |
| Water-soluble substances | + | ⩽0.25% | ⩽0.25% |
| Heavy metals | ⩽10 ppm | ⩽10 ppm | ⩽0.001% |
| Microbial limits | + | + | + |
|   Aerobic | ⩽10³ cfu/g | ⩽10³ cfu/g | ⩽10³ cfu/g |
|   Molds and yeasts | ⩽10² cfu/g | ⩽10² cfu/g | ⩽10² cfu/g |
| Solubility | — | + | — |
| Particle size distribution | — | — | + |

## 10   Typical Properties

*Angle of repose*
  49° for *Ceolus KG*;
  34.4° for *Emcocel 90M*.[9]
*Density (bulk)*
  0.337 g/cm³;
  0.32 g/cm³ for *Avicel PH-101*;[10]
  0.80 ± 5 g/cm³ for *Cellets 100, 200, 350, 500, 700, 1000*;
  0.29 g/cm³ for *Emcocel 90M*;[9]
  0.26–0.31 g/cm³ for *MCC Sanaq 101*;
  0.28–0.33 g/cm³ for *MCC Sanaq 102*;
  0.29–0.36 g/cm³ for *MCC Sanaq 200*;
  0.34–0.45 g/cm³ for *MCC Sanaq 301*;
  0.35–0.46 g/cm³ for *MCC Sanaq 302*;
  0.13–0.23 g/cm³ for *MCC Sanaq UL-002*;
  0.29 g/cm³ for *Vivapur 101*.
*Density (tapped)*
  0.478 g/cm³;
  0.45 g/cm³ for *Avicel PH-101*;
  0.35 g/cm³ for *Emcocel 90M*.[9]
*Density (true)*  1.512–1.668 g/cm³;



**Figure 1:** Near-infrared spectrum of cellulose, microcrystalline measured by reflectance.

  1.420–1.460 g/cm³ for *Avicel PH-102*.[11]
*Flowability*  1.41 g/s for *Emcocel 90M*.[9]
*Melting point*  Chars at 260–270°C.
*Moisture content*  Typically less than 5% w/w. However, different grades may contain varying amounts of water. Microcrystalline cellulose is hygroscopic.[12] *See* Table III.
*NIR spectra*  *see* Figure 1.
*Particle size distribution*  Typical mean particle size is 20–200 μm. Different grades may have a different nominal mean particle size; *see* Table III.
*Solubility*  Slightly soluble in 5% w/v sodium hydroxide solution; practically insoluble in water, dilute acids, and most organic solvents.
*Specific surface area*
  1.06–1.12 m²/g for *Avicel PH-101*;
  1.21–1.30 m²/g for *Avicel PH-102*;
  0.78–1.18 m²/g for *Avicel PH-200*.

## 11   Stability and Storage Conditions

Microcrystalline cellulose is a stable though hygroscopic material. The bulk material should be stored in a well-closed container in a cool, dry place.

## 12   Incompatibilities

Microcrystalline cellulose is incompatible with strong oxidizing agents.

## 13   Method of Manufacture

Microcrystalline cellulose is manufactured by controlled hydrolysis with dilute mineral acid solutions of α-cellulose, obtained as a pulp from fibrous plant materials. Following hydrolysis, the hydrocellulose is purified by filtration and the aqueous slurry is spray-dried to form dry, porous particles of a broad size distribution.

## 14   Safety

Microcrystalline cellulose is widely used in oral pharmaceutical formulations and food products and is generally regarded as a relatively nontoxic and nonirritant material.

  Microcrystalline cellulose is not absorbed systemically following oral administration and thus has little toxic potential. Consumption of large quantities of cellulose may have a laxative effect, although this is unlikely to be a problem when cellulose is used as an excipient in pharmaceutical formulations.

  Deliberate abuse of formulations containing cellulose, either by inhalation or by injection, has resulted in the formation of cellulose granulomas.[13]

**C**

**Table III:** Properties of selected commercially available grades of microcrystalline cellulose.

| Grade | Nominal mean particle size (μm) | Particle size analysis | | Moisture content (%) |
|---|---|---|---|---|
| | | Mesh size | Amount retained (%) | |
| Avicel PH-101 [a] | 50 | 60 | ⩽1.0 | ⩽5.0 |
| | | 200 | ⩽30.0 | |
| Avicel PH-102 [a] | 100 | 60 | ⩽8.0 | ⩽5.0 |
| | | 200 | ⩾45.0 | |
| Avicel PH-103 [a] | 50 | 60 | ⩽1.0 | ⩽3.0 |
| | | 200 | ⩽30.0 | |
| Avicel PH-105 [a] | 20 | 400 | ⩽1.0 | ⩽5.0 |
| Avicel PH-112 [a] | 100 | 60 | ⩽8.0 | ⩽1.5 |
| Avicel PH-113 [a] | 50 | 60 | ⩽1.0 | ⩽1.5 |
| | | 200 | ⩽30.0 | |
| Avicel PH-200 [a] | 180 | 60 | ⩾10.0 | ⩽5.0 |
| | | 100 | ⩾50.0 | |
| Avicel PH-301 [a] | 50 | 60 | ⩽1.0 | ⩽5.0 |
| | | 200 | ⩽30.0 | |
| Avicel PH-302 [a] | 100 | 60 | ⩽8.0 | ⩽5.0 |
| | | 200 | ⩾45.0 | |
| Celex 101 [b] | 75 | 60 | ⩽1.0 | ⩽5.0 |
| | | 200 | ⩾30.0 | |
| Ceolus KG-802 [c] | 50 | 60 | ⩽0.5 | ⩽6.0 |
| | | 200 | ⩽30.0 | |
| Emcocel 50M [d] | 50 | 60 | ⩽0.25 | ⩽5.0 |
| | | 200 | ⩽30.0 | |
| Emcocel 90M [d] | 91 | 60 | ⩽8.0 | ⩽5.0 |
| | | 200 | ⩾45.0 | |
| MCC Sanaq 101 [e] | 50 | 60 | ⩽1.0 | ⩽6.0 |
| | | 200 | ⩽30.0 | |
| MCC Sanaq 102 [e] | 100 | 60 | ⩽8.0 | ⩽6.0 |
| | | 200 | ⩾45.0 | |
| MCC Sanaq 200 [e] | 180 | 60 | ⩾10.0 | ⩽6.0 |
| | | 100 | ⩾50.0 | |
| MCC Sanaq 301 [e] | 50 | 60 | ⩽1.0 | ⩽6.0 |
| | | 200 | ⩾30.0 | |
| MCC Sanaq 302 [e] | 100 | 60 | ⩽8.0 | ⩽6.0 |
| | | 200 | ⩾45.0 | |
| MCC Sanaq UL-002 [e] | 50 | 60 | <0.5 | ⩽6.0 |
| | | 100 | <5.0 | |
| | | 200 | <5.0–30.0 | |
| Vivapur 101 [d] | 50 | 60 | ⩽1.0 | ⩽5.0 |
| | | 200 | ⩽30.0 | |
| Vivapur 102 [d] | 90 | 60 | ⩽8.0 | ⩽5.0 |
| | | 200 | ⩾45.0 | |
| Vivapur 12 [d] | 160 | 38 | ⩽1.0 | ⩽5.0 |
| | | 94 | ⩽50.0 | |

Suppliers:
(a) FMC Biopolymer
(b) International Specialty Products
(c) Asahi Kasei Corporation
(d) JRS Pharma
(e) Pharmatrans Sanaq AG

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Microcrystalline cellulose may be irritant to the eyes. Gloves, eye protection, and a dust mask are recommended. In the UK, the workplace exposure limits for cellulose have been set at 10 mg/m$^3$ long-term (8-hour TWA) for total inhalable dust and 4 mg/m$^3$ for respirable dust; the short-term limit for total inhalable dust has been set at 20 mg/m$^3$.[14]

## 16   Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Database (inhalations; oral capsules, powders, suspensions, syrups, and tablets; topical and vaginal preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17   Related Substances

Microcrystalline cellulose and carrageenan; microcrystalline cellulose and carboxymethylcellulose sodium; microcrystalline cellulose and guar gum; powdered cellulose;   silicified microcrystalline cellulose.

**Microcrystalline cellulose and carrageenan**
*Synonyms*   Lustre Clear.
*Comments*   Lustre Clear (FMC Biopolymer) is an aqueous film coating combining microcrystalline cellulose and carrageenan.

**Microcrystalline cellulose and guar gum**
*Synonyms*   Avicel CE-15.
*Comments*   Avicel CE-15 (FMC Biopolymer) is a coprocessed mixture of microcrystalline cellulose and guar gum used in chewable tablet formulations.

## 18   Comments

Microcrystalline cellulose is one of the materials that have been selected for harmonization by the Pharmacopeial Discussion Group. For further information see the General Information Chapter <1196> in the USP32–NF27, the General Chapter 5.8 in PhEur 6.0, along with the 'State of Work' document on the PhEur EDQM website, and also the General Information Chapter 8 in the JP XV.

Several different grades of microcrystalline cellulose are commercially available that differ in their method of manufacture,[15,16] particle size, moisture, flow, and other physical properties.[17–29] The larger-particle-size grades generally provide better flow properties in pharmaceutical machinery. Low-moisture grades are used with moisture-sensitive materials. Higher-density grades have improved flowability.

Several coprocessed mixtures of microcrystalline cellulose with other excipients such as carrageenan, carboxymethylcellulose sodium, and guar gum are commercially available; *see* Section 17.

*Celphere* (Asahi Kasei Corporation) is a pure spheronized microcrystalline cellulose available in several different particle size ranges. *Balocel Sanaq* (Pharmatrans Sanaq AG) is an excipient used mainly in the production of pellets and granulates in direct tableting, which contains lactose, microcrystalline cellulose, and sodium carboxymethylcellulose.

According to PhEur 6.3, microcrystalline cellulose has certain functionality related characteristics that are recognised as being relevant control parameters for one or more functions of the substance when used as an excipient. Non-mandatory testing procedures have been described for particle size distribution (2.9.31 or 2.9.38) and powder flow (2.9.36).

A specification for microcrystalline cellulose is contained in the Food Chemicals Codex (FCC).[30] The PubChem Compound ID (CID) for microcrystalline cellulose is 14055602.

## 19   Specific References

1   Enézian GM. [Direct compression of tablets using microcrystalline cellulose.] *Pharm Acta Helv* 1972; **47**: 321–363[in French].
2   Lerk CF, Bolhuis GK. Comparative evaluation of excipients for direct compression I. *Pharm Weekbl* 1973; **108**: 469–481.
3   Lerk CF *et al.* Comparative evaluation of excipients for direct compression II. *Pharm Weekbl* 1974; **109**: 945–955.
4   Lamberson RF, Raynor GE. Tableting properties of microcrystalline cellulose. *Manuf Chem Aerosol News* 1976; **47**(6): 55–61.

5 Lerk CF *et al.* Effect of microcrystalline cellulose on liquid penetration in and disintegration of directly compressed tablets. *J Pharm Sci* 1979; **68**: 205–211.

6 Chilamkurti RN *et al.* Some studies on compression properties of tablet matrices using a computerized instrumented press. *Drug Dev Ind Pharm* 1982; **8**: 63–86.

7 Wallace JW *et al.* Performance of pharmaceutical filler/binders as related to methods of powder characterization. *Pharm Technol* 1983; **7**(9): 94–104.

8 Omray A, Omray P. Evaluation of microcrystalline cellulose as a glidant. *Indian J Pharm Sci* 1986; **48**: 20–22.

9 Celik M, Okutgen E. A feasibility study for the development of a prospective compaction functionality test and the establishment of a compaction data bank. *Drug Dev Ind Pharm* 1993; **19**: 2309–2334.

10 Parker MD *et al.* Binder–substrate interactions in wet granulation 3: the effect of excipient source variation. *Int J Pharm* 1992; **80**: 179–190.

11 Sun CC. True density of microcrystalline cellulose. *J Pharm Sci* 2005; **94**(10): 2132–2134.

12 Callahan JC *et al.* Equilibrium moisture content of pharmaceutical excipients. *Drug Dev Ind Pharm* 1982; **8**: 355–369.

13 Cooper CB *et al.* Cellulose granulomas in the lungs of a cocaine sniffer. *Br Med J* 1983; **286**: 2021–2022.

14 Health and Safety Executive. *EH40/2005: Workplace Exposure Limits.* Sudbury: HSE Books, 2005 (updated 2007). http://www.hse.gov.uk/coshh/table1.pdf (accessed 5 February 2009).

15 Jain JK *et al.* Preparation of microcrystalline cellulose from cereal straw and its evaluation as a tablet excipient. *Indian J Pharm Sci* 1983; **45**: 83–85.

16 Singla AK *et al.* Evaluation of microcrystalline cellulose prepared from absorbent cotton as a direct compression carrier. *Drug Dev Ind Pharm* 1988; **14**: 1131–1136.

17 Doelker E *et al.* Comparative tableting properties of sixteen microcrystalline celluloses. *Drug Dev Ind Pharm* 1987; **13**: 1847–1875.

18 Bassam F *et al.* Effect of particle size and source on variability of Young's modulus of microcrystalline cellulose powders. *J Pharm Pharmacol* 1988; **40**: 68P.

19 Dittgen M *et al.* Microcrystalline cellulose in direct tabletting. *Manuf Chem* 1993; **64**(7): 17, 19, 21.

20 Landin M *et al.* Effect of country of origin on the properties of microcrystalline cellulose. *Int J Pharm* 1993; **91**: 123–131.

21 Landin M *et al.* Effect of batch variation and source of pulp on the properties of microcrystalline cellulose. *Int J Pharm* 1993; **91**: 133–141.

22 Landin M *et al.* Influence of microcrystalline cellulose source and batch variation on tabletting behavior and stability of prednisone formulations. *Int J Pharm* 1993; **91**: 143–149.

23 Podczeck F, Révész P. Evaluation of the properties of microcrystalline and microfine cellulose powders. *Int J Pharm* 1993; **91**: 183–193.

24 Rowe RC *et al.* The effect of batch and source variation on the crystallinity of microcrystalline cellulose. *Int J Pharm* 1994; **101**: 169–172.

25 Hasegawa M. Direct compression: microcrystalline cellulose grade 12 versus classic grade 102. *Pharm Technol* 2002; **26**(5): 50, 52, 54, 56, 58, 60.

26 Kothari SH *et al.* Comparative evaluations of powder and mechanical properties of low crystallinity celluloses, microcrystalline celluloses, and powdered celluloses. *Int J Pharm* 2002; **232**: 69–80.

27 Levis SR, Deasy PB. Production and evaluation of size-reduced grades of microcrystalline cellulose. *Int J Pharm* 2001; **213**: 13–24.

28 Wu JS *et al.* A statistical design to evaluate the influence of manufacturing factors on the material properties and functionalities of microcrystalline cellulose. *Eur J Pharm Sci* 2001; **12**: 417–425.

29 Suzuki T, Nakagami H. Effect of crystallinity of microcrystalline cellulose on the compactability and dissolution of tablets. *Eur J Pharm Biopharm* 1999; **47**: 225–230.

30 *Food Chemicals Codex*, 6th edn. Bethesda, MD: United States Pharmacopeia, 2008; 187.

## 20   General References

Asahi Kasei Corporation. *Ceolus KG*, *Celphere.* http://www.ceolus.com (accessed 6 November 2008).

Doelker E. Comparative compaction properties of various microcrystalline cellulose types and generic products. *Drug Dev Ind Pharm* 1993; **19**: 2399–2471.

European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–143. http://www.edqm.eu/site/-614.html (accessed 5 February 2009).

FMC Biopolymer. Problem Solver: *Avicel PH*, 2000.

International Specialty Products. Material Safety data sheet: *Celex 101*, 2003.

JRS Pharma LP. Technical literature: *Emcocel*, 2003.

Pharmatrans Sanaq AG. Product literature: *Cellets.* http://www.cellets.com (accessed 6 November 2008).

Pharmatrans Sanaq AG. Product literature: *MCC Sanaq.* http://www.pharmatrans-sanaq.com/prod.html (accessed 6 November 2008).

Smolinske SC. *Handbook of Food, Drug, and Cosmetic Excipients.* Boca Raton, FL: CRC Press, 1992; 71–74.

Staniforth JN *et al.* Effect of addition of water on the rheological and mechanical properties of microcrystalline celluloses. *Int J Pharm* 1988; **41**: 231–236.

## 21   Author

A Guy.

## 22   Date of Revision

5 February 2009.

use in parenteral formulations. The degree of substitution of hydroxypropyl groups can vary.

## 18   Comments

Hydroxypropyl betadex has been investigated as an absorption (permeation) enhancer in oral,[15] transdermal,[16] and nasal[17] systems. It was found to be effective in increasing penetration in some studies, although the mechanism of action may be compound specific.

## 19   Specific References

1   Pitha J et al. Hydroxypropyl-β-cyclodextrin: preparation and characterization; effects on solubility of drugs. Int J Pharm 1986; **29**: 73–82.
2   Strickley RG. Solubilizing excipients in oral and injectable formulations. Pharm Res 2004; **21**: 201–230.
3   Albers E, Müller BW. Cyclodextrin derivatives in pharmaceutics. Crit Rev Ther Drug Carrier Syst 1995; **12**: 311–337.
4   Buchanan CM et al. Pharmacokinetics of itraconazole after intravenous and oral dosing of itraconazole–cyclodextrin formulations. J Pharm Sci 2007; **96**: 3100–3116.
5   Holvoet C et al. Development of an omeprazole parenteral formulation with hydroxypropyl-beta-cyclodextrin. Pharm Dev Technol 2007; **12**: 327–336.
6   Williams RO III, Liu J. Influence of formulation technique for hydroxypropyl-beta-cyclodextrin on the stability of aspirin in HFA 134a. Eur J Pharm Biopharm 1999; **47**: 145–152.
7   Ungaro F et al. Cyclodextrins in the production of large porous particles: development of dry powders for the sustained release of insulin to the lungs. Eur J Pharm Sci 2006; **28**: 423–432.
8   Godwin DA et al. Using cyclodextrin complexation to enhance secondary photoprotection of topically applied ibuprofen. Eur J Pharm Biopharm 2006; **62**: 85–93.
9   Branchu S et al. Hydroxypropyl-beta-cyclodextrin inhibits spray-drying-induced inactivation of beta-galactosidase. J Pharm Sci 1999; **88**: 905–911.
10   Scalia S et al. Inclusion complexation of the sunscreen agent 2-ethylhexyl-p-dimethylaminobenzoate with hydroxypropyl-beta-cyclodextrin: effect on photostability. J Pharm Pharmacol 1999; **51**: 1367–1374.
11   Suihko E et al. Deformation behaviors of tolbutamide, hydroxypropyl-beta-cyclodextrin, and their dispersions. Pharm Res 2000; **17**: 942–948.
12   Pitha J et al. Distribution of substituents in 2-hydroxypropyl ethers of cyclomaltoheptaose. Carbohydr Res 1990; **200**: 429–435.
13   Gould S, Scott RC. 2-Hydroxypropyl-beta-cyclodextrin (HP-beta-CD): a toxicology review. Food Chem Toxicol 2005; **43**: 1451–1459.
14   Horský J, Pitha J. Hydroxypropyl cyclodextrins: potential synergism with carcinogens. J Pharm Sci 1996; **85**: 96–100.
15   Maestrelli F et al. Microspheres for colonic delivery of ketoprofen-hydroxypropyl-beta-cyclodextrin complex. Eur J Pharm Sci 2008; **34**: 1–11.
16   Tanaka M. Effect of 2-hydroxypropyl-beta-cyclodextrin on percutaneous absorption of methyl paraben. J Pharm Pharmacol 1995; **47**: 897–900.
17   Chavanpatil MD, Vavia PR. The influence of absorption enhancers on nasal absorption of acyclovir. Eur J Pharm Biopharm 2004; **57**: 483–487.

## 20   General References

Wacker. Material safety data sheet No. 60007002: Cavasol W7 HP, 2007.
Wacker. Material safety data sheet No. 60012210: Cavasol W7 HP Pharma, 2007.

## 21   Author

W Cook.

