# M<small>ORRIS</small>, N<small>ICHOLS</small>, A<small>RSHT</small> & T<small>UNNELL</small> <small>LLP</small>

1201 N<small>ORTH</small> M<small>ARKET</small> S<small>TREET</small>
P.O. B<small>OX</small> 1347
W<small>ILMINGTON</small>, D<small>ELAWARE</small> 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**J<small>ACK</small> B. B<small>LUMENFELD</small>**
(302) 351-9291
jblumenfeld@mnat.com

August 16, 2019

The Honorable Mitchell S. Goldberg
United States District Court
  Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

      Re:    *Amgen Inc. v. Accord Healthcare, Inc.*
              C.A. No. 18-956 (MSG)

Dear Judge Goldberg:

      The parties have not been able to resolve their discovery disputes after the July 23 discovery telephone conference. Counsel will be before Your Honor on Monday afternoon, August 19, for a Markman hearing. The parties request the opportunity to discuss the remaining discovery issues with Your Honor on Monday afternoon, if there is time to do so.

                                  Respectfully,

                                    */s/ Jack B. Blumenfeld*

                                  Jack B. Blumenfeld (#1014)

JBB/bac

cc      All Counsel of Record (via electronic mail)