GreenbergTraurig

Benjamin J. Schladweiler
Tel 302.661.7352
Fax 302.661.7163
schladweilerb@gtlaw.com

August 21, 2019

**VIA EM/ECF**

The Honorable Mitchell S. Goldberg
United States District Court for
   the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

      Re:    *Amgen Inc. v. Accord Healthcare, Inc..*,
              C.A. No. 18-956-MSG

Dear Judge Goldberg:

     I write on behalf of Defendant Accord Healthcare Inc. ("Accord") in the above-captioned case.  In view of the Court's ruling at the August 19, 2019 *Markman* hearing that certain fact depositions will proceed, Accord hereby withdraws its Motion to Stay (D.I. Nos. 77 and 78). Counsel is available should the Court have any questions.

               Sincerely,

               */s/ Benjamin J. Schladweiler*

               Benjamin J. Schladweiler (#4601)