## 22   Date of Revision

27 February 2009.

# Ⓔ Hydroxypropyl Cellulose

## 1   Nonproprietary Names

BP: Hydroxypropylcellulose
JP: Hydroxypropylcellulose
PhEur: Hydroxypropylcellulose
USP-NF: Hydroxypropyl Cellulose

## 2   Synonyms

Cellulose, hydroxypropyl ether; E463; hydroxypropylcellulosum; hyprolose; Klucel; Nisso HPC; oxypropylated cellulose.

## 3   Chemical Name and CAS Registry Number

Cellulose, 2-hydroxypropyl ether  [9004-64-2]

## 4   Empirical Formula and Molecular Weight

The PhEur 6.0 and USP32–NF27 describe hydroxypropyl cellulose as a partially substituted poly(hydroxypropyl) ether of cellulose. It may contain not more than 0.6% of silica or another suitable anticaking agent. Hydroxypropyl cellulose is commercially available in a number of different grades that have various solution viscosities. Molecular weight has a range of 50 000–1 250 000; see also Section 10.

## 5   Structural Formula



R is H or $[CH_2CH(CH_3)O]_mH$ where $m$ is a common integral number of cellulose derivatives.

Hydroxypropyl cellulose is an ether of cellulose where some of the hydroxyl groups of the cellulose have been hydroxypropylated forming $-OCH_2CH(OH)CH_3$ groups. The average number of

hydroxyl groups in the glucose ring substituted is referred to as the degree of substitution (DS). Complete substitution would provide a DS of 3.0. Because the hydroxypropyl group added contains a hydroxyl group, this can also be etherified during preparation of hydroxypropyl cellulose. When this occurs, the number of moles of hydroxypropyl groups per glucose ring, or moles of substitution (MS), can be higher than 3. Hydroxypropyl cellulose must have an MS value of approximately 4 in order to have good solubility in water.

## 6    Functional Category

Coating agent; emulsifying agent; stabilizing agent; suspending agent; tablet binder; thickening agent; viscosity-increasing agent.

## 7    Applications in Pharmaceutical Formulation or Technology

Hydroxypropyl cellulose is widely used in oral and topical pharmaceutical formulations; *see* Table I.

In oral products, hydroxypropyl cellulose is primarily used in tableting as a binder,[1] film-coating,[2] and extended-release-matrix former.[3–5] Concentrations of hydroxypropyl cellulose of 2–6% w/w may be used as a binder in either wet-granulation or dry, direct-compression tableting processes.[6–10] Concentrations of 15–35% w/w of hydroxypropyl cellulose may be used to produce tablets with an extended drug release.[11] The release rate of a drug increases with decreasing viscosity of hydroxypropyl cellulose. The addition of an anionic surfactant similarly increases the viscosity of hydroxypropyl cellulose and hence decreases the release rate of a drug. Blends of hydroxypropyl cellulose and other cellulosic polymers have been used to improve wet granulation characteristics and tableting characteristics, as well as to achieve better control and manipulation of the rate of drug release.[12–15] As an alternative technology to wet granulation, dry granulation and direct compression of hydroxypropyl cellulose formulations have been reported to exhibit acceptable tableting and flow characteristics for application in extended-release matrix tablets.[16,17] Typically, a 5% w/w solution of hydroxypropyl cellulose may be used to film-coat tablets. Aqueous solutions containing hydroxypropyl cellulose together with an amount of methyl cellulose or ethanolic solutions have been used.[18–20] Stearic acid or palmitic acid may be added to ethanolic hydroxypropyl cellulose solutions as plasticizers. Environmental concerns have limited the use of ethanol in film coating solutions. A low-substituted hydroxypropyl cellulose is used as a tablet disintegrant; *see* Hydroxypropyl Cellulose, Low-substituted.

Hydroxypropyl cellulose is also used in microencapsulation processes and as a thickening agent. In topical formulations, hydroxypropyl cellulose is used in transdermal patches and ophthalmic preparations.[21–23]

Hydroxypropyl cellulose is also used in cosmetics and in food products as an emulsifier and a stabilizer.

**Table I:** Typical uses of hydroxypropyl cellulose.

| Use | Concentration (%) |
| --- | --- |
| Extended release-matrix former | 15–35 |
| Tablet binder | 2–6 |
| Tablet film coating | 5 |

## 8    Description

Hydroxypropyl cellulose is a white to slightly yellow-colored, odorless and tasteless powder. *See also* Section 10.



**SEM 1:** Excipient: hydroxypropyl cellulose (*Klucel*); manufacturer: Ashland Aqualon Functional Ingredients; magnification: 60×.



**SEM 2:** Excipient: hydroxypropyl cellulose (*Klucel*); manufacturer: Ashland Aqualon Functional Ingredients; magnification: 600×.

## 9    Pharmacopeial Specifications

*See* Table II. *See also* Section 18.

## 10    Typical Properties

*Acidity/alkalinity*   pH = 5.0–8.5 for a 1% w/w aqueous solution (as stated in PhEur 6.0).
*Density (bulk)*   ≈0.5 g/cm$^3$
*Interfacial tension*   12.5 mN/m for a 0.1% w/w aqueous solution compared with mineral oil.
*Melting point*   Softens at 130°C; chars at 260–275°C.
*Moisture content*   Hydroxypropyl cellulose absorbs moisture from the atmosphere; the amount of water absorbed depends upon the initial moisture content and the temperature and relative humidity of the surrounding air. Typical equilibrium moisture content values at 25°C are 4% w/w at 50% relative

**Table II:** Pharmacopeial specifications for hydroxypropyl cellulose.

| Test | JP XV | PhEur 6.0 | USP32–NF27 |
|---|---|---|---|
| Identification | + | + | + |
| Characters | — | + | — |
| Apparent viscosity | — | + | + |
| Appearance of solution | — | + | — |
| pH[a] | 5.0–7.5 | 5.0–8.5 | 5.0–8.0 |
| Loss on drying | ⩽5.0% | ⩽7.0% | ⩽5.0% |
| Residue on ignition | ⩽0.5% | — | ⩽0.2% |
| Sulfated ash | — | ⩽1.6% | — |
| Arsenic | ⩽2 ppm | — | — |
| Chlorides | ⩽0.142% | ⩽0.5% | — |
| Lead | — | — | ⩽0.001% |
| Heavy metals | ⩽20 ppm | ⩽20 ppm | ⩽20 μg/g |
| Silica | — | ⩽0.6% | — |
| Sulfate | ⩽0.048% | — | — |
| Assay of hydroxypropoxy groups | 53.4–77.5% | — | ⩽80.5% |

(a) pH: 1 g in 50 mL for JPXV; 1 g in 100 g for PhEur 6.0; 1 g in 100 mL for USP32–NF27.



**Figure 1:** Equilibrium moisture content of various grades of hydroxypropyl cellulose (*Klucel*, Ashland Aqualon Functional Ingredients).

**Table III:** Moisture content of *Klucel* (Aqualon).

| Grade | Molecular weight | Moisture (%) |
|---|---|---|
| *Klucel EF* | ≈80 000 | 0.59 |
| *Klucel LF* | ≈95 000 | 2.21 |
| *Klucel JF* | ≈140 000 | 1.44 |
| *Klucel GF* | ≈370 000 | 1.67 |
| *Klucel MF* | ≈850 000 | 1.52 |
| *Klucel HF* | ≈1 150 000 | 4.27 |



**Figure 2:** Near-infrared spectrum of hydroxypropyl cellulose measured by reflectance.

humidity and 12% w/w at 84% relative humidity. *See* Table III. *See also* Figure 1.

*NIR spectra   see* Figure 2.

*Particle size distribution*

*Klucel* (regular grind), minimum 85% (minimun 80% for *Klucel H* grades) through a US #30 mesh (590 μm), and minimum 99% through a US #20 mesh (840 μm);

*Klucel* (fine-grind), minimum 99% through a US #60 mesh (250 μm), minimum 90% through a US #80 mesh (177 μm), and minimum 80% through a US #100 mesh (149 μm);

*Nisso HPC-L* (regular type): 99% through a US #40 mesh sieve (350 μm);

*Nisso HPC-L* (fine powder type): 99% through a US #100 mesh sieve (150 μm).

*Refractive index*   $n_D^{20} = 1.3353$ for a 2% w/v aqueous solution.

*Solubility*

Soluble 1 in 10 parts dichloromethane; 1 in 2.5 parts ethanol (95%); 1 in 2 parts methanol; 1 in 5 parts propan-2-ol; 1 in 5 parts propylene glycol; and 1 in 2 parts water. Practically insoluble in aliphatic hydrocarbons; aromatic hydrocarbons; carbon tetrachloride; petroleum distillates; glycerin; and oils.

Hydroxypropyl cellulose is freely soluble in water below 38°C, forming a smooth, clear, colloidal solution. In hot water, it is insoluble and is precipitated as a highly swollen floc at a temperature between 40 and 45°C. Hydroxypropyl cellulose is soluble in many cold or hot polar organic solvents such as dimethyl formamide; dimethyl sulfoxide; dioxane; ethanol (95%); methanol; propan-2-ol (95%); and propylene glycol. There is no tendency for precipitation in hot organic solvents. However, the grade of hydroxypropyl cellulose can have a marked effect upon solution quality in some organic liquids that are borderline solvents, such as acetone; butyl acetate; cyclohexanol; dichloromethane; lactic acid; methyl acetate; methyl ethyl ketone; propan-2-ol (99%); and *tert*-butanol.

The higher-viscosity grades of hydroxypropyl cellulose tend to produce slightly inferior solutions. However, the solution quality in borderline solvents can often be greatly improved by the use of small quantities (5–15%) of a cosolvent. For example, dichloromethane is a borderline solvent for *Klucel HF* and solutions have a granular texture, but a smooth solution may be produced by adding 10% methanol.

Hydroxypropyl cellulose is compatible with a number of high-molecular-weight, high-boiling waxes and oils, and can be used to modify certain properties of these materials. Examples of materials that are good solvents for hydroxypropyl cellulose at an elevated temperature are acetylated monoglycerides, glycerides, pine oil, polyethylene glycol, and polypropylene glycol.

*Specific gravity*  1.2224 for particles; 1.0064 for a 2% w/v aqueous solution at 20°C.

*Surface tension   see* Table IV.

*Viscosity (dynamic)*   A wide range of viscosity types are commercially available; *see* Table V. Solutions should be prepared by gradually adding the hydroxypropyl cellulose to a vigorously stirred solvent. Increasing concentration produces solutions of increased viscosity. *See also* Section 11 for information on solution stability.

H

**Table IV:** Surface tension (mN/m) of aqueous solutions of *Nisso HPC* (Nippon Soda Co. Ltd.) at 20°C.

| Grade | Surface tension (mN/m) at 20°C for aqueous solutions of stated concentration | | | |
|---|---|---|---|---|
| | 0.01% | 0.1% | 1.0% | 10.0% |
| *Nisso HPC-L* | 51.0 | 49.1 | 46.3 | 45.8 |
| *Nisso HPC-M* | 54.8 | 49.7 | 46.3 | — |

**Table V:** Viscosity of aqueous solutions of *Klucel* (Ashland Aqualon Functional Ingredients) at 25°C.

| Grade | Viscosity (mPa s) of various aqueous solutions of stated concentration | | | |
|---|---|---|---|---|
| | 1% | 2% | 5% | 10% |
| *Klucel HF* | 1500–3000 | — | — | — |
| *Klucel MF* | — | 4000–6500 | — | — |
| *Klucel GF* | — | 150–400 | — | — |
| *Klucel JF* | — | — | 150–400 | — |
| *Klucel LF* | — | — | 75–150 | — |
| *Klucel EF* | — | — | — | 200–600 |

## 11   Stability and Storage Conditions

Hydroxypropyl cellulose powder is a stable material, although it is hygroscopic after drying.

Aqueous solutions of hydroxypropyl cellulose are stable at pH 6.0–8.0, with the viscosity of solutions being relatively unaffected. However, at low pH aqueous solutions may undergo acid hydrolysis, resulting in chain scission and hence a decrease in solution viscosity. The rate of hydrolysis increases with increasing temperature and hydrogen ion concentration. At high pH, alkali-catalyzed oxidation may degrade the polymer and result in a decrease in viscosity of solutions. This degradation can occur owing to the presence of dissolved oxygen or oxidizing agents in a solution.

Increasing temperature causes the viscosity of aqueous solutions to decrease gradually until the viscosity drops suddenly at about 45°C owing to the limited solubility of hydroxypropyl cellulose. However, this process is reversible and on cooling the original viscosity is restored.

The high level of substitution of hydroxypropyl cellulose improves the resistance of the polymer to degradation by molds and bacteria.[20] However, aqueous solutions are susceptible to degradation under severe conditions and a viscosity decrease may occur. Certain enzymes produced by microbial action will degrade hydroxypropyl cellulose in solution.[24] Therefore, for prolonged storage, an antimicrobial preservative should be added to aqueous solutions. Solutions of hydroxypropyl cellulose in organic solvents do not generally require preservatives.

Ultraviolet light will also degrade hydroxypropyl cellulose and aqueous solutions may therefore decrease slightly in viscosity if exposed to light for several months.

Aqueous hydroxypropyl cellulose solutions have optimum stability when the pH is maintained at 6.0–8.0, and also when the solution is protected from light, heat, and the action of micro-organisms.

Hydroxypropyl cellulose powder should be stored in a well-closed container in a cool, dry place.

**Table VI:** Compatibility of hydroxypropyl cellulose (*Nisso HPC*) with inorganic salts in aqueous solutions.[a]

| Salt | Concentration of salt (% w/w) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2 | 3 | 5 | 7 | 10 | 30 | 50 |
| Aluminum sulfate | S | S | I | I | I | I | I |
| Ammonium nitrate | S | S | S | S | S | I | I |
| Ammonium sulfate | S | S | I | I | I | I | I |
| Calcium chloride | S | S | S | S | S | T | I |
| Dichromic acid | S | S | S | S | S | S | S |
| Disodium hydrogenphosphate | S | S | I | I | I | I | I |
| Ferric chloride | S | S | S | S | S | I | I |
| Potassium ferrocyanide | S | S | S | I | I | I | I |
| Silver nitrate | S | S | S | S | S | S | T |
| Sodium acetate | S | S | S | S | S | I | I |
| Sodium carbonate | S | S | I | I | I | I | I |
| Sodium chloride | S | S | S | S | I | I | I |
| Sodium nitrate | S | S | S | S | S | I | I |
| Sodium sulfate | S | S | I | I | I | I | I |
| Sodium sulfite | S | S | I | I | I | I | I |
| Sodium thiosulfate | T | T | T | I | I | I | I |

(a) S, completely soluble; T, turbid white; I, insoluble.

## 12   Incompatibilities

Hydroxypropyl cellulose in solution demonstrates some incompatibility with substituted phenol derivatives, such as methylparaben and propylparaben. The presence of anionic polymers may increase the viscosity of hydroxypropyl cellulose solutions.

The compatibility of hydroxypropyl cellulose with inorganic salts varies depending upon the salt and its concentration; *see* Table VI. Hydroxypropyl cellulose may not tolerate high concentrations of other dissolved materials.

The balance of the hydrophilic–lipophilic properties of the polymer, which are required for dual solubility, reduces its ability to hydrate with water and it therefore tends to be salted out in the presence of high concentrations of other dissolved materials.

The precipitation temperature of hydroxypropyl cellulose is lower in the presence of relatively high concentrations of other dissolved materials that compete for the water in the system; *see* Table VII.

**Table VII:** Variation in precipitation temperature of hydroxypropyl cellulose (*Klucel H*) in the presence of other materials.

| Ingredients and concentrations | Precipitation temperature (°C) |
|---|---|
| 1% *Klucel H* | 41 |
| 1% *Klucel H* + 1.0% sodium chloride | 38 |
| 1% *Klucel H* + 5.0% sodium chloride | 30 |
| 0.5% *Klucel H* + 10% sucrose | 41 |
| 0.5% *Klucel H* + 30% sucrose | 32 |
| 0.5% *Klucel H* + 40% sucrose | 20 |
| 0.5% *Klucel H* + 50% sucrose | 7 |

## 13   Method of Manufacture

A purified form of cellulose is reacted with sodium hydroxide to produce a swollen alkali cellulose that is chemically more reactive than untreated cellulose. The alkali cellulose is then reacted with propylene oxide at elevated temperature and pressure. The propylene oxide can be substituted on the cellulose through an ether linkage at the three reactive hydroxyls present on each anhydroglucose monomer unit of the cellulose chain. Etherification takes place in such a way that hydroxypropyl substituent groups contain almost entirely secondary hydroxyls. The secondary hydroxyl present in the side chain is available for further reaction with the propylene oxide, and 'chaining-out' may take place. This

results in the formation of side chains containing more than 1 mole of combined propylene oxide.

## 14 Safety

Hydroxypropyl cellulose is widely used as an excipient in oral and topical pharmaceutical formulations. It is also used extensively in cosmetics and food products.

Hydroxypropyl cellulose is generally regarded as an essentially nontoxic and nonirritant material.[25,26] It is not absorbed from the gastrointestinal tract and is fully recovered in feces after oral administration in rats. It does not exhibit skin irritation or skin sensitization. However, the use of hydroxypropyl cellulose as a solid ocular insert has been associated with rare reports of discomfort or irritation, including hypersensitivity and edema of the eyelids. Adverse reactions to hydroxypropyl cellulose are rare. However, it has been reported that a single patient developed contact dermatitis due to hydroxypropyl cellulose in a transdermal estradiol patch.[27]

The WHO has specified an acceptable daily intake for hydroxypropyl cellulose of up to 1500 mg/kg body-weight.[28] Excessive consumption of hydroxypropyl cellulose may have a laxative effect.

$LD_{50}$ (rat, IV): 0.25 g/kg[29]

$LD_{50}$ (rat, oral): 10.2 g/kg

## 15 Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Hydroxypropyl cellulose dust may be irritant to the eyes; eye protection is recommended. Excessive dust generation should be avoided to minimize the risk of explosions.

## 16 Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Database (oral capsules and tablets; topical and transdermal preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17 Related Substances

Hydroxyethyl cellulose; hydroxypropyl cellulose, low-substituted; hypromellose.

## 18 Comments

Hydroxypropyl cellulose is one of the materials that have been selected for harmonization by the Pharmacopeial Discussion Group. For further information see the General Information Chapter <1196> in the USP32–NF27, the General Chapter 5.8 in PhEur 6.0, along with the 'State of Work' document on the PhEur EDQM website, and also the General Information Chapter 8 in the JP XV.

Hydroxypropyl cellulose is a thermoplastic polymer that can be processed by virtually all fabrication methods used for plastics.

It is also used in hot-melt extruded films for topical use. When it is produced with chlorpheniramine maleate, the matrix is stabilized, allowing film processing at lower temperatures.[30] Mucoadhesive hydroxypropyl cellulose microspheres have been prepared for powder inhalation preparations.[31]

A specification for hydroxypropyl cellulose is included in the Food Chemicals Codex (FCC).[32]

## 19 Specific References

1 Skinner GW *et al*. The evaluation of fine-particle hydroxypropylcellulose as a roller compaction binder in pharmaceutical applications. *Drug Dev In Pharm* 1999; **25**(10): 1121–1128.
2 Aqualon. Technical literature: *Klucel EF Pharm* hydroxypropylcellulose. Use in plasticizer-free aqueous coating., 2000.
3 Aqualon. Technical literature: *Klucel* hydroxypropylcellulose application in a sustained release matrix capsule dosage form, 2004.
4 Alderman DA. Sustained release compositions comprising hydroxypropyl cellulose ethers. United States Patent No. 4,704,285; 1987.
5 Lee DY, Chen CM. Delayed pulse release hydrogel matrix tablet. United States Patent No. 6,103,263; 2000.
6 Machida Y, Nagai T. Directly compressed tablets containing hydroxypropyl cellulose in addition to starch or lactose. *Chem Pharm Bull* 1974; **22**: 2346–2351.
7 Delonca H *et al*. Binding activity of hydroxypropyl cellulose (200 000 and 1 000 000 mol. wt.) and its effect on the physical characteristics of granules and tablets. *Farmaco (Prat)* 1977; **32**: 157–171.
8 Delonca H *et al*. [Effect of temperature on disintegration and dissolution time of tablets with a cellulose component as a binder.] *J Pharm Belg* 1978; **33**: 171–178[in French].
9 Stafford JW *et al*. Temperature dependence of the disintegration times of compressed tablets containing hydroxypropyl cellulose as binder. *J Pharm Pharmacol* 1978; **30**: 1–5.
10 Kitamori N, Makino T. Improvement in pressure-dependent dissolution of trepibutone tablets by using intragranular disintegrants. *Drug Dev Ind Pharm* 1982; **8**: 125–139.
11 Johnson JL *et al*. Influence of ionic strength on matrix integrity and drug release from hydroxypropyl cellulose compacts. *Int J Pharm* 1993; **90**: 151–159.
12 Skinner GW. Sustained release polymer blend for pharmaceutical applications. United States Patent No. 6,210,710 B1; 2001.
13 Guo JH, Skinner GW. Sustained release polymer blend for pharmaceutical applications. United States Patent No. 6,358,525 B1; 2002.
14 Dürig TJ. Advances in cellulose ether-based modified-release technologies. Rathbone MJ *et al*, ed. *Modified Release Drug Delivery Technology*, 2nd edn. 2008; 143–152.
15 Anon. Aqualon Pharmaceutical Technology Report, PTR-016: Polymer blend matrix for oral sustained drug delivery, 2002.
16 Harcum WW, Skinner GW. Aqualon Pharmaceutical Technology Report PTR-018: *Klucel* hydroxypropylcellulose controlled release matrix tablets prepared by roll compaction – effect of polymer, formulation and processing variables, 2002.
17 Durig TJ. Aqualon Pharmaceutical Technology Report PTR-019: Compression and drug release characteristics of directly compressible *Klucel* hydroxypropylcellulose controlled release matrix systems, 2002.
18 Lindberg NO. Water vapour transmission through free films of hydroxypropyl cellulose. *Acta Pharm Suec* 1971; **8**: 541–548.
19 Banker G *et al*. Evaluation of hydroxypropylcellulose and hydroxypropylmethylcellulose as aqueous based film coatings. *Drug Dev Ind Pharm* 1981; **7**: 693–716.
20 Banker G *et al*. Microbiological considerations of polymer solutions used in aqueous film coating. *Drug Dev Ind Pharm* 1982; **8**: 41–51.
21 Cohen EM *et al*. Solid state ophthalmic medication. United States Patent No. 4,179,497; 1979.
22 Harwood RJ, Schwartz JB. Drug release from compression molded films: preliminary studies with pilocarpine. *Drug Dev Ind Pharm* 1982; **8**: 663–682.
23 Dumortier G *et al*. Systemic absorption of morphine after ocular administration: evaluation of morphine salt insert *in vitro* and *in vivo*. *Int J Pharm* 1990; **59**: 1–7.
24 Wirick MG. Study of the enzymic degradation of CMC and other cellulose ethers. *J Polym Sci* 1968; **6**(Part A-1): 1965–1974.
25 Anonymous. Final report on the safety assessment of hydroxyethylcellulose, hydroxypropylcellulose, methylcellulose, hydroxypropyl methylcellulose and cellulose gum. *J Am Coll Toxicol* 1986; **5**(3): 1–60.
26 Aqualon. Technical literature: *Klucel* hydroxypropylcellulose summary of toxicological investigations, 2004.
27 Schwartz BK, Clendenning WE. Allergic contact dermatitis from hydroxypropyl cellulose in a transdermal estradiol patch. *Contact Dermatitis* 1988; **18**(2): 106–107.
28 FAO/WHO. Evaluation of certain food additives and contaminants. Thirty-fifth report of the joint FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1990; No. 789.
29 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn. New York: Wiley, 2004; 2053.
30 Repka MA, McGinty JW. Influence of chlorpheniramine maleate on topical hydroxypropylcellulose films produced by hot melt extrusion. *Pharm Dev Technol* 2001; **6**(3): 297–304.
31 Sakagami M *et al*. Enhanced pulmonary absorption following aerosol administration of mucoadhesive powder microspheres. *J Control Release* 2001; **77**(1–2): 117–129.

32 *Food Chemicals Codex*, 6th edn.   Bethesda, MD: United States Pharmacopeia, 2008; 469.

## 20   General References

Ashland Aqualon Functional Ingredients. Technical literature: *Klucel*, hydroxypropylcellulose, a nonionic water-soluble polymer, physical and chemical properties, 1987.

Ashland Aqualon Functional Ingredients. Technical literature: *Klucel*, hydroxypropyl cellulose (HPC) – Summary of toxicological investigations, 1994.

Ashland Aqualon Functional Ingredients. Technical literature: *Klucel*, Hydroxypropylcellulose, Pharmgrade for pharmaceutical uses, 2002. http://www.herc.com/aqualon/product_data/prod/494.pdf (accessed 16 January 2009).

Ashland Aqualon Functional Ingredients. Technical literature: Acceptable use levels of *Klucel* hydroxypropylcellulose in modified release formulations, 2008.

Doelker E. Cellulose derivatives. *Adv Polym Sci* 1993; **107**: 199–265.

European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–143. http://www.edqm.eu/site/-614.html (accessed 3 February 2009).

Ganz AJ. Thermoplastic food production. United States Patent No. 3,769,029; 1973.

Klug ED. Some properties of water-soluble hydroxyalkyl celluloses and their derivatives. *J Polym Sci* 1971; **36**(Part C): 491–508.

Nippon Soda Co. Ltd. Technical literature: *Nisso HPC*, 1995.

Opota O *et al*. [Rheological behavior of aqueous solutions of hydroxypropylcellulose: influence of concentration and molecular mass.] *Pharm Acta Helv* 1988; **63**: 26–32[in French].

## 21   Authors

MA Kabir, JP Reo.

## 22   Date of Revision

23 February 2009.

---



# Hydroxypropyl Cellulose, Low-substituted

## 1   Nonproprietary Names

JP: Low Substituted Hydroxypropylcellulose
USP-NF: Low-Substituted Hydroxypropyl Cellulose

## 2   Synonyms

Cellulose, 2-hydroxypropyl ether; 2-hydroxypropyl ether (low-substituted) cellulose; hyprolose, low-substituted; *L-HPC*; oxypropylated cellulose.

## 3   Chemical Name and CAS Registry Number

Cellulose, 2-hydroxypropyl ether (low-substituted) [9004-64-2]

## 4   Empirical Formula and Molecular Weight

The USP32–NF27 describes low-substituted hydroxypropyl cellulose as a low-substituted hydroxypropyl ether of cellulose. Compared to hydroxypropyl cellulose, low-substituted hydroxypropyl cellulose has only a small proportion of the three free hydroxyl groups per glucose subunit converted to a hydroxypropyl ether.[1] When dried at $105°C$ for 1 hour, it contains not less than 5.0% and not more than 16.0% of hydroxypropoxy groups (—$OCH_2CHOHCH_3$). Low-substituted hydroxypropyl cellulose is commercially available in a number of different grades that have different particle sizes and substitution levels.

## 5   Structural Formula



R is H or $[CH_2CH(CH_3)O]_mH$

## 6   Functional Category

Tablet and capsule disintegrant; tablet binder.

## 7   Applications in Pharmaceutical Formulation or Technology

Low-substituted hydroxypropyl cellulose is widely used in oral solid-dosage forms. It is primarily used as a disintegrant, and as a binder for tablets and granules in wet or dry granulation.[1] It has been used in the preparation of rapidly disintegrating tablets produced by direct compression methods.[2–4] In addition, low-substituted hydroxypropyl cellulose has been used as a binder/disintegrant included in the powder layering process on spherical cores and to prepare pellets by extrusion/spheronization.[1,6,7] A low particle size and high hydroxypropyl content is recommended to produce round spheres and rapid dissolution.[1,5]

There are a number of grades that have different particle sizes and substitution levels. *LH-11* has the longest fibrous particles, and

4  Venacio A *et al.* Evaluation of crude hydroxypropyl starch as a bioseparation aqueous-phase-forming polymer. *Biotechnol Prog* 1993; **9**(6): 635–639.
5  FAO/WHO. Fifteenth report of the Joint FAO/WHO Expert Committee on Food Additives. *World Health Organ Tech Rep Ser* 1972; No. 488.
6  Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn.  New York: Wiley, 2004; 2054.
7  Visavarungroj N, Remon JP. An evaluation of hydroxypropyl starch as disintegrant and binder in tablet formulation. *Drug Dev Ind Pharm* 1991; **17**(10): 1389, 1396.
8  Japan Pharmaceutical Excipients Council. *Japanese Pharmaceutical Excipients 2004*. Tokyo: Yakuji Nippo, 2004; 425–427.

## 20   General References

—

## 21   Authors

SA Shah, D Thassu.

## 22   Date of Revision

8 October 2008.



# Hypromellose

## 1   Nonproprietary Names

BP: Hypromellose
JP: Hypromellose
PhEur: Hypromellose
USP: Hypromellose

## 2   Synonyms

*Benecel MHPC*; E464; hydroxypropyl methylcellulose; HPMC; hypromellosum; *Methocel*; methylcellulose propylene glycol ether; methyl hydroxypropylcellulose; *Metolose*; MHPC; *Pharmacoat*; *Tylopur*; *Tylose MO*.

## 3   Chemical Name and CAS Registry Number

Cellulose hydroxypropyl methyl ether  [9004-65-3]

## 4   Empirical Formula and Molecular Weight

The PhEur 6.3 describes hypromellose as a partly *O*-methylated and *O*-(2-hydroxypropylated) cellulose. It is available in several grades that vary in viscosity and extent of substitution. Grades may be distinguished by appending a number indicative of the apparent viscosity, in mPa s, of a 2% w/w aqueous solution at 20°C. Hypromellose defined in the USP 32 specifies the substitution type by appending a four-digit number to the nonproprietary name: e.g. hypromellose 1828. The first two digits refer to the approximate percentage content of the methoxy group ($OCH_3$). The second two digits refer to the approximate percentage content of the hydroxypropoxy group ($OCH_2CH(OH)CH_3$), calculated on a dried basis. It contains methoxy and hydroxypropoxy groups conforming to the limits for the various types of hypromellose; *see* Section 9. Molecular weight is approximately 10 000–1 500 000.

## 5   Structural Formula



where R is H, $CH_3$, or $CH_3CH(OH)CH_2$

## 6   Functional Category

Bioadhesive material; coating agent; controlled-release agent; dispersing agent; dissolution enhancer; emulsifying agent; emulsion stabilizer; extended-release agent; film-forming agent; foaming agent; granulation aid; modified-release agent; mucoadhesive; release-modifying agent; solubilizing agent; stabilizing agent; suspending agent; sustained-release agent; tablet binder; thickening agent; viscosity-increasing agent.

## 7   Applications in Pharmaceutical Formulation or Technology

Hypromellose is widely used in oral, ophthalmic, nasal, and topical pharmaceutical formulations.

In oral products, hypromellose is primarily used as a tablet binder,[1] in film-coating,[2–7] and as a matrix for use in extended-release tablet formulations.[8–12] Concentrations between 2% and 5% w/w may be used as a binder in either wet- or dry-granulation processes. High-viscosity grades may be used to retard the release of drugs from a matrix at levels of 10–80% w/w in tablets and capsules. Hypromellose is also used in liquid oral dosage forms as a suspending and/or thickening agent at concentrations ranging from 0.25–5.0%.[13]

Depending upon the viscosity grade, concentrations of 2–20% w/w are used for film-forming solutions to film-coat tablets. Lower-viscosity grades are used in aqueous film-coating solutions, while

higher-viscosity grades are used with organic solvents. Examples of film-coating materials that are commercially available include *AnyCoat C*, *Spectracel*, *Pharmacoat*, and the *Methocel E Premium LV* series.

Hypromellose is also used as a suspending and thickening agent in topical formulations. Compared with methylcellulose, hypromellose produces aqueous solutions of greater clarity, with fewer undissolved fibers present, and is therefore preferred in formulations for ophthalmic use. Hypromellose at concentrations between 0.45–1.0% w/w may be added as a thickening agent to vehicles for eye drops and artificial tear solutions. It is also used commercially in liquid nasal formulations at a concentration of 0.1%.[13]

Hypromellose is used as an emulsifier, suspending agent, and stabilizing agent in topical gels and ointments. As a protective colloid, it can prevent droplets and particles from coalescing or agglomerating, thus inhibiting the formation of sediments.

In addition, hypromellose is used in the manufacture of capsules, as an adhesive in plastic bandages, and as a wetting agent for hard contact lenses. It is also widely used in cosmetics and food products.

## 8   Description

Hypromellose is an odorless and tasteless, white or creamy-white fibrous or granular powder. *See also* Section 10.



**SEM 1:** Excipient: *Methocel E5*; manufacturer: Dow Wolff Cellulosics; magnification: 200×; voltage: 3 kV.



**SEM 2:** Excipient: *Methocel K4M*; manufacturer: Dow Wolff Cellulosics; magnification: 500×; voltage: 3 kV.

## 9   Pharmacopeial Specifications

*See* Table I.

**Table I:** Pharmacopeial specifications for hypromellose.

| Test | JP XV | PhEur 6.3 | USP 32 |
|---|---|---|---|
| Identification | + | + | + |
| Characters | — | + | — |
| Appearance of solution | — | + | — |
| pH (2% w/w solution) | 5.0–8.0 | 5.0–8.0 | 5.0–8.0 |
| Apparent viscosity | + | +[a] | + |
| <600 mPa s | 80–120% | 80–120% | 80–120% |
| ≥600 mPa s | 75–140% | 75–140% | 75–140% |
| Loss on drying | ≤5.0% | ≤5.0% | ≤5.0% |
| Residue on ignition | ≤1.5% | — | ≤1.5% |
| Sulfated ash | — | ≤1.5% | — |
| Heavy metals | ≤20 ppm | ≤20 ppm | ≤20 ppm |
| Methoxy content | + | +[a] | + |
| Type 1828 | 16.5–20.0% | 16.5–20.0% | 16.5–20.0% |
| Type 2208 | 19.0–24.0% | 19.0–24.0% | 19.0–24.0% |
| Type 2906 | 27.0–30.0% | 27.0–30.0% | 27.0–30.0% |
| Type 2910 | 28.0–30.0% | 28.0–30.0% | 28.0–30.0% |
| Hydroxypropoxy content | + | +[a] | + |
| Type 1828 | 23.0–32.0% | 23.0–32.0% | 23.0–32.0% |
| Type 2208 | 4.0–12.0% | 4.0–12.0% | 4.0–12.0% |
| Type 2906 | 4.0–7.5% | 4.0–7.5% | 4.0–7.5% |
| Type 2910 | 7.0–12.0% | 7.0–12.0% | 7.0–12.0% |

(a) May be a functionality related characteristic.

## 10   Typical Properties

*Acidity/alkalinity*   pH = 5.0–8.0 for a 2% w/w aqueous solution.
*Ash*   ≤1.5%
*Autoignition temperature*   360°C
*Density (bulk)*   0.341 g/cm$^3$
*Density (tapped)*   0.557 g/cm$^3$
*Density (true)*   1.326 g/cm$^3$
*Melting point*   Browns at 190–200°C; chars at 225–230°C. Glass transition temperature is 170–180°C.
*Moisture content*   Hypromellose absorbs moisture from the atmosphere; the amount of water absorbed depends upon the initial moisture content and the temperature and relative humidity of the surrounding air. *See* Figure 1.
*NIR spectra*   *see* Figure 2.
*Solubility*   Soluble in cold water, forming a viscous colloidal solution; practically insoluble in hot water, chloroform, ethanol (95%), and ether, but soluble in mixtures of ethanol and dichloromethane, mixtures of methanol and dichloromethane, and mixtures of water and alcohol. Certain grades of hypromellose are soluble in aqueous acetone solutions, mixtures of dichloromethane and propan-2-ol, and other organic solvents. Some grades are swellable in ethanol.[14] *See also* Section 11.
*Specific gravity*   1.26
*Viscosity (dynamic)*

A wide range of viscosity types are commercially available. Aqueous solutions are most commonly prepared, although hypromellose may also be dissolved in aqueous alcohols such as ethanol and propan-2-ol provided the alcohol content is less than 50% w/w. Dichloromethane and ethanol mixtures may also be used to prepare viscous hypromellose solutions. Solutions prepared using organic solvents tend to be more viscous; increasing concentration also produces more viscous solutions; *see* Table II.

To prepare an aqueous solution, it is recommended that hypromellose is dispersed and thoroughly hydrated in about 20–30% of the required amount of water. The water should be vigorously stirred and heated to 80–90°C, and then the hypromellose should be added. The heat source can be removed once the hypromellose has been thoroughly dispersed into the hot water. Sufficient cold water should then be added to produce the required volume while continuing to stir.

**H**

**H**



**Figure 1:** Absorption–desorption isotherm for hypromellose.



**Figure 2:** Near-infrared spectrum of hypromellose measured by reflectance.

**Table II:** Typical viscosity values for 2% (w/v) aqueous solutions of *Methocel* (Dow Wolff Cellulosics) and *Metolose* (Shin-Etsu Chemical Co. Ltd.). Viscosities measured at 20°C.

| *Methocel* and *Metolose* products | JP/PhEur/ USP designation | Nominal viscosity (mPa s) |
|---|---|---|
| *Methocel K3 Premium LV* | 2208 | 3 |
| *Methocel K100 Premium LVEP* | 2208 | 100 |
| *Methocel K4M Premium* | 2208 | 4000 |
| *Methocel K15M Premium* | 2208 | 15 000 |
| *Methocel K100M Premium* | 2208 | 100 000 |
| *Methocel E3 Premium LV* | 2910 | 3 |
| *Methocel E5 Premium LV* | 2910 | 5 |
| *Methocel E6 Premium LV* | 2910 | 6 |
| *Methocel E15 Premium LV* | 2910 | 15 |
| *Methocel E50 Premium LV* | 2910 | 50 |
| *Methocel E4M Premium* | 2910 | 4000 |
| *Methocel E10M Premium CR* | 2910 | 10 000 |
| *Methocel F50 Premium* | 2906 | 50 |
| *Methocel F4M Premium* | 2906 | 4000 |
| *Metolose 60SH* | 2910 | 50, 4000, 10 000 |
| *Metolose 65SH* | 2906 | 50, 400, 1500, 4000 |
| *Metolose 90SH* | 2208 | 100, 400, 4000, 15 000 |

## 12   Incompatibilities

Hypromellose is incompatible with some oxidizing agents. Since it is nonionic, hypromellose will not complex with metallic salts or ionic organics to form insoluble precipitates.

## 13   Method of Manufacture

A purified form of cellulose, obtained from cotton linters or wood pulp, is reacted with sodium hydroxide solution to produce a swollen alkali cellulose that is chemically more reactive than untreated cellulose. The alkali cellulose is then treated with chloromethane and propylene oxide to produce methyl hydroxypropyl ethers of cellulose. The fibrous reaction product is then purified and ground to a fine, uniform powder or granules. Hypromellose can then be exposed to anhydrous hydrogen chloride to induce depolymerization, thus producing low viscosity grades.

## 14   Safety

Hypromellose is widely used as an excipient in oral, opthalmic, nasal, and topical pharmaceutical formulations. It is also used extensively in cosmetics and food products.

Hypromellose is generally regarded as a nontoxic and non-irritating material, although excessive oral consumption may have a laxative effect.[16] The WHO has not specified an acceptable daily intake for hypromellose since the levels consumed were not considered to represent a hazard to health.[17] In fact, high dosages of hypromellose are being investigated for treating various metabolic syndromes.[18,19]

LD$_{50}$ (mouse, IP): 5 g/kg[20]

LD$_{50}$ (rat, IP): 5.2 g/kg

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Hypromellose dust may be irritating to the eyes, so eye protection is recommended. Excessive dust generation should be avoided to minimize the risks of explosion. Hypromellose is combustible.

## 16   Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Database (ophthalmic and nasal preparations; oral capsules, suspensions, syrups, and tablets;

When aqueous/organic cosolvent mixtures are used for solution preparation, hypromellose should first be dispersed into the organic solvent at a ratio of 5–8 parts of solvent to 1 part of hypromellose. Cold water is then added to produce the final volume. Examples of suitable water-miscible organic solvents include ethanol and glycols. A similar preparation procedure should be used when ethanol and dichloromethane constitute a completely organic cosolvent mixture.

## 11   Stability and Storage Conditions

Hypromellose powder is a stable material, although it is hygroscopic after drying.

Solutions are stable at pH 3–11. Hypromellose undergoes a reversible sol–gel transformation upon heating and cooling, respectively. The gelation temperature is 50–90°C, depending upon the grade and concentration of material. For temperatures below the gelation temperature, viscosity of the solution decreases as temperature is increased. Beyond the gelation temperature, viscosity increases as temperature is increased.

Aqueous solutions are comparatively enzyme-resistant, providing good viscosity stability during long-term storage.[15] However, aqueous solutions are liable to microbial spoilage and should be preserved with an antimicrobial preservative: when hypromellose is used as a viscosity-increasing agent in ophthalmic solutions, benzalkonium chloride is commonly used as the preservative. Aqueous solutions may also be sterilized by autoclaving; the coagulated polymer must be redispersed on cooling by shaking.

Hypromellose powder should be stored in a well-closed container, in a cool, dry place.

topical and vaginal preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17    Related Substances

Ethylcellulose; hydroxyethyl cellulose; hydroxyethylmethyl cellulose; hydroxypropyl cellulose; hypromellose acetate succinate; hypromellose phthalate; methylcellulose.

## 18    Comments

Hypromellose has been used in pharmaceutical dosage forms produced using hot-melt extrusion.[21] Premix coating formulations which contain hypromellose as a film-forming agent include *Opadry* (Colorcon) and *Advantia* Prime Coating Systems (ISP). *Methocel* K4MP DC and *Methocel* K100MP DC (Dow Wolff Cellulosics); they have been developed and commercialized to facilitate direct compression of tablets exhibiting modified-release performance.

Powdered or granular, surface-treated grades of hypromellose are also available that are dispersible in cold water. These are not recommended for oral use.

A specification for hypromellose is contained in the Food Chemicals Codex (FCC).[22]

The PubChem Compound ID (CID) for hypromellose is 24832095.

## 19    Specific References

1   Chowhan ZT. Role of binders in moisture-induced hardness increase in compressed tablets and its effect on *in vitro* disintegration and dissolution. *J Pharm Sci* 1980; **69**: 1–4.
2   Rowe RC. The adhesion of film coatings to tablet surfaces – the effect of some direct compression excipients and lubricants. *J Pharm Pharmacol* 1977; **29**: 723–726.
3   Rowe RC. The molecular weight and molecular weight distribution of hydroxypropyl methylcellulose used in the film coating of tablets. *J Pharm Pharmacol* 1980; **32**: 116–119.
4   Banker G *et al.* Evaluation of hydroxypropyl cellulose and hydroxypropyl methyl cellulose as aqueous based film coatings. *Drug Dev Ind Pharm* 1981; 7: 693–716.
5   Okhamafe AO, York P. Moisture permeation mechanism of some aqueous-based film coats. *J Pharm Pharmacol* 1982; **34**(Suppl.): 53P.
6   Alderman DA, Schulz GJ. Method of making a granular, cold water dispersible coating composition for tablets. United States Patent No. 4,816,298; 1989.
7   Patell MK. Taste masking pharmaceutical agents. United States Patent No. 4,916,161; 1990.
8   Hardy JG *et al.* Release rates from sustained-release buccal tablets in man. *J Pharm Pharmacol* 1982; **34**(Suppl.): 91P.
9   Hogan JE. Hydroxypropylmethylcellulose sustained release technology. *Drug Dev Ind Pharm* 1989; **15**: 975–999.
10   Shah AC *et al.* Gel-matrix systems exhibiting bimodal controlled release for oral delivery. *J Control Release* 1989; **9**: 169–175.
11   Wilson HC, Cuff GW. Sustained release of isomazole from matrix tablets administered to dogs. *J Pharm Sci* 1989; **78**: 582–584.
12   Dahl TC *et al.* Influence of physicochemical properties of hydroxypropyl methylcellulose on naproxen release from sustained release matrix tablets. *J Control Release* 1990; **14**: 1–10.
13   Food and Drug Administration – Center for Drug Evaluation and Research.   http://www.accessdata.fda.gov/scripts/cder/iig/index.cfm (accessed 20 February 2009).
14   Yamashita K *et al.* Establishment of new preparation method for solid dispersion formulation of tacrolimus. *Int J Pharm* 2003; **267**: 79–91.
15   Banker G *et al.* Microbiological considerations of polymer solutions used in aqueous film coating. *Drug Dev Ind Pharm* 1982; **8**: 41–51.
16   Anonymous. Final report on the safety assessment of hydroxyethylcellulose, hydroxypropylcellulose, methylcellulose, hydroxypropyl methylcellulose and cellulose gum. *J Am Coll Toxicol* 1986; 5(3): 1–60.
17   FAO/WHO. Evaluation of certain food additives and contaminants. Thirty-fifth report of the joint FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1990; No. 789.
18   Lynch SK *et al.* Use of water-soluble cellulose derivatives for preventing or treating metabolic syndrome. International Patent WO 2008051794 A2; 2007.
19   Maki KC *et al.* Hydroxypropylmethylcellulose and methylcellulose consumption reduce postprandial insulinemia in overweight and obese men and women. *J Nutr* 2008; **138**: 292–296.
20   Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn.  New York: Wiley, 2004; 2054.
21   Coppens KA *et al.* Hypromellose, ethylcellulose, and polyethylene oxide use in hot melt extrusion. *Pharm Technol* 2005; **30**(1): 62–70.
22   *Food Chemicals Codex*, 6th edn.  Bethesda, MD: United States Pharmacopeia, 2008; 470.

## 20    General References

Doelker E. Cellulose derivatives. *Adv Polym Sci* 1993; **107**: 199–265.
Dow Chemical Company. *Methocel* Products. http://www.dow.com/dow-excipients/products/methocel.htm (accessed 20 February 2009).
Li CL *et al.* The use of hypromellose in oral drug delivery. *J Pharm Pharmacol* 2005; **57**: 533–546.
Malamataris S *et al.* Effect of particle size and sorbed moisture on the compression behavior of some hydroxypropyl methylcellulose (HPMC) matrices. *Int J Pharm* 1994; **103**: 205–215.
Papadimitriou E *et al.* Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices. *Int J Pharm* 1993; **98**: 57–62.
Parab PV *et al.* Influence of hydroxypropyl methylcellulose and of manufacturing technology on *in vitro* performance of selected antacids. *Drug Dev Ind Pharm* 1985; **11**: 169–185.
Radebaugh GW *et al.* Methods for evaluating the puncture and shear properties of pharmaceutical polymeric films. *Int J Pharm* 1988; **45**: 39–46.
Rowe RC. Materials used in the film coating of oral dosage forms. Florence AT, ed. *Critical Reports on Applied Chemistry*. Oxford: Blackwell Scientific, 1984; 1–36.
Sako K *et al.* Influence of water soluble fillers in hydroxypropylmethylcellulose matrices on *in vitro* and *in vivo* drug release. *J Control Release* 2002; **81**: 165–172.
Sebert P *et al.* Effect of gamma irradiation on hydroxypropylmethylcellulose powders: consequences on physical, rheological and pharmacotechnical properties. *Int J Pharm* 1993; **99**: 37–42.
Shin-Etsu Chemical Co. Ltd. Technical literature: *Metolose*, 2008.
Shin-Etsu Chemical Co. Ltd. Technical literature: *Pharmacoat*, 2007.
Wan LSC *et al.* The effect of hydroxypropylmethylcellulose on water penetration into a matrix system. *Int J Pharm* 1991; **73**: 111–116.

## 21    Author

TL Rogers.

## 22    Date of Revision

20 February 2009.

7  *Food Chemicals Codex*, 6th edn.  Bethesda, MD: United States Pharmacopeia, 2008; 818.

### 20  General References

Smolinske SC, ed. *Handbook of Food, Drug, and Cosmetic Excipients*. Boca Raton, FL: CRC Press, 1992; 363–367.
Sofos JN, Busta FF. Sorbates. Branen AL, Davidson PM, eds. *Antimicrobials in Foods*. New York: Marcel Dekker, 1983; 141–175.
Walker R. Toxicology of sorbic acid and sorbates. *Food Add Contam* 1990; 7(5): 671–676.

### 21  Authors

ME Quinn, PJ Sheskey.

### 22  Date of Revision

17 February 2009.


# Povidone

### 1  Nonproprietary Names

BP: Povidone
JP: Povidone
PhEur: Povidone
USP: Povidone

### 2  Synonyms

E1201; *Kollidon*; *Plasdone*; poly[1-(2-oxo-1-pyrrolidinyl)ethylene]; polyvidone; polyvinylpyrrolidone; povidonum; *Povipharm*; PVP; 1-vinyl-2-pyrrolidinone polymer.

### 3  Chemical Name and CAS Registry Number

1-Ethenyl-2-pyrrolidinone homopolymer  [9003-39-8]

### 4  Empirical Formula and Molecular Weight

$(C_6H_9NO)_n$    2500–3 000 000

The USP 32 describes povidone as a synthetic polymer consisting essentially of linear 1-vinyl-2-pyrrolidinone groups, the differing degree of polymerization of which results in polymers of various molecular weights. It is characterized by its viscosity in aqueous solution, relative to that of water, expressed as a $K$-value, in the range 10–120. The $K$-value is calculated using Fikentscher's equation:[1]

$$\log z = c\left[\frac{75k^2}{1 + 1.5kc}\right] + k$$

where $z$ is the relative viscosity of the solution of concentration $c$ (in % w/v), and $k$ is the $K$-value × $10^{-3}$.  Alternatively, the $K$-value may be determined from the following equation:

$$K\text{-value} = \sqrt{\frac{300c \log z (c + 1.5c \log z)^2 + 1.5}{0.15c + 0.003c^2}}$$

where $z$ is the relative viscosity of the solution of concentration $c$ (in % w/v).  Approximate molecular weights for different povidone grades are shown in Table I.

**Table I:** Approximate molecular weights for different grades of povidone.

| K-value | Approximate molecular weight |
|---|---|
| 12 | 2 500 |
| 15 | 8 000 |
| 17 | 10 000 |
| 25 | 30 000 |
| 30 | 50 000 |
| 60 | 400 000 |
| 90 | 1 000 000 |
| 120 | 3 000 000 |

*See also* Section 8.

### 5  Structural Formula



### 6  Functional Category

Disintegrant; dissolution enhancer; suspending agent; tablet binder.

### 7  Applications in Pharmaceutical Formulation or Technology

Although povidone is used in a variety of pharmaceutical formulations, it is primarily used in solid-dosage forms. In tableting, povidone solutions are used as binders in wet-granulation processes.[2,3] Povidone is also added to powder blends in the dry form and granulated *in situ* by the addition of water, alcohol, or hydroalcoholic solutions. Povidone is used as a solubilizer in oral and parenteral formulations, and has been shown to enhance dissolution of poorly soluble drugs from solid-dosage forms.[4–6] Povidone solutions may also be used as coating agents or as binders when coating active pharmaceutical ingredients on a support such as sugar beads.

Povidone is additionally used as a suspending, stabilizing, or viscosity-increasing agent in a number of topical and oral suspensions and solutions. The solubility of a number of poorly

**582** Povidone

soluble active drugs may be increased by mixing with povidone. *See* Table II.

Special grades of pyrogen-free povidone are available and have been used in parenteral formulations; *see* Section 14.

**Table II:** Uses of povidone.

| Use | Concentration (%) |
| --- | --- |
| Carrier for drugs | 10–25 |
| Dispersing agent | Up to 5 |
| Eye drops | 2–10 |
| Suspending agent | Up to 5 |
| Tablet binder, tablet diluent, or coating agent | 0.5–5 |

## 8 Description

Povidone occurs as a fine, white to creamy-white colored, odorless or almost odorless, hygroscopic powder. Povidones with *K*-values equal to or lower than 30 are manufactured by spray-drying and occur as spheres. Povidone K-90 and higher *K*-value povidones are manufactured by drum drying and occur as plates.

## 9 Pharmacopeial Specifications

*See* Table III. *See also* Section 18.

## 10 Typical Properties

*Acidity/alkalinity*   pH = 3.0–7.0 (5% w/v aqueous solution); pH = 4.0–7.0 (5% w/v aqueous solution) for *Povipharm K90*.
*Density (bulk)*   0.29–0.39 g/cm$^3$ for *Plasdone*.
*Density (tapped)*   0.39–0.54 g/cm$^3$ for *Plasdone*.
*Density (true)*   1.180 g/cm$^3$
*Flowability*

20 g/s for povidone K-15;
16 g/s for povidone K-29/32.
*Melting point*   Softens at 150°C.
*Moisture content*   Povidone is very hygroscopic, significant amounts of moisture being absorbed at low relative humidities. *See* Figures 1 and 2.
*NIR spectra*   *see* Figure 3.

P

**SEM 1:** Excipient: povidone K-15 (*Plasdone K-15*); manufacturer: ISP; lot no.: 82A-1; magnification: 60×; voltage: 5 kV.



**SEM 2:** Excipient: povidone K-15 (*Plasdone K-15*); manufacturer: ISP; lot no.: 82A-1; magnification: 600×; voltage: 5 kV.



**SEM 3:** Excipient: povidone K-26/28 (*Plasdone K-26/28*); manufacturer: ISP; lot no.: 82A-2; magnification: 60×; voltage: 5 kV.



*Particle size distribution*

*Kollidon 25/30*: 90% >50 µm, 50% >100 µm, 5% >200 µm; *Kollidon 90*: 90% >200 µm, 95% >250 µm.[7]
*Solubility*   Freely soluble in acids, chloroform, ethanol (95%), ketones, methanol, and water; practically insoluble in ether, hydrocarbons, and mineral oil. In water, the concentration of a solution is limited only by the viscosity of the resulting solution, which is a function of the *K*-value.
*Viscosity (dynamic)*   The viscosity of aqueous povidone solutions depends on both the concentration and the molecular weight of the polymer employed. *See* Tables IV and V.[7]

## 11 Stability and Storage Conditions

Povidone darkens to some extent on heating at 150°C, with a reduction in aqueous solubility. It is stable to a short cycle of heat exposure around 110–130°C; steam sterilization of an aqueous solution does not alter its properties. Aqueous solutions are

**SEM 4:**  Excipient: povidone K-26/28 (*Plasdone K-26/28*); manufacturer: ISP; lot no.: 82A-2; magnification: 600×; voltage: 10 kV.



**SEM 6:**  Excipient: povidone K-30 (*Plasdone K-30*); manufacturer: ISP; lot no.: 82A-4; magnification: 600×; voltage: 10 kV.



**SEM 5:**  Excipient: povidone K-30 (*Plasdone K-30*); manufacturer: ISP; lot no.: 82A-4; magnification: 60×; voltage: 10 kV.



**SEM 7:**  Excipient: povidone K-29/32 (*Plasdone K-29/32*); manufacturer: ISP; lot no.: 82A-3; magnification: 60×; voltage: 5 kV.



susceptible to mold growth and consequently require the addition of suitable preservatives.

Povidone may be stored under ordinary conditions without undergoing decomposition or degradation. However, since the powder is hygroscopic, it should be stored in an airtight container in a cool, dry place.

## 12   Incompatibilities

Povidone is compatible in solution with a wide range of inorganic salts, natural and synthetic resins, and other chemicals. It forms molecular adducts in solution with sulfathiazole, sodium salicylate, salicylic acid, phenobarbital, tannin, and other compounds; *see* Section 18. The efficacy of some preservatives, e.g. thimerosal, may be adversely affected by the formation of complexes with povidone.

## 13   Method of Manufacture

Povidone is manufactured by the Reppe process. Acetylene and formaldehyde are reacted in the presence of a highly active copper acetylide catalyst to form butynediol, which is hydrogenated to butanediol and then cyclodehydrogenated to form butyrolactone. Pyrrolidone is produced by reacting butyrolactone with ammonia. This is followed by a vinylation reaction in which pyrrolidone and acetylene are reacted under pressure. The monomer, vinylpyrrolidone, is then polymerized in the presence of a combination of catalysts to produce povidone.

## 14   Safety

Povidone has been used in pharmaceutical formulations for many years, being first used in the 1940s as a plasma expander, although it has now been superseded for this purpose by dextran.[8]

P

**SEM 8:** Excipient: povidone K-29/32 (*Plasdone K-29/32*); manufacturer: ISP; lot no.: 82A-3; magnification: 600×; voltage: 10 kV.





**Figure 1:** Sorption–desorption isotherm of povidone K-15 (*Plasdone K-15*, ISP).



**Figure 2:** Sorption–desorption isotherm of povidone K-29/32 (*Plasdone K-29/32*, ISP).

**Table III:** Pharmacopeial specifications for povidone.

| Test | JP XV | PhEur 6.5 | USP 32 |
|---|---|---|---|
| Identification | + | + | + |
| Characters | — | + | + |
| pH | + | + | 3.0–7.0 |
| $K \leqslant 30$ | 3.0–5.0 | 3.0–5.0 | — |
| $K > 30$ | 4.0–7.0 | 4.0–7.0 | — |
| Appearance of solution | + | + | — |
| Viscosity | — | + | — |
| Water | ≤5.0% | ≤5.0% | ≤5.0% |
| Residue on ignition | ≤0.1% | ≤0.1% | ≤0.1% |
| Lead | — | — | ≤10 ppm |
| Aldehydes | ≤500 ppm[a] | ≤500 ppm[a] | ≤0.05% |
| Formic acid | — | + | — |
| Hydrazine | ≤1 ppm | ≤1 ppm | ≤1 ppm |
| Vinylpyrrolidinone | ≤10 ppm | ≤10 ppm | ≤0.001% |
| Pyrrolidone | — | ≤3.0% | — |
| Peroxides | ≤400 ppm[b] | ≤400 ppm[b] | — |
| *K*-value | 25–90 | | |
| ≤15 | 90.0–108.0% | 85.0–115.0% | 85.0–115.0% |
| >15 | 90.0–108.0% | 90.0–108.0% | 90.0–108.0% |
| Heavy metals | ≤10 ppm | ≤10 ppm | — |
| Assay (nitrogen content) | 11.5–12.8% | 11.5–12.8% | 11.5–12.8% |

(a) Expressed as acetaldehyde.
(b) Expressed as hydrogen peroxide.

**Table IV:** Dynamic viscosity of 10% w/v aqueous povidone (*Kollidon*) solutions at 20°C.[7]

| Grade | Dynamic viscosity (mPa s) |
|---|---|
| K-11/14 | 1.3–2.3 |
| K-16/18 | 1.5–3.5 |
| K-24/27 | 3.5–5.5 |
| K-28/32 | 5.5–8.5 |
| K-85/95 | 300–700 |

**Table V:** Dynamic viscosity of 5% w/v povidone (*Kollidon*) solutions in ethanol (95%) and propan-2-ol at 25°C.[7]

| Grade | Dynamic viscosity (mPa s) | |
|---|---|---|
| | Ethanol (95%) | Propan-2-ol |
| K-12PF | 1.4 | 2.7 |
| K-17PF | 1.9 | 3.1 |
| K-25 | 2.7 | 4.7 |
| K-30 | 3.4 | 5.8 |
| K-90 | 53.0 | 90.0 |

Povidone is widely used as an excipient, particularly in oral tablets and solutions. When consumed orally, povidone may be regarded as essentially nontoxic since it is not absorbed from the gastrointestinal tract or mucous membranes.[8] Povidone additionally has no irritant effect on the skin and causes no sensitization.

Reports of adverse reactions to povidone primarily concern the formation of subcutaneous granulomas at the injection site of intramuscular injections formulated with povidone.[9] Evidence also



**Figure 3:** Near-infrared spectrum of povidone measured by reflectance.

exists that povidone may accumulate in the organs of the body following intramuscular injection.[10]

A temporary acceptable daily intake for povidone has been set by the WHO at up to 25 mg/kg body-weight.[11]

LD$_{50}$ (mouse, IP): 12 g/kg[12]

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection, gloves, and a dust mask are recommended.

## 16   Regulatory Status

Accepted for use in Europe as a food additive. Included in the FDA Inactive Ingredients Database (IM and IV injections; ophthalmic preparations; oral capsules, drops, granules, suspensions, and tablets; sublingual tablets; topical and vaginal preparations). Included in nonparenteral medicines licensed in the UK. Included in the Canadian List of Acceptable Non-medicinal Ingredients.

## 17   Related Substances

Crospovidone.

## 18   Comments

Povidone is one of the materials that have been selected for harmonization by the Pharmacopeial Discussion Group. For further information see the General Information Chapter <1196> in the USP32–NF27, the General Chapter 5.8 in PhEur 6.0, along with the 'State of Work' document on the PhEur EDQM website, and also the General Information Chapter 8 in the JP XV.

The molecular adduct formation properties of povidone may be used advantageously in solutions, slow-release solid-dosage forms, and parenteral formulations. Perhaps the best-known example of povidone complex formation is povidone–iodine, which is used as a topical disinfectant.

For accurate standardization of solutions, the water content of the solid povidone must be determined before use and taken into account for any calculations. Many excipients such as povidone may contain peroxides as trace contaminants. These can lead to degradation of an active pharmaceutical ingredient that is sensitive to oxidation.

A specification for povidone is contained in the Food Chemicals Codex (FCC).[13]

## 19   Specific References

1   Fikentscher H, Herrle K. Polyvinylpyrrolidone. *Modern Plastics* 1945; **23**(3): 157–161212, 214, 216, 218.

2   Becker D *et al.* Effectiveness of binders in wet granulation: comparison using model formulations of different tabletability. *Drug Dev Ind Pharm* 1997; **23**(8): 791–808.

3   Stubberud L *et al.* Water–solid interactions. Part 3. Effect of glass transition temperature, $T_g$ and processing on tensile strength of compacts of lactose and lactose/polyvinyl pyrrolidone. *Pharm Dev Technol* 1996; 1(2): 195–204.

4   Iwata M, Ueda H. Dissolution properties of combinations with polyvinylpyrrolidone. *Drug Dev Ind Pharm* 1996; **22**: 1161–1165.

5   Lu WG *et al.* Development of nifedipine (NE) pellets with a high bioavailability. *Chin Pharm J Zhongguo Yaoxue Zazhi* 1995; **30**: 24–26.

6   Chowdary KP, Ramesh KV. Microencapsulation of solid dispersions of nifedipine – novel approach for controlling drug release. *Indian Drugs* 1995; **32**(Oct): 477–483.

7   BASF Corporation. Technical literature: Soluble Kollidon Grades, Soluble Polyvinylpyrrolidone for the Pharmaceutical Industry, 1997.

8   Wessel W *et al.* Polyvinylpyrrolidone (PVP), its diagnostic, therapeutic and technical application and consequences thereof. *Arzneimittelforschung* 1971; **21**: 1468–1482.

9   Hizawa K *et al.* Subcutaneous pseudosarcomatous polyvinylpyrrolidone granuloma. *Am J Surg Pathol* 1984; **8**: 393–398.

10   Christensen M *et al.* Storage of polyvinylpyrrolidone (PVP) in tissues following long-term treatment with a PVP containing vasopressin preparation. *Acta Med Scand* 1978; **204**: 295–298.

11   FAO/WHO. Evaluation of certain food additives and contaminants. Twenty-seventh report of the joint FAO/WHO expert committee on food additives. *World Health Organ Tech Rep Ser* 1983; No. 696.

12   Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn. New York: Wiley, 2004; 3016–3017.

13   *Food Chemicals Codex*, 6th edn. Bethesda, MD: United States Pharmacopeia, 2008; 795.

## 20   General References

Adeyeye CM, Barabas E. Povidone. Brittain HG, ed. *Analytical Profiles of Drug Substances and Excipients*., vol. 22: London: Academic Press, 1993; 555–685.

European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–143. http://www.edqm.eu/site/-614.html (accessed 3 February 2009).

Genovesi A *et al.* Binder evaluation in tabletting. *Manuf Chem* 2004; **175**(6): 29–30.

Horn D, Ditter W. Chromatographic study of interactions between polyvinylpyrrolidone and drugs. *J Pharm Sci* 1982; **71**: 1021–1026.

Hsiao CH *et al.* Fluorescent probe study of sulfonamide binding to povidone. *J Pharm Sci* 1977; **66**: 1157–1159.

ISP. Technical literature: *Plasdone* povidone USP, 1999.

Jager KF, Bauer KH. Polymer blends from PVP as a means to optimize properties of fluidized bed granulates and tablets. *Acta Pharm Technol* 1984; **30**(1): 85–92.

NP Pharm. Product data sheet: Povipharm, 2008.

Plaizier-Vercammen JA, DeNève RE. Interaction of povidone with aromatic compounds III: thermodynamics of the binding equilibria and interaction forces in buffer solutions at varying pH values and varying dielectric constant. *J Pharm Sci* 1982; **71**: 552–556.

Robinson BV *et al.* *PVP: A Critical Review of the Kinetics and Toxicology of Polyvinylpyrrolidone (Povidone)*. Chelsea, MI: Lewis Publishers, 1990.

Shefter E, Cheng KC. Drug–polyvinylpyrrolidone (PVP) dispersions. A differential scanning calorimetric study. *Int J Pharm* 1980; **6**: 179–182.

Smolinske SC. *Handbook of Food, Drug, and Cosmetic Excipients*. Boca Raton, FL: CRC Press, 1992; 303–305.

Wasylaschuk WR *et al.* Evaluation of hydroperoxides in common pharmaceutical excipients. *J Pharm Sci* 2007; **96**: 106–116.

## 21   Author

AH Kibbe.

## 22   Date of Revision

3 February 2009.

P

25 Weiner M, Bernstein IL. *Adverse Reactions to Drug Formulation Agents: A Handbook of Excipients*. New York: Marcel Dekker, 1989; 91–92.

26 FAO/WHO. Toxicological evaluation of certain food additives with a review of general principles and of specifications. Seventeenth report of the Joint FAO/WHO Expert Committee on Food Additives. *World Health Organ Tech Rep Ser* 1974; No. 539.

27 Michaels L, Shah NS. Dangers of corn starch powder [letter]. *Br Med J* 1973; 2: 714.

28 Lewis RJ, ed. *Sax's Dangerous Properties of Industrial Materials*, 11th edn.  New York: Wiley, 2004; 3299.

29 Health and Safety Executive. *EH40/2005: Workplace Exposure Limits*. Sudbury: HSE Books, 2005 (updated 2007). http://www.hse.gov.uk/coshh/table1.pdf (accessed 3 February 2009).

30 Iwuagu MA, Agidi AA. The effect of bleaching on the disintegrant properties of maize starch. *STP Pharma Sci* 2000; 10: 143–147.

31 EEC Commission of European Communities. EEC 3rd Commission Directive 72/199: Determination of Starch, 1999.

32 Brunt K *et al*. The enzymatic determination of starch in food, feed and raw materials of the food industry. *Starch* 1998; 50(10): 413–419.

33 Sanghvi PP *et al*. Evaluation of preflo modified starches as new direct compression excipients I. Tabletting characteristics. *Pharm Res* 1993; 10(11): 1597–1603.

34 van Veen B *et al*. The effect of powder blend and tablet structure on drug release mechanism of hydrophobic starch acetate matrix tablets. *Eur J Pharm Biopharm* 2005; 61: 149–157.

35 Kuentz M *et al*. A technical feasibility study of surfactant-free drug suspensions using octenyl succinate-modified starches. *Eur J Pharm Biopharm* 2006; 63: 37–43.

36 Baydoun L *et al*. New surface-active polymers for ophthalmic formulation: evaluation of ocular tolerance. *Eur J Pharm Biopharm* 2004; 58: 169–175.

37 Parissaux X *et al*. Eye on excipients. *Tablets & Capsules* 2008; 6(4): 51–56.

## 20   General References

Center for Research on Macromolecules Végétales. Cyber Starch – Starch Structure and Morphology. http://www.cermav.cnrs.fr/glyco3d/lessons/starch/index.html (accessed 3 February 2009).

European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–143. http://www.edqm.eu/site/-614.html (accessed 3 February 2009).

## 21   Author

O Häusler.

## 22   Date of Revision

3 February 2009.

---



# Starch, Pregelatinized

## 1   Nonproprietary Names

BP: Pregelatinised Starch
PhEur: Starch, Pregelatinised
USP-NF: Pregelatinized Starch

## 2   Synonyms

Amylum pregelificatum; compressible starch; *C\*PharmGel*; *Instastarch*; *Lycatab C*; *Lycatab PGS*; *Merigel*; *National 78-1551*; *Pharma-Gel*; *Prejel*; *Sepistab ST200*; *Spress B820*; *Starch 1500 G*; *Tablitz*; *Unipure LD*; *Unipure WG220*.

## 3   Chemical Name and CAS Registry Number

Pregelatinized starch  [9005-25-8]

## 4   Empirical Formula and Molecular Weight

$(C_6H_{10}O_5)_n$, where $n$ = 300–1000.

Pregelatinized starch is a starch that has been chemically and/or mechanically processed to rupture all or part of the starch granules. Both fully and partially pregelatinized grades are commercially available. Partial pregelatinization renders the starch flowable and directly compressible. Full pregelatinization produces a cold-water soluble starch that can be used as a wet granulation binder. Typically, pregelatinized starch contains 5% of free amylose, 15% of free amylopectin, and 80% unmodified starch. The USP32–NF27 does not specify the botanical origin of the original starch, but the PhEur 6.3 specifies that pregelatinized starch is obtained from maize (corn), potato, or rice starch. *See also* Starch and Section 13. Normally the fully pregelatinized starch contains 20–30% amylose and the rest amylopectin, which is about the same ratio (1 : 3) as for the partially pregelatinized form. There are ways to increase the amylose portion.[1]

## 5   Structural Formula

*See* Starch.

## 6   Functional Category

Tablet and capsule diluent; tablet and capsule disintegrant; tablet binder.

## 7   Applications in Pharmaceutical Formulation or Technology

Partially pregelatinized starch is a modified starch used in oral capsule and tablet formulations as a binder,[2,3] diluent,[2,3] and disintegrant.[4]

In comparison to starch, partially pregelatinized starch may be produced with enhanced flow and compression characteristics such that the pregelatinized material may be used as a tablet binder in dry-compression or direct compression processes.[5–15] In such processes, pregelatinized starch is self-lubricating. However, when it is used with other excipients it may be necessary to add a lubricant to a formulation. Although magnesium stearate 0.25% w/w is commonly used for this purpose, concentrations greater than this may have adverse effects on tablet strength and dissolution. Therefore, stearic acid is generally the preferred lubricant with pregelatinized starch.[16]

Partially pregelatinized starch is used in oral dry powder hard capsule formulations.

Both partially and fully pregelatinized starch may also be used in wet granulation processes.[17] *See* Table I.

Fully pregelatinized starches can be used to make soft capsules, shells, and coatings as well as binders in tablets.

S

**Table I:** Uses of pregelatinized starch.

| Use | Concentration (%) |
| --- | --- |
| Diluent (hard gelatin capsules) | 5–75 |
| Tablet binder (direct compression) | 5–20 |
| Tablet binder (wet granulation) | 5–10 |
| Tablet disintegrant | 5–10 |

## 8   Description

Pregelatinized starch occurs as a moderately coarse to fine, white to off-white colored powder. It is odorless and has a slight characteristic taste.

Examination of fully pregelatinized starch as a slurry in cold water, under a polarizing microscope, reveals no significant ungelatinized granules, i.e. no 'maltese crosses' characteristic of the starch birefringence pattern. Examination of samples suspended in glycerin shows characteristic forms depending upon the method of drying used during manufacture: either irregular chunks from drum drying or thin plates. Partially pregelatinized starch (e.g. *Starch 1500G* and *Sepistab ST200*) show retention of birefringence patterns typical of unmodified starch granules.

**SEM 1:** Excipient: *Lycatab PGS*; manufacturer: Roquette Frères.



**SEM 2:** Excipient: pregelatinized starch; manufacturer: Cargill; magnification: 200×; voltage: 3 kV.



**SEM 3:** Excipient: pregelatinized starch; manufacturer: Cargill; magnification: 200×; voltage: 3 kV.



**SEM 4:** Excipient: pregelatinized starch; manufacturer: Cargill; magnification: 200×; voltage: 3 kV.



**SEM 5:** Excipient: pregelatinized starch; manufacturer: Cargill; magnification 200×; voltage: 3 kV.



## 9   Pharmacopeial Specifications

*See* Table II. *See also* Section 18.

## 10   Typical Properties

*Acidity/alkalinity*   pH = 4.5–7.0 for a 10% w/v aqueous dispersion.
*Angle of repose*   40.7° [6]
*Density (bulk)*   0.586 g/cm³

**Table II:** Pharmacopeial specifications for pregelatinized starch.

| Test | PhEur 6.3 | USP32–NF27 |
|---|---|---|
| Identification | + | + |
| Characters | + | — |
| pH (10% w/v slurry) | 4.5–7.0 | 4.5–7.0 |
| Iron | $\leqslant$ 20 ppm | $\leqslant$ 0.002% |
| Oxidizing substances | + | + |
| Sulfur dioxide | $\leqslant$ 50 ppm | $\leqslant$ 0.008% |
| Microbial limits | + | + |
| Loss on drying | $\leqslant$ 15.0% | $\leqslant$ 14.0% |
| Residue on ignition | — | $\leqslant$ 0.5% |
| Foreign matter | + | — |
| Sulfated ash | $\leqslant$ 0.6% | — |

*Density (tapped)*    0.879 g/cm³
*Density (true)*    1.516 g/cm³
*Flowability*    18–23% (Carr compressibility index)[18]
*Moisture content*    Pregelatinized maize starch is hygroscopic.[15,19,20] *See also* Figure 1.
*NIR spectra*    see Figures 2 and 3.
*Particle size distribution*    30–150 μm, median diameter 52 μm. For partially pregelatinized starch, greater than 90% through a US #100 mesh (149 μm); and less than 0.5% retained on a US #40 mesh (420 μm).
*Solubility*    Practically insoluble in organic solvents. Slightly soluble to soluble in cold water, depending upon the degree of pregelatinization. Pastes can be prepared by sifting the pregelatinized starch into stirred, cold water. Cold-water-soluble matter for partially pregelatinized starch is 10–20%.
*Specific surface area*
     0.26 m²/g (Colorcon);
     0.18–0.28 m²/g (Roquette).
*Viscosity (dynamic)*    8–10 mPa s (8–10 cP) for a 2% w/v aqueous dispersion at 25°C.

## 11   Stability and Storage Conditions

Pregelatinized starch is a stable but hygroscopic material, which should be stored in a well-closed container in a cool, dry place.

## 12   Incompatibilities

—

## 13   Method of Manufacture

Food-grade pregelatinized starches are prepared by heating an aqueous slurry containing up to 42% w/w of starch at 62–72°C. Chemical additives that may be included in the slurry are gelatinization aids (salts or bases) and surfactants, added to control rehydration or minimize stickiness during drying. After heating, the slurry may be spray-dried, roll-dried, extruded, or drum-dried. In the last case, the dried material may be processed to produce a desired particle size range.

Pharmaceutical grades of fully pregelatinized starch use no additives and are prepared by spreading an aqueous suspension of ungelatinized starch on hot drums where gelatinization and subsequent drying take place. Partially pregelatinized starch is produced by subjecting moistened starch to mechanical pressure. The resultant material is ground and the moisture content is adjusted to specifications.

## 14   Safety

Pregelatinized starch and starch are widely used in oral solid-dosage formulations. Pregelatinized starch is generally regarded as a nontoxic and nonirritant excipient. However, oral consumption of large amounts of pregelatinized starch may be harmful.

*See* Starch for further information.



**Figure 1:** Pregelatinized starch sorption–desorption isotherm.



**Figure 2:** Near-infrared spectrum of pregelatinized maize starch measured by reflectance.



**Figure 3:** Near-infrared spectrum of pregelatinized rice starch measured by reflectance.

## 15   Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection and a dust mask are recommended. Excessive dust generation should be avoided to minimize the risks of explosions.

**S**

In the UK, the long-term (8-hour TWA) workplace exposure limits for starch are 10 mg/m$^3$ for total inhalable dust and 4 mg/m$^3$ for respirable dust.[21]

## 16  Regulatory Status

Included in the FDA Inactive Ingredients Database (oral capsules, suspensions, and tablets; vaginal preparations). Included in non-parenteral medicines licensed in the UK.

## 17  Related Substances

Corn starch and pregelatinized starch; starch;   starch, sterilizable maize.

## 18  Comments

Pregelatinized starch is one of the materials that have been selected for harmonization by the Pharmacopeial Discussion Group. For further information see the General Information Chapter <1196> in the USP32–NF27, the General Chapter 5.8 in PhEur 6.0, along with the 'State of Work' document on the PhEur EDQM website, and also the General Information Chapter 8 in the JP XV.

The USP32–NF27 also lists pregelatinized modified starch. A low-moisture grade of pregelatinized starch, *Starch 1500 LM* (Colorcon), containing less than 7% of water, specifically intended for use as a diluent in capsule formulations is commercially available.[16]

*Sepistab ST200* is described as an agglomerate of starch granules consisting of native and pregelatinized corn starch.[22] Compression characteristics of pregelatinized starches from sorghum and plantain have been evaluated against traditional corn-based products.[23]

*StarCap 1500* (Colorcon) is a coprocessed mixture of pregelatinized starch and corn starch promoted for use in dry-powder, hard-capsule fillings; *see* Corn Starch and Pregelatinized Starch.

## 19  Specific References

1   Carbone D *et al.* Process for cooking/drying high-amylose starches. United States Patent 7,118,764; 2002.
2   Small LE, Augsburger LL. Aspects of the lubrication requirements for an automatic capsule filling machine. *Drug Dev Ind Pharm* 1978; **4**: 345–372.
3   Mattson S, Nyström C. Evaluation of critical binder properties affecting the compactability of binary mixtures. *Drug Dev Ind Pharm* 2001; **27**: 181–194.
4   Rudnic EM *et al.* Evaluations of the mechanism of disintegrant action. *Drug Dev Ind Pharm* 1982; **8**: 87–109.
5   Manudhane KS *et al.* Tableting properties of a directly compressible starch. *J Pharm Sci* 1969; **58**: 616–620.
6   Underwood TW, Cadwallader DE. Influence of various starches on dissolution rate of salicylic acid from tablets. *J Pharm Sci* 1972; **61**: 239–243.
7   Bolhuis GK, Lerk CF. Comparative evaluation of excipients for direct compression. *Pharm Weekbl* 1973; **108**: 469–481.
8   Sakr AM *et al.* Sta-Rx 1500 starch: a new vehicle for the direct compression of tablets. *Arch Pharm Chem (Sci)* 1974; **2**: 14–24.
9   Schwartz JB *et al.* Intragranular starch: comparison of starch USP and modified cornstarch. *J Pharm Sci* 1975; **64**: 328–332.
10  Rees JE, Rue PJ. Work required to cause failure of tablets in diametral compression. *Drug Dev Ind Pharm* 1978; **4**: 131–156.
11  Shangraw RF *et al.* Morphology and functionality in tablet excipients for direct compression: part II. *Pharm Technol* 1981; **5**(10): 44–60.
12  Chilamkurti RW *et al.* Some studies on compression properties of tablet matrices using a computerized instrumental press. *Drug Dev Ind Pharm* 1982; **8**: 63–86.
13  Malamataris S *et al.* Moisture sorption and tensile strength of some tableted direct compression excipients. *Int J Pharm* 1991; **68**: 51–60.
14  Iskandarani B *et al.* Scale-up feasability in high-shear mixers: determination through statistical procedures. *Drug Dev Ind Pharm* 2001; **27**: 651–657.
15  Shiromani PK, Clair J. Statistical comparison of high-shear versus low-shear granulation using a common formulation. *Drug Dev Ind Pharm* 2000; **26**: 357–364.
16  Colorcon. Technical literature: *Starch 1500*. 1997.
17  Jaiyeoba KT, Spring MS. The granulation of ternary mixtures: the effect of the stability of the excipients. *J Pharm Pharmacol* 1980; **32**: 1–5.
18  Carr RL. Particle behaviour storage and flow. *Br Chem Eng* 1970; **15**: 1541–1549.
19  Callahan JC *et al.* Equilibrium moisture content of pharmaceutical excipients. *Drug Dev Ind Pharm* 1982; **8**: 355–369.
20  Wurster DE *et al.* A comparison of the moisture adsorption–desorption properties of corn starch USP, and directly compressible starch. *Drug Dev Ind Pharm* 1982; **8**: 343–354.
21  Health and Safety Executive. *EH40/2005: Workplace Exposure Limits*. Sudbury: HSE Books, 2005 (updated 2007). http://www.hse.gov.uk/coshh/table1.pdf (accessed 5 February 2009).
22  Seppic. Technical Literature: *Sepistab ST200*. 1997.
23  Alebiowu G, Itiola OA. Compression characteristics of native and pregelatinized forms of sorghum, plantain, and corn starches, and the mechanical properties of their tablets. *Drug Dev Ind Pharm* 2002; **28**(6): 663–672.

## 20  General References

Alebiowu G, Itiola OA. The influence of pregelatinized starch disintegrants on interacting variables that act on disintegrant properties. *Pharm Tech* 2003; **24**(8): 28–33.
European Directorate for the Quality of Medicines and Healthcare (EDQM). European Pharmacopoeia – State Of Work Of International Harmonisation. *Pharmeuropa* 2009; 21(1): 142–143. http://www.edqm.eu/site/-614.html (accessed 5 February 2009).
Monedeero Perales MC *et al.* Comparative tableting and microstructural properties of a new starch for direct compression. *Drug Dev Ind Pharm* 1996; **22**: 689–695.
Rees JH, Tsardaka KD. Some effects of moisture on the viscoelastic behavior of modified starch during powder compaction. *Eur J Pharm Biopharm* 1994; **40**: 193–197.
Roquette Frères. Technical literature: *Lycatab PGS*. 2001.
Sanghvi PP *et al.* Evaluation of Preflo modified starches as new direct compression excipients I: tabletting characteristics. *Pharm Res* 1993; **10**: 1597–1603.

## 21  Author

AH Kibbe.

## 22  Date of Revision

5 February 2009.

# EXHIBIT 4

# Remington: The Science and Practice of Pharmacy



Dr. Remington (seated *right*) reading galley proof. Galley proofs of USP monographs hang on the far wall, and USP Circulars are being collated on the billiard table.

*Editor:* Daniel Limmer
*Managing Editor:* Matthew J. Hauber
*Marketing Manager:* Anne Smith

Lippincott Williams & Wilkins

351 West Camden Street
Baltimore, Maryland 21201-2436 USA

227 East Washington Square
Philadelphia, PA 19106

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

The publisher is not responsible (as a matter of product liability, negligence or otherwise) for any injury resulting from any material contained herein. This publication contains information relating to general principles of medical care which should not be construed as specific instructions for individual patients. Manufacturers' product information and package inserts should be reviewed for current information, including contraindications, dosages and precautions.

*Printed in the United States of America*

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by the Joseph P Remington Estate

Copyright 1948, 1951, by the Philadelphia College of Pharmacy and Science

Copyright 1956, 1960, 1965, 1970, 1975, 1980, 1985, 1990, 1995, by the Philadelphia College of Pharmacy and Science

Copyright 2000, by the University of the Sciences in Philadelphia

*All Rights Reserved*
Library of Congress Catalog Card Information is available
ISBN 0-683-306472

*The publishers have made every effort to trace the copyright holders for borrowed material. If they have inadvertently overlooked any, they will be pleased to make the necessary arrangements at the first opportunity.*

*The use of structural formulas from USAN and the USP Dictionary of Drug Names is by permission of The USP Convention. The Convention is not responsible for any inaccuracy contained herein.*
*Notice—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

To purchase additional copies of this book call our customer service department at **(800) 638-3030** or fax orders to **(301) 824-7390**. International customers should call **(301) 714-2324.**

00 01 02 03 04
1 2 3 4 5 6 7 8 9 10

**Remington: The Science and Practice of Pharmacy** . . . *A treatise on the theory and practice of the pharmaceutical sciences, with essential information about pharmaceutical and medicinal agents; also, a guide to the professional responsibilities of the pharmacist as the drug information specialist of the health team . . . A textbook and reference work for pharmacists, physicians, and other practitioners of the pharmaceutical and medical sciences.*

| | | |
|---|---|---|
| **EDITORS** | Alfonso R Gennaro, *Chair* | Nicholas G Popovich |
| | Ara H Der Marderosian | Roger L Schnaare |
| | Glen R Hanson | Joseph B Schwartz |
| | Thomas Medwick | H Steve White |

**AUTHORS**    The 119 chapters of this edition of *Remington* were written by the editors, by members of the Editorial Board, and by the authors listed on pages viii to x.

**Managing Editor**    John E Hoover, BSc (Pharm)

**Editorial Assistant**    Bonnie Brigham Packer, RNC, BA

**Director**    Philip P Gerbino 1995–2000

Twentieth Edition—2000

*Published in the 180th year of the*
**PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE**

**2 0** T H   E D I T I O N

# Remington: The Science and Practice of Pharmacy

**ALFONSO R GENNARO**

Chairman of the Editorial Board
and Editor

# Remington Historical/Biographical Data

The following is a record of the editors and the dates of publication of successive editions of this book, prior to the 13th Edition known as *Remington's Practice of Pharmacy* and subsequently as *Remington's Pharmaceutical Sciences* through the 19th Edition.

**First Edition, 1886**        Joseph P Remington
**Second Edition, 1889**
**Third Edition, 1897**
**Fourth Edition, 1905**

**Fifth Edition, 1907**        Joseph P Remington
**Sixth Edition, 1917**        *Assisted by*
                               E Fullerton Cook

**Seventh Edition, 1926**

*Editors*
  E Fullerton Cook
  Charles H LaWall

**Eighth Edition, 1936**

*Editors*                      *Associate Editors*
  E Fullerton Cook               Ivor Griffith
  Charles H LaWall               Adley B Nichols
                                 Arthur Osol

**Ninth Edition, 1948**        *Editors*
**Tenth Edition, 1951**          E Fullerton Cook
                                 Eric W Martin

**Eleventh Edition, 1956**

*Editors*                      *Associate Editors*
  Eric W Martin                  E Emerson Leuallen
  E Fullerton Cook               Arthur Osol
                                 Linwood F Tice
                                 Clarence T Van Meter

**Twelfth Edition, 1961**

*Editors*                      *Assistant to the Editors*
  Eric W Martin                  John Hoover
  E Fullerton Cook
  E Emerson Leuallen
  Authur Osol
  Linwood F Tice
  Clarence T Van Meter

**Thirteenth Edition, 1965**

*Editor-in-Chief*              *Managing Editor*
  Eric W Martin                  John E Hoover
*Editors*
  Grafton D Chase                Robert E King
  Herald K Cox                   E Emerson Leuallen
  Richard A Deno                 Authur Osol
  Alfonso R Gennaro              Ewart A Swinyard
  Stewart C Harvey               Clarence T Van Meter

**Fourteenth Edition, 1970**

*Chairman, Editorial Board*    *Managing Editor*
  Arthur Osol                    John E Hoover
*Editors*
  Grafton D Chase                Robert E King
  Richard A Deno                 Alfred N Martin
  Alfonso R Gennaro              Ewart A Swinyard
  Melvin R Gibson                Clarence T Van Meter
  Stewart C Harvey

**Fifteenth Edition, 1975**

*Chairman, Editorial Board*    *Managing Editor*
  Arthur Osol                    John E Hoover
*Editors*
  John T Anderson                C Boyd Granberg
  Cecil L Bendush                Stewart C Harvey
  Grafton D Chase                Robert E King
  Alfonso R Gennaro              Alfred N Martin
  Melvin R Gibson                Ewart A Swinyard

**Sixteenth Edition, 1980**

*Chairman, Editorial Board*    C Boyd Granberg
  Arthur Osol                    Stewart C Harvey
*Editors*                        Robert E King
  Grafton D Chase                Alfred N Martin
  Alfonso R Gennaro              Ewart A Swinyard
  Melvin R Gibson                Gilbert L Zink

**Seventeenth Edition, 1985**

*Chairman, Editorial Board*    *Managing Editor*
  Alfonso R Gennaro              John E Hoover
*Editors*
  Grafton D Chase                Edward G Rippie
  Ara H Der Marderosian          Joseph D Schwartz
  Stewart C Harvey               Ewart A Swinyard
  Daniel A Hussar                Gilbert L Zink
  Thomas Medwick

**Eighteenth Edition, 1990**

*Chairman, Editorial Board*    *Managing Editor*
  Alfonso R Gennaro              John E Hoover
                               *Editorial Assistant*
                                 Bonnie Packer

*Editors*
  Grafton D Chase                Edward G Rippie
  Ara H Der Marderosian          Joseph D Schwartz
  Stewart C Harvey               Ewart A Swinyard
  Daniel A Hussar                Gilbert L Zink
  Thomas Medwick

**Nineteenth Edition, 1995**

*Chairman, Editorial Board*    *Managing Editor*
  Alfonso R Gennaro              John E Hoover
                               *Editorial Assistant*
                                 Bonnie Packer

*Editors*
  Grafton D Chase                Edward G Rippie
  Ara H Der Marderosian          Joseph D Schwartz
  Glen R Hanson                  H Steve White
  Daniel A Hussar                Gilbert L Zink
  Thomas Medwick

# Editorial Board Members and Editors

**Alfonso R Gennaro, PhD** / *University of the Sciences in Philadelphia*—Professor of Chemistry. Chair, Editorial Board and Editor. Coeditor of Part 6, Pharmacodynamics, and Part 7, Pharmaceutical and Medicinal Agents. Coauthor of Chapter 25.

**Ara H Der Marderosian, PhD** / *University of the Sciences in Philadelphia*—Professor of Pharmacognosy and Medicinal Chemistry, Scientific Director, Complementary and Alternative Medicine Institute. Editor of Part 1, Orientation. Coauthor of Chapters 7, 49, and 103.

**Glen R Hanson, DDS, PhD** / *College of Pharmacy and School of Medicine, University of Utah*—Professor of Pharmacology and Toxicology. Coeditor of Part 6, Pharmacodynamics, and Part 7 Pharmaceutical and Medicinal Agents. Author of Chapters 75, 76, and 83.

**Thomas Medwick, PhD** / *Rutgers University College of Pharmacy*—Professor Emeritus, Department of Pharmaceutical Chemistry. Editor of Part 3, Pharmaceutical Chemistry, and Part 4, Pharmaceutical Testing, Analysis, and Control. Author of Chapter 24. Coauthor of Chapter 30.

**Nicholas G Popovich, PhD** / *Purdue University, School of Pharmacy and Pharmacal Sciences*—Professor of Pharmacy Practice. Editor of Part 8A, Pharmacy Administration, Part 8B, Fundamentals of Pharmacy Practice, and Part 8C, Patient Care. Coauthor of Chapter 101.

**Roger L Schnaare, PhD** / *University of the Sciences in Philadelphia, Philadelphia College of Pharmacy*—Professor of Pharmacy, Department of Pharmaceutics. Editor of Part 2, Pharmaceutics. Coauthor of Chapter 11.

**Joseph B Schwartz, PhD** / *University of the Sciences in Philadelphia, Philadelphia College of Pharmacy*. Burroughs-Wellcome Fund Professor of Pharmaceutics, Director of Pharmacy Research. Editor of Part 5, Pharmaceutical Manufacturing. Coauthor of Chapters 37 and 45.

**H Steve White, PhD** / *College of Pharmacy, University of Utah*—Associate Professor of Pharmacology and Toxicology. Coeditor of Part 6, Pharmacodynamics, and Part 7, Pharmaceutical and Medicinal Agents. Author of Chapters 74, 79, 80, 81, 84, and 88.

# Authors

**Marie A Abate, PharmD** / Professor and Associate Chair of Clinical Pharmacy, School of Pharmacy, West Virginia University. Coauthor of Chapter 9, *Clinical Drug Literature.*

**Hamed M Abdou, PhD** / President, Worldwide Pharmaceutical Technical Operations, Bristol-Myers Squibb, Lawrenceville, NJ. Coauthor of Chapter 34, *Instrumental Methods of Analysis,* and Chapter 35, *Dissolution.*

**Mignon S Adams** / Director of Library and Information Services, Joseph W England Library, University of the Sciences in Philadelphia. Coauthor Chapter 8, *Information Resources in Pharmacy and the Pharmaceutical Sciences.*

**Loyd V Allen, Jr, PhD** / Professor Emeritus, Department of Medicinal Chemistry and Pharmaceutics, College of Pharmacy, University of Oklahoma. Author of Chapter 98, *Extemporaneous Prescription Compounding.*

**Howard Y Ando, PhD** / Director, Discovery Lead Optimization, Pfizer Global R&D, Ann Arbor Laboratories, Pfizer, Inc, Ann Arbor, MI. Coauthor of Chapter 38, *Preformulation.*

**Kenneth E Avis, DSc\*** / Emeritus Professor, Pharmaceutical Sciences, College of Pharmacy, University of Tennessee, Memphis. Coauthor of Chapter 41, *Parenteral Preparations,* and Chapter 118, *Aseptic Technology for Home-Care Pharmaceuticals.*

**Leonard C Bailey, PhD** / Professor of Pharmaceutical Chemistry, Rutgers University College of Pharmacy. Author of Chapter 33, *Chromatography.*

**Jan N Bair, PhD** / Professor Emeritus of Hospital Pharmacy, College of Pharmacy, University of Utah. Author of Chapter 64, *Diagnostic Drugs and Reagents.*

**Louis R Barrows, PhD** / Professor of Pharmacy and Toxicology, College of Pharmacy, University of Utah. Author of Chapter 86, *Antineoplastic and Immunoactive Drugs.*

**Sara Beis, MS** / Pharmacy Management Consultant. Coauthor of Chapter 117, *Integrated Health-Care Delivery Systems.*

**Lawrence H Block, PhD** / Professor of Pharmaceutics, Duquesne University School of Pharmacy. Author of Chapter 44, *Medicated Topicals.*

**Sanford Bolton, PhD** / Visiting Professor, Department of Pharmacy, University of Arizona. Author of Chapter 12, *Statistics.*

**Leslie Ann Bowman, BA** / Coordinator of Instructional Services, Joseph W England Library, University of the Sciences in Philadelphia. Coauthor Chapter 8, *Information Resources in Pharmacy and the Pharmaceutical Sciences.*

**Dara C Bultman, PhD** / Program Manager, Medical Media Associates, Inc. Coauthor of Chapter 113, *The Patient: Behavioral Determinants.*

**Paul M Bummer, PhD** / Associate Professor of Pharmaceutical Sciences, College of Pharmacy, University of Kentucky. Author Chapter 20, *Interfacial Phenomena.*

**Karleen S Callahan, PhD** / Research Assistant Professor of Pharmacology, College of Pharmacy, University of Utah. Coauthor of Chapter 67, *Blood, Fluids, Electrolytes, and Hematologic Drugs.*

**Patrick N Catania, PhD** / Professor and Chairman, Department of Pharmacy Practice, School of Pharmacy, University of the Pacific. Author Chapter 118, *Home Health Patient Care.*

**Amy Christopher** / Coordinator of Outreach Services, Joseph W England Library, University of the Sciences in Philadelphia. Coauthor Chapter 8, *Information Resources in Pharmacy and the Pharmaceutical Sciences.*

**Kenneth A Connors, PhD** / Professor Emeritus of Pharmaceutics, School of Pharmacy, University of Wisconsin. Author of Chapter 14, *Complex Formation.*

**Clarence A Discher, PhD\*** / Professor Emeritus, Rutgers University.

**William R Doucette, PhD** / Associate Professor, College of Pharmacy, University of Iowa. Coauthor of Chapter 92, *Marketing Pharmaceutical Care Services.*

**Victoria E Doyle, CIH, MPH** / Environmental and Occupational Health Sciences Institute UMD School of Public Health. Coauthor Chapter 107, *Pesticides.*

**John E Enders, PhD, MBA** / Director of Quality Assurance, Delmont Laboratories, Swarthmore, PA. Author of Chapter 51, *Quality Assurance and Control.*

**Joseph L Fink III, BSPharm, JD** / Assistant Vice President for Research and Graduate Studies, Professor of Pharmacy, College of Pharmacy, University of Kentucky. Author Chapter 1, *Scope of Pharmacy,* and Coauthor of Chapter 90, *Laws Governing Pharmacy.*

**Annette E Fleckenstein, PhD** / Assistant Professor of Pharmacology and Toxicology, University of Utah. Author of Chapter 63, *Pharmacological Aspects of Substance Abuse,* and Chapter 72, *Adrenergic Antagonists and Adrenergic Neuron Blocking Drugs.*

**Michael R Franklin, PhD** / Professor of Pharmacology, College of Pharmacy and School of Medicine, University of Utah. Coauthor of Chapter 57, *Drug Absorption, Action, and Disposition,* and Author of Chapter 105, *Enzymes.*

**Donald N Franz, PhD** / Professor of Pharmacology and Toxicology, School of Medicine, University of Utah. Coauthor of Chapter 68, *Cardiovascular Drugs,* Chapter 71, *Cholinomimetic Drugs,* and Chapter 73, *Antimuscarinic and Antispasmodic Drugs.*

**Ruta Freimanis, PharmD, RPh** / Secretary, United States Adopted Names Council, Chicago, IL. Author of Chapter 27, *Drug Nomenclature—United States Adopted Names.*

**Raymond E Galinsky, PharmD** / Professor, Department of Industrial and Physical Pharmacy, School of Pharmacy and Pharmacal Sciences, Purdue University. Coauthor of Chapter 58, *Basic Pharmacokinetics.*

**Barry D Garfinkle, PhD** / Vice President, Vaccine Technology and Engineering, Manufacturing Division, Merck & Co, Inc, West Point, PA. Coauthor of Chapter 40, *Sterilization.*

**Harold N Godwin, PhD** / Professor and Director of Pharmacy, The University of Kansas Medical Center. Author of Chapter 111, *Institutional Patient Care.*

**Martin C Gregory, BM, BCh, DPhil** / Professor, Division of General Internal Medicine, School of Medicine, University of Utah. Coauthor of Chapter 56, *Diseases: Manifestations and Pathophysiology.*

**Pardeep K Gupta, PhD** / Associate Professor, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Author of Chapter 16, *Solutions and Phase Equilibria.*

**Samir Hanna, PhD** / Vice President (Retired), Worldwide Quality Control and Bulk Quality Assurance, Bristol-Myers Squibb, Syracuse, NY. Coauthor of Chapter 34, *Instrumental Methods of Analysis,* and Chapter 35, *Dissolution.*

**Gerald Hecht, PhD** / Senior Director, Pharmaceutical Sciences, Alcon Laboratories, Fort Worth, TX. Author of Chapter 43, *Ophthalmic Preparations.*

**Martin W Henley, MSc** / Coauthor of Chapter 40, *Sterilization.* Merk & Co, Inc, West Point, PA. (Retired)

**Daniel A Herbert, RPh, FACA** / President and CEO, Richmond Apothecaries, Inc. Coauthor Chapter 4, *Community Pharmacy Practice.*

**Gregory J Higby, PhD** / Director, American Institute of the History of Pharmacy, School of Pharmacy University of Wisconsin. Author of Chapter 2, *Evolution of Pharmacy.*

**James R Hildebrand III, PharmD** / Target Research Associates, Philadelphia. Coauthor of Chapter 9, *Clinical Drug Literature.*

**William B Hladik III, MS** / Associate Professor, College of Pharmacy, University of New Mexico Health Sciences Center. Coauthor of Chapter 29, *Fundamentals of Medical Radionuclides.*

**Daniel A Hussar, PhD** / Remington Professor of Pharmacy, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Author of Chapter 102, *Drug Interactions,* and Chapter 115, *Patient Compliance.*

**Timothy J Ives, PharmD, MPH** / Associate Professor of Pharmacy and Clinical Associate Professor of Family Medicine, University of North Carolina. Coauthor of Chapter 7, *Pharmacists and Public Health.*

**Joel O Johnson, MD PhD** / Associate Professor of Clinical Anesthesiology, and Neurosurgery, School of Medicine, University of Missouri–Columbia. Author Chapter 78, *General Anesthetics.*

---

\*Deceased.

**Russell Katz, MD** / Deputy Director, Division of Neuropharmacological Drug Products, Center for Drug Evaluation and Research, Food and Drug Administration, Rockville, MD. Author of Chapter 48, *The Introduction of New Drugs.*

**Kristin A Keefe, PhD** / Assistant Professor, Department of Pharmacology and Toxicology, College of Pharmacy, University of Utah. Author of Chapter 70, *Sympathomimetic Drugs.*

**Calvin H Knowlton, RPh, MDiv, PhD, FACA** / CEO, Hospice Pharmacia, Inc. Coauthor of Chapter 4, *The Practice of Community Pharmacy.*

**Richard W Knueppel, RPh** / President, Knueppel Health Care Services, Inc. Author of Chapter 9, *Health Accessories.*

**Kristine Knutson, PhD** / Associate Professor of Pharmaceutics, College of Pharmacy, University of Utah. Coauthor of Chapter 65, *Topical Drugs.*

**Allen M Kratz, PharmD** / President, HVS Laboratories, Inc. Coauthor of Chapter 103, *Complementary and Alternative Medical Health Care.*

**David J Kroll, PhD** / Associate Professor of Pharmacology and Toxicology, Center for Pharmaceutical Biotechnology, University of Colorado School of Pharmacy. Coauthor of Chapter 49, *Biotechnology and Drugs.*

**Arthur J Lawrence, PhD** / Rear Admiral, Assistant Surgeon General, Office of the Assistant Secretary for Health and Surgeon General. Author of Chapter 6, *Pharmacists in Government.*

**Thomas Wai-Yip Lee, BPharm** / Research Assistant, School of Pharmacy, University of Wisconsin. Assistant on Chapter 47, *Controlled-Release Drug-Delivery Systems.*

**John W Levchuk, PhD** / Captain, US Public Health Service, Rockville, MD. Coauthor of Chapter 41, *Parenteral Preparations.*

**Eric J Lien, PhD** / Professor of Pharmacy/Pharmaceutics and Biomedical Chemistry, School of Pharmacy, University of Southern California. Author of Chapter 13, *Molecular Structure, Properties, and States of Matter.*

**Hetty A Lima, RPh, FASHP** / Regional Vice President, Corem Health Care. Coauthor of Chapter 119, *Aseptic Technology for Home-Care Pharmaceuticals.*

**Sylvia H Liu, BVM, DACVP** / Vice President, Research and Development, Ethicon, Inc. Coauthor of Chapter 108, *Surgical Supplies.*

**Robert L McCarthy, PhD** / Associate Professor of Pharmacy Administration, Massachusetts College of Pharmacy and Allied Health Sciences. Coauthor of Chapter 3, *Ethics and Professionalism.*

**Michael R McConnell, RPh** / Founder and Consultant, National Notification Center. Author of Chapter 95, *Product Recalls and Withdrawals.*

**Randal P McDonough, PhD** / Associate Professor (Clinical), College of Pharmacy, University of Iowa. Coauthor of Chapter 92, *Marketing Pharmaceutical Care Services.*

**William F McGhan, PharmD, PhD** / Professor of Pharmacy, Department of Pharmacy Practice and Pharmacy Administration, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Author of Chapter 91, *Pharmacoeconomics.*

**Barbara T McKinnon, PharmD** / Director of Business Development, NOVA FACTOR. Coauthor of Chapter 119, *Aseptic Technology for Home-Care Pharmaceuticals.*

**Karen B Main, PhD** / Associate Manager, Director of Product Development, Pharmaceutical and Analytical R&D, Astra-Zeneca, Wilmington, DE. Coauthor of Chapter 30, *Analysis of Medicinals.*

**Henry J Malinowski, PhD** / Associate Director for Biopharmaceuticals, Division of Pharmaceutical Evaluation, Food and Drug Administration, Rockville, MD. Author of Chapter 53, *Bioavailability and Bioequivalence Testing.*

**Anthony S Manoguerra, PharmD** / Professor of Clinical Pharmacy, School of Pharmacy, University of California, San Francisco, San Diego Program; Director, San Diego Division, California Poison Control System; University of California San Diego Medical Center. Coauthor of Chapter 99, *Poison Control.*

**Duane D Miller, PhD** / Van Vleet Professor, Department of Pharmaceutical Sciences, College of Pharmacy, The University of Tennessee. Author of Chapter 28, *Structure–Activity Relationship and Drug Design.*

**Michael Montagne, PhD** / Rumbolt Professor of Pharmacy, Division of Pharmaceutical Sciences, Massachusetts College of Pharmacy and Allied Health Sciences. Coauthor of Chapter 3, *Ethics and Professionalism,* and Author of Chapter 96, *Drug Education.*

**Naseem Muhammad, PhD** / Director, Technical Services / Beta Lactam and Oncology, Bristol-Myers Squibb. Coauthor of Chapter 34, *Instrumental Methods of Analysis,* and Chapter 35, *Dissolution.*

**Michael D Murray, PharmD, MPH** / Professor of Pharmacy, Purdue Pharmacy Program at Indianapolis, Purdue University. Author of Chapter 116, *Pharmacoepidemiology.*

**J G Nairn, PhD** / Professor Emeritus, Faculty of Pharmacy, University of Toronto. Author of Chapter 39, *Solutions, Emulsions, Suspensions, and Extracts.*

**Gail D Newton, PhD** / Associate Professor of Pharmacy Practice, School of Pharmacy and Pharmacal Sciences, Purdue University. Author of Chapter 110, *Ambulatory Patient Care.*

**William K Nichols, PhD** / Associate Professor of Pharmacology and Toxicology, College of Pharmacy, University of Utah. Author of Chapter 69, *Respiratory Drugs,* Chapter 77, *Hormones,* and Chapter 87, *Anti-Infectives.*

**Paul J Niebergall, PhD** /Professor of Pharmaceutical Sciences, Medical University of South Carolina. Author of Chapter 17, *Ionic Solutions and Electrolytic Equilibria.*

**Jeffrey P Norenberg, PhD** / Assistant Professor of Pharmacy Practice, College of Pharmacy, University of New Mexico Health Sciences Center. Coauthor of Chapter 29, *Fundamentals of Medical Radionuclides.*

**Robert E O'Connor, PhD** / Adjunct Professor of Pharmaceutics, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Coauthor of Chapter 37, *Powders.*

**Fred G Paavola, RPh** / Rear Admiral, Office of the Chief Pharmacist, United States Public Health Service, Rockville, MD. Coauthor of Chapter 7, *Pharmacists and Public Health.*

**Garnet E Peck, PhD** / Professor of Industrial Pharmacy, Director of the Industrial Pharmacy Laboratory, School of Pharmacy and Pharmacal Sciences, Purdue University. Author of Chapter 36, *Separation.*

**Christopher J Perigard, BS, MT (ASCP), MBA** / Department of Pathology, Pharmaceutical Research Institute, Bristol-Myers Squibb Company, Syracuse, NY. Author of Chapter 32, *Clinical Analysis.*

**Lynn K Pershing, PhD** / Research Associate Professor of Dermatology, School of Medicine, University of Utah. Coauthor of Chapter 65, *Topical Drugs.*

**Elizabeth S Pithan, PharmD** / Community Pharmaceutical Care Resident, University of Iowa. Coauthor of Chapter 92, *Marketing Pharmaceutical Care Services.*

**James A Ponto, MS** / Chief Nuclear Pharmacist and Clinical Professor, Division of Nuclear Medicine, University of Iowa Hospitals and Clinics and College of Pharmacy. Coauthor of Chapter 104, *Nuclear Pharmacy Practice.*

**Cathy Y Poon, PharmD** / Assistant Professor of Clinical Pharmacy, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Coauthor Chapter 18, *Tonicity, Osmoticity, Osmolality, and Osmolarity.*

**Stuart C Porter, PhD** / President, PPT, Hatfield, PA. Author of Chapter 46, *Coating of Pharmaceutical Dosage Forms.*

**W Steven Pray, PhD** / Professor of Nonprescription Products and Devices, School of Pharmacy, Southwestern Oklahoma State University. Coauthor of Chapter 101, *Self-Care and Home Diagnostic Products.*

**Barrett E Rabinow, PhD** / Director, Strategic Technical Development, Baxter Healthcare Corporation, Round Lake, IL. Coauthor of Chapter 54, *Plastic Packaging Materials.*

**Galen W Radebaugh, PhD** / Vice President, Analytical Development, Schering-Plough Research Institute, Kenilworth, NJ. Coauthor of Chapter 38, *Preformulation.*

**Paul L Ranelli, PhD** / Associate Professor of Social and Behavioral Pharmacy, School of Pharmacy, University of Wyoming. Author of Chapter 114, *Patient Communication.*

**Irwin Reich, BSc** / Instructor and Manager Pharmacy Laboratory, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Coauthor of Chapter 11, *Pharmaceutical Calculations,* and Chapter 18, *Tonicity, Osmoticity, Osmolality, and Osmolarity.*

**William J Reilly, Jr, BS (Pharm)** / Director, Manufacturing, ViroPharma, Inc., Exton, PA. Author of Chapter 55, *Pharmaceutical Necessities.*

**Joseph E Rice, PhD** / Associate Professor of Medicinal Chemistry, Rutgers University College of Pharmacy. Coauthor of Chapter 25, *Organic Pharmaceutical Chemistry.*

**June E Riedlinger, PharmD** / Assistant Professor, Massachusetts College of Pharmacy and Allied Health Sciences. Coauthor of Chapter 103, *Complementary and Alternative Medical Health Care.*

**Marian K Rippy, DVM, PhD, DACVD** / Senior Principal Veterinary Pathologist, Guidant Corporation. Coauthor of Chapter 108, *Surgical Supplies.*

**Jack Robbins, PhD** / Consultant, Pharmacy Affairs, Schering Laboratories. Author of Chapter 5, *Pharmacists in Industry.*

**Joseph R Robinson, PhD** / Professor of Pharmacy and Ophthalmology, School of Pharmacy, University of Wisconsin. Coauthor of Chapter 47, *Controlled-Release Drug-Delivery Systems.*

**Mark G Robson, PhD, MPH** / Executive Director, Environmental and Occupational Sciences Institute. Coauthor of Chapter 107, *Pesticides.*

**Douglas E Rollins, MD, PhD** / Professor, Pharmacology and Toxicology, College of Pharmacy, University of Utah. Author of Chapter 59, *Clinical Pharmacokinetics,* and Chapter 61, *Adverse Drug Reactions.*

**Theodore J Roseman, PhD** / Vice President, Scientific Affairs, Baxter Healthcare Corporation, Round Lake, IL. Coauthor of Chapter 54, *Plastic Packaging Materials.*

**Joseph T Rubino, PhD** / Section Head, Chemical Biological Pharmaceutical Development, Wyeth-Ayerst Research. Coauthor of Chapter 22, *Coarse Dispersions.*

**Orapin P Rubino, PhD** / Process Development Scientist, Glatt Air Techniques, Inc. Coauthor of Chapter 22, *Coarse Dispersions.*

**Edward M Rudnic, PhD** / Vice President, Pharmaceutical Reasearch and Development, Pharmavene, Inc., Gaithersburg, MD. Coauthor of Chapter 92, *Oral Solid Dosage Forms.*

**Michael T Rupp, PhD** / Professor of Pharmacy Administration, Midwestern University—Glendale. Author of Chapter 93, *Documenting and Billing for Pharmaceutical Care Services.*

**Hans Schott, PhD** / Professor Emeritus of Pharmaceutics and Colloid Chemistry, School of Pharmacy, Temple University. Author of Chapter 21, *Colloidal Dispersions,* and Chapter 23, *Rheology.*

**Christopher J Sciarra, PhD, MSc** / Vice President, Sciarra Laboratories, Inc, Hicksville, NY. Coauthor of Chapter 50, *Aerosols.*

**John J Sciarra, PhD** / Professor Emeritus and President, Sciarra Laboratories, Inc, Hicksville, NY. Coauthor of Chapter 50, *Aerosols.*

**Bruce E Scott, MS** / Vice President, United Hospital—Allina Health System. Coauthor of Chapter 111, *Institutional Patient Care.*

**Steven A Scott, PharmD** / Associate Professor of Clinical Pharmacy, Purdue University. Author of Chapter 97, *The Prescription,* and Coauthor of Chapter 111, *Institutional Patient Care.*

**Stanley M Shaw, PhD** / Professor and Head, Division of Nuclear Pharmacy, School of Pharmacy and Pharmacal Science, Purdue University. Coauthor Chapter 104, *Nuclear Pharmacy Practice.*

**E Richard Shough, PhD** / Professor of Medicinal Chemistry, College of Pharmacy, The University of Oklahoma. Author of Chapter 89, *Immunizing Agents and Allergenic Extracts.*

**Thomas C Snader, PharmD** / Consultant Pharmacist. Author of Chapter 112, *Long-Term Care Facilities.*

**Gail G Snitkoff, PhD** / Associate Professor, Division of Basic and Pharmaceutical Sciences, Albany College of Pharmacy. Author Chapter 31, *Biological Testing.*

**Theodore D Sokolski, PhD** / Professor Emeritus, Ohio State University, Coauthor of Chapter 16, *Solutions and Phase Equilibria.*

**Patricia K Sonsalla, PhD** / Associate Professor of Neurology, University of Medicine and Dentistry of New Jersey—Robert Wood Johnson Medical School. Author of Chapter 85, *General Nervous System Stimulants.*

**Edwin T Sugita, PhD** / Professor and Chairman, Pharmaceutics Department, Philadelphia College of Pharmacy, University of the Sciences in Philadelphia. Coauthor of Chapter 11, *Pharmaceutical Calculations,* and Chapter 18, *Tonicity, Osmolality, Osmolality, and Osmolarity.*

**Bonnie L Svarstad, PhD** / William S Apple Professor of Social and Administrative Pharmacy, School of Pharmacy, University of Wisconsin—Madison. Coauthor of Chapter 113, *The Patient: Behavioral Determinants.*

**Craig K Svensson, PharmD, PhD** / Professor, Department of Pharmaceutical Sciences, College of Pharmacy and Allied Health Professions, Wayne State University. Coauthor of Chapter 58, *Basic Pharmacokinetics.*

**James Swarbrick, PhD** / Vice President for Research and Development, Applied Analytical Industries, Inc. Coauthor of Chapter 22, *Coarse Dispersions.*

**Anthony R Temple, MD** / Executive Director, Medical Affairs, McNeil Consumer Products Co; Adjunct Associate Professor, Department of Pediatrics, University of Pennsylvania School of Medicine; Lecturer, Philadelphia College of Pharmacy. Coauthor of Chapter 99, *Poison Control.*

**Joseph Thomas III, PhD** / Associate Professor of Pharmacy Administration, School of Pharmacy and Pharmacal Sciences, Purdue University. Author of Chapter 94, *Community Pharmacy Economics and Management.*

**John P Tischio, PhD** / Independent Consultant, Pharmaceutical Consulting Services, Manasquan, NJ. Author of Chapter 62, *Pharmacogenetics.*

**Keith G Tolman, MD** / Professor, Division of Gastroenterology, School of Medicine, University of Utah. Coauthor of Chapter 56, *Diseases: Manifestations and Pathophysiology* and Chapter 66, *Gastrointestinal and Liver Drugs.*

**Salvatore J Turco, PharmD, FASHP** / Professor of Pharmacy, Temple University School of Pharmacy. Author of Chapter 42, *Intravenous Admixtures.*

**Elizabeth B Vadas** / Senior Director, Pharmaceutical Research and Development, Merck Frosst Canada, Inc, Point Claire, Darval, Quebec. Author Chapter 52, *Stability of Pharmaceutical Products.*

**Ernestine Vanderveen, PhD** / National Institute on Alcohol Abuse and Alcoholism, National Institutes of Health, Rockville, Maryland.

**John E Vandervenn, PhD** / Center for Food Safety and Applied Nutrition, Food and Drug Administration, Washington, DC.

**Vincent S Venturella, PhD** / Director, Pharmaceutical Consulting, Ventura Associates, Wayne, NJ. Author of Chapter 26, *Natural Products.*

**Jesse C Vivian, PhD, JD** / Professor of Pharmacy Law, Department of Pharmacy Practice, Wayne State University. Coauthor of Chapter 90, *Laws Governing Pharmacy.*

**Lane J Wallace, PhD** / Professor of Pharmacology, College of Pharmacy, The Ohio State University. Author of Chapter 82, *Psychopharmacologic Agents.*

**Maria L Webb, PhD** / Director, Biology, Pharmacopeia, Princeton, NJ. Author of Chapter 10, *Research.*

**Donna S West, PhD, FACA** / University of Mississippi. Coauthor of Chapter 4, *The Practice of Community Pharmacy.*

**Timothy S Wiedmann, PhD** / Assistant Professor, College of Pharmacy, University of Minnesota. Author of Chapter 15, *Thermodynamics.*

**Rodney J Wigent, PhD** / Associate Professor of Chemistry, Research Associate, Professor of Pharmaceutics, University of the Sciences in Philadelphia. Author of Chapter 19, *Chemical Kinetics.*

**Olivia B Wood, RD, MPh** / Associate Professor of Foods and Nutrition, School of Consumer and Family Sciences, Purdue University. Author of Chapter 100, *Nutrition in Pharmacy Practice.*

**Alisa Wright, BS, MS** / Business Affairs Manager, Cook Pharmaceutical Solutions. Coauthor of Chapter 95, *Product Recalls and Withdrawals.*

**Barbara J Zarowitz, PharmD, FCCP, BCPS** / Vice President, Pharmacy Care Manager, Henry Ford Health System. Coauthor of Chapter 117, *Health-Care Delivery Systems and Interdisciplinary Care.*

**Gilbert L Zink, PhD** / Associate Professor of Biology, Department of Biological Sciences, University of the Sciences in Philadelphia. Author of Chapter 60, *Principles of Immunology.*

GLYCERYL MONOSTEARATE—page 1036.

## HYDROXYETHYL CELLULOSE

**Cellulose, 2-hydroxyethyl ether; Cellosize; Natrosol**

Cellulose hydroxyethyl ether 9004-62-0.

**Preparation**—Cellulose is treated with NaOH and then reacted with ethylene oxide.

**Description**—White, odorless, tasteless, free-flowing powder; softens at about 137°; refractive index (2% solution) about 1.336; pH about 7; solutions are nonionic.

**Solubility**—Dissolves readily in cold or hot water to give clear, smooth, viscous solutions; partially soluble in acetic acid; insoluble in most organic solvents.

**Uses**—Resembles carboxymethylcellulose sodium in that it is a cellulose ether, but differs in being nonionic, and hence, its solutions are unaffected by cations. It is used pharmaceutically as a thickener, protective colloid, binder, stabilizer, and suspending agent in emulsions, jellies and ointments, lotions, ophthalmic solutions, suppositories, and tablets.

## HYDROXYPROPYL CELLULOSE

**Cellulose, 2-hydroxypropyl ether; Klucel**

Cellulose hydroxypropyl ether [9004-64-2].

**Preparation**—After treating with NaOH, cellulose is reacted with propylene oxide at elevated temperature and pressure.

**Description**—Off-white, odorless, tasteless powder; softens at 130°; burns out completely about 475° in $N_2$ or $O_2$; refractive index (2% solution) about 1.337; pH (aqueous solution) 5 to 8.5; solutions are nonionic.

**Solubility**—Soluble in water below 40° (insoluble above 45°); soluble in many polar organic solvents.

**Uses**—A broad combination of properties useful in a variety of industries. It is used pharmaceutically as a binder, granulation agent, and film-coater in the manufacture of tablets; an alcohol-soluble thickener and suspending agent for elixirs and lotions; and a stabilizer for emulsions.

## HYDROXYPROPYL METHYLCELLULOSE

**Cellulose, 2-hydroxypropyl methyl ether**

Cellulose hydroxypropyl methyl ether [9004-65-3], available in grades containing 16.5 to 30.0% of methoxy and 4.0 to 32.0% of hydroxypropoxy groups, and thus in viscosity and thermal gelation temperatures of solutions of specified concentration.

**Preparation**—The appropriate grade of methylcellulose (see below) is treated with NaOH and reacted with propylene oxide at elevated temperature and pressure for a reaction time sufficient to produce the desired degree of attachment of methyl and hydroxypropyl groups by ether linkages to the anhydroglucose rings of cellulose.

**Description**—White to slightly off-white, fibrous or granular, free-flowing powder.

**Solubility**—Swells in water and produces a clear to opalescent, viscous, colloidal mixture; undergoes reversible transformation from sol to gel on heating and cooling, respectively. Insoluble in anhydrous alcohol, ether, or chloroform.

**Uses**—A protective colloid that is useful as a dispersing and thickening agent, and in ophthalmic solutions to provide the demulcent action and viscous properties essential for contact-lens use and in *artificial-tear* formulations. See *Hydroxypropyl Methylcellulose Ophthalmic Solution* (page 1204).

LANOLIN, ANHYDROUS—page 1035.

## METHYLCELLULOSE

**Cellulose, methyl ether; Methocel**

Cellulose methyl ether [9004-67-5]; a methyl ether of cellulose containing 27.5 to 31.5% of methoxy groups.

**Preparation**—By the reaction of methyl chloride or of dimethyl sulfate on cellulose dissolved in sodium hydroxide. The cellulose methyl ether, so formed is coagulated by adding methanol or other suitable agent and centrifuged. Since cellulose has 3 hydroxyl groups/glucose residue, several methylcelluloses can be made that vary in, among other properties, solubility and viscosity. Types useful for pharmaceutical application contain from 1 to 2 methoxy radicals/glucose residue.

**Description**—White, fibrous powder or granules; aqueous suspensions neutral to litmus; stable to alkalies and dilute acids.

**Solubility**—Insoluble in ether, alcohol, or chloroform; soluble in glacial acetic acid or in a mixture of equal parts of alcohol and chloroform; swells in water, producing a clear to opalescent, viscous colloidal solution; insoluble in hot water and saturated salt solutions; salts of minerals, acids, and particularly polybasic acids, phenols, and tannins

coagulate its solutions, but this can be prevented by the addition of alcohol or of glycol diacetate.

**Uses**—A synthetic substitute for natural gums that has both pharmaceutic and therapeutic applications. Pharmaceutically, it is used as a *dispersing, thickening, emulsifying, sizing,* and *coating agent*. It is an ingredient of many nose drops, eye preparations, burn medications, cosmetics, tooth pastes, liquid dentifrices, hair fixatives, creams, and lotions. It functions as a protective colloid for many types of dispersed substances and is an effective stabilizer for oil-in-water emulsions.

Therapeutically, it is used as a *bulk laxative* in the treatment of *chronic constipation.* Taken with 1 or 2 glassfuls of water, it forms a colloidal solution in the upper alimentary tract; this solution loses water in the colon, forming a gel that increases the bulk and softness of the stool. The gel is bland, demulcent, and nonirritating to the GI tract. Once a normal stool develops, the dose should be reduced to a level adequate for maintenance of good function. Although it takes up water from the GI tract quite readily, methylcellulose tablets have caused fecal impaction and intestinal obstruction when taken with a limited amount of water. It also is used as a topical ophthalmic protectant, in the form of 0.5 to 1% solution serving as artificial tears or a contact-lens solution applied to the conjunctiva, 0.05 to 0.1 mL at a time, 3 or 4 times a day as needed.

## OLEYL ALCOHOL

**9-Octadecen-1-ol, (Z)-, Aldol 85**

$$HC-CH_2(CH_2)_7OH$$
$$\|$$
$$HC-CH_2(CH_2)_6CH_3$$

(Z)-9-Octadecen-1-ol [143-28-2] $C_{18}H_{36}O$ (268.48); a mixture of unsaturated and saturated high-molecular-weight fatty alcohols consisting chiefly of oleyl alcohol.

**Preparation**—One method reacts ethyl oleate with absolute ethanol and metallic sodium (*Org Syn Coll III:* 673, 1955).

**Description**—Clear, colorless to light yellow, oily liquid; faint characteristic odor and bland taste; iodine value between 85 and 90; hydroxyl value between 205 and 215.

**Solubility**—Soluble in alcohol, ether, isopropyl alcohol, or light mineral oil; insoluble in water.

**Uses**—A *pharmaceutic aid* (emulsifying agent or emollient).

## POLYVINYL ALCOHOL

**Ethenol, homopolymer**

$$\left[ CH_2-CH \atop OH \right]_n$$

Vinyl alcohol polymer [9002-89-5] $(C_2H_4O)_n$.

**Preparation**—Polyvinyl acetate is approximately 88% hydrolyzed in a methanol-methyl acetate solution using either mineral acid or alkali as a catalyst.

**Description**—White to cream-colored powder or granules; odorless.

**Solubility**—Freely soluble in water; solution effected more rapidly at somewhat elevated temperatures.

**Uses**—A *suspending agent* and *emulsifier,* either with or without the aid of a surfactant. It commonly is employed as a lubricant and protectant in various ophthalmic preparations, such as decongestants, artificial tears, and contact-lens products (see page 832).

## POVIDONE

**2-Pyrrolidinone, 1-ethenyl-, homopolymer;**
**Polyvinylpyrrolidone; PVP**



1-Vinyl-2-pyrrolidinone polymer [9003-39-8] $(C_6H_9NO)_n$; a synthetic polymer consisting of linear 1-vinyl-2-pyrrolidinone groups, the degree of polymerization of which results in polymers of various molecular weights. It is produced commercially as a series of products having mean molecular weights ranging from about 10,000 to about 700,000. The viscosity of solutions containing 10% or less is essentially the same as that of water; solutions more concentrated than 10% become more

# EXHIBIT 5



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

5514        7590        12/10/2015
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

| EXAMINER |
| --- |
| SAMALA, JAGADISHWAR RAO |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 1618 | |

DATE MAILED: 12/10/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

TITLE OF INVENTION: RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 03/10/2016 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

SENS-AMG00001587

**Complete and send this form, together with applicable fee(s), to:** **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

```
5514        7590      12/10/2015
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800
```

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

TITLE OF INVENTION: RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 03/10/2016 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SAMALA, JAGADISHWAR RAO | 1618 | 514-654000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SENS-AMG00001588



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

5514      7590      12/10/2015
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

| EXAMINER |
|---|
| SAMALA, JAGADISHWAR RAO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1618 | |

DATE MAILED: 12/10/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.


Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

SENS-AMG00001589

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SENS-AMG00001590

| ***Notice of Allowability*** | Application No.<br>12/942,646 | Applicant(s)<br>LAWRENCE ET AL. | |
|---|---|---|---|
| | Examiner<br>JAGADISHWAR SAMALA | Art Unit<br>1618 | AIA (First Inventor to File) Status<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>12/01/2015</u>.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are <u>2-5,7,9-20 and 23-28</u>. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   - **Certified copies:**
     - a) ☐ All   b) ☐ Some   *c) ☐ None of the:
       - 1. ☐ Certified copies of the priority documents have been received.
       - 2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       - 3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   - * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   - **Identifying indicia** such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date <u>11/13/2015</u>
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☒ Interview Summary (PTO-413), Paper No./Mail Date <u>12/02/2015</u> .

5. ☒ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

| /J. S./<br>Examiner, Art Unit 1618 | /Michael G. Hartley/<br>Supervisory Patent Examiner, Art Unit 1618 |
|---|---|

SENS-AMG00001591

Application/Control Number: 12/942,646                                              Page 2
Art Unit: 1618

The present application is being examined under the pre-AIA first to invent provisions.

## DETAILED ACTION

- Receipt is acknowledged of Applicant's Amendment filed on 12/01/2015.

- Claims 2-5, 7, 9-10, 13, 19-20 and 23-24 have been amended.

- Claims 25-28 have been added.

### Continued Examination Under 37 CFR 1.114

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after allowance or after an Office action under *Ex Parte Quayle*, 25 USPQ 74, 453 O.G. 213 (Comm'r Pat. 1935). Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, prosecution in this application has been reopened pursuant to 37 CFR 1.114.  Applicant's submission filed on 11/13/2015 has been entered.

### EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

SENS-AMG00001592

Application/Control Number: 12/942,646                                   Page 3
Art Unit: 1618

Authorization for this examiner's amendment was given in a telephone interview with Alicia Russo on 12/02/2015.


The application has been amended as follows:

Beginning of claim 25, delete "previously presented" and insert ---New---


### Allowable Subject Matter

### Information Disclosure Statement

The information disclosure statement (IDS) submitted on 11/13/2015 was filed after the mailing date of the Notice of Allowance on 08/18/2015. The submission is in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being considered by the examiner. Please see attached copy of Form PTO/SB/08a.

The references from this Information Disclosure Statement were considered but are not deemed to be pertinent to the claimed invention. These documents relate to sustained release oral dosage forms and formulations for medicinal agents in general relevant to pharmaceutical science. However, claimed compositions are distinguished from the closet prior art by incorporating precise amounts of calcium receptor-active compound (cinacalcet HCl), the nature of the excipients and their respective combinations. The pharmaceutical composition provides unique dissolution profile (i.e., good bioavailability/rapid dissolution) of cinacalcet HCl (which is sparingly soluble at physiological intestinal pH in the stomach and the duodenum) which comprises from

SENS-AMG00001593

Application/Control Number: 12/942,646                                    Page 4
Art Unit: 1618

about 50% to about 125% of a target amount of the calcium receptor-active compound

being released from the composition no later than about 30 minutes from the start of the

test. Therefore, the claimed invention is still considered novel and patentably distinct.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JAGADISHWAR SAMALA whose telephone number is

(571)272-9927. The examiner can normally be reached on 8.30 A.M to 5.00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Michael G. Hartley can be reached on (571)272-0616. The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

SENS-AMG00001594

Application/Control Number: 12/942,646                                    Page 5
Art Unit: 1618

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/J. S./
Examiner, Art Unit 1618

/Michael G. Hartley/
Supervisory Patent Examiner, Art Unit 1618

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 12/942,646 | LAWRENCE ET AL. |
| | Examiner | Art Unit | |
| | JAGADISHWAR SAMALA | 1618 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *JAGADISHWAR SAMALA*.                                    (3)_____.

(2) *Alicia A Russo.*.                                    (4)_____.

Date of Interview: *12/02/2015*.

Type:    ☒ Telephonic    ☐ Video Conference
            ☐ Personal [copy given to: ☐ applicant    ☐ applicant's representative]

Exhibit shown or demonstration conducted:    ☐ Yes    ☐ No.
    If Yes, brief description: _____.

Issues Discussed    ☐101 ☐112 ☐102 ☐103 ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *Pending*.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

*Discussed with applicants' representative:*
*Amendment to the claims and addition of new claims as detailed in Examiner's Amendment. Applicants' representative gave an overview of the instant invention with emphasis on good bioavailability/rapid dissolution of cinacalcet HCl .*

**Applicant recordation Instructions:** It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /J. S./ Examiner, Art Unit 1618 | |
|---|---|

U.S. Patent and Trademark Office
PTOL-413B (Rev. 8/11/2010)                    Interview Summary                    Paper No. 20151120

SENS-AMG00001596

# EXHIBIT 6



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 5514 | 7590 | 08/18/2015 |

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

| EXAMINER |
|---|
| SAMALA, JAGADISHWAR RAO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1618 | |

DATE MAILED: 08/18/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

TITLE OF INVENTION: RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/18/2015 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

SENS-AMG00001064

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

<u>or Fax</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
(571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

5514        7590        08/18/2015
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

TITLE OF INVENTION: RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 11/18/2015 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SAMALA, JAGADISHWAR RAO | 1618 | 514-654000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SENS-AMG00001065



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

5514        7590        08/18/2015
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

| EXAMINER |
|---|
| SAMALA, JAGADISHWAR RAO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1618 | |

DATE MAILED: 08/18/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.


Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

SENS-AMG00001066

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SENS-AMG00001067

| | Application No. 12/942,646 | Applicant(s) LAWRENCE ET AL. | |
|---|---|---|---|
| **Notice of Allowability** | Examiner JAGADISHWAR SAMALA | Art Unit 1618 | AIA (First Inventor to File) Status No |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _06/23/2015_.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are _2-5,7,9-20 and 23-28_. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

        a) ☐ All   b) ☐ Some  *c) ☐ None of the:

            1. ☐ Certified copies of the priority documents have been received.

            2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

            3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 06/23/2015
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

| /J. S./ Examiner, Art Unit 1618 | /Michael G. Hartley/ Supervisory Patent Examiner, Art Unit 1618 |
|---|---|

SENS-AMG00001068

Application/Control Number: 12/942,646
Art Unit 1618

## DETAILED ACTION

### Allowable Subject Matter

The following is an examiner's statement of reasons for allowance:

The information disclosure statement (IDS) submitted on 06/23/2015 was filed after the mailing date of the Notice of Allowance on 03/25/2015. The submission is in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being considered by the examiner. Please see attached copy of Form PTO/SB/08a.

The references from this Information Disclosure Statement were considered but are not deemed to be pertinent to the claimed invention. These documents relate to oppositions filed in a related EP Patent No. EP-B-1 663 182. However, claimed compositions are distinguished from the closet prior art by the amount of cinacalcet HCl, the nature of the excipients and their respective amounts. The pharmaceutical composition provided good bioavailability/rapid dissolution of cinacalcet HCl (which is sparingly soluble at physiological intestinal pH in the stomach and the duodenum) can at all be provided by combining cinacalcet HCl with a binder and diluent in the respective amounts as defined in claim 1. Therefore, the claimed invention is still considered novel and patentably distinct.

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after allowance or after an Office action under *Ex Parte Quayle*, 25 USPQ 74, 453 O.G. 213 (Comm'r Pat. 1935). Since this application is eligible for continued examination

Application/Control Number: 12/942,646
Art Unit 1618

under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, prosecution in this application has been reopened pursuant to 37 CFR 1.114. Applicant's submission filed on 06/23/2015 has been entered.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JAGADISHWAR SAMALA whose telephone number is (571)272-9927. The examiner can normally be reached on 8.30 A.M to 5.00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Michael G. Hartley can be reached on (571)272-0616. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service

# EXHIBIT 7



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | EXAMINER |
|---|---|---|
| 5514 7590 04/06/2016 | | SAMALA, JAGADISHWAR RAO |
| FITZPATRICK CELLA HARPER & SCINTO | | |
| 1290 Avenue of the Americas | ART UNIT | PAPER NUMBER |
| NEW YORK, NY 10104-3800 | 1618 | |

DATE MAILED: 04/06/2016

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

TITLE OF INVENTION: RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 07/06/2016 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

HOW TO REPLY TO THIS NOTICE:

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

SENS-AMG00001643

**Complete and send this form, together with applicable fee(s), to: Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

|  |  |  |
|---|---|---|
| 5514 | 7590 | 04/06/2016 |

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

TITLE OF INVENTION: RAPID DISSOLUTION FORMULATION OF A CALCIUM RECEPTOR-ACTIVE COMPOUND

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 07/06/2016 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SAMALA, JAGADISHWAR RAO | 1618 | 514-654000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and State or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SENS-AMG00001644

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/942,646 | 11/09/2010 | Glen Gary LAWRENCE | 03858.001100.1 | 2069 |

5514        7590        04/06/2016
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
NEW YORK, NY 10104-3800

| EXAMINER |
|---|
| SAMALA, JAGADISHWAR RAO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1618 | |

DATE MAILED: 04/06/2016

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

SENS-AMG00001645

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SENS-AMG00001646

| | Application No. | Applicant(s) |  |
|---|---|---|---|
| **Notice of Allowability** | 12/942,646 | LAWRENCE ET AL. |  |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | JAGADISHWAR SAMALA | 1618 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *03/08/2016*.

  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *2-5,7,9-20 and 23-28*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**

   a) ☐ All    b) ☐ Some   *c) ☐ None of the:

    1. ☐ Certified copies of the priority documents have been received.

    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

    3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

  ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
    Paper No./Mail Date _____.

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08),
   Paper No./Mail Date 03/08/2016
3. ☐ Examiner's Comment Regarding Requirement for Deposit
   of Biological Material
4. ☐ Interview Summary (PTO-413),
   Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

| /J. S./ | /Michael G. Hartley/ |
|---|---|
| Examiner, Art Unit 1618 | Supervisory Patent Examiner, Art Unit 1618 |

SENS-AMG00001647

Application/Control Number: 12/942,646                                    Page 2
Art Unit: 1618

The present application is being examined under the pre-AIA first to invent
provisions.

## DETAILED ACTION

- Receipt is acknowledged of Applicant's Request for Continued Examination filed
  on 03/08/2016.

- Claims 2-5, 7, 9-20, 23-28 are pending in this application.

### Continued Examination Under 37 CFR 1.114

A request for continued examination under 37 CFR 1.114, including the fee set
forth in 37 CFR 1.17(e), was filed in this application after allowance or after an Office
action under *Ex Parte Quayle*, 25 USPQ 74, 453 O.G. 213 (Comm'r Pat. 1935). Since
this application is eligible for continued examination under 37 CFR 1.114, and the fee
set forth in 37 CFR 1.17(e) has been timely paid, prosecution in this application has
been reopened pursuant to 37 CFR 1.114.  Applicant's submission filed on 03/08/2016
has been entered.

### Allowable Subject Matter

### Information Disclosure Statement

The information disclosure statement (IDS) submitted on 03/08/2016 was filed
after the mailing date of the Notice of Allowance on 12/10/2015. The submission is in
compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure

Application/Control Number: 12/942,646                                    Page 3
Art Unit: 1618

statement is being considered by the examiner. Please see attached copy of Form
PTO/SB/08a.

The references from this Information Disclosure Statement were considered but
are not deemed to be pertinent to the claimed invention. These documents relate to
sustained release oral dosage forms and formulations for medicinal agents in general
relevant to pharmaceutical science (Handbook of Pharmaceutical Excipients and
Remington: The Science and Practice of Pharmacy). However, claimed compositions
are distinguished from the closet prior art by incorporating precise amounts of calcium
receptor-active compound (cinacalcet HCl), the nature of the excipients and their
respective combinations. The pharmaceutical composition provides unique dissolution
profile (i.e., good bioavailability/rapid dissolution) of cinacalcet HCl (which is sparingly
soluble at physiological intestinal pH in the stomach and the duodenum) which
comprises from about 50% to about 125% of a target amount of the calcium receptor-
active compound being released from the composition no later than about 30 minutes
from the start of the test. Therefore, the claimed invention is still considered novel and
patentably distinct.

Any inquiry concerning this communication or earlier communications from the
examiner should be directed to JAGADISHWAR SAMALA whose telephone number is
(571)272-9927. The examiner can normally be reached on 8.30 A.M to 5.00 P.M.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Michael G. Hartley can be reached on (571)272-0616.   The fax phone

Application/Control Number: 12/942,646                                    Page 4
Art Unit: 1618

number for the organization where this application or proceeding is assigned is 571-
273-8300.

Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.    Status information for
published applications may be obtained from either Private PAIR or Public PAIR.
Status information for unpublished applications is available through Private PAIR only.
For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic
Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a
USPTO Customer Service Representative or access to the automated information
system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/J. S./
Examiner, Art Unit 1618

/Michael G. Hartley/
Supervisory Patent Examiner, Art Unit 1618

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.1.17

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 28, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 28, 2019, upon the following in the manner indicated:

Benjamin J. Schladweiler, Esquire                               *VIA ELECTRONIC MAIL*
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant Accord Healthcare, Inc.*

Aaron F. Barkoff, Esquire                                        *VIA ELECTRONIC MAIL*
Alejandro Menchaca, Esquire
Rajendra A. Chiplunkar, Esquire
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
*Attorneys for Defendant Accord Healthcare, Inc.*


*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